FILED

2003 OCT 14  P 12: 51

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
ELIZABETH SCHILLER,                    )
                     Plaintiff         )
                                       )                    (CONSOLIDATED)
JOHANNA GEORGIA,                       )      CIVIL ACTION NO. 3:01CV00452 (AVC)
                     Plaintiff         )                    (ALL CASES)
                                       )
VS.                                    )
                                       )
CITY OF BRIDGEPORT, ET AL,             )      OCTOBER 10, 2003
                     Defendants.       )
------------------------------------------------------x
```

## REPLY OF
## BRIDGEPORT FIREFIGHTERS LOCAL 834 TO
## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S
## MOTION FOR PROTECTIVE ORDER DATED AUGUST 27, 2003

The former President of Bridgeport Firefighters – IAFF Local 834 ("Local 834"), Roger Kergaravat was served as President of said Union with a broad Subpoena to produce certain Union records. The Local 834 is not a party to this action.

By motion dated September 4, 2003, Local 834 objected to disclosure and moved for a protective order.  Thereafter, the Court conducted an *in camera* inspection of the office and records of the Union and entered a certain discovery order dated August 20, 2003.  Prior to compliance with said order the Defendants, by motion dated August 27, 2003, sought a protective order to prevent the decimation of documents, materials and testimony obtained through pre-trial discovery process to non-designated persons prior to trial.  Local 834 joined in said motion and had previously in its Motion for Protective Order contended that the information contained in the Union files ought be treated with a greater degree of confidentiality given the fact that the Union is not a party and for other reasons more fully set forth in the Union's Motion for Protective Order.

The Defendants in their Motion for Protective Order sets forth the basis for its claim and legal authorities in support of same, which will not be reiterated herein. The Plaintiffs "Memorandum in Support Of: Opposition to Motion for Protective Order Dated August 27, 2003, and Opposition to Motion for Protective Order and

Objection to Disclosure Dated September 4, 2003" dated September 30, 2003, and in particular the "Background" section on Pages 1-6, contain such inflammatory allegations and irrelevant and collateral claims as to suggest a stand alone basis for the protective order sought to protect the interests and rights of the parties and non-parties as well as to assure that a fair and impartial jury can be selected to determine the issues herein.

The Plaintiffs reference to "a secretive white-male only organization" operating within the Bridgeport Fire Department called "Bridgeport Firefighters for Merit Employment" (hereinafter "BFME") as an organization dedicated "to maintain the supremacy of white males in this fire department" is an outrageous baseless "red herring" that is irrelevant to the issue of the protective order.    Additionally inappropriate and irrelevant are the Plaintiffs' attorney's ceaseless *ad hominem* attacks on every attorney that opposes her positions.

The Bridgeport Firefighters for Merit Employment, Inc. is a non-profit Connecticut corporation that was in an inactive/dormant status for almost two

decades. The organization was reactivated as a watch dog organization in 2002 after revelations in a lawsuit entitled _Wallace Thomas, et al v. City of Bridgeport, et al_, No. CV-99-0361811-S, Superior Court, Judicial District of Bridgeport. This case concerned certain agreements entered into in late 1999 between the Mayor Ganim Administration of the City of Bridgeport and the then President of IAFF, Local 834, Ronald Morales. The simultaneous agreements materially reduced the time in grade requirements for entrance into Civil Service examinations, removed certain superior officers in the Fire Department from the Union bargaining unit, and promised Mr. Morales an immediate direct promotion to Lieutenant without complying with Civil Service rules. The agreement was made without the approval of the Civil Service Commission or the Union membership and was set to be implemented on the eve of previously scheduled competitive examinations. These agreements were challenged by approximately thirty (30) firefighters in the highest ranks of the Department. After considerable delays, litigation and expense the action was resolved in August, 2002, with a repudiation of the agreements. Mr.

Morales, notwithstanding, sought his appointment as Lieutenant which was rejected by the Civil Service Commission.

BFME which is made up of almost one-third of the members of the Department is dedicated to maintaining and preserving the competitive Civil Service System which was enacted to assure that employment and advancement by member public service employees is based on qualification rather than political favoritism or other improper practices.  The organization is open to all firefighters regardless of race, gender, ethnic or religious affiliation and it is non-political.

The Union is not a party to this litigation and takes no position in regard to same.  It certainly owes a duty of fair representation to all of its members, including the Plaintiffs in this case.  However, the Union perceives that the interests of all of its members would be best served if this matter is permitted to proceed in an orderly fashion and that the parties not be permitted to misuse, mischaracterize or

manipulate public opinion in disseminating pretrial disclosures to the possible

detriment of a fair jury pool and the rights and interests of persons who are not

parties to this litigation.

BRIDGEPORT FIRE FIGHTERS –
IAFF LOCAL 834


By_____
Richard L. Albrecht, Esq.
 Fed. Bar No. ct05751
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821
Tel. No.  (203) 368-0211
Fax No. (203) 576-8504
Email:  ralbrecht@cohenandwolf.com

## CERTIFICATION

This is to certify that on the date hereof a copy of the foregoing was mailed by U.S. mail, postage prepaid, this 10th day of October, 2003, to the following:

Attorney Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John P. Bohannon, Jr., Esq.
1261 Post Road
Fairfield, CT 06824

Attorney Margaret M. Sheahan
Thomas F. Maxwell, Jr., Esq.
Robert B. Mitchell, Esq.
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John R. Mitola, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Richard L. Albrecht