

2003 OCT 14 P 2: 22

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>　　　　　　　Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>　　　　　　　Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>　　　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>October 14, 2003 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, City of Bridgeport, Earl Pettway and Michael Maglione, by and through undersigned counsel and pursuant to L. Civ. R. 7(b), hereby move for a 19-day extension of time, up to and including November 3, 2003, within which to respond to Plaintiffs' Motion for Partial Class Certification.

Defendants' response is due October 15, 2003. Due to illness of the attorney preparing Defendants' response, the complexity of the issues presented, along with other

pressing matters requiring attention by the undersigned, Defendants require a brief extension of time to adequately respond to Plaintiffs' Motion.

This is Defendants' second request for an extension with respect to this deadline. Defense counsel has inquired of Plaintiffs' counsel regarding their position on Defendants' extension request. As of this writing Defendants have not received a response and are therefore unable to ascertain Plaintiffs' position with respect to this motion.

By: *[signature]*
Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on October 14, 2003 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

_____
Margaret M. Sheahan

BPRT/67551.1/EMP/494573v1