FILED

2003 OCT 14 P 2: 22

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>                  Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>                  Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>                  Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>October 14, 2003 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, City of Bridgeport, Earl Pettway and Michael Maglione, by and through undersigned counsel and pursuant to L. Civ. R. 7(b), hereby move for a 19-day extension of time, up to and including November 3, 2003, within which to respond to Plaintiffs' Motion for Partial Class Certification.

Defendants' response is due October 15, 2003. Due to illness of the attorney preparing Defendants' response, the complexity of the issues presented, along with other

October 17, 2003. GRANTED. Alfred V. Covello, U.S.D.J. SO ORDERED.