Exhibit 1



State of Connecticut
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
21 Grand Street, Hartford, CT 06106  (860) 541-3400  FAX (860) 246-5419
Toll Free in Connecticut 1-800-477-5737  www.state.ct.us/chro
TDD (860)541-3459

(860) 541-3423
Facsimile No. (860) 246-5265

September 23, 2003

Elisa M. Paliani
Pullman & Comley, LLC
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601-7006

**Re:  Elizabeth Schiller and Johanna Georgia**

Dear Ms. Paliani:

According to our records, there is one complaint (No. 0020364) filed by Elizabeth Schiller and three complaints (Nos. 0420076, 0420077 & 0420078) filed by Johanna Georgia.

I will request for Elizabeth Schiller's file and send you copies of the complaint. You can contact the Bridgeport Office at (203) 579-6246 for copies of Johanna's complaints as they are all pending.

I did not find any complaints filed by Elizabeth Vincent and Elizabeth Georgia.

If you have any questions, please contact me at the above number.

Sincerely,

Constance O. Sakyi
Secretary 1

G:/FOI/2003/Schiller4dayltr23Sept03.doc

CHRO          *Safeguarding Civil Rights in Connecticut*          



State of Connecticut

## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

21 Grand Street, Hartford, CT 06106   (860) 541-3400 FAX (860) 246-5419
Toll Free in Connecticut 1-800-477-5737   www.state.ct.us/chro
TDD (860)541-3459

(860) 541-3423
Facsimile No. (860) 246-5265

October 6, 2003

Elisa M. Paliani
Pullman & Comley, LLC
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601-7006

Re:   **CHRO No. 0020364 - <u>Elizabeth Schiller v. City of Bridgeport</u>**

Dear Ms. Paliani:

Enclosed are the copies you requested regarding the above referenced case.

If you have any questions, please contact me at the above number.

Sincerely,

Constance O. Sakyi
Secretary 1

G:/FOI/2003/SchillerInvoice06Oct03.doc

 CHRO        *Safeguarding Civil Rights in Connecticut*        

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: 3/3/2000    CASE NO.: 0020364

My name is Elizabeth Schiller and I reside at 121 Chatfield Rd. Fairfield CT C6432

The respondent is City of Bridgeport CT - Fire Dept whose business address is 30 Congress St Bridgeport CT 06604

I was

( ) terminated                    ( ) not hired
( ) suspended                     ( ) not promoted
( ) demoted                       ( ) harassed  (X) sexually harassed
( ) warned                        (✓) retaliated against
( ) placed on probation           ( ) earing a different rate of pay
( ) given a poor evaluation       ( ) constructively discharged
( ) denied a raise                ( ) delegated difficult assignments
( ) less trained                  ( ) other _____

(X) discriminated against in terms and conditions of employment
on Feb. 18, 2000 and ongoing and believe that my

( ) race -                        ( ) national origin -
( ) color -                       ( ) ancestry -
(X) sex [ ] male [X] female       ( ) religious creed -
( ) age DOB:                      ( ) marital status -
(✓) previously opposed, filed     ( ) physical disability -
    or assisted                   ( ) mental disorder -
( ) sexual orientation            ( ) mental retardation -
                                  ( ) learning disability -

RECEIVED APR 10
COMM. ON HUMAN RTS. & OPP
SOUTHWEST REGIONAL OFFICE

was in part a factor in this action. I believe that the respondent
violated the following Connecticut General Statutes and other acts
listed below; (X) enforced through C.G.S. § 46a-58(a) (if applicable):

(X) 46a-60(a)(1)          (X)   Title VII of the Civil Rights Act of 1964,
( ) 46a-60(a)( )                as amended, 42 U.S.C. 2000e and the Civil
( ) 46a-60(a)( )                Rights Act of 1991 {cite for 15+ employees}
( ) 46a-60(a)(7)( )( )( )( ) ( ) Age Discrimination in Employment Act of
(X) 46a-60(a)(8)(C)( )( )        1967, 29 U.S.C. 621-634 {cite for 20+
( ) 46a-                        Employees}
( ) 46a-               ( )      Americans with Disabilities Act, 42 U.S.C.
( ) 46a-80( )                   12101 et seq {cite for 15+ employees}
( ) 46a-81( )( )( )( )  ( )     Equal Pay Act of 1964
( ) 46a-81( )( )( )     ( )     Section 504 of the Rehabilitation Act of
                                1973, as amended

