UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | : | SEPTEMBER 30, 2003 |

## MOTION TO INTERVENE BY BRIDGEPORT HISPANIC FIREFIGHTERS ASSOCIATION, AND OPPOSITION TO MOTION FOR PROTECTIVE ORDER DATED AUGUST 27, 2003, AND OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND OBJECTION TO DISCLOSURE DATED SEPTEMBER 4, 2003

The Bridgeport Hispanic Firefighters Association moves to intervene in this action for the purpose of opposing the Motions for Protective Orders dated August 27, 2003 and September 4, 2003, filed, respectively, by the defendants and in the name of Roger Kergaravat.

The Bridgeport Hispanic Firefighters Association has a direct and substantial interest in the subject matter of the litigation, its interest would be impaired by disposition of the litigation without the movants' involvement, and its interest would not be adequately represented by the existing parties to the litigation.

3:01CV00452(AVC). October 21, 2003. The motion to intervene (document no. 103) is DENIED without prejudice to its refiling, if desired, in accordance with Local Rule 7(a), which requires that "[a]ny motion involving disputed issues of law shall be accompanied by a written memorandum of law." The applicant shall have to and including November 3, 2003 to re-file its application to intervene. SO ORDERED.

Alfred V. Covello, U.S.D.J.