

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ELIZABETH SCHILLER** | : | **NO: 3:01cv00452(AVC)** |
| Plaintiff | | **(ALL CASES)** |
| | : | |
| **JOHANNA S. GEORGIA** | | |
| Plaintiff | : | |
| | | |
| **v.** | : | |
| | | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
| Defendants | : | **SEPTEMBER 30, 2003** |

**MOTION TO INTERVENE BY FIREBIRD SOCIETY OF BRIDGEPORT, INC., AND
OPPOSITION TO MOTION FOR PROTECTIVE ORDER DATED AUGUST 27, 2003,
AND OPPOSITION TO MOTION FOR PROTECTIVE
ORDER AND OBJECTION TO DISCLOSURE DATED SEPTEMBER 4, 2003**

The FIREBIRD SOCIETY OF BRIDGEPORT, INC. moves to intervene in this action

for the purpose of opposing the Motions for Protective Orders dated August 27, 2003 and

September 4, 2003, filed, respectively, by the defendants and in the name of Roger Kergaravat.

The FIREBIRD SOCIETY OF BRIDGEPORT, INC. has a direct and substantial

interest in the subject matter of the litigation, its interest would be impaired by disposition of the

litigation without the movants' involvement, and its interest would not be adequately represented

by the existing parties to the litigation.

3:01CV00452(AVC).   October 21, 2003.   The motion to intervene
(document no. 102) is DENIED without prejudice to its refiling, if
desired, in accordance with Local Rule 7(a), which requires that
"[a]ny motion involving disputed issues of law shall be accompanied
by a written memorandum of law."   The applicant shall have to and
including November 3, 2003, to re-file its application to intervene.
SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.