FILED

2003 OCT 29 A 11: 20

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | : | OCTOBER 28, 2003 |

### PLAINTIFFS' MOTION TO QUASH
### DEFENDANTS' SUBPOENA DUCES TECUM TO NONPARTY DONALD DAY

1.  The defendants have noticed the deposition in this action of nonparty Donald Day to take place November 5, 2003 in Stamford.

2.  Donald Day is a retired Bridgeport Fire Captain and the former President and Vice President of the Firebird Society of Bridgeport, Inc., nonprofit fraternal organization of Bridgeport Firefighters.

3.  The defendants' Notice of Deposition for Donald Day dated October 15, 2003 (Exh. A, appended hereto) includes a subpoena duces tecum commanding Day to produce "[a]ll documents, correspondence, memoranda, notes, audio, he has furnished to and received from the undersigned plaintiffs' counsel.

4.  This is the second time in this action that the defendants have directed a subpoena duces tecum upon a nonparty seeking all documents furnished to and received from the undersigned plaintiffs' counsel, without exception for privileged matters. The prior such

subpoena duces tecum was to nonparty Roger Kergaravat, who was formerly the President of the Bridgeport Firefighters Association union local.

5. Both Mssrs. Kergaravat and Day have openly attempted to assist or cooperated with the plaintiffs and their undersigned counsel in the prosecution of their civil rights claims. Said conduct is protected activity under the state and federal civil rights laws that form the basis of the plaintiffs' claims in this action.

6. As with their subpoena duces tecum to Kergaravat, the defendants direct the subpoena duces tecum to Donald Day in bad faith, in an attempt to chill the exercise of fundamental rights, and not upon any good faith belief that the documents sought are reasonably calculated to lead to the discovery of admissible evidence in support of any claim or defense in this matter, and would invade the work product privilege of Plaintiffs' counsel.

7. The facts and law supporting this Motion are set forth in the accompanying "Plaintiffs' Memorandum in Support of: Motion to Quash Defendants' Subpoena Duces Tecum of Donald Day."

WHEREFORE, the Plaintiffs and theior counsel seek:

1. An order quashing the defendants' subpoena duces tecum to Donald Day;

2. An order or leave that Plaintiffs' counsel may furnish a privilege log with appropriate proof *ex parte* and *in camera*, as to documents, if any, that the privilege is claimed to apply to;

3. An order limiting the scope of the deposition of Donald Day to avoid examination that seeks information about work product.

**FOR THE PLAINTIFFS,**

*/s/ Wallace*

Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Plaintiffs' Motion to Quash Defendants' Subpoena Duces Tecum to Donald Day" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Thomas F. Maxwell, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John Mitola, Esq.
John Bohannon, Jr., Esq.
Office of the City Attorney
City Hall Annex
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

on this ___ day of October, 2003, via:

    __✓__ Regular U.S. Mail, first class, postage prepaid

    ____ U.S. Priority Mail

    ____ U.S. Express Mail or other overnight mail service

    ____ Facsimile

    ____ Hand-delivery

Susan V. Wallace, Esq.