



## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA, <br><br> Plaintiff, <br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER, <br><br> Plaintiff, <br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br> September 30, 2003 |

### DEFENDANT CITY OF BRIDGEPORT'S MOTION FOR ORDER

Defendant City of Bridgeport hereby moves for an order requiring Plaintiff, Johanna Georgia, to authorizer those health care providers identified by her in the course of her deposition on April 22, 2003, as doctors treating her at the time of said deposition, to testify at deposition and to reveal records of said treatment relevant to the question of Plaintiff

3:01CV00452(AVC).  October 30, 2003.  The defendant's motion for order (document no. 105) is DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.