# Susan V. Wallace
~ *Attorney at Law* ~

11 Blue Orchard Drive  
Middletown, Connecticut 06457

tel: (860) 704-0472, fax -0490  
email: law4us@rcn.com

October 27, 2003

The Hon. Judge Alfred Covello  
U.S. District Court  
450 Main Street  
Hartford, CT 06103

    Re:    <u>Schiller, Georgia v. City of Bridgeport</u> (consolid) no. 3:01cv00452(AVC)

Your Honor:

    There are a number of outstanding Motions and Oppositions thereto in the above action, to wit:

Defendants' Motion for Contempt, Compliance, Sanction, and Court Intervention, dated June 30, 2003  
Plaintiffs' Opposition, dated September 30, 2003  
Defendants' Reply, dated October 14, 2003

Plaintiffs' Motion for Partial Class Certification, dated August 25, 2003  
Defendant's Opposition, dated October 15, 2003  
(Plaintiffs' Reply to be filed)

Defendants' Motion for Protective Order, dated August 27, 2003  
Nonparty Roger Kergaravat's Motion for Protective Order and Objection to Disclosure, dated September 4, 2003  
Plaintiffs' Opposition, dated September 30, 2003  
Nonparty Roger Kergaravat's Reply, dated October 10, 2003  
Defendants' Reply, dated October 14, 2003

Firebird Society of Bridgeport's Motion to Intervene and Opposition to Motions for Protective Order, dated October 14, 2003 (Proposed Intervenor's supporting memoranda

```
3:01CV0452(AVC).  November 3, 2003.  Construed as a letter motion
for leave to file a brief, oral argument, and written
articulation, the motion is DENIED.
SO ORDERED.
                         _____
                         Alfred V. Covello, U.S.D.J.
```