**PULLMAN & COMLEY**, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
ROBRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DaFONCE LAPERA

MICHAEL N. LAVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARK V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOWITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY J. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
MARJORIE WILDER
——
SAMUEL A. GILLILAND
(1930-1994)
——
LAURA A. BELLOTTI
CHRISTIAN G. BIETZ
ALLISON M. ROGOSSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA

JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW F. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
LORI L. UNDENBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:      Stamford
Telephone:   203-324-5000
E-Mail:       rxmitchell@pullcom.com

October 31, 2003.

The Honorable Judge Alfred V. Covello
United States District Court Judge
450 Main Street
Hartford, CT 06103

      Re:    **Schiller, Georgia v. City of Bridgeport, et al,**
            **Civil Action No: 3:01 CV-00452 (ACV) (all cases)**

Dear Judge Covello:

      I do not wish to engage in further needless commentary respecting matters that have already been thoroughly briefed by the parties, but I believe that a short response to the Plaintiffs' Counsel's October 27, 2003 letter to Your Honor is necessary to ensure the record's clarity.

      First, Defense Counsel stands by each and every statement made in the pleadings which Plaintiffs' Counsel questions and criticizes in her note to the Court.

      Second, Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, see no reason for anyone to file additional memoranda on the issues identified in the October 27th letter. They are now ripe for decision.

      Third, there is no reason for the parties to expend additional monies on evidentiary hearings respecting the bulk of the pending motions. No such hearing is needed on the Defendants' contempt motion, since the pertinent facts are not disputed, e.g., the fact of the Plaintiffs' failure to comply with this Court's previous orders (the reasons that they do not think

3:01CV0452(AVC). November 3, 2003. The clerk shall docket this as a letter motion in opposition to plaintiffs' motion for leave to file a brief, oral argument, and written articulation. SO ORDERED.

Alfred V. Covello, U.S.D.J.