AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of __CONNECTICUT__

FILED
2003 NOV 6  A 11:57
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| **ELIZABETH SCHILLER,**<br>*Plaintiff*<br><br>**JOHANNA GEORGIA,**<br>*Plaintiff*<br>VS.<br><br>**CITY OF BRIDGEPORT, ET AL,**<br>*Defendant(s)* | **AMENDED APPEARANCE**<br><br>(CONSOLIDATED)<br>CIVIL ACTION NO. 3:01CV00452 (AVC)<br>(ALL CASES) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bridgeport Fire Fighters - IAFF Local 834

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 5, 2003 | *[signature]* |
| Date | Signature |
| | Richard L. Albrecht, Esq.     ct05751 |
| | Print Name                    Bar Number |
| | COHEN AND WOLF, P.C. |
| | 1115 Broad Street, P.O. Box 1821 |
| | Address |
| | Bridgeport          CT          06601-1821 |
| | City            State           Zip Code |
| | (203) 368-0211           (203) 576-8504 |
| | Phone Number             Fax Number |

## CERTIFICATION

This is to certify that on the date hereof a copy of the foregoing was mailed by U.S. mail, postage prepaid, this 5th day of November, 2003, to the following:

Attorney Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Attorney Margaret M. Sheahan
Thomas F. Maxwell, Jr., Esq.
Robert B. Mitchell, Esq.
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John R. Mitola, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

John P. Bohannon, Jr., Esq.
1261 Post Road
Fairfield, CT 06824

James C. Ferguson, Esq.
Ferguson & Doyle, P.C.
35 Marshall Road
Rocky Hill, CT 06067

Mr. Roger J. Kergaravat
19 Bayberry Road
Prospect, CT 06712

Richard L. Albrecht