

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ELIZABETH SCHILLER, <br>     *Plaintiff* <br><br> JOHANNA GEORGIA, <br>     *Plaintiff* <br><br> VS. <br><br> CITY OF BRIDGEPORT, ET AL, <br>     *Defendants.* | (CONSOLIDATED) <br> CIVIL ACTION NO. 3:01CV00452 (AVC) <br> (ALL CASES) <br><br><br><br><br> NOVEMBER 5, 2003 |

## MEMORANDUM OF
## BRIDGEPORT FIRE FIGHTERS – IAFF LOCAL 834
## IN REPLY TO MEMORANDUM OF BRIDGEPORT
## HISPANIC FIRE FIGHTER ASSOCIATION'S AND FIREBIRD
## SOCIETY OF BRIDGEPORT, INC.'S MOTIONS TO INTERVENE

The above-described special interest groups, who are not parties to these proceedings, but are apparently represented by Attorney Susan Wallace for these proceedings, seek intervenor status "for the purpose of opposing the motions for protective orders dated August 27, 2003".

The baseless, inflammatory and *ad hominem* attacks by Attorney Wallace on behalf of her clients continue in these motions and have been responded to by the undersigned on behalf of the Bridgeport Fire Fighters-IAFF Local 834 in its Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion for Protective Order dated October 10, 2003.

In an effort to set the record straight with regard to the contentions of Attorney Wallace on behalf of all of her clients, this office appeared for Roger Kergaravat on April 22, 2003, only in his capacity as the then President of the Union. (See Exhibit "A"). Thereafter, at a scheduled election for a new president, the issue was unresolved because of the close vote and pending another election, Thomas Hanko served as "Acting President". Thereafter, at another election proceeding Robert Whitbred was elected President and he now serves in that capacity.

By letter dated July 16, 2003, Attorney Wallace requested the undersigned to put Mr. Kergaravat and others, ". . . on notice that my clients and I have possible defamation and civil rights interference and retaliation claims against them." On July 17, 2003, this office responded to Attorney Wallace that we do not represent Mr.

Kergaravat in his individual capacity. (See Exhibit "B"). Attorney Wallace knows this fact. The undersigned has filed an Amended Appearance to clarify these circumstances.

BRIDGEPORT FIRE FIGHTERS – IAFF LOCAL 834

By /s/ Richard L. Albrecht
Richard L. Albrecht, Esq.
  Fed. Bar No. ct05751
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821
Tel. No. (203) 368-0211
Fax No. (203) 576-8504
Email: ralbrecht@cohenandwolf.com

## CERTIFICATION

This is to certify that on the date hereof a copy of the foregoing was mailed by U.S. mail, postage prepaid, this 5th day of November, 2003, to the following:

Attorney Susan V. Wallace  
11 Blue Orchard Drive  
Middletown, CT 06457

Attorney Margaret M. Sheahan  
Thomas F. Maxwell, Jr., Esq.  
Robert B. Mitchell, Esq.  
PULLMAN & COMLEY, LLC  
850 Main Street  
P.O. Box 7006  
Bridgeport, CT 06601-7006

John R. Mitola, Esq.  
Office of the City Attorney  
999 Broad Street  
Bridgeport, CT 06604-4328

John P. Bohannon, Jr., Esq.  
1261 Post Road  
Fairfield, CT 06824

James C. Ferguson, Esq.  
Ferguson & Doyle, P.C.  
35 Marshall Road  
Rocky Hill, CT 06067

Mr. Roger J. Kergaravat  
19 Bayberry Road  
Prospect, CT 06712

Richard L. Albrecht

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of    CONNECTICUT

ELIZABETH SCHILLER,
                        *Plaintiff*

JOHANNA GEORGIA,
                        *Plaintiff*

VS.

