

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | : | NOVEMBER 7, 2003 |

**MOTION TO INTERVENE BY FIREBIRD SOCIETY OF BRIDGEPORT, INC., OPPOSITION TO MOTION FOR PROTECTIVE ORDER DATED AUGUST 27, 2003, AND OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND OBJECTION TO DISCLOSURE DATED SEPTEMBER 4, 2003**

Firebird Society of Bridgeport, Inc., moves to intervene in this action for the purpose of opposing the Motion for Protective Order by the defendants in this action dated August 27, 2003, and the Motion for Protective Order in the name of Roger Kergaravat dated September 4, 2003, as follows:

1.  Since the filing by the Firebird Society of its Memorandum dated November 3, 2003, in Opposition to the proposed Protective Order, the Court published its decision denying the defendants' Motion for Protective Order as to their "discovery material," and granting a limited protective order as to records of the union Local 834 that were previously ordered by the Court to be produced to the Plaintiffs.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS REQUIRED**

2.    The Firebird Society does not contest the Court's decision denying the defendants' Motion for Protective Order.

3.    The Firebird Society still requests to be heard in opposition to the protective order granted as to Local 834's records, to wit, given the subject matter of the records subpoenaed by the Plaintiffs, it is fair to assume that they pertain to the Firebird Society's members. In addition to all the reasons set forth in its supporting Memorandum dated November 3, 2003, that the Firebird Society and its members have an interest in accessing records kept by their union about possible discrimination, harassment and retaliation against them, if these records are to be used in the instant lawsuit and possibly become part of the court or public record, the Firebird Society and its members have an interest in reviewing them for accuracy and completeness, which the present protective apparently would preclude.

4.    The Firebird Society's interest would be impaired by disposition of this matter without its involvement, and its interest would not be adequately represented by the existing parties to the litigation.

11/7/03

**FOR THE PROPOSED INTERVENOR,**
**FIREBIRD SOCIETY OF BRIDGEPORT,**
**INC.,**

_____
Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion to Intervene by Firebird Society of Bridgeport, Inc., Opposition to Motion for Protective Order dated August 27, 2003, and Opposition to Motion for Protective Order and Objection to Disclosure dated September 4, 2003" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Thomas F. Maxwell, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John Mitola, Esq.
John P. Bohannon, Jr., Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

on this 7th day of November, 2003, via

   ✓    Regular U.S. Mail, first class, postage prepaid

   ___    U.S. Priority Mail

   ___    U.S. Express Mail or other overnight mail service

   ___    Facsimile

   ___    Hand-delivery

_____
Susan V. Wallace, Esq.