UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>    Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>    Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>    Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>November 10, 2003 |

**REPLY MEMORANDUM OF DEFENDANTS CITY OF BRIDGEPORT, PETTWAY AND MAGLIONE IN OPPOSITION TO MOTION TO INTERVENE BY FIREBIRD SOCIETY OF BRIDGEPORT, INC.**

  Because this Court decided two pending motions for protective order and the Motion to Intervene was solely for the purpose of opposing those protective order motions, this intervention motion should be denied as moot.

-2-

Done at Bridgeport, Connecticut this 10th day of November, 2003.

           By:  /s/   Margaret M. Sheahan
                 Margaret M. Sheahan, ct05862
                 Robert B. Mitchell, ct02662
          For: Pullman & Comley, LLC
                 850 Main Street, P.O. Box 7006
                 Bridgeport, CT  06601-7006
                 (203) 330-2000
                 Facsimile (203) 576-8888

                 ATTORNEYS FOR:
                 CITY OF BRIDGEPORT,
                 EARL PETTWAY and
                 MICHAEL MAGLIONE

-3-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on November 10, 2003 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821

/s/    Margaret M. Sheahan
     Margaret M. Sheahan

BPRT/67551.1/EMP/497536v1