UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH SCHILLER AND
JOHANNA S. GEORGIA,
    Plaintiffs,

VS.                                  Civil No. 3:01CV452(AVC)

CITY OF BRIDGEPORT, DONALD
DAY, MICHAEL MAGLIONE, EARL
PETTWAY,
    Defendants.

## SCHEDULING ORDER

(1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by January 15, 2004;

(2) the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before December 1, 2003, and depositions of any such experts shall be completed by December 20, 2003;

(3) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 1, 2004, and depositions of any such experts shall be completed by January 15, 2004;

(4) all motions, except motions in limine incident to a trial, shall be filed on or before February 15, 2004;

(8) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on March 15, 2004; and

(9) the case shall be ready for trial by April 1, 2004.

    No further extensions of time shall be granted absent good cause. It is so ordered this _17th_ day of November, 2003, at Hartford, Connecticut.

                                                    Alfred V. Covello
                                                    United States District Judge