2003 SEP -5 P 2:

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------x
ELIZABETH SCHILLER,                )
        *Plaintiff*    )
                                   )
JOHANNA GEORGIA,                   )  (CONSOLIDATED)
        *Plaintiff*    )  CIVIL ACTION NO. 3:01CV00452 (AVC)
                                   )  (ALL CASES)
VS.                                )
                                   )
CITY OF BRIDGEPORT, ET AL,         )  SEPTEMBER 4, 2003
        *Defendants.*  )
---------------------------------------------------x

## MOTION FOR PROTECTIVE ORDER AND OBJECTION TO DISCLOSURE

Roger Kergaravat as President of the Bridgeport Fire Fighters – IAFF, Local 834 ("Local 834") hereby joins in the Defendants' Motion for Protective Order dated August 27, 2003, and objects to the production of documents pursuant to the Court's August 20, 2003 Discovery Order until such time as a protective order enters. In support hereof, Local 834 respectfully represents the following.

FILED DEC 24 A 11:03 US DISTRICT COURT HARTFORD, CT.

3:01Cv00452(AVC). December 24, 2003. As the relief requested herein has previously been granted, see ruling and order on defendants' motion for protective order (document no. 119), the motion for protective order (document no. 94) is DENIED as moot. SO ORDERED.

        Alfred V. Covello, U.S.D.J.