UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | :    NO: 3:01cv00452(AVC)<br>:    (ALL CASES) |
| JOHANNA S. GEORGIA<br>Plaintiff | : |
| v. | : |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | :    JANUARY 3, 2004 |

**JOINT MOTION TO AMEND DISCOVERY CLOSING DATE AND PRETRIAL ORDER**

1.   The present closing date for discovery is January 15, 2004, several amendments to that date having been granted previously;

2.   The parties agree that they cannot complete necessary discovery by the present closing date and request that the discovery closing date be amended to January 31, 2004, with the exception of any open depositions which shall be completed within a reasonable time thereafter, without prejudice to the rights of any party to conduct such depositions. Defense counsel Robert Mitchell further represents that his clients conditionally agree to amend the closing date only if the latest trial scheduling date is not changed. However, the Plaintiffs further move that the discovery closing date be extended to February 27, 2004, for the following reasons: Plaintiffs believe the defendants and the nonparty Local 834 have still not complied with orders issued

pursuant to a hearing on July 5, 2003; that the Court has directed that Plaintiffs' depositions of the City, its officials and employees and other witnesses, and the defendants' deposition of nonparty Donald Day take place in the federal courthouse building in Hartford under supervision of the presiding judge (Covello, U.S.D.J.), which cannot be commenced until January 12th when the presiding judge is available; the late disclosure in December by the defendants of thousands of records and several tape recordings most or all of which were ordered disclosed in July 2003 an which the Plaintiffs were not informed would be disclosed at this late date; and the disclosure by the defendants by notice delivered to Plaintiffs' counsel only on January 2, 2004, of an expert witness located in South Carolina, with no report yet having been disclosed; a Motion to enlarge the time to disclose the newly disclosed defense expert's report having been filed by the defense only on January 2nd; and a discovery conference on these matters to be held on January 12, 2004, which is only three days before the current discovery closing date.

**WHEREFORE,** the parties ask that the Court amend the discovery schedule and pretrial orders as follows:

1. That discovery shall close January 31, 2004, with the exception of any open depositions which shall be completed within a reasonable time thereafter, without prejudice to the rights of any party to conduct such depositions;

2. Plaintiffs further move that the discovery closing date be set at February 27, 2004;

                                            **FOR THE PLAINTIFFS,**

Dated 1/3/04



Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, CT 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Joint Motion To Amend Discovery Closing Date and Pretrial Order" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Thomas F. Maxwell, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John Mitola, Esq.
John Bohannon, Jr., Esq.
Office of the City Attorney
City Hall Annex
999 Broad Street
Bridgeport, CT 06604

Richard Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

on this __2__ day of January, 2004, via

__X__ Regular U.S. Mail, first class, postage prepaid

____ U.S. Priority Mail

____ U.S. Express Mail or other overnight mail service

____ Facsimile

____ Hand-delivery

_____
Susan V. Wallace, Esq.

4