FILED

UNITED STATES DISTRICT COURT 2004 JAN -5 A II: _
FOR THE
DISTRICT OF CONNECTICUT U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JOHANNA S. GEORGIA, Plaintiff, VS. | CIVIL ACTION NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER, Plaintiff, VS. | CIVIL ACTION NO. 3:01 CV-00452 (AVC) (LEAD) ✓ |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, Defendants. | (CONSOLIDATED) DECEMBER 31, 2003 |

## DEFENDANTS' MOTION FOR ENLARGEMENT

Defendants City of Bridgeport, Earl Pettway and Michael Maglione have disclosed their expert this date as required by this Court's November 17, 2003 Scheduling Order. Defendants have retained a statistical expert whose testimony will be based on records obtained from the City of Bridgeport Civil Service Commission, all of which have been produced to Plaintiffs.

Defendants move for an enlargement of time to provide Plaintiffs with their expert's report on the grounds that Defendants were unable to determine the necessary parameters for the expert's opinion until a decision was reached on Plaintiffs' Motion for Partial Class Certification. A ruling was entered by this Court on December 23, 2003, denying Plaintiffs' Motion for Partial Class Certification, therefore Defendants request 30 days from that date, up to and including January 22, 2004, within which to produce the expert's report to Plaintiffs. Defendants will consent to Plaintiffs' counsel deposing the Defendants' expert out of time, although Defendants do not believe that a general extension of the discovery period is warranted in this case. Neither do Defendants believe that any other time provision set by the Court's most recent scheduling Order need, or should, be modified in any respect whatsoever.

This is Defendants' first request for enlargement of this deadline. Counsel for Plaintiffs has been contacted, and Plaintiffs object to the granting of this motion.

By: _____

Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on December 31, 2003 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821

Robert B. Mitchell

BPRT/67551.1/EMP/502577v1