UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER AND JOHANNA S. GEORGIA,<br>  Plaintiffs,<br><br>v.<br><br>CITY OF BRIDGEPORT, DONALD DAY, MICHAEL MAGLIONE, EARL PETTWAY,<br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civil No. 3:01CV452 (AVC)<br>:<br>:<br>:<br>:<br>: |

### ORDER TO SHOW CAUSE WHY THE COMPLAINT AGAINST DONALD DAY SHOULD NOT BE DISMISSED

This is an action for damages and equitable relief brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, 42 U.S.C. § 1983, Conn. Gen. Stat. § 46a-60, the Connecticut constitution, and common law tenets concerning intentional infliction of emotional distress and breach of the covenant of good faith and fair dealing. On March 21, 2001, the plaintiffs filed their original complaint. The named defendant in that complaint was the City of Bridgeport. On July 9, 2001, the plaintiffs filed a motion to amend the complaint. On July 9, 2001, the plaintiffs also filed a motion to add additional defendants including Donald Day, in both his personal and official capacities. This court granted both motions. The amended complaint filed with this court includes Donald Day as a defendant. Nevertheless, the record in this matter does not indicate that Day was served with the complaint, that he answered the complaint, or that counsel has appeared on his behalf.

The relevant rule of procedure states that "[i]f service of

the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant . . . ." Fed. R. Civ. P. 4(m).  Therefore, pursuant to Fed. R. Civ. P. 4(m), the court hereby orders the plaintiffs to show cause why the complaint against Donald Day should not be dismissed.  The plaintiffs shall have to and including January 30, 2004 to comply with this order.

It is SO ORDERED this 9TH day of January, 2004, at Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.