```
******************  -COMM.     VAL- *********************  DATE NOV-10-2003   ** TIME 12:56 **********

        MODE = MEMORY TRANSMISSION              START=NOV-10 12:54     END=NOV-10 12:56

        FILE NO.=549

 STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
 NO.           ABBR NO.

 001   OK      ã            18607040490#                                003/003    00:01:11


                                                            -PULLMAN & COMLEY BPT   -

**************************** -PULLMAN & COMLEY- *****  -                          - **********
```

**Pullman & Comley, LLC**
850 Main St.
P.O. Box 7006
Bridgeport, CT 06601-7006
TEL. (203) 330-2000 — FAX(203) 576-8888

### FACSIMILE MESSAGE COVER PAGE

| FROM: | ELISA M. PALIANI | DATE: | NOVEMBER 10, 2003 |
|---|---|---|---|
| PHONE: | (203) 330-2238 | OUR FILE NUMBER: | 67551.1 |

PLEASE DELIVER AS SOON AS POSSIBLE TO:

|   | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | SUSAN WALLACE, ESQ. |  | (860) 704-0490 | (860) 704-0472 |

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE: 3.
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL          AT:

#### CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.

MESSAGE:*************************************************************

I wanted to make sure these e-mails got through. The only days unavailable to me this month are 11/11 and 11/18 for doctor appointments.

*Lisa*


EXHIBIT 1

**Paliani, Elisa M.**

| | |
|---|---|
| From: | Mitchell, Robert B. |
| Sent: | Thursday, November 06, 2003 12:32 PM |
| To: | 'Law4us@rcn.com' |
| Cc: | Paliani, Elisa M.; 'mitolj0@ci.bridgeport.ct.us' |
| Subject: | Schiller and Georgia v. City of Bridgeport |

Dear Susan:

    Now that the defendants' protective order issues have been decided, and the stay on discovery thus lifted, we would like to go ahead and move the case along toward trial. With that in mind, I have a couple of points to discuss with you.

    First, please let either Lisa Paliani or me know when you want to come down to Bridgeport to review documents. It would be helpful to know when you want to look at papers in our offices and when you want to focus on the logs that are at the Fire Department H.Q. It will make it a little more efficient for you if I can give them advance notice that you want to look at materials at the firehouse so that I can see that they are set up for you ahead of time. As far as the materials at our office, they are ready at anytime. we simply need to coordinate Lisa's schedule to make certain she is going to be there on the day (or days) that you want to visit.

    Second, I am going to re-notice Donald Day's deposition. Since the Court has not ruled on your motion to quash the Day documents subpoena or your request to preclude inquiry into what, if anything, he might have told you or what documents he might have given to you, and vice versa, I intend to limit my questioning to matters other than those. As you pointed out in your motion papers, there is much more to ask him than what he said to you or you to him. There is really no reason to delay inquiry into these other, non-objectionable, issues while we wait for the Court to rule as to those points that you do object to. I intend to simply adjourn his deposition after we have reviewed these other points and then renew it or notice it as concluded after the Court rules on your motion.

    Third, I have your objections to the City's second set of interrogatories to Ms. Schiller and Ms. Georgia in front of me. As to your First objection, I fail to see how the noted definitions violate any of the rules, but am certainly open to considering revision if you will let me know what you think is wrong and how you would change them to accommodate your concerns. As to your second objection, it is not my intention to discover any attorney-client privileged or identifiable attorney work product materials or information. I do not think that either of the interrogatories touch upon such maters, since they are looking for what is posted on public records. As to your stated objections to the specific interrogatories, obviously the issue of an outstanding stay is now moot. Respecting your other points, I would appreciate your letting me know, on what basis, if at all, you would be willing to provide the requested information or any part of it. Perhaps we can reach an accord on these issues. I would like to avoid the necessity of filing a motion to compel on these interrogatories, if possible.

    Finally, it would be helpful, as we approach the Holidays, if you would tell me what additional discovery, if any, you currently plan to take in this case. I realize that you may not know what kind of follow-up discovery you might want to undertake, but, hopefully, you can tell me what to expect as to that which is already in motion.

                    Thank you,
                      Bob Mitchell

**Paliani, Elisa M.**

---

From:        Mitchell, Robert B.
Sent:        Thursday, November 06, 2003 4:57 PM
To:          'Law4us@rcn.com'
Cc:          Paliani, Elisa M.

Dear Susan:

I just received your fax of today. Did you get my e-mail from this morning? I think that it actually responds to your note. We are prepared to turn the stuff over to you, and we will try to do it as much at your convenience as possible. I appreciate your graciousness in asking us for dates, but you really have the more serious logistical issues, so just give us a couple of days advance notice of when you want to come and we will do everything in our power to accommodate your schedule.

