142

FILED

2004 JAN -5 P 1: 0

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | : | JANUARY 3, 2004 |

**JOINT MOTION TO AMEND DISCOVERY CLOSING DATE AND PRETRIAL ORDER**

1. The present closing date for discovery is January 15, 2004, several amendments to that date having been granted previously;

2. The parties agree that they cannot complete necessary discovery by the present closing date and request that the discovery closing date be amended to January 31, 2004, with the exception of any open depositions which shall be completed within a reasonable time thereafter, without prejudice to the rights of any party to conduct such depositions. Defense counsel Robert Mitchell further represents that his clients conditionally agree to amend the closing date only if the latest trial scheduling date is not changed. However, the Plaintiffs further move that the discovery closing date be extended to February 27, 2004, for the following reasons: Plaintiffs believe the defendants and the

3:01CV452(AVC) January 12, 2004. The motion for an extension of time (document no. 142) is GRANTED as follows: All discovery, including depositions of all witnesses, shall be completed by February 13, 2004
SO ORDERED.
            Alfred V. Covello, U.S.D.J.