FILED
2004 JAN -5 A 11: 2
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA, <br> Plaintiff, <br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER, <br> Plaintiff, <br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) (LEAD) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br> DECEMBER 31, 2003 |

### DEFENDANTS' MOTION FOR ENLARGEMENT

Defendants City of Bridgeport, Earl Pettway and Michael Maglione have disclosed their expert this date as required by this Court's November 17, 2003 Scheduling Order. Defendants have retained a statistical expert whose testimony will be based on records obtained from the City of Bridgeport Civil Service Commission, all of which have been

---

3:01CV452(AVC) January 12, 2004. The defendant's motion for an extension of time to provide the plaintiffs with their expert report (document no. 143) is GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.