UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER AND <br> JOHANNA S. GEORGIA, <br>    Plaintiffs, <br><br> v. <br><br> CITY OF BRIDGEPORT, DONALD <br> DAY, MICHAEL MAGLIONE, EARL <br> PETTWAY, <br>    Defendants. | : <br> : <br> : <br> : <br> : Civil No. 3:01CV452(AVC) <br> : <br> : <br> : <br> : |

## AMENDED DISCOVERY ORDER

On April 19, 2003, the plaintiff served a subpoena <u>duces tecum</u> upon one Roger Kergaravat, in his capacity as president of the Bridgeport Fire Fighters Local 834 ("Local 834"), a nonparty to this action. The subpoena directed Kergaravat to produce all documents containing information involving incidents of discrimination or harassment on the basis of sex, race, national origin or sexual preference. The subpoena also directed Kergaravat to make his union office available for inspection. The subpoena set the time for compliance as April 21, 2003 at 9:00 a.m.

On April 21, 2003, after Kergaravat refused to comply with the subpoena, the plaintiff filed a motion for contempt and sanctions (document no. 57). On April 22, 2003, Kergaravat filed a motion to quash the subpoena (document no. 60).

On July 2, 2003, in part to resolve the above motions, the court conducted a discovery conference with counsel of record. The court ordered Local 834 to provide the court with a discovery

log on or before July 30, 2003. The court informed the parties that, once Local 834 provided the log to the court, the court would view all listed documents and order the disclosure of those documents that the court deemed relevant.

On August 13, 2003, the court traveled to the office of Local 834 and examined all files listed in Local 834's log. Based on that review, it is hereby

ORDERED that, Local 834 shall disclose the following documents to the plaintiffs:

Index of Files in Double Door Cabinet:
    No. 3: Frank Girardi Fire Marshall position

Index of files on the Shelf:
    No. 35: Denton/ Shevlin discipline

Index of Records on Computer Table:
    No. 6: Johanna Georgia grievance injury leave/ sick leave
    No. 18: Victor Craft conduct unbecoming charges
    No. 44: Georgia - sex harassment
    No. 45: Schiller/Georgia folder

File Cabinet #1 Drawer #1:
    No. 2: Alfaro Discipline
    No. 102: Glen Duda discrimination

File Cabinet #1 Drawer #2:
    No. 120: Johanna Georgia - article 6 for Hearings
    No. 121: Johanna Georgia - Misc. Issues
    No. 205: Steve McSperrin - Cora incident
    No. 209: Steve McSperrin - Cora incident #2

File Cabinet #2 Drawer #1:
    No. 22: Correspondence Union/ Jim Ferguson
    No. 47: Attorney Wallace/ Union

File Cabinet #2 Drawer #2:
    No. 6: Pending grievances 2000

File Cabinet #3 Drawer #1:
    No. 65: Winifred Regnier workers comp./ retirement request
    No. 165: John Provost Denton case

File Cabinet #3 Drawer #2:
    No. 87: Kathy Denton drug bust
    No. 89: Kathy Denton suspension grievance
    No. 90: Kathy Denton drug busts
    No. 91: Kathy Denton 8 hours overtime grievance
    No. 92: Kathy Denton suspension/arrest

File Cabinet #3 Drawer #4:
    No. 121: Complaints against PRO's (M. Firpi, K. Denton)

Files Given to Cohen and Wolf:
    No. 2: Grievance - K. Denton
    No. 3: Letter - K. Denton
    No. 4: K. Denton- ½ day vacations
    No. 5: N. Petrucelli - Administration Hearing Result
    No. 6: N. Petrucelli - Administration Hearing
    No. 7: Grievance - N. Cosma (Petrucelli)
    No. 8: Letter - N. Petrucelli
    No. 9: Letter - P. Shevlin (acting)
    No. 10: N. Petrucelli- Mattress
    No. 14: K. Denton
    No. 15: Women in the fire department - policy
    No. 16: Sexual harassment polict
    No. 18: Projection sheet
    No. 22: D. Day - Feb. 13
    No. 23: K. Denton - W/C

Nothing in this order shall prohibit Local 834 from filing an objection to any or all disclosure ordered herein on grounds other than relevance.

It is so ORDERED, this 12th day of January, 2004, at Hartford, Connecticut.

                                          Alfred V. Covello
                                          United States District Judge