



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ELIZABETH SCHILLER**<br>Plaintiff | : NO: 3:01cv00452(AVC)<br>: (ALL CASES) |
| **JOHANNA S. GEORGIA**<br>Plaintiff | : |
| v. | : |
| **CITY OF BRIDGEPORT; ET AL.**<br>Defendants | : JANUARY 8, 2004 |

### PLAINTIFFS' MOTION FOR ORDERS, FEES AND COSTS
### RE: BRIDGEPORT FIREFIGHTERS ASSOCIATION/LOCAL 834

1. Plaintiffs served a subpoena duces tecum for April 21, 2003, upon nonparty Roger Kergaravat, President, Bridgeport Firefighters Association, Local 834. Kergaravat/Local 834 refused to comply with the subpoena, filed a Motion to Quash (no. 60), and the Plaintiffs filed a Motion for Contempt and Sanctions (no. 57).

2. On July 2, 2003, a discovery conference having been held, the Court (Covello, U.S.D.J.) denied Local 834's Motion to Quash, ordered an *in camera* review of its documents sought by the subpoena duces tecum, and on August 21, 2003, ordered (no. 89) the Local 834 to produce specifically listed documents to the Plaintiffs on or before September 5, 2003.

3. After receiving no documents or communication from Local 834, on September 2,

---

3:01CV452(AVC).  January 15, 2004.  DENIED as moot, given the agreement reached at the discovery conference held on January 12, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.