01cv452 mtn ord
01cv452 ex hl.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| JOHANNA S. GEORGIA, | CIVIL ACTION |
| Plaintiff, | NO. 3:01 CV-00717 (AVC) |
| VS. | |
| ELIZABETH SCHILLER, | CIVIL ACTION |
| Plaintiff, | NO. 3:01 CV-00452 (AVC) |
| VS. | |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, | (CONSOLIDATED) |
| Defendants. | January 8, 2004 |

**DEFENDANT CITY OF BRIDGEPORT'S MOTION FOR ORDER
STAYING DEPOSITION OF CITY AND RELIEVING CITY OF OBLIGATION
TO PRODUCE DOCUMENTS AT DEPOSITION**

Pursuant to Federal Rule of Civil Procedure 30(d)(4), Defendant City of Bridgeport moves this Court for an order staying the deposition of the City, which Plaintiffs have re-noticed for January 13, 2004 until the earlier of two dates to be chosen by Plaintiffs from

```
3:01CV452(AVC).  January 15, 2004.  The defendant's motion for order
(document no. 146) is GRANTED to the extent that the parties shall
proceed in accordance with the agreement reached at the discovery
conference held on January 12, 2004.
SO ORDERED
```