UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER** | : | NO: 3:01cv00452(AVC) |
|    Plaintiff | | (ALL CASES) |
| | : | |
| **JOHANNA S. GEORGIA** | | |
|    Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
|    Defendants | : | JANUARY 20, 2004 |

**PLAINTIFFS' MODIFY PROTECTIVE ORDER
RE: DEPOSITIONS AND MEDICAL INFORMATION**

1.    On May 5, 2003, the Court issued an endorsement ruling granting Plaintiffs' Motion seeking a Protective Order (No. 46) pertaining to their medical and psychological treatment records and information, and depositions involving the same. However, the protective order proposed by the Plaintiffs was not granted, rather, the Court granted the proposed Order appended to the Defendants' Opposition to Plaintiffs' Motion for Protective Order dated March 31, 2003 (no. 51).

2.    After the Defendants placed some of Plaintiff Johanna Georgia's confidential and otherwise legally protected medical treatment information and portions of her deposition testimony about her treatment on the public record in a Motion (no. 105), Plaintiffs sought a

contempt finding (nos. 113 and letter motion no. 158) for this dissemination, as a violation of the existing Protective Order. The Court denied this Motion, on grounds that the medical information disclosed in the Defendants' Motion did not fit the definition of "Confidential Information" in the Protective Order.

    3.    On January 12, 2004, a discovery teleconference with all parties was held and the Court directed, with agreement of the parties, that the Plaintiffs' deposition recordings/transcripts would be kept confidential and would not be disseminated beyond the court reporters and counsel except under seal, pending the filing and disposition of the instant Motion to Modify the existing Protective Order.

    4.    To close the loophole left by the definition of "Confidential Information" in the existing Protective Order, and achieve clear and consistent protection of the covered materials and information which are otherwise confidential and legally protected from public disclosure under federal and state law, and for all the reasons recited herein and in the prior Motion no. 46, the Plaintiffs seek amendment of the existing Protective Order as follows: That the definition in the existing Protective Order of "Confidential Information" (Protective Order, p. 2, ¶ 1a, b) shall be modified to read as follows (additions indicated in boldface):

"Confidential Information," as used herein, means.

    a.    all medical **and psychological** records concerning the parties, including the records, notes and reports of all health care practitioners;

    b.    transcripts of the depositions of all health care practitioners who have evaluated, treated, examined, and/or consulted with any party; and

      **c.**    **correspondence and transcripts of the depositions of the Plaintiffs, their counsel, agents, employees, and representatives which contain any party's medical and psychological evaluation, care and treatment information."**

                                **FOR THE PLAINTIFFS,**

Dated _____                    _____
                                                    Susan V. Wallace
                                                    *~ Attorney at Law ~*
                                                    11 Blue Orchard Drive
                                                    Middletown, CT 06457
                                                    Tel: (860) 704-0472  Fax: -0490
                                                    law4us@rcn.com
                                                    Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Plaintiffs' Motion To Modify Protective Order Re: Depositions and Medical Information" has been served upon:

Robert B. Mitchell, Esq.  
Margaret M. Sheahan, Esq.  
Thomas F. Maxwell, Esq.  
Pullman & Comley, LLC  
850 Main Street  
P.O. Box 7006  
Bridgeport, CT 06601-7006  

John Mitola, Esq.  
John Bohannon, Jr., Esq.  
Office of the City Attorney  
City Hall Annex  
999 Broad Street  
Bridgeport, CT 06604  

Richard Albrecht, Esq.  
Cohen & Wolf, P.C.  
1115 Broad Street  
Bridgeport, CT 06604  

on this ___ day of January, 2004, via

____    Regular U.S. Mail, first class, postage prepaid

____    U.S. Priority Mail

____    U.S. Express Mail or other overnight mail service

____    Facsimile

____    Hand-delivery

_____  
Susan V. Wallace, Esq.

4