UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | : | JANUARY 8, 2004 |

**PLAINTIFFS' AND INTERVENORS' MOTION TO MODIFY PROTECTIVE ORDER
RE: BRIDGEPORT FIREFIGHTERS ASSOCIATION/LOCAL 834**

The Plaintiffs and the intervenors Firebird Society of Bridgeport, Inc., and Bridgeport Hispanic Firefighters Association, seek modification of the protective order no. 119 as to Bridgeport Firefighters Association/Local 834 for the following reasons:

1. Plaintiffs served a subpoena duces tecum for April 21, 2003, upon nonparty Roger Kergaravat, President, Bridgeport Firefighters Association, Local 834. Kergaravat/Local 834 refused to comply with the subpoena, filed a Motion to Quash (no. 60), and the Plaintiffs filed a

---

3:01CV00452(AVC).  February 3, 2004.  There being no objection, the plaintiffs' motion to modify the protective order (document no. 152) is GRANTED.  The protective order, see document no. 120, is amended as follows: "The parties and all designated persons shall be permitted to disseminate, make available for inspection or copying, paraphrase or otherwise disclose the subject documents, and the substance thereof, to and with any potential witness and that witness's potential agent or representative, and to the maker(s) and subject(s) of the documents, provided that such individuals are informed that the material is confidential and that, pursuant to court order, such confidentiality must be maintained."
SO ORDERED.