UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>    Plaintiff,<br> VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>    Plaintiff,<br> VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>    Defendants. | (CONSOLIDATED)<br><br>February 3, 2004 |

**DEFENDANTS' MOTION FOR ENLARGEMENT**

  Defendants City of Bridgeport, Earl Pettway and Michael Maglione move this Court to enlarge the time within which dispositive motions must be filed by approximately one month through March 15, 2004. The proposed date is one month following the close of discovery under the Court's most recent order on that subject. Defendant City's representatives most knowledgeable about this matter and defense counsel have been heavily engaged in facilitating Plaintiffs' pursuit of discovery in recent weeks and therefore require

-2-

additional time to devote to the preparation of a motion for summary judgment and supporting documentation.

This is Defendants' first request for enlargement of this deadline. An attempt to ascertain the position of Counsel for Plaintiffs to the granting of this motion was unsuccessful.

By: /s/ Margaret M. Sheahan
    Margaret M. Sheahan, ct05862
    Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    (203) 330-2000
    Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

-3-

**CERTIFICATION**

      Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on February 3, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821

                                                                 /s/ Margaret M. Sheahan
                                                                 Margaret M. Sheahan

BPRT/67551.1/EMP/506133v1