UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>　　　　　Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>　　　　　Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>February 6, 2004 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER RE: DEPOSITIONS AND MEDICAL INFORMATION**

Defendant City of Bridgeport opposes "Plaintiffs' Modify Protective Order Re: Depositions And Medical Information" (sic) (hereafter, "Motion To Modify Medical Protective Order") because the modified order it seeks is grossly overbroad and would prevent Defendants from efficiently operating the Bridgeport Fire Department.

On Plaintiffs' motion and with Defendants' agreement, this Court entered a Medical Protective Order on May 5, 2003. That Order binds the parties to protect the confidentiality of, and to use only for the purposes of this litigation, parties' medical records and the testimony of their health care providers. Plaintiffs now seek to enlarge this protection to cover "psychological" records (to which Defendants do not object) and

> correspondence and transcripts of the depositions of the Plaintiffs, their counsel, agents employees and representatives which contain any party's medical and psychological evaluation, care and treatment information.

Plaintiffs are firefighters. Plaintiff Georgia has been on full pay disability leave for many months and the question of whether she should be medically retired from the Department is currently pending before the Board of Fire Commissioners. During the pendency of this action, Plaintiff Schiller has given birth and received pregnancy disability leave as well as leave and duty restrictions she sought because of her physical status as a nursing mother. These are but two real life examples of the importance medical information can have in safety-related judgments City representatives need to make about firefighters.

City representatives with responsibility to make or contribute to many such decisions are necessary actors in the defense of this action, which challenges management decisions in the Bridgeport Fire Department. Pertinent information regarding the fitness and medical restrictions of these firefighters can not be "off limits" for use by Defendants in protecting the safety of the Plaintiffs, their coworkers, or the City in managing its Fire Department.

2

Under the current order, because the testimony transcripts and medical records are easily identifiable, Defendants can restrict themselves appropriately to comply and still perform their vital function of protecting the Fire Department's efficacy by reacting appropriately to activity restrictions in the Plaintiff Firefighters, using other sources of information. With a protective order of the breadth Plaintiffs now seek in place, the City would never be able to make any use of any medical information about either Plaintiff without being called to answer to this Court that the source had not been a prohibited one. The function is too important and the stakes – human lives – are too high to impose such an unreasonable restriction on the City's management of this crucial public service.

For all the foregoing reasons, Plaintiffs' Motion to Modify Medical Protective Order should be denied.

Done at Bridgeport, Connecticut this 6th day of February, 2004.

By: _____
Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on February 6, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

_____
Margaret M. Sheahan

BPRT/67551.1/MMS/506535v1

4