158

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) (LEAD) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED)<br><br>February 3, 2004 |

### DEFENDANTS' MOTION FOR ENLARGEMENT

Defendants City of Bridgeport, Earl Pettway and Michael Maglione move this Court to enlarge the time within which dispositive motions must be filed by approximately one month through March 15, 2004. The proposed date is one month following the close of discovery under the Court's most recent order on that subject. Defendant City's representatives most knowledgeable about this matter and defense counsel have been heavily engaged in facilitating Plaintiffs' pursuit of discovery in recent weeks and therefore require

February 6, 2004. GRANTED. Alfred V. Covello, U.S.D.J.
SO ORDERED.