UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH SCHILLER AND            :
JOHANNA S. GEORGIA,               :
   Plaintiffs,                    :
                                  :
v.                                :   Civil No. 3:01CV452(AVC)
                                  :
CITY OF BRIDGEPORT, DONALD        :
DAY, MICHAEL MAGLIONE, EARL       :
PETTWAY,                          :
   Defendants.                    :

ORDER OF DISMISSAL OF COMPLAINT AGAINST DONALD DAY

This is an action for damages and equitable relief brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, 42 U.S.C. § 1983, Conn. Gen. Stat. § 46a-60, the Connecticut constitution, and common law tenets concerning intentional infliction of emotional distress and breach of the covenant of good faith and fair dealing.  On March 21, 2001, the plaintiffs filed their original complaint.  The named defendant in that complaint was the City of Bridgeport.  On July 9, 2001, the plaintiffs filed a motion to amend the complaint.  On July 9, 2001, the plaintiffs also filed a motion to add additional defendants, including Donald Day.  This court granted both motions.  The amended complaint filed with this court includes Donald Day as a defendant.  Nevertheless, the record in this matter does not indicate that Day was served with the complaint, that he answered the complaint, or that counsel has appeared on his behalf.

Federal Rule of Civil Procedure 4(m) states that "[i]f

service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant . . . ."  On January 9, 2004, the court ordered the plaintiffs to show cause, by January 30, 2004, why the complaint against Donald Day should not be dismissed.  The plaintiffs did not respond to the court's order.  Therefore, having provided notice to the plaintiffs, and pursuant to Fed. R. Civ. P. 4(m), it is hereby ORDERED that the complaint against Donald Day be dismissed.

It is so ordered this 12TH day of February, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge