0lcv452 mtn

161

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : NO: 3:01cv00452(AVC)<br>: (ALL CASES)<br>: |
| JOHANNA S. GEORGIA<br>Plaintiff | :<br>: |
| v. | : |
| CITY OF BRIDGEPORT; ET AL.<br>Defendants | :<br>: FEBRUARY 9, 2004 |

PLAINTIFFS' MOTIONS FOR AMENDMENT OF
DISCOVERY CLOSING DATE AND PRETRIAL ORDERS
AND FOR ORDERS RE: DEPOSITIONS

1. The present discovery closing date is February 13, 2004.

2. At present, the poor weather, the Court's schedule, availability of the court reporter, of a room in the courthouse, of counsel, and of the nine Rule 30(b)(6) representatives, and the

---

3:01CV00452(AVC). February 19, 2004. To the extent that the plaintiffs' motion for amendment of discovery closing date and pretrial orders and for orders re: depositions (document no. 161) seeks an extension of the discovery deadline and additional time within which to depose the city beyond the nine hours stipulated to by the parties, the motion is GRANTED as follows: (1) All discovery, including depositions of all witnesses, shall be completed by March 12, 2004; and (2) the plaintiff is granted an additional four and one half hours of time to conduct the depositions of the city representatives. To the extent that the plaintiffs' motion seeks other relief based on alleged discovery violations, the motion is DENIED without prejudice to its refiling in accordance with D. Conn. L. R. Civ. P. 7(a), which requires that "[a]ny motions involving disputed issues of law . . . be accompanied by a written memorandum of law," and also D. Conn. L. R. Civ. P. 37(b), which requires that the motion papers be accompanied by an "affidavit certifying that [the movant] has conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised in the motion."
SO ORDERED.

0lcv452end161