# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>          Plaintiff,<br>     VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>          Plaintiff,<br>     VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>          Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>February 20, 2004 |

## DEFENDANTS' MOTION TO SET ASIDE
## FEBRUARY 19, 2004 COURT ORDER REGARDING DISCOVERY

Defendants, pursuant to L. Civ. R. 7(b)3, hereby move to set aside the Court's Order dated February 19, 2004, granting Plaintiffs' Motions for Amendment of Discovery Closing Date and Pretrial Orders and for Orders Re: Deposition [Docket #161], and extending the discovery period and granting Plaintiffs additional time to depose the Defendant City of Bridgeport.

-2-

The grounds and good cause for this motion are fully set forth in the attached Memorandum.

By: /s/ Robert B. Mitchell
    Margaret M. Sheahan, ct05862
    Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    (203) 330-2000
    Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

**CERTIFICATION**

    Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on February 20, 2004 to all counsel and pro se parties of record.

    Susan V. Wallace
    11 Blue Orchard Drive
    Middletown, CT 06457

    John R. Mitola
    John P. Bohannon, Jr.
    Office of the City Attorney
    999 Broad Street
    Bridgeport, CT 06604

    Richard L. Albrecht
    Cohen and Wolf, P.C.
    1115 Broad Street
    P.O. Box 1821
    Bridgeport, CT  06601-1821

    /s/ Robert B. Mitchell
    Robert B. Mitchell

BPRT/67551.1/EMP/508030v1