UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>               Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>               Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>               Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>February 20, 2004 |

**AFFIDAVIT OF ELISA M. PALIANI IN SUPPORT OF DEFENDANTS'**
**MEMORANDUM IN OPPOSITION TO PLAINTIFFS'**
**MOTIONS FOR AMENDMENT OF DISCOVERY CLOSING DATE**
**AND PRETRIAL ORDERS AND FOR ORDERS RE: DEPOSITIONS**

Having been duly sworn, I, Elisa M. Paliani, do hereby depose and state:

1    I am over the age of 18 and believe in the obligation of an oath.

2    I am employed as a paralegal by Pullman & Comley, LLC, counsel for Defendants City of Bridgeport, Michael Maglione and Earl Pettway in the above-captioned case.

EXHIBIT A

3      My responsibilities include maintaining the firm's files and records regarding the above-captioned matters.

4      I attended documents produced by the City of Bridgeport in response to Plaintiffs' discovery requests in this action during Plaintiffs' examination of these documents on the following dates and locations:

> 5/1/03 at Pullman & Comley, LLC
>     Approximately 10:00 a.m. to 3:30 p.m. – no lunch break
>     Ms. Wallace and Ms. Georgia in attendance
>
> 5/9/03 at Pullman & Comley, LLC
>     Approximately 9:30 a.m. to 4:00 p.m. – no lunch break
>     Ms. Wallace and Ms. Georgia in attendance
>
> 5/12/03 at Pullman & Comley, LLC
>     Approximately 10:10 a.m. to 2:45 p.m. – no lunch break
>     Ms. Wallace and Ms. Georgia in attendance
>     Ms. Schiller in attendance part of the day
>
> 5/13/03 at Pullman & Comley, LLC
>     Approximately 9:45 a.m. to 4:30 p.m. – brief lunch break
>     Ms. Wallace and Ms. Georgia in attendance
>
> 5/14/03 at Pullman & Comley, LLC
>     Approximately 10:00 a.m. to 5:10 p.m. – no lunch break
>     Ms. Wallace in attendance
>     Ms. Georgia and Ms. Schiller in attendance part of the day
>
> 5/16/03 at Pullman & Comley, LLC
>     Beginning at 2:40 p.m. after deposition
>     Ms. Wallace in attendance
>
> 8/6/03 at Pullman & Comley, LLC
>     Approximately 1:05 p.m. to 5:15 p.m.
>     Ms. Wallace and Ms. Georgia in attendance

    8/14/03 at Pullman & Comley, LLC
        Approximately 9:40 a.m. to 2:30 p.m.
        Ms. Wallace in attendance

    12/16/03 at Pullman & Comley, LLC
        Approximately 10:20 a.m. to 4:00 p.m. – no lunch break
        Ms. Wallace in attendance
        Ms. Georgia in attendance part of the day

    12/17/03 at Pullman & Comley, LLC – lunch break taken
        Approximately 10:40 a.m. to 4:05 p.m.
        Ms. Wallace in attendance
        Ms. Georgia in attendance part of the day

    1/5/04 at Bridgeport Fire Department Headquarters
        Approximately 2:00 p.m. to 4:20 p.m.
        Ms. Wallace in attendance

5    The following attachments are true and accurate copies of documents maintained in the firm's files on this matter:

    Attachment 1:    11/6/03 letter from Mitchell to Wallace regarding inspection of City documents

    Attachment 2:    January and February 2004 supplemental disclosures by City of Bridgeport, without attached documents

    Attachment 3:    All written communications between Plaintiffs' counsel and Defendants' counsel regarding Chief Maglione's deposition continuation

    Attachment 4:    All written communications between Plaintiffs' counsel and Defendants' counsel regarding Patrick Shevlin's deposition continuation

Attachment 5:   Written communication exchanged by counsel regarding Court's January 10 return date

Attachment 6:   Written communication exchanged by counsel regarding availability in week of February 9, 2004

Attachment 7:   Communication between Mitola and Wallace regarding February 9 Tuozzoli proceeding in Superior Court

Attachment 8    Communication between counsel evidencing stipulation to 9.5 hour City deposition

Attachment 9:   5/21/03 letter from Sheahan to Wallace including list of City designees

Attachment 10:  5/22/03 letter from Sheahan to Wallace explaining reluctance to interpret Notice

Attachment 11:  1/15/04 communication from Mitchell to Wallace forwarding list of topics and designees offered for each

Attachment 12:  Sheahan's January and February requests for Plaintiffs' counsel to designate order of witnesses

