# PULLMAN & COMLEY, LLC
*Attorneys At Law*

| | | | |
|---|---|---|---|
| ELIZABETH J. AUSTIN | MICHAEL N. LaVELLE | JAMES T. SHEARIN | JOSHUA A. DOLGER |
| RAYMOND E. BALDWIN, JR. | JOSEPH M. LODATO | H. WILLIAM SHURE | ERIC J. GEORGE |
| MORRIS W. BANKS | MATTHEW P. LUNDY | JOHN P. STAFSTROM, JR. | DARYL L. GORDON |
| COLLIN P. BARON | LISA A. MAGLIOCHETTI | JAMES B. STEWART | JESSICA GROSSARTH |
| DEBORAH S. BRECK | STEPHEN MARCOVICH | GROVE W. STODDARD | MATTHEW M. HAUSMAN |
| CHARLES K. CAMPBELL, JR. | THOMAS F. MAXWELL, JR. | MARSHALL J. TOUPONSE | LEE D. HOFFMAN |
| FRANK B. CLEARY | EDWARD P. McCREERY, III | JAMES W. VENMAN | TRACY WHEELER LENNON |
| SHEILA ANNE DENTON | ANDREW J. McDONALD | WILLIAM J. WENZEL | NORMA R. MANDULAK |
| JAMES G. DOWLING, JR. | ROBERT B. MITCHELL | BARRIE K. WETSTONE | JULIE A. MORGAN |
| GEOFFREY K. FAY | HERBERT H. MOORIN | JAMES P. WHITE, JR. | PETER S. OLSON |
| ANDREW C. GLASSMAN | D. ROBERT MORRIS | DIANE W. WHITNEY | JACLYN C. PETROZELLI |
| LAWRENCE J. GOLDEN | ALAN S. PARKER | MARJORIE WILDER | GERALD C. PIA, JR. |
| IRVE J. GOLDMAN | MARIE V. PHELAN | | MARY BETH KASPER RAPICE |
| BARRY D. GREENE | ELLIOTT B. POLLACK | SAMUEL A. GILLILAND | BRIAN C. ROCHE |
| NANCY A. D. HANCOCK | MICHAEL G. PROCTOR | (1930-1994) | AMANDA BALOG SANDERS |
| WILLIAM O'C. HARNISCH | LEWIS RABINOVITZ | | JESSICA A. SLIPPEN |
| JOSHUA A. HAWKS-LADDS | RICHARD C. ROBINSON | LAURA A. BELLOTTI | LORI L. UNDERBERGER |
| DAVID O. JACKSON | TIMOTHY G. RONAN | CHRISTIAN G. BELTZ | GWEN P. WEISBERG |
| GEORGE J. KASPER | THOMAS A. ROUSE | ALLISON M. BOGOSIAN | MICHAEL L. WOLF |
| JOHN J. KINDL | GREGORY F. SERVODIDIO | KATHERINE E. CAULFIELD | AIMEE J. WOOD |
| MICHAEL A. KURS | RONALD CASE SHARP | ADAM J. COHEN | |
| NANCY DeFONCE LAPERA | MARGARET M. SHEAHAN | AMY A. D'ADDETTA | |
| | | JARON C. DAVIS | |

Reply to:      Bridgeport
Telephone:   (203) 330-2138
E-Mail:        msheahan@pullcom.com

February 4, 2004

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Re:    Elizabeth Schiller v. City of Bridgeport, et al
       Docket No. 3:01 CV-00452 (AVC)

       Johanna S. Georgia v. City of Bridgeport, et al
       Docket No. 3:01 CV-00717 (AVC)

Dear Ms. Wallace:

Enclosed are copies of materials you requested during Mr. John Colligan's testimony on behalf of the City of Bridgeport at its Rule 30(b)(6) deposition in the above-referenced cases. Specifically, the following documents are enclosed:

1. EEO-4 Reports for the City of Bridgeport for 1999, 2001 and 2003;
2. Correspondence from Davey to Colligan regarding oral examination for fire fighter class;
3. An additional copy of List #2185; and
4. Lists of the oral examiners for 1998 and 2003 fire fighter examinations

These documents are those that you asked for during Mr. Colligan's testimony that are responsive to outstanding production requests (including Schedule A attached to the City's deposition notice).

Yours truly,

*Margaret Sheahan*

Margaret M. Sheahan

enclosures

ATTACHMENT 2

BPRT/67551.1/EMP/506393v1

850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-3006   FAX (203) 776-7075
300 ATLANTIC STREET   STAMFORD, CT 06901-3522   (203) 324-5000  FAX (203) 363-8659
253 POST ROAD WEST   P.O. BOX 3180   WESTPORT, CT 06880-8180   (203) 254-5000  FAX (203) 254-5070
*www.pullcom.com*

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>                Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>                Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>                Defendants. | (CONSOLIDATED)<br><br><br>January 21, 2004 |

**DEFENDANT CITY OF BRIDGEPORT'S SUPPLEMENTAL RESPONSE
TO PLAINTIFF JOHANNA GEORGIA'S FIRST SET OF
REQUESTS FOR PRODUCTION, INSPECTION AND EXAMINATION**

Pursuant to Fed. R. Civ. P. 26(e), Defendant City of Bridgeport supplements its response to Plaintiff Johanna Georgia's Request for Production, Inspection and Examination as follows:

7.    Copies of documents and records of the 1997-98 City of Bridgeport civil service hiring list for the position of Firefighter, including documentation of the qualifications and gender of all persons in the candidate pool; documentation of the qualifications and gender of all persons offered hire; documentation of the selection and elimination decisions; and documentation of the hiring process utilized.

