**From:** Sheahan, Margaret M.
**Sent:** Friday, February 06, 2004 3:31 PM
**To:** 'law4us@rcn.com'
**Cc:** Mitchell, Robert B.; Paliani, Elisa M.
**Subject:** RE: FW: City's deposition

Susan,

You cancelled today's scheduled depostion due to the weather and suggested resuming on 2/12. We notified you that 2/12 was unavailable for us and we have worked diligently since to provide you with all the availability information we can gather about the City's designees. Since next Friday is the cutoff date for discovery in this case, I thought you might be interested in using other days next week. Whatever I know of other matters you wish to pursue on Monday morning, I certainly did not presume to rule out any possibility of your meeting your obligations in this case on Monday afternoon or by rearranging this or other appointments. Do you really mean to imply that I shoud have done so?

Is it truly your position that the unavailability of your preferred court reporter prevents you from completing the City's deposition in the time allotted by the Court? Surely there are other practitioners in this competitive business whom you could engage in a timely manner.

You are correct that Defendants object to any further extension of the discovery deadline.

I do not agree that your clients have separate rights to depose the defendants in these consolidated cases. Certainly, you have acted as if this were not the case in every communication on the matter, including court filings, until today. Regardless of the academic point of what your clients might claim under the rules in a vaccuum, you expressly stipulated in writing to a 9.5 hour limit on the City's deposition and it is the City's position that it has done all it is required to do by bringing nine or so public servants to Hartford to cool their heels for several days while you questioned only two of them and purport to have finished with only one. To be completely clear, Defendants do oppose any enlargement of the time to take the City's deposition.

Please refer me to the order of the court that Defendants would make Mr. Shevlin available for deposition. Please also refer me to the correspondence or other communications that constitute "several requests for his availability" referenced in your email. I am aware of no such order and no such requests. Patrick Shevlin is no longer employed by the City of Bridgeport and no longer a resident of the State of Connecticut. We will endeavor to make him available for completion of his deposition. I suspect telephone contact may be required. I will keep you apprised.

Although I realize it risks another rude reply, I still intend to apprise you of Mr. Thomas's availability for his participation in the City's deposition when I learn it, which I will not be able to do before Monday.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

-----Original Message-----
**From:** Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
**Sent:** Friday, February 06, 2004 2:23 PM
**To:** Sheahan, Margaret M.
**Subject:** Re: FW: City's deposition

Query why you asking asking for confirmation of Monday the 9th, I never asked for that date, indeed, pls see the Atty Mitola has been copying you on regarding our discussions of another matter going forward Monday am

ATTACHMENT 4

in Bpt Superior Ct. The court reporter is not available the 10th and 11th, and the Court does not have a room available on the 13th. I am movir or amendmt of discovery closing date less you let me know otherwise. I will represent you still object. I am also asking for addt'l 7 hours with the City; in fact, my clients' right as two plaintiffs with distinct complaints and actions is a total of 14 hours. I am also moving for order that you produce Shevlin, who can testify to the matters that Connor professed almost complete lack of knowledge about. I need to complete his personal depo anyway. I have not has your response to my several requests for his availability, as per the court's order that you would make him available. Pls ley me know whether your clients will agrees to resolved these matters, or will object.
/svw

***"Sheahan, Margaret M." <msheahan@pullcom.com>*** wrote:

Susan,

We have learned that Mr. Winterbottom's only availability next week is Tuesday, February 10 until 4:00 p.m.

When we learn Mr. Dunn's availability we will inform you.

I remind you that we cannot ascertain Mr. Thomas's schedule until Monday. Of course, as soon as we have that information, we will let you know.

As you have told me that emails do not appear on your computer until hours after they are dispatched, I will fax this message to you as I did those I authored yesterday.

If you intend to go forward on Monday, we will need to be notified by 2:30 this afternoon in order to arrange attendance by ourselves and the witness. If we do not hear from you by then, no one will appear.

Thank you.

-Peg

-----Original Message-----
**From:** Sheahan, Margaret M.
**Sent:** Thursday, February 05, 2004 4:40 PM
**To:** Susan V. Wallace (E-mail)
**Subject:** City's deposition

The City's counsel cannot be available on Wednesday, February 11 or Thursday, February 12.

The other dates available for the City deposition designees next week that we have been able to identify are as follows:

Monday, February 9: Colligan

Tuesday, February 10: Colligan until noon, Mitola after 11:00

Friday, February 13: Maglione, Hosticka, Mitola

We will be unable to ascertain Mr. Thomas's availability until Monday. We are hopeful that we can ascertain the availability of Mr. Dunn and Mr. Winterbottom tomorrow.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.

5th Floor
Stamford, CT 06901-3522
(203) 674-7901

2/6/04

**From:** Sheahan, Margaret M.
**Sent:** Monday, February 09, 2004 10:57 AM
**To:** 'law4us@rcn.com'
**Cc:** Mitchell, Robert B.; Paliani, Elisa M.
**Subject:** FW: schiller & georgia v. bridgeport AMENDED

Susan, I apologize for omitting Mr. Winterbottom's name from the email I dispatched to you a moment ago. This amended and corrected message is the only one I will have faxed to you to avoid confusion.

-Peg Sheahan

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

-----Original Message-----
**From:** Sheahan, Margaret M.
**Sent:** Monday, February 09, 2004 10:51 AM
**To:** 'law4us@rcn.com'
**Cc:** Mitchell, Robert B.; Paliani, Elisa M.
**Subject:** schiller & georgia v. bridgeport

Susan,

I have learned that Mr. Thomas can be available all day Tuesday; and Mr. Shevlin, any day this week other than today. Please let us know as soon as possible what you wish to schedule and when. To recap once again, here is the availability of the remaining City designees for the rest of this week.

Tuesday, February 10: Colligan until noon, Mitola after 11:00, Winterbottom until 4:00, Thomas and Dunn all day

Friday, February 13: Maglione, Hosticka, Mitola

As for the completion of the individually noticed depositions,

Tuesday, February 10: Patrick Shevlin

Friday, February 13: Michael Maglione

If you wish to do anything tomorrow, please let us know by 2:30 this afternoon so that we can arrange attendance.

Again, because you have reported experiencing delay in receiving emails from us, I will have this message printed and faxed to you.

Thank you.

-Peg Sheahan

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

**From:** Sheahan, Margaret M.
**Sent:** Friday, January 02, 2004 2:17 PM
**To:** 'law4us@rcn.com'
**Cc:** Mitchell, Robert B.; Paliani, Elisa M.
**Subject:** RE: RE: City of Bridgeport 30(b)(6) Deposition TO BE RESCHEDULED -CORRECTION

*I am responding to your emails of 6:36 a.m. and 9:46 a.m. today.*

I think we can complete the Kergaravat deposition, the telephone discovery conference, in which you can participate from our Bridgeport office, and Plaintiff Georgia's deposition all on Monday, January 12.

As you have agreed to a 9 1/2 hour deposition of Georgia, we will likewise agree to a 9 1/2 hour deposition of the City. Barring contrary communication from you, we will consider that by this communication the parties have so stipulated in conformity with FRCP 30 (d) (2). Assuming the stipulation is in place, we will prepare a statement of the particular areas as to which each of the City's designated 30 (b)(6) witnesses will testify, as you have requested in the past, to facilitate your taking the testimony. Having conferred with the City's designees, we have determined that the following January dates are available for the deposition: 16, 20, 26 (other than Mr. Winterbottom) and 29. This was the earliest all schedules could be cleared.

-Peg Sheahan

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

-----Original Message-----
**From:** Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
**Sent:** Friday, January 02, 2004 9:46 AM
**To:** Robert Mitchell, Esq.; Elisa M. Paliani; Margaret Sheahan, Esq.
**Subject:** Fwd: RE: City of Bridgeport 30(b)(6) Deposition TO BE RESCHEDULED -CORRECTION

Correct, we will have to start the City Wed the 14th re you noticed my client for the 13th.
I was going to file Motion to quash for limit the length of that depo (of FF Georgia), b/c you have had your 7 1/2 hours with her, she will you agree to give you another two hours. Perhaps we can do it that Mon. afternoon following Kergaravat and the disc conference. Let me know your clients' positions.

/svw

***"Susan V. Wallace, Attorney at Law" <law4us@rcn.com>*** wrote:

> Date: Fri, 2 Jan 2004 06:36:17 -0800 (PST)
> From: "Susan V. Wallace, Attorney at Law"
> Subject: RE: City of Bridgeport 30(b)(6) Deposition TO BE RESCHEDULED
> To: "Mitchell, Robert B."
>
> Agreed, and after talking to court clerk, I will be pushing back the date to reconvene the City's depo until

ATTACHMENT 5

Tues the 13th, as you have Kergaravat noticed for Mon the 12th in Bpt. We need to let the court know how we will do the c. conference scheduled for the afterno of the 12th. If I will still be at your offices with the Kergaravat depo, we can make the joint call from there, but need to have Albrecht tie in as well. Otherwise,I *need to be out of Bpt in time to travel to the court. Let me know how long you anticipate that depo taking. I will be filing Motion to amend disc close date.*
*/svw*

***"Mitchell, Robert B." <rbmitchell@pullcom.com>*** wrote:

> I will agree to extend discovery until January 31st, so long as we also agree that no trial continuance will be requested. I am getting ready to leave, but, as I mentioned, I will be in on Friday. If you want to postpone the depositions until the 10th, please send me an e-mail today or Friday. If by some mischance, the Court will not formally extend discovery until January 31st, I will agree to withhold any objections if you wish to complete discovery already started (depositions, review of documents we have prepared for you and deposition of our expert - report to you on the 22nd) on an informal basis, assuming that you agree to the same.
>
> Again, have a good and safe New Year's Eve. I hope that you have plans for some kind of celebration.
>
> Bob Mitchell
>
> -----Original Message-----
> **From:** Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
> **Sent:** Wednesday, December 31, 2003 1:34 PM
> **To:** Mitchell, Robert B.
> **Subject:** Re: City of Bridgeport 30(b)(6) Deposition
>
> Yes I am aware of the issue re judge absence and planned on trying to straighten out the referee issue today. If it will not work with the Judge's schedule, we may have to reschedule. I again ask for agreement to a reasonable extension of discovery deadline.
> /svw
>
> ***"Mitchell, Robert B." <rbmitchell@pullcom.com>*** wrote:
>
> > Dear Susan:
> >
> > I wanted to take a moment to confirm the deposition arrangements for Monday. We will plan on meeting you at the Clerk of Court's Office in the Hartford Federal Court at 9:30 a.m. We are planning to bring along all of the City's designated witnesses. These will be Thomas Connor, Ned Winterbottom, John Colligan, Charlene Hostika, John Mitola, Marilyn Flores, David Dunn, Wallace Thomas and Michael Maglione. I noticed that when we spoke to Judge Covello the other day at Donald Day's deposition, he indicated that he would not be in the office until the 10th. Have you made alternative arrangements for someone to preside over the depositions or at least to act as referee if such is needed (although I hope that will not be necessary) ?
> >
> > If you want to discuss anything in preparation for Monday's depositions, I will be in for a while yet today and will be in the office at least some of Friday, starting at about 10:00 a.m.
> >
> > In the meantime, I hope that you have a good New Year's Eve. I will talk to you later.
> >
> > Bob Mitchell