**From:** Mitchell, Robert B.
**Sent:** Thursday, February 05, 2004 10:24 AM
**To:** 'law4us@rcn.com'
**Cc:** Sheahan, Margaret M.; Paliani, Elisa M.; Arnold Levine Ph. D. (E-mail); Arnold Levine Ph. D. (E-mail 2)
**Subject:** RE: SCHILLER/GEORGIA V BPT, DEPOS

Dear Susan:

We are going to check with the City's Rule 30(b)(6) witnesses to see if they can be available next week on the twelfth. We will tell them that tomorrow is cancelled. I am sure that it will be O.K. to finish Chief Maglione's individual deposition after you finish with the City's. Lisa Paliani is calling the witnesses, and I will get back to you as soon as I can.

As far the expert is concerned, if you will not need three hours, you do not have to pay that much in advance. If you only want one or two hours just let me know. I will tell Dr. Levine that he need only carve that amount of time out of his day and you will only have to pay for that lesser bit of time. We will, of course, have to stop the deposition once you have exhausted your time, unless you bring along a check that you can make out to Dr. Levine and leave with me for any additional time that you may want to use. Remember though, if you decide to pay for more time than you use, Dr. Levine will reimburse you for any full hours that you have paid for, but not used (he bills in minimum hourly increments for depositions). Just let me know what you want to do. One more thing, Dr. Levine is no longer available for the 13th. You will have to take his testimony earlier in the week.

> Yours,
> Bob Mitchell

-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Thursday, February 05, 2004 9:40 AM
To: Robert Mitchell, Esq.; Elisa M. Paliani; Margaret Sheahan, Esq.
Subject: SCHILLER/GEORGIA V BPT, DEPOS

Given the dire weather forecast for tomorrow, I want to reschedule the resumed depo of the City to next Thursday 2/12/04 10:00 a.m. at USDC Htfd. Pls let me know today if that date is a prob.
Also, I need to conclude depo of Chief Maglione, I again ask when he will be available for that -- can do same day as City?
As for your expert, if we do this by telephone, given that he is not traveling, I see no reason why he should be able to set an arbitrary time charge of 3 hours. In fact, I need considerably less time with him. Pls let me know what your clients will do to resolve this, else I anticipate filing a motion on it today.
/svw

ATTACHMENT 6

2/6/04

# Maloney, Pat.

| | |
|---|---|
| From: | Sheahan, Margaret M. |
| Sent: | Thursday, February 05, 2004 4:41 PM |
| To: | Maloney, Pat . |
| Subject: | FW: City's deposition |

**Importance:** High

Please print and fax to Ms. Wallace as soon as possible. Thank you.

-----Original Message-----
| | |
|---|---|
| From: | Sheahan, Margaret M. |
| Sent: | Thursday, February 05, 2004 4:40 PM |
| To: | Susan V. Wallace (E-mail) |
| Subject: | City's deposition |

The City's counsel cannot be available on Wednesday, February 11 or Thursday, February 12.

The other dates available for the City deposition designees next week that we have been able to identify are as follows:

    Monday, February 9: Colligan

    Tuesday, February 10: Colligan until noon, Mitola after 11:00

    Friday, February 13: Maglione, Hosticka, Mitola

We will be unable to ascertain Mr. Thomas's availability until Monday. We are hopeful that we can ascertain the availability of Mr. Dunn and Mr. Winterbottom tomorrow.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

1

**From:** Sheahan, Margaret M.
**Sent:** Friday, February 06, 2004 3:31 PM
**To:** 'law4us@rcn.com'
**Cc:** Mitchell, Robert B.; Paliani, Elisa M.
**Subject:** RE: FW: City's deposition

Susan,

You cancelled today's scheduled depostion due to the weather and suggested resuming on 2/12. We notified you that 2/12 was unavailable for us and we have worked diligently since to provide you with all the availability information we can gather about the City's designees. Since next Friday is the cutoff date for discovery in this case, I thought you might be interested in using other days next week. Whatever I know of other matters you wish to pursue on Monday morning, I certainly did not presume to rule out any possibility of your meeting your obligations in this case on Monday afternoon or by rearranging this or other appointments. Do you really mean to imply that I shoud have done so?

Is it truly your position that the unavailability of your preferred court reporter prevents you from completing the City's deposition in the time allotted by the Court? Surely there are other practitioners in this competitive business whom you could engage in a timely manner.

You are correct that Defendants object to any further extension of the discovery deadline.

I do not agree that your clients have separate rights to depose the defendants in these consolidated cases. Certainly, you have acted as if this were not the case in every communication on the matter, including court filings, until today. Regardless of the academic point of what your clients might claim under the rules in a vaccuum, you expressly stipulated in writing to a 9.5 hour limit on the City's deposition and it is the City's position that it has done all it is required to do by bringing nine or so public servants to Hartford to cool their heels for several days while you questioned only two of them and purport to have finished with only one. To be completely clear, Defendants do oppose any enlargement of the time to take the City's deposition.

Please refer me to the order of the court that Defendants would make Mr. Shevlin available for deposition. Please also refer me to the correspondence or other communications that constitute "several requests for his availability" referenced in your email. I am aware of no such order and no such requests. Patrick Shevlin is no longer employed by the City of Bridgeport and no longer a resident of the State of Connecticut. We will endeavor to make him available for completion of his deposition. I suspect telephone contact may be required. I will keep you apprised.

Although I realize it risks another rude reply, I still intend to apprise you of Mr. Thomas's availability for his participation in the City's deposition when I learn it, which I will not be able to do before Monday.


Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Friday, February 06, 2004 2:23 PM
To: Sheahan, Margaret M.
Subject: Re: FW: City's deposition

Query why you asking asking for confirmation of Monday the 9th, I never asked for that date, indeed, pls see the Atty Mitola has been copying you on regarding our discussions of another matter going forward Monday am

2/6/04

in Bpt Superior Ct. The court reporter is not available the 10th and 11th, and the Court does not have a room available on the 13th. I am moving for amendmt of discovery closing date unless you let me know otherwise. I will represent you still object. I am also asking for addt'l 7 hours with the City; in fact, my clients' right as two plaintiffs with distinct complaints and actions is a total of 14 hours. I am also moving for order that you produce Shevlin, who can testify to the matters that Connor professed almost complete lack of knowledge about. I need to complete his personal depo anyway. I have not has your response to my several requests for his availability, as per the court's order that you would make him available. Pls ley me know whether your clients will agrees to resolved these matters, or will object.
/svw

**"Sheahan, Margaret M." <msheahan@pullcom.com> wrote:**

> Susan,
>
> We have learned that Mr. Winterbottom's only availability next week is Tuesday, February 10 until 4:00 p.m.
>
> When we learn Mr. Dunn's availability we will inform you.
>
> I remind you that we cannot ascertain Mr. Thomas's schedule until Monday. Of course, as soon as we have that information, we will let you know.
>
> As you have told me that emails do not appear on your computer until hours after they are dispatched, I will fax this message to you as I did those I authored yesterday.
>
> If you intend to go forward on Monday, we will need to be notified by 2:30 this afternoon in order to arrange attendance by ourselves and the witness. If we do not hear from you by then, no one will appear.
>
> Thank you.
>
>                     -Peg
>
> -----Original Message-----
> From: Sheahan, Margaret M.
> Sent: Thursday, February 05, 2004 4:40 PM
> To: Susan V. Wallace (E-mail)
> Subject: City's deposition
>
>     The City's counsel cannot be available on Wednesday, February 11 or Thursday, February 12.
>
>     The other dates available for the City deposition designees next week that we have been able to identify are as follows:
>
>         Monday, February 9: Colligan
>
>         Tuesday, February 10: Colligan until noon, Mitola after 11:00
>
>         Friday, February 13: Maglione, Hosticka, Mitola
>
>     We will be unable to ascertain Mr. Thomas's availability until Monday. We are hopeful that we can ascertain the availability of Mr. Dunn and Mr. Winterbottom tomorrow.
>
> Margaret M. Sheahan
> Pullman & Comley, LLC
> 850 Main Street
> Bridgeport, CT 06601-7006
> (203) 330-2138
>
> 300 Atlantic St.

2/6/04

2/6/04

**Paliani, Elisa M.**

| | |
|---|---|
| From: | Sheahan, Margaret M. |
| Sent: | Monday, February 09, 2004 10:57 AM |
| To: | 'law4us@rcn.com' |
| Cc: | Mitchell, Robert B.; Paliani, Elisa M. |
| Subject: | FW: schiller & georgia v. bridgeport AMENDED |

Susan, I apologize for omitting Mr. Winterbottom's name from the email I dispatched to you a moment ago. This amended and corrected message is the only one I will have faxed to you to avoid confusion.

-Peg Sheahan

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

-----Original Message-----
| | |
|---|---|
| From: | Sheahan, Margaret M. |
| Sent: | Monday, February 09, 2004 10:51 AM |
| To: | 'law4us@rcn.com' |
| Cc: | Mitchell, Robert B.; Paliani, Elisa M. |
| Subject: | schiller & georgia v. bridgeport |

Susan,

I have learned that Mr. Thomas can be available all day Tuesday; and Mr. Shevlin, any day this week other than today. Please let us know as soon as possible what you wish to schedule and when. To recap once again, here is the availability of the remaining City designees for the rest of this week.

Tuesday, February 10: Colligan until noon, Mitola after 11:00, Winterbottom until 4:00, Thomas and Dunn all day

Friday, February 13: Maglione, Hosticka, Mitola

As for the completion of the individually noticed depositions,

Tuesday, February 10: Patrick Shevlin

Friday, February 13: Michael Maglione

If you wish to do anything tomorrow, please let us know by 2:30 this afternoon so that we can arrange attendance.

Again, because you have reported experiencing delay in receiving emails from us, I will have this message printed and faxed to you.

Thank you.

-Peg Sheahan

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

1

-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Thursday, February 12, 2004 7:52 AM
To: Sheahan, Margaret M.
Subject: Re: schiller & georgia v. bridgeport

*Counsel,*

*I believe you have my Motion for enlargement explaining the scheduling issues. I am willing to take the rest of City's depo and Chief Maglione at your offices 10 am Friday.*

*/svw*


***Sheahan, Margaret M."*** *<msheahan@pullcom.com>* wrote:

> Susan,
> I have learned that Mr. Thomas can be available all day Tuesday; and Mr. Shevlin, any day this week other than today. Please let us know as soon as possible what you wish to schedule and when. To recap once again, here is the availability of the remaining City designees for the rest of this week.
>
> > Tuesday, February 10: Colligan until noon, Mitola after 11:00, Thomas and Dunn all day
> > Friday, February 13: Maglione, Hosticka, Mitola
>
> As for the completion of the individually noticed depositions,
>
> > Tuesday, February 10: Patrick Shevlin
> >
> > Friday, February 13: Michael Maglione
>
> If you wish to do anything tomorrow, please let us know by 2:30 this afternoon so that we can arrange attendance.
>
> Again, because you have reported experiencing delay in receiving emails from us, I will have this message printed and faxed to you.
>
>
> Thank you.
>
> -Peg Sheahan
>
>
> Margaret M. Sheahan
> Pullman & Comley, LLC

2/12/04

850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

2/12/04

**Paliani, Elisa M.**

| | |
|---|---|
| **From:** | Sheahan, Margaret M. |
| **Sent:** | Thursday, February 12, 2004 2:09 PM |
| **To:** | Susan V. Wallace (E-mail) |
| **Cc:** | Paliani, Elisa M. |
| **Subject:** | tomorrow |
| **Importance:** | High |

memo wallace.DOC

Lisa, please print out this document and fax it to Ms. Wallace right away.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

1

Dear Susan,

We have received your motion for enlargement. As you know, the City intends to oppose it. We understood from you enlargement papers that you were unable to take any depositions tomorrow, for lack of a suitable location, but we are more than willing to do our best to set something up. We can certainly agree to your taking the City's Rule 30(b)(6) and Chief Maglione's individual depositions tomorrow in our Bridgeport Office

I believe that we can still produce the three City designees I told you via my e-mail last Friday would be available for tomorrow (Hosticka, Mitola and Maglione). We are trying to confirm that they can be here. We already know that the Chief can attend to give testimony on behalf of the City and, of course, he can also testify as an individual witness.

We understand from you e-mail of earlier today that you believe that you can complete the City's deposition by the end of tomorrow. If this is correct we are prepared to recommend that our client agree to modify our original 9.5 hour time stipulation for taking the City's testimony. In line with that stipulation, you have one hour and 36 minutes left within which to finish with the City. We are willing to ask that the City agree to allow you the full business day (9-5) within which to complete the City and Chief Maglione, with one hour for lunch at 12:00 p.m. In return. of course, you would agree to withdraw that portion of your pending motion which seeks additional time for the City's deposition. In other words, if you agree to the withdrawal described, to the extent the City's deposition tomorrow exceeds the One hour and 36 minutes remaining of the 9.5 hours stipulated to, we will not object.

If you do not agree to the withdrawal described, we will recommend going forward tomorrow with the remainder of the City's deposition (one hour and 36 minutes) as well as the Chief's individual testimony.

Please respond to this note as soon as possible, so that we have time to confer with our client as to what we can put together for tomorrow. I will continue to attempt to contact my client about this proposal even prior to receiving your response.

                                              Yours truly,
                                              Peg Sheahan

BPRT/67551.1/MMS/507194v1

-----Original Message-----
From: Sheahan, Margaret M.
Sent: Thursday, February 12, 2004 4:31 PM
To: 'law4us@rcn.com'
Subject: RE: schiller & georgia

Susan,
Thank you for getting back to me.
We will be ready to proceed here at our Bridgeport office at 10:00 a.m. tomorrow morning. We will observe the time limits to which we stipulated on the City's deposition and under the rule regarding Chief Maglione's deposition as an individual witness. The City's opposition to your currently pending motion continues and will be conveyed to the Court. Under the circumstances, your other questions appear moot.
Please have the reporter come to our 8th floor reception area and we will have him or her directed to the correct place.
See you tomorrow.

                            -Peg Sheahan


-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Thursday, February 12, 2004 3:45 PM
To: Sheahan, Margaret M.
Subject: Re: schiller & georgia

Apologize for not getting back earlier, I have been out of office all day, just got back. Thank you for trying to resolve the deposition issue, but the problem with your offer of all day tomorrow is that only three of your designated reps are available. Can we do this when all remaining can be available? And are you replacing Ms. Flores, given that she is no longer a City employee, or reassigning her subject matter to one of the other 30(b)(6) reps? In any event, I am at least ready to proceed with the remainder of the 9 1/2 hrs and Maglione, 10 a.m., your BPT office.
/svw



*"Sheahan, Margaret M." <msheahan@pullcom.com> wrote:*

> I have succeeded in contacting my client and have received approval of the alternative ways of going forward set forth in the memo I emailed and faxed you a short time ago. Please advise as to your decision so we can tell those involved what time they need to be at our offices tomorrow and how much of the day is likely to be consumed with the depositions. Thank you.
>
> Margaret M. Sheahan
> Pullman & Comley, LLC
> 850 Main Street
> Bridgeport, CT 06601-7006
> (203) 330-2138
>
> 300 Atlantic St.
> 5th Floor

2/13/04

Stamford, CT 06901-3522
(203) 674-7901

2/13/04

## Mitchell, Robert B.

From: Mitola, John [MitolJ0@CI.BRIDGEPORT.CT.US]
Sent: Thursday, February 05, 2004 3:11 PM
To: law4us@rcn.com
Cc: Mitchell, Robert B.
Subject: RE: Tuozolli

Dear Ms. Wallace:

You do what you have to do. I will file the appropriate objection with the court.

Also, I did not mispresresent anything to the federal court. There are no pending motions in the present case under the rule. The rule specifically refers to motions not to order to show cause hearings. Also, if you want you can seek the same relief in federal court that you tried to seek in state court.

Finally, if you want to threaten me with a claimed violation of ethical rules then I suggest you do so formally instead of veiled threats via E-mail. But you will not do that becasue once again you misrepresent what has happened. First, I do not believe that I repersented to the CHRO commisioner that the FF list was not being certified. I stated that I thought it had not occurred as of the date of the hearing. Also you did not rely on my statement on that issue to induce your client to a continuance. I told you that the City was not willing to settle the matter and you agreed that it made sense to go forward with a lawsuit and that you were going to seek a release letter from the CHRO( which you never did) then file suit.

Also you once again mispreresent what Mr. Colligan testified to at his deposition. He never testified that he had the Griffenhagen Report but stated that he had a paper with writing on it that mentioned it or may have been part of the report. He never testified that he had the whole report.

If you want to go this route for the remainder of this suit then please feel free to do so. We can do this the professional way (which I would prefer) or the hard way. With you, it always seems that you prefer the hard way, which unfortunately is bad for both of our clients. For whatever reason you feel that every move counsel makes to defend the City-defendants is part of a master conspiracy against your clients rather then an effort to give our clients the best defense possible which, in case you forgot, is our ethical obligation.

See you Monday.

John Mitola

-----Original Message-----

ATTACHMENT 7

2/5/04

**From:** Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
**Sent:** Thursday, February 05, 2004 1:57 PM
**To:** Mitola, John
**Subject:** RE: Tuozolli

Dear Attorney Mitola,

I am wondering if you read the same decision? Perhaps when you receive and review my Mot to Remand you will think better. You know very well my client is not seeking any relief under federal law in this case, he merely proffered the ADA as a showing of a substantial right, imminent harm, and likelihood to prevail for the injunction, and already stated his intentions to simply withdraw anything you think might suggest that. You also know that even if he did make an ADA claim, the federal court will only dismiss it for failure to exhaust and remand to state court. I am sure you are aware that all you are accomplishing is denial of my client's timely hearing on an injunction, while the City proceeds to close its hiring list without him, and costing my client substantial fees and costs.

As for Monday, the Superior Court Special Proceedings clerk informed me this afternoon that it is still on the docket and calendar as ready for Monday and accordingly, my client and I intend to appear.

I demand that you immediately file a correction to your statement to the US District Court that there are "no" pending motions that require action by the court. This is misleading with regard to an injunctive action, and one pending a show cause hearing to boot.

But then, you are of course the same city attorney who represented to me and the CHRO investigator, not consistent with the truth, that the City was not taking any action toward certifying its hiring list that induced my client to agree to a continuance of the CHRO factfinding. Not the mention your less than truthful statements (or if not your lack of veracity, then such by Mr. Colligan?) regarding the effort to find the Griffenhagen report, the existence of the Griffenhagen report, and the effort to locate light duty position for another of my clients, you know to whom I refer (or was Mr. Connor giving perjurious testimony on that issue?)

With this current antic, you have lost all credibility with me, counsel. I ask you to review Rules of Prof'l Conduct 3.1, 3.2, 3.3, 3.4, 8.4, and to review your duty as a public official to uphold fundamental fairness, justice and respect for the public's rights first (and I remind you that my client is a resident of the City of Bpt). Using procedure frivolously to avoid the jurisdiction and heairng by the state court doesn't cut it, counsel.
/svw


*"Mitola, John"* <*MitolJ0@CI.BRIDGEPORT.CT.US*> wrote:

> I reviewed the case that you cited and it is not close to being on point to our case. I will educate you when I object to the remand. I will not withdraw the removal and in fact I do not think that I can procedurally do so. The case is now in federal court so my question to you once again is: Are you coming here on Monday even though there is no pending state action? I don't care what you want to do but as a courtesy I would

2/5/04

like to know you intentions.

Thank you.

John Mitola

>-----Original Message-----
> From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
> Sent: Thursday, February 05, 2004 11:38 AM
> To: Mitola, John
> Subject: Re: Tuozolli
>
> I suggest that you take at look at the caselaw on this and withdraw it and p[roceed as scheduled Monday in the Superior Court. I did mail a Mot to remand to the court yesterday. Take a look at Robinson v Eichler from CT USDC directly contravening what you are doing. Let me know what you intend to do.
> /svw
>
>
> *"Mitola, John" <MitolJ0@CI.BRIDGEPORT.CT.US>* wrote:
>
>> Dear Ms. Wallace:
>>
>> I am trying to put together my schedule next week and want to known whether you plan to attend the Tuozzoli matter which was originally set down for Monday February 9, 2004. As you know, the matter was removed to federal court and technically there is no pending case in the Superior Court. However, based on your letter to Judge Dewey you do not seem to understand that and it sounds like you plan on going to court on Monday. Please advise.
>>
>> John Mitola

2/5/04