**(PLEASE TYPE OR PRINT THE INFORMATION IN INK)**

(Use numbered short paragraphs for each specific allegation)

I provide the following particulars:

1. My name is Elizabeth H. Schiller; I reside at 1121 Stratfield Rd Fairfield CT 06432

2. The respondent is City of Bridgeport - Fire Department whose business address is 30 Congress St Bridgeport CT 06~

3. The respondent employs 15+ employees.

4. I am a female who was previously opposed by filing a complaint of sexual harass~ with the respondent around Feb 29-March 3rd 2000 because I have been discriminated against in terms and conditions of employ~ due to my gender.

5. I have been exposed to comments & events that have had the "effect of unreasonably interfering with [female firefighters] work performance and creates an intimidating hostile & offensive working environment." ⑥On or before Feb 18 2000, I was told Capt. Day has refered to female firefight~ as "cunts" in the presence of other fire department personnel. ⑦This Captn. is aware of the existing Bpt Fire Dept Sexual Harassment policy & is setting an example ⑧ I am insulted & threatened by his viewed behaviors. There are other events to me personnally & to other women that make me feel upset & unsafe in my workplace.

(PLEASE TYPE OR PRINT THE INFORMATION IN INK)

(Use numbered short paragraphs for each specific allegation)

I provide the following particulars:

#9. The comment made by the capt. has created a hostile environment that has set a tone that women in the fire department are worth less than men. I am worried that my safety is in jeoporardy because of his views & because others in the department will feel that way too. The environment and will effect my working conditions. I am hurt and angry by what he said & by all the other events that have taken place. I feel that I am worthless....they have treated me as worth less than the men. Due to this situation I have felt pain, humiliation & distress. I feel betrayed by the people who are supposed to watch over my as an employee especially a probationair one.

10. There have been further incidents of retaliation. my confidentiality has been compromised & threats have been made since I have made formal written Complaints (after Feb29 2000) to the Administrative Chief Petwary of the Bpt Fire Dept.

**IMPORTANT**: YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE YOU RETURN THIS FORM.

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to mu under the above cited laws and secure for me any remedy to which I may be entitled.

_Elizabeth Schiller_ being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except at to the matter herein stated on information and belief and that as to these matters s/he believe the same to be true.

Dated at _Fairfield_, Connecticut this _6_ day of _March_ ~~X 2000~~

_[signature]_
(Complainant's Signature)

Subscribed and sworn to before me this _6th_ day of _March_, ~~19 2000~~.

_[signature]_
Notary Public/Commissioner of
The Superior Court

My commission expires:_____

My Commission Expires
March 31, 2004

cut



# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

1057 Broad Street, Bridgeport, CT 06604  (203) 579-6246  Fax (203) 579-6950

www.state.ct.us/chro

October 2, 2003

TDD (203) 579-6246

Elisa M. Paliani, Paralegal
Pullman & Comeley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

**Joanna Georgia**
**CHRO Nos.: 0420076, 0420077, 0420078**

Dear Ms. Paliani:

We are in receipt of your letter dated September 24, 2003 wherein you requested copies of the complaint affidavits filed by the complainant referenced above. As required by the Connecticut Freedom of Information Act, I am forwarding said copies, as requested.

Sincerely,

Tanya A. Hughes
Regional Manager

cc: Constance Sakyi,

CHRO        *Safeguarding Civil Rights in Connecticut*



STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
**AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE**

DATE: August 14, 2003 _____    CASE NO: _0424077_

My name is Johanna Georgia and I reside at 708 Howe Avenue,
Shelton, CT 06484
The Respondent is Michael Maglione, Fire Chief, City of
Bridgeport Fire Department whose business address is 30 Congress
Avenue, Bridgeport, CT 06604

I was
**(X) Notified I am to be terminated** ( ) not promoted
( ) suspended                      ( ) not rented a dwelling
( ) placed on probation            ( ) harassed    ( )sexually harassed
( ) demoted                        ( ) earning a different rate of pay
( ) warned                         ( ) constructively discharged
( ) given a poor evaluation        **(X) retaliated against**
( ) denied a raise                 ( ) not hired due to a BFOQ
( ) less trained                   ( ) not hired due to a disability
( ) denied an office               ( ) delegated difficult assignments
( ) denied service (s)             **(X) other:Denied a Reasonable**
**Accommodation**
(X) discriminated against in terms and conditions of employment

on or about August 8, 2003 and believe that my

( ) race                          ( ) national origin
( ) color                         ( ) marital status
**(X) sex** ( )male {x}female **(X) physical disability**
**(X) previously opposed,**        ( ) mental retardation
  **filed or assisted**            ( ) mental disorder
( ) ancestry                      ( ) religious creed ( ) creed
( ) age                           ( ) familial status
( ) religion                      ( ) sexual orientation
( ) pregnancy                     ( ) learning disability
( ) alienage                      ( ) lawful source of income

was in part a factor in this action.  I believe that the
respondent violated the following Connecticut General Statutes
and acts listed below; ( ) enforced through Section 46a-58(a) (if
applicable):

( ) 46a-60(a)(1)          ( ) Title VII of the Civil Rights Act
( ) 46a-60(a)(4)              of 1964, as amended, 42 U.S.C 2000e
( ) 46a-60(a)(7)( )( )( )     and the Civil Rights Act of 1991
( ) 46a-60(a)(8)( )( )( )     {cite for 15 individuals employed}
( ) 46a-64( )( )          ( ) Age Discrimination in Employment
**(X) 46a-64a(5)**            Act, of 1967, 29 U.S.C. 621-634
( ) 46a-81( )( )( )           {cite for over 20 individuals
( ) 46a-80                    employed}
( ) Americans With Disabilities Act, 42 U.S.C. 12101 et seq.
( ) Equal Pay Act of 1964, U.S.C. 206
( ) Section 504 of the Rehabilitation Act of 1973, as amended

RECEIVED
AUG 1 4 2003

Issued 4/94
                                                         Revised 1/1/96

Complaint Affidavit
Johanna Georgia
August 14, 2003


I provide the following particulars:

1. My name is Johanna Georgia and I reside at 708 Howe Avenue,
Shelton, CT 0484.

2. The Respondent is Michael Maglione, Fire Chief, City of
Bridgeport Fire Department whose business address is 30 Congress
Avenue, Bridgeport, CT 06604.

3. The Respondent aided and abetted the City of Bridgeport Fire
Department, which employs more than twenty (20) persons, in
discrimination, as more fully set forth in Exhibit "A".

4. My class basis is Sex (female), physical disability, and as a
   person who has previously opposed a discriminatory act.

5. The specific factual allegations of my complaint are attached
   hereto and made a part hereof as Exhibit "A".


I request the Connecticut Commission on Human Rights and
Opportunities investigate my complaint, secure for me my rights
as guaranteed to me under the above cited laws and secure for me
any remedy to which I may be entitled.

Johanna Georgia, being duly sworn, on oath, states that s/he is
the Complainant herein; that s/he has read the foregoing
complaint, and attached Exhibit "A" and knows the content
thereof; that the same is true of her/his own knowledge, except
as to the matter herein stated on information and belief and that
as to these matters s/he believes the same to be true.

Dated at Bridgeport, Connecticut this 14th day of August, 2003.

                              _____
                              (Complainant's Signature)

Subscribed and sworn to before me this 14th day of August, 2003.

                              _____
                              Notary Public/Commissioner of
                              the Superior Court

          My commission expires:  _N/A_____

6) I am a person with a disability that impairs my swallowing, sleeping, sitting, lifting, reaching, grasping, pushing, pulling, etc.

7) While I have been employed as a Firefighter for the City of Bridgeport Fire Department, I suffered an on the job injury affecting my left shoulder, arm, hand and neck and has left me with the above disability.

8) Michael Maglione is the City of Bridgeport Fire Chief who must approve all actions taken by Deputy Chief Executive Officer, Patrick Shevlin.

9) Patrick Shevlin, Deputy Chief Executive Officer, Bridgeport Fire Department who is in charge and control of sick and injury leave, documentation, and investigations, discipline and medical retirements, has repeatedly refused to discuss reasonable accommodations for my disability. Patrick Shevlin, Deputy Chief Executive Officer has also refused to provide me reasonable accommodations for my disability.

10) Patrick Shevlin interfered with my medical treatment, which would be a reasonable accommodation.

11) In December 2002 and January 2003, Patrick Shevlin threatened me with forced termination because of my disability. On August 6, 2003 Patrick Shevlin received my written request to discuss reasonable accommodations for my return to work. Per a letter from his office dated August 8, 2003 Patrick Shevlin has informed me that I will be involuntarily terminated from my employment at the Bridgeport Fire Department in September 2003 because of my disability and that my requests for reasonable accommodations will not be discussed. See Exhibit "D"

12) I have also been denied pay and employment benefits due to my disability.

13) Michael Maglione has aided, abetted, incited, compelled or coerced the doing of, or attempted to do one or more of the acts declared to be a discriminatory employment practice against me.

14) I believe I have been discriminated against in the terms and conditions of my employment on the basis of my disability, my history of disability, and the perception of me as disabled.

15) Because Patrick Shevlin, Deputy Chief Executive Officer, Fire Chief Michael Maglione, and the City of Bridgeport intend to have the Bridgeport Board of Fire Commissioners vote to forcibly terminate my employment in September 2003 because of my disability, my history of disability and the perception of me as disabled, I ask that the CCHRO get an emergency injunction to stop this.

16) I currently have a Federal Lawsuit against the City of Bridgeport, Fire Department for Sex Discrimination, Sexual Harassment, and Retaliation against me as one of only eight (8) Female Firefighters in a department of approximately 350 persons.

17) I believe I have been denied benefits, pay, reasonable accommodations and threatened with termination on the basis of my sex (female) and in retaliation for my prior attempts to exercise my rights.

# BRIDGEPORT FIRE DEPARTMENT

### FIRE HEADQUARTERS - 30 CONGRESS STREET



**CITY OF BRIDGEPORT, CT 06604**

August 8, 2003

Firefighter Johanna Georgia
708 Howe Ave.
Shelton, CT., 06484

Dear Firefighter Georgia:

On August 5, 2003 the Fire Department received notification from Berkley Associates that as a result of your participation in a functional capacities evaluation, a determination has been made that you will not be capable of returning to work as a firefighter. The results of this evaluation have been sent to Dr. Langeland and he has agreed that you will never reach the functional capacities necessary for firefighting.

The Fire department has also received your request for accommodation. Unfortunately, at this time there are no vacancies in any funded Fire Department position that could be filled by someone with your work restrictions. As a result, your name will be placed on the agenda for the September 2003 Board of Fire Commissioners Meeting at which time a recommendation for disability pension will be presented. You are welcome to attend that meeting and present any evidence or testimony to support or contest the action being taken.

In the meantime, if you have any questions, feel free to call my office.

Sincerely,

Patrick J. Shevlin
Deputy Chief

Cc: Chief Michael Maglione
    John Mitola, Esq.
    Labor Relations

Exhibit "B"

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
**AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE**

DATE: August 14, 2003                    CASE NO: _04200076_

My name is Johanna Georgia and I reside at 708 Howe Avenue,
Shelton, CT 06484.
The Respondent is City of Bridgeport Fire Department whose
business address is 30 Congress Avenue, Bridgeport, CT 06604

I was
**(X) Notified I am to be terminated** ( ) not promoted
( ) suspended                    ( ) not rented a dwelling
( ) placed on probation          ( ) harassed   ( )sexually harassed
( ) demoted                      ( ) earning a different rate of pay
( ) warned                       ( ) constructively discharged
( ) given a poor evaluation      **(X) retaliated against**
( ) denied a raise               ( ) not hired due to a BFOQ
( ) less trained                 ( ) not hired due to a disability
( ) denied an office             ( ) delegated difficult assignments
( ) denied service (s)           **(X) other:Denied a Reasonable**
**Accommodation**
**(X)** discriminated against in terms and conditions of employment

on or about August 8, 2003 and believe that my

( ) race                         ( ) national origin
( ) color                        ( ) marital status
**(X) sex** ( )male {x}female **(X) physical disability**
**(X) previously opposed,**      ( ) mental retardation
   **filed or assisted**         ( ) mental disorder
( ) ancestry                     ( ) religious creed ( ) creed
( ) age                          ( ) familial status
( ) religion                     ( ) sexual orientation
( ) pregnancy                    ( ) learning disability
( ) alienage                     ( ) lawful source of income

was in part a factor in this action.  I believe that the
respondent violated the following Connecticut General Statutes
and acts listed below; (X) enforced through Section 46a-58(a) (if
applicable) :

**(x) 46a-60(a)(1)**          **(X)  Title VII of the Civil Rights Act**
**(X) 46a-60(a)(4)**                 **of 1964, as amended, 42 U.S.C 2000e**
( ) 46a-60(a)(7)( )( )( )( )         **and the Civil Rights Act of 1991**
( ) 46a-60(a)(8)( )( )( )( )         **{cite for 15 individuals employed}**
( ) 46a-64( )( )              ( )  Age Discrimination in Employment
( ) 46a-64a( )( )( )               Act, of 1967, 29 U.S.C. 621-634
( ) 46a-81( )( )( )                 {cite for over 20 individuals
( ) 46a-80                          employed}
**(X) Americans With Disabilities Act, 42 U.S.C. 12101 et seq.**
( ) Equal Pay Act of 1964, U.S.C. 206
**(X) Section 504 of the Rehabilitation Act of 1973, as amended**

RECEIVED
AUG 1 4 2003

F103                                              Issued 4/94
                                                  Revised 1/1/96

Complaint Affidavit
Johanna Georgia
August 14, 2003

I provide the following particulars:

1. My name is Johanna Georgia and I reside at 708 Howe Avenue, Shelton, CT 0484.

2. The Respondent is City of Bridgeport Fire Department whose business address is 30 Congress Avenue, Bridgeport, CT 06604.

3. The Respondent employs more than twenty (20) persons.

4. My class basis is Sex (female), physical disability, and as a person who has previously opposed a discriminatory act.

5. The specific factual allegations of my complaint are attached hereto and made a part hereof as Exhibit "A".

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

Johanna Georgia, being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint, and attached Exhibit "A" and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at Bridgeport, Connecticut this 14th day of August, 2003.

_____
(Complainant's) Signature)

Subscribed and sworn to before me this 14th day of August, 2003.

_____
Notary Public/Commissioner of
the Superior Court

My commission expires: ___N/A___

6) I am a person with a disability that impairs my swallowing, sleeping, sitting, lifting, reaching, grasping, pushing, pulling, etc.

7) While I have been employed as a Firefighter for the City of Bridgeport Fire Department, I suffered an on the job injury affecting my left shoulder, arm, hand and neck and has left me with the above disability.

8) Michael Maglione is the City of Bridgeport Fire Chief who must approve all actions taken by Deputy Chief Executive Officer, Patrick Shevlin.

9) Patrick Shevlin, Deputy Chief Executive Officer, Bridgeport Fire Department who is in charge and control of sick and injury leave, documentation, and investigations, discipline and medical retirements, has repeatedly refused to discuss reasonable accommodations for my disability. Patrick Shevlin, Deputy Chief Executive Officer has also refused to provide me reasonable accommodations for my disability.

10) Patrick Shevlin interfered with my medical treatment, which would be a reasonable accommodation.

11) In December 2002 and January 2003, Patrick Shevlin threatened me with forced termination because of my disability. On August 6, 2003 Patrick Shevlin received my written request to discuss reasonable accommodations for my return to work. Per a letter from his office dated August 8, 2003 Patrick Shevlin has informed me that I will be involuntarily terminated from my employment at the Bridgeport Fire Department in September 2003 because of my disability and that my requests for reasonable accommodations will not be discussed. See Exhibit "B"

12) I have also been denied pay and employment benefits due to my disability.

13) I believe I have been discriminated against in the terms and conditions of my employment on the basis of my disability, my history of disability, and the perception of me as disabled.

14) Because Patrick Shevlin, Deputy Chief Executive Officer, Fire Chief Michael Maglione, and the City of Bridgeport intend to have the Bridgeport Board of Fire Commissioners vote to forcibly terminate my employment in September 2003 because of my disability, my history of disability and the perception of me as disabled, I ask that the CCHRO get an emergency injunction to stop this.

15) I currently have a Federal Lawsuit against the City of Bridgeport, Fire Department for Sex Discrimination, Sexual Harassment, and Retaliation against me as one of only eight (8) Female Firefighters in a department of approximately 350 persons.

16) I believe I have been denied benefits, pay, reasonable accommodations and threatened with termination on the basis of my sex (female) and in retaliation for my prior attempts to exercise my rights.

Exhibit "A"

# BRIDGEPORT FIRE DEPARTMENT

### FIRE HEADQUARTERS - 30 CONGRESS STREET



**CITY OF BRIDGEPORT, CT 06604**

August 8, 2003

Firefighter Johanna Georgia
708 Howe Ave.
Shelton, CT., 06484

Dear Firefighter Georgia:

On August 5, 2003 the Fire Department received notification from Berkley Associates that as a result of your participation in a functional capacities evaluation, a determination has been made that you will not be capable of returning to work as a firefighter. The results of this evaluation have been sent to Dr. Langeland and he has agreed that you will never reach the functional capacities necessary for firefighting.

The Fire department has also received your request for accommodation. Unfortunately, at this time there are no vacancies in any funded Fire Department position that could be filled by someone with your work restrictions. As a result, your name will be placed on the agenda for the September 2003 Board of Fire Commissioners Meeting at which time a recommendation for disability pension will be presented. You are welcome to attend that meeting and present any evidence or testimony to support or contest the action being taken.

In the meantime, if you have any questions, feel free to call my office.

Sincerely,

Patrick J. Shevlin
Deputy Chief

Cc: Chief Michael Maglione
    John Mitola, Esq.
    Labor Relations

Exhibit "B"

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
**AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE**

DATE: August 14, 2003                CASE NO: _04 2 078_

My name is Johanna Georgia and I reside at 708 Howe Avenue,
Shelton, CT 06484.
The Respondent is Patrick Shevlin, Deputy Chief Executive
Officer, City of Bridgeport Fire Department whose business
address is 30 Congress Avenue, Bridgeport, CT 06604

I was
**(X) Notified I am to be terminated** ( ) not promoted
( ) suspended                    ( ) not rented a dwelling
( ) placed on probation          ( ) harassed   ( ) sexually harassed
( ) demoted                      ( ) earning a different rate of pay
( ) warned                       ( ) constructively discharged
( ) given a poor evaluation      **(X) retaliated against**
( ) denied a raise               ( ) not hired due to a BFOQ
( ) less trained                 ( ) not hired due to a disability
( ) denied an office             ( ) delegated difficult assignments
( ) denied service (s)           **(X) other:Denied a Reasonable**
**Accommodation**
( X) discriminated against in terms and conditions of employment

on or about August 8, 2003 and believe that my

( ) race                         ( ) national origin
( ) color                        ( ) marital status
**(X) sex** { }male {x}female **(X) physical disability**
**(X) previously opposed,**      ( ) mental retardation
   **filed or assisted**         ( ) mental disorder
( ) ancestry                     ( ) religious creed ( ) creed
( ) age                          ( ) familial status
( ) religion                     ( ) sexual orientation
( ) pregnancy                    ( ) learning disability
( ) alienage                     ( ) lawful source of income

was in part a factor in this action.  I believe that the
respondent violated the following Connecticut General Statutes
and acts listed below; ( ) enforced through Section 46a-58(a) (if
applicable):

( ) 46a-60(a)(1)          ( )   Title VII of the Civil Rights Act
( ) 46a-60(a)(4)                of 1964, as amended, 42 U.S.C 2000e
( ) 46a-60(a)(7)( )( )( )        and the Civil Rights Act of 1991
( ) 46a-60(a)(8)( )( )( )        {cite for 15 individuals employed}
( ) 46a-64( )( )          ( )   Age Discrimination in Employment
**(X) 46a-64a(5)**               Act, of 1967, 29 U.S.C. 621-634
( ) 46a-81( )( )( )              {cite for over 20 individuals
( ) 46a-80                       employed}
( ) Americans With Disabilities Act, 42 U.S.C. 12101 et seq.
( ) Equal Pay Act of 1964, U.S.C. 206
( ) Section 504 of the Rehabilitation Act of 1973, as amended

RECEIVED
AUG 1 4 2003

Issued 4/94
Revised 1/1/96

Johanna Georgia
August 14, 2003

I provide the following particulars:

1. My name is Johanna Georgia and I reside at 708 Howe Avenue, Shelton, CT 0484.

2. The Respondent is Patrick Shevlin, Deputy Chief Executive Officer, City of Bridgeport Fire Department whose business address is 30 Congress Avenue, Bridgeport, CT 06604.

3. The Respondent aided and abetted the City of Bridgeport Fire Department, which employs more than twenty (20) persons, in discrimination, as more fully set forth in Exhibit "A".

4. My class basis is Sex (female), physical disability, and as a person who has previously opposed a discriminatory act.

5. The specific factual allegations of my complaint are attached hereto and made a part hereof as Exhibit "A".

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

Johanna Georgia, being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint, and attached Exhibit "A" and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at Bridgeport, Connecticut this 14th day of August, 2003.

_____
(Complainant's Signature)

Subscribed and sworn to before me this 14th day of August, 2003.

_____
Notary Public/Commissioner of
the Superior Court

My commission expires: N/A

6) I am a person with a disability that impairs my swallowing, sleeping, sitting, lifting, reaching, grasping, pushing, pulling, etc.

7) While I have been employed as a Firefighter for the City of Bridgeport Fire Department, I suffered an on the job injury affecting my left shoulder, arm, hand and neck and has left me with the above disability.

8) Patrick Shevlin, Deputy Chief Executive Officer, Bridgeport Fire Department who is in charge and control of sick and injury leave and documentation, discipline and medical retirements, has repeatedly refused to discuss reasonable accommodations for my disability. Patrick Shevlin, Deputy Chief Executive Officer has also refused to provide me reasonable accommodations for my disability.

9) Patrick Shevlin interfered with my medical treatment, which would be a reasonable accommodation.

10) In December 2002 and January 2003, Patrick Shevlin threatened me with forced termination because of my disability. On August 6, 2003 Patrick Shevlin received my written request to discuss reasonable accommodations for my return to work. Per a letter from his office dated August 8, 2003 Patrick Shevlin has informed me that I will be involuntarily terminated from my employment at the Bridgeport Fire Department in September 2003 because of my disability and that my requests for reasonable accommodations will not be discussed. See Exhibit "B"

11) I have also been denied pay and employment benefits due to my disability.

12) Patrick Shevlin has aided, abetted, incited, compelled or coerced the doing of, or attempted to do one or more of the acts declared to be a discriminatory employment practice against me.

13) I believe I have been discriminated against in the terms and conditions of my employment on the basis of my disability, my history of disability, and the perception of me as disabled.

14) Because Patrick Shevlin, Deputy Chief Executive Officer, Fire Chief Michael Maglione, and the City of Bridgeport intend to have the Bridgeport Board of Fire Commissioners vote to forcibly terminate my employment in September 2003 because of my disability, my history of disability and the perception of me as disabled, I ask that the CCHRO get an emergency injunction to stop this.

15) I currently have a Federal Lawsuit against the City of Bridgeport, Fire Department for Sex Discrimination, Sexual Harassment, and Retaliation against me as one of only eight (8) Female Firefighters in a department of approximately 350 persons.

16) I believe I have been denied benefits, pay, reasonable accommodations and threatened with termination on the basis of my sex (female) and in retaliation for my prior attempts to exercise my rights.

Exhibit "A"

# BRIDGEPORT FIRE DEPARTMENT

### FIRE HEADQUARTERS - 30 CONGRESS STREET



### CITY OF BRIDGEPORT, CT 06604

August 8, 2003

Firefighter Johanna Georgia
708 Howe Ave.
Shelton, CT., 06484

Dear Firefighter Georgia:

On August 5, 2003 the Fire Department received notification from Berkley Associates
that as a result of your participation in a functional capacities evaluation, a determination
has been made that you will not be capable of returning to work as a firefighter. The
results of this evaluation have been sent to Dr. Langeland and he has agreed that you will
never reach the functional capacities necessary for firefighting.

The Fire department has also received your request for accommodation. Unfortunately, at
this time there are no vacancies in any funded Fire Department position that could be
filled by someone with your work restrictions. As a result, your name will be placed on
the agenda for the September 2003 Board of Fire Commissioners Meeting at which time
a recommendation for disability pension will be presented. You are welcome to attend
that meeting and present any evidence or testimony to support or contest the action being
taken.

In the meantime, if you have any questions, feel free to call my office.

Sincerely,

Patrick J. Shevlin
Deputy Chief

Cc: Chief Michael Maglione
    John Mitola, Esq.
    Labor Relations

Exhibit "B"

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PERSON FILING CHARGE |
|---|---|

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Mr. Michael Maglione
Fire Chief
City Of Bridgeport Fire Department
30 Congress Street
Bridgeport, CT 06604

PERSON FILING CHARGE
Georgia, Johanna S
THIS PERSON (check one)
[X] CLAIMS TO BE AGGRIEVED
[ ] IS FILING ON BEHALF OF ANOTHER

DATE OF ALLEGED VIOLATION
Earliest 06/27/1997   Most Recent 05/11/2000

PLACE OF ALLEGED VIOLATION
Bridgeport, CT

CHARGE NUMBER
161A00438

RECEIVED
DPT. FIRE DEPT.
ADMINISTRATION
'00 MAY 11 PM 5:

## NOTICE OF CHARGE OF DISCRIMINATION
(See EEOC "Rules and Regulations" before completing this form)

You are hereby notified that a charge of employment discrimination has been filed against your organization under:

[X] TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

[ ] THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

[ ] THE AMERICANS WITH DISABILITIES ACT

[ ] THE EQUAL PAY ACT (29 U.S.C. SECT. 206(d)) Investigation will be conducted concurrently with our investigation of this charge.

The boxes checked below apply to your organization:

1. [ ] No action is required on your part at this time.

2. [X] Please submit by 05/25/00 a statement of your position with respect to the allegation(s) contained in this charge, with copies of any supporting documentation. This material will be made a part of the file and will be considered at the time that we investigate this charge. Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge.

3. [ ] Please respond fully by _____ to the attached request for information which pertains to the allegations contained in this charge. Such information will be made a part of the file and will be considered by the Commission during the course of its investigation of the charge.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Boston Area Office
John F. Kennedy Federal bldg.
Boston, MA 02203

[X] Enclosure: Copy of Charge

(Commission Representative)

BASIS OF DISCRIMINATION
[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NAT. ORIGIN [ ] AGE [ ] DISABILITY [ ] RETALIATION [ ] OTHER

Telephone Number

RECEIVE
MAY 11 2000

MARK P. CAREY
ATTORNEY AT LAW

CIRCUMSTANCES OF ALLEGED VIOLATION

See enclosed Form 5, Charge of Discrimination.

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 05/11/2000 | Robert L. Sanders | Robert L. Sanders, ByAH |

EEOC FORM 131 (REV. 06/92)

**CHARGING PARTY'S COPY**

SENT BY:EQUAL EMPL. OPP. COMM. ; 5-11- 0 ; 9:31AM ; BOSTON AREA OFFICE→ 12032228736;# 2
; BOSTON AREA OFFICE- 12032228736;# 1/ 1

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 161 AO 0438 |

Connecticut Commission on Human Rights and Opportunities
State or local Agency, if any
and EEOC

NAME (Indicate Mr., Ms., Mrs.)
Ms. Johanna S. Georgia

HOME TELEPHONE (Include Area Code)
(203) 924-5602

STREET ADDRESS          CITY, STATE AND ZIP CODE
43 Laurel Avenue, Second Floor, Milford, CT 06460

DATE OF BIRTH
4/20/70

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| City of Bridgeport Fire Department | 500+ | (203) 576-8010 |

STREET ADDRESS          CITY, STATE AND ZIP CODE
30 Congress Street, Bridgeport, CT 06604

COUNTY

NAME

TELEPHONE NUMBER (Include Area Code)

RECEIVED
MAY 11 2000

STREET ADDRESS          CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
6/27/97   Present

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. On or about June 27, 1997, I sat for the initial written exam for the Firefighter position. I began working for Respondent on or about May 17, 1999. My current position is that of Firefighter. Since the commencement of my employment, I have been continuously subjected to disparate terms and conditions of employment due to my sex, female. I have been forced to work within a hostile work environment where I have been alienated, degraded, and intimidated due to my sex. Specifically, on February 13, 2000, present and future female firefighters were referred to by Captain Donald Day by a derogatory slur against women.

II. After this incident, I forwarded to the Chief of the Fire Department a document outlining the facts of the incident and other related incidents. No remedial action has occurred. After filing this internal complaint, I requested and was denied a copy of the Collective Bargaining Agreement. On May 8, 2000, I received notice ordering me to attend a meeting on May 11, 2000 regarding the incident which occurred on February 13, 2000. I was instructed to refrain from mentioning this meeting to anyone, and informed that it would not be necessary to have union representation.

III. I believe that I am being subjected to a hostile work environment and disparate terms and conditions of employment on account of my sex. In retaliation for filing an internal complaint I have been denied the right to union representation. This is in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

5/11/2000
Date

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
5/11/00

EEOC FORM 5 (Test 10/94)

RECEIVED
MAY 11 2000
MARK P. CAREY
ATTORNEY AT LAW

Mark P. Carey
Commissioner of Superior Court 413724
705 Main Street
Westport, CT 06880
(203)-322-8670