CITY OF BRIDGEPORT, ET AL,
                        *Defendant(s)*

**APPEARANCE**

(CONSOLIDATED)
CIVIL ACTION NO. 3:01CV00452 (AVC)
(ALL CASES)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roger Kergaravat, President, Bridgeport Fire Fighters - IAFF Local 834

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 22, 2003 | _[signature]_ |
| Date | Signature |
| | Richard L. Albrecht, Esq.      ct05751 |
| | Print Name      Bar Number |
| | COHEN AND WOLF, P.C. |
| | 1115 Broad Street, P.O. Box 1821 |
| | Address |
| | Bridgeport     CT     06601-1821 |
| | City     State     Zip Code |
| | (203) 368-0211     (203) 576-8504 |
| | Phone Number     Fax Number |

## CERTIFICATION

This is to certify that on the date hereof a copy of the foregoing was mailed by U.S. mail, postage prepaid, this 22nd day of April, 2003, to the following:

Attorney Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Attorney Margaret M. Sheahan
Thomas Maxwell, Esq.
Robert B. Mitchell, Esq.
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John Mitola, Esq.
Office of the City Attorney
202 State Street, McLevy Hall
Bridgeport, CT 06604

Richard L. Albrecht



PLEASE REPLY TO: <u>Bridgeport</u>
WRITER'S DIRECT DIAL: <u>(203) 337-4118</u>
E-Mail Address: ralbrecht@cohenandwolf.com

HERBERT L. COHEN
(1928-1983)

AUSTIN K. WOLF
MARTIN F. WOLF
RICHARD L. ALBRECHT
JONATHAN S. BOWMAN
IRVING J. KERN
MARTIN J. ALBERT
STEWART I. EDELSTEIN
NEIL R. MARCUS
G. KENNETH BERNHARD
DAVID L. GROGINS
GRETA E. SOLOMON
ROBIN A. KAHN
RICHARD G. KENT
RICHARD SLAVIN
DANIEL S. NAGEL
RICHARD J. DI MARCO
DAVID B. ZABEL
MARK A. KIRSCH
DAVID M. LEVINE
JOSEPH G. WALSH
DAVID A. BALL
JOCELYN B. HURWITZ
STUART M. KATZ
MONTE E. FRANK
PATRICIA C. SULLIVAN
VINCENT M. MARINO
ANN B. MULCAHY
MARNIE J. RUBIN
ARI J. HOFFMAN
BARBARA M. SCHELLENBERG
COURTNEY A. GEORGE
CARRIE L. LARSON

OF COUNSEL
ROBERT J. ASHKINS
STUART A. EPSTEIN
JACK E. McGREGOR

July 17, 2003

<u>*VIA FACSIMILE*</u> *(#1-860-704-0490)*

Attorney Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

*Re:* *Case No. 3:0CV00452 (AVC),*
*<u>Elizabeth Schiller v. City of Bridgeport, et al</u>,*
*<u>Johanna S. Georgia v. City of Bridgeport, et al</u>*

Dear Attorney Wallace:

I have your letter of July 16, 2003. I do not represent Mr. Kergaravat in his individual capacity, only as President of the Union. I suggest that you direct your complaint, if any, to Mr. Kergaravat directly.

Very truly yours,

Richard L. Albrecht

RLA:dlm

cc: Mr. Roger J. Kergaravat, President
    Bridgeport Fire Fighters – IAFF Local 834
    Mr. Thomas Hanko, Acting President
    Bridgeport Fire Fighters – IAFF Local 834

1115 BROAD STREET
P.O. BOX 1821
BRIDGEPORT, CT 06601-1821
TEL: (203) 368-0211
FAX: (203) 394-9901

158 DEER HILL AVENUE
DANBURY, CT 06810
TEL: (203) 792-2771
FAX: (203) 791-8149

190 MAIN STREET
WESTPORT, CT 06880
TEL: (203) 222-1034

112 PROSPECT STREET
STAMFORD, CT 06904
TEL: (203) 964-9907
FAX: (203) 576-8504