                Bob Mitchell

1

Paliani, Elisa M.

| | |
|---|---|
| **From:** | Susan V. Wallace, Attorney at Law [law4us@rcn.com] |
| **Sent:** | Friday, December 12, 2003 1:38 PM |
| **To:** | Elisa M. Paliani |
| **Cc:** | Robert Mitchell, Esq.; Margaret Sheahan, Esq. |
| **Subject:** | SCHILLER/GEORGIA V. BPT - DF'S DOCUMENT PRODUCTION |

My clients and I would like to come to copy the officers' log books at FD HQ on Tues and Wed commencing 10 a.m. each day. Per the court's order, these are to be made available to us clearly marked so that we can find the few volumes we have not previously been given, with a table for working and a place for our copiers.

As for the remaining documents listed in my August 18th letter which the court made the "working list," and my August 25th letter clarifying page references and pages we seek that were missing from a particular firehouse logbook, to save attorney time and expedite this, I ask you to simply compile the documents per the list and we can arrange for them to be sent to a copy service, Reprographics in Bpt.

Pls let me know.

/svw


Susan V. Wallace
 ~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, CT 06457
tel (860) 704-0472, fax -0490



EXHIBIT 2

12/12/03

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LAPERA

MICHAEL N. LAVELL
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
MARJORIE WILDER
———
SAMUEL A. GILLILAND
(1930-1994)
———
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA

JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:   Bridgeport
Telephone:  203-330-2138
E-Mail:     msheahan@pullcom.com

May 6, 2003

Susan V. Wallace
Attorney
11 Blue Orchard Drive
Middletown, CT

Re: Elizabeth Schiller v. City of Bridgeport, et al
Docket No. 3:01 CV-00452 (AVC)

Johanna S. Georgia v. City of Bridgeport, et al
Docket No. 3:01 CV-00717 (AVC)

Dear Ms. Wallace:

I understand that you did not realize Ms. Georgia's continued deposition had been scheduled for this morning. We have rescheduled for 10:00 a.m. Thursday, May 8 at our Bridgeport offices. When I receive a bill from the court reporter for today's proceeding, I will forward it to you. I am sure you agree that it is appropriate for you and/or your clients to absorb this cost.

On another matter, for you to be billed directly by the copying vendor, Ikon, you will need to set up an account with that company. You might consider contacting Valerie Lazzari in New Haven at 203-776-9333. She is the Ikon representative with whom Ms. Paliani of our office most frequently deals. I am told that Ikon's charge is 27 cents per page for the hard bound logs, and for blueprints their charge is $1.25 per square foot.

The cost for copying all the mini tapes has been estimated at $100 by our staff person who has arranged for such copying in the past. I do not have a per tape cost estimate. Please let us know your requirements on these.

Please contact us with your preferred dates for continued review of the document production so that we can arrange to have logs available for you.

Yours truly,

Margaret M. Sheahan

**EXHIBIT 3**

BPRT/67551.1/MMS/477328v1
850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000   FAX (203) 576-8888
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300   FAX (860) 424-4370
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-3006   FAX (203) 776-7075
720 HOPMEADOW STREET   SIMSBURY, CT 06070-2225   (860) 651-9348   FAX (860) 651-1431
200 PEQUOT AVENUE   P.O. BOX 510   SOUTHPORT, CT 06890-0510   (203) 254-5000   FAX (203) 254-5070
300 ATLANTIC STREET   STAMFORD, CT 06901-3522   (203) 324-5000   FAX (203) 363-8659
www.pullcom.com

# Susan V. Wallace
*~ Attorney at Law ~*

11 Blue Orchard Drive  
Middletown, Connecticut 06457

tel: (860) 704-0472, fax -0490  
email: law4us@rcn.com

November 6, 2003

*via fax #203-576-8888*

Margaret Sheahan, Esq.  
Robert Mitchell, Esq.  
Thomas Maxwell, Esq.  
Pullman & Comley, LLC  
850 Main Street  
P.O. Box 7006  
Bridgeport, CT 06601-7006

    Re:    <u>Schiller and Georgia v. City of Bridgeport, et al.</u>

Counsel:

    In light of the order denying your clients' the protective order regarding discovery, my clients are ready to immediately recommence review of your clients' discovery compliance. Please provide dates and locations these materials will be made available.

Very truly yours,

Susan V. Wallace

cc:    John Mitola, Esq., via fax # 203-576-8252