                                                                                                Elisa M. Paliani

Subscribed and sworn to before me
this 20th day of February, 2004

*[signature]*
Notary Public

BPRT/67551.1/EMP/507437v1

-4-

JOSEPH LIPNICKAS
NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 31, 2006

```
********   COMM. JRNL.   ********   DATE NOV-10-2003   ****   TIME 12:56   ********


          MODE = MEMORY TRANSMISSION              START=NOV-10 12:54    END=NOV-10 12:56

          FILE NO.=549

  STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES    DURATION
  NO.           ABBR NO.

  001   OK      g            18607040490#                               003/003  00:01:11


                                                             -PULLMAN & COMLEY BPT    -

******************************* -PULLMAN & COMLEY- ***** -                      - ********
```

**Pullman & Comley, LLC**
850 Main St.
P.O. Box 7006
Bridgeport, CT 06601-7006
TEL. (203) 330-2000 – FAX (203) 576-8888

## FACSIMILE MESSAGE COVER PAGE

| FROM: | ELISA M. PALIANI | DATE: | NOVEMBER 10, 2003 |
|---|---|---|---|
| PHONE: | (203) 330-2238 | OUR FILE NUMBER: | 67551.1 |

PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | SUSAN WALLACE, ESQ. | | (860) 704-0490 | (860) 704-0472 |

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE: 3.
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL           AT:

### CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.

MESSAGE:*********************************************************************

I wanted to make sure these e-mails got through. The only days unavailable to me this month are 11/11 and 11/18 for doctor appointments.

ATTACHMENT 1

**Paliani, Elisa M.**

| | |
|---|---|
| From: | Mitchell, Robert B. |
| Sent: | Thursday, November 06, 2003 12:32 PM |
| To: | 'Law4us@rcn.com' |
| Cc: | Paliani, Elisa M.; 'mitolj0@ci.bridgeport.ct.us' |
| Subject: | Schiller and Georgia v. City of Bridgeport |

Dear Susan:

Now that the defendants' protective order issues have been decided, and the stay on discovery thus lifted, we would like to go ahead and move the case along toward trial. With that in mind, I have a couple of points to discuss with you.

First, please let either Lisa Paliani or me know when you want to come down to Bridgeport to review documents. It would be helpful to know when you want to look at papers in our offices and when you want to focus on the logs that are at the Fire Department H.Q. It will make it a little more efficient for you if I can give them advance notice that you want to look at materials at the firehouse so that I can see that they are set up for you ahead of time. As far as the materials at our office, they are ready at anytime. we simply need to coordinate Lisa's schedule to make certain she is going to be there on the day (or days) that you want to visit.

Second, I am going to re-notice Donald Day's deposition. Since the Court has not ruled on your motion to quash the Day documents subpoena or your request to preclude inquiry into what, if anything, he might have told you or what documents he might have given to you, and vice versa, I intend to limit my questioning to matters other than those. As you pointed out in your motion papers, there is much more to ask him than what he said to you or you to him. There is really no reason to delay inquiry into these other, non-objectionable, issues while we wait for the Court to rule as to those points that you do object to. I intend to simply adjourn his deposition after we have reviewed these other points and then renew it or notice it as concluded after the Court rules on your motion.

Third, I have your objections to the City's second set of interrogatories to Ms. Schiller and Ms. Georgia in front of me. As to your First objection, I fail to see how the noted definitions violate any of the rules, but am certainly open to considering revision if you will let me know what you think is wrong and how you would change them to accommodate your concerns. As to your second objection, it is not my intention to discover any attorney-client privileged or identifiable attorney work product materials or information. I do not think that either of the interrogatories touch upon such maters, since they are looking for what is posted on public records. As to your stated objections to the specific interrogatories, obviously the issue of an outstanding stay is now moot. Respecting your other points, I would appreciate your letting me know, on what basis, if at all, you would be willing to provide the requested information or any part of it. Perhaps we can reach an accord on these issues. I would like to avoid the necessity of filing a motion to compel on these interrogatories, if possible.

Finally, it would be helpful, as we approach the Holidays, if you would tell me what additional discovery, if any, you currently plan to take in this case. I realize that you may not know what kind of follow-up discovery you might want to undertake, but, hopefully, you can tell me what to expect as to that which is already in motion.

        Thank you,
        Bob Mitchell

1

## Paliani, Elisa M.

| | |
|---|---|
| From: | Mitchell, Robert B. |
| Sent: | Thursday, November 06, 2003 4:57 PM |
| To: | 'Law4us@rcn.com' |
| Cc: | Paliani, Elisa M. |

Dear Susan:

I just received your fax of today. Did you get my e-mail from this morning? I think that it actually responds to your note. We are prepared to turn the stuff over to you, and we will try to do it as much at your convenience as possible. I appreciate your graciousness in asking us for dates, but you really have the more serious logistical issues, so just give us a couple of days advance notice of when you want to come and we will do everything in our power to accommodate your schedule.

                    Bob Mitchell