RESPONSE:  Civil Service Commission list of applicants who failed the written test #2114 including gender is attached.  Pages 61 and 62 from the previously disclosed Established List #2070 including gender are attached to Defendant's Supplemental Response to Plaintiff Elizabeth Schiller's First Set of Requests for Production, Inspection and Examination serve concurrently with this Supplemental Response.

CITY OF BRIDGEPORT

By:    _____

       Margaret M. Sheahan, ct05862
       Robert B. Mitchell, ct02662
For:   Pullman & Comley, LLC
       850 Main Street, P.O. Box 7006
       Bridgeport, CT  06601-7006
       (203) 330-2000
       Facsimile (203) 576-8888

       ATTORNEYS FOR:
       CITY OF BRIDGEPORT,
       EARL PETTWAY and
       MICHAEL MAGLIONE

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on January 21, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457
(via U.S. mail and facsimile)

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Margaret M. Sheahan

BPRT/67551.1/EMP/504581v1

## UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,     Plaintiff, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,     Plaintiff, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br> January 21, 2004 |

### DEFENDANT CITY OF BRIDGEPORT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF ELIZABETH SCHILLER'S FIRST SET OF REQUESTS FOR PRODUCTION, INSPECTION AND EXAMINATION

Pursuant to Fed. R. Civ. P. 26(e), Defendant City of Bridgeport supplements its response to Plaintiff Elizabeth Schiller's Request for Production, Inspection and Examination as follows:

5.    Copies of all documents, statements and tangible evidence referring or relating to the data disclosed in response to Interrogatory No. 5 above.

RESPONSE:  Civil Service Commission list of applicants who failed the written test #2114 including gender is attached.  Pages 61 and 62 from the previously disclosed Established List #2070 including gender are attached.

6.    Copies of all documents, statements and tangible evidence referring or relating to your hiring and selection process for the position of firefighter from 1990 to the present, including job postings, all applications received from females, written test scores, physical test scores, documents and electronic recordings or oral interviews, selection criteria, and documents pertaining to actual selection of candidates.

RESPONSE:  Civil Service Commission list of applicants who failed the written test #2114 including gender is attached.  Pages 61 and 62 from the previously disclosed Established List #2070 including gender are attached.

20.    Copies of all any [sic] affirmative action plans or quotes [sic] or requirements or policies applying to or affecting your Fire Department, from January 1, 1990 to the present.

RESPONSE:  Defendant City of Bridgeport's Affirmative Action Plans dated October 1, 1992, October 6, 1998, and November 17, 2000, are attached.

CITY OF BRIDGEPORT

By:  _Margaret M. Sheahan_
     Margaret M. Sheahan, ct05862
     Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
     850 Main Street, P.O. Box 7006
     Bridgeport, CT  06601-7006
     (203) 330-2000
     Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

-2-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on January 21, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457
(via U.S. mail and facsimile)

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821

Margaret M. Sheahan

BPRT/67551.1/EMP/504568v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY,<br>IN His Official Capacity As Fire Captain And<br>In His Personal Capacity; EARL PETTWAY,<br>In His Official Capacity As Deputy Fire Chief<br>And In His Personal Capacity; MICHAEL<br>MAGLIONE, In His Official Capacity As Fire<br>Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>January 8, 2004 |

### DEFENDANT CITY OF BRIDGEPORT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF ELIZABETH SCHILLER'S FIRST SET OF REQUESTS FOR PRODUCTION, INSPECTION AND EXAMINATION

Pursuant to Fed. R. Civ. P. 26(e), Defendant City of Bridgeport supplements its response to Plaintiff Elizabeth Schiller's Request for Production, Inspection and Examination as follows:

20.    Copies of all any [sic] affirmative action plans or quotes [sic] or requirements or policies applying to or affecting your Fire Department, from January 1, 1990 to the present.

RESPONSE:  Defendant City of Bridgeport's Affirmative Action Plan dated May 1, 2003 is attached.

CITY OF BRIDGEPORT

By:  _____
     Margaret M. Sheahan, ct05862
     Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
     850 Main Street, P.O. Box 7006
     Bridgeport, CT  06601-7006
     (203) 330-2000
     Facsimile (203) 576-8888

     ATTORNEYS FOR:
     CITY OF BRIDGEPORT,
     EARL PETTWAY and
     MICHAEL MAGLIONE

-2-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on January 8, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457
(via U.S. mail and facsimile)

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821

Margaret M. Sheahan

BPRT/67551.1/EMP/503290v1