**From:** Sheahan, Margaret M.
**Sent:** Monday, January 05, 2004 10:51 AM
**To:** 'law4us@rcn.com'; Mitchell, Robert B.; Paliani, Elisa M.; Sheahan, Margaret M.
**Cc:** CAMPANO ASSOC COURT REPORTERS
**Subject:** RE: SCHILLER/GEORGIA V BPT DEPOS

Susan, perhaps I was unclear in my email to you on January 2 about the City designees' availability. The 13th is not one of the days that they can appear. The earliest date is the 16th. The other days are the 20th, the 26th (except Mr. Winterbottom) and the 29th. Please choose among these days to schedule the City's deposition.

We appreciate your offer to move the Kergaravat deposition on the 12th to Hartford, but decline. That will go forward as scheduled in Bridgeport.

Likewise, the remainder of the Georgia deposition will take place in Bridgeport. Although I offered to move the time and day on that in an email I sent you on Friday, I was reminded today of other commitments that prevent me from deviating from the 11:00 a.m. time on Tuesday, January 13 for which it was noticed. (I am glad that your response indicated that you had not changed your plans in response to my mistaken offer and therefore that this rescission will not inconvenience you.)

By the way, all the renotices of the City's deposition have continued to attach the Schedule A of documents to be produced at deposition. We have assumed this is just a function of reproducing the original electronically with only the date and time amended. However, the questions of the City's production of documents were dealt with fully in our series of motions and conferences with the Court and the production has been completed. Please confirm that you do not expect the City's designees to bring documents to the deposition.

I look forward to your earliest possible response so that the City's designees can be notified. Thank you.

- Peg Sheahan


Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901


-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Friday, January 02, 2004 7:31 PM
To: Robert Mitchell, Esq.; Elisa M. Paliani; Margaret Sheahan, Esq.
Cc: CAMPANO ASSOC COURT REPORTERS
Subject: SCHILLER/GEORGIA V BPT DEPOS

Attchd is depo renotice for City.
To clarify, will start it 2:00 p.m. following your a.m. depo of Johanna Georgia; you have another 2 hours with Georgia, which starting at 10 should allow time to get up to the courthouse, but suggest that you also convene Georgia's depo in the courthouse, we have the room reserved already and Campano coming. We are amenable to doing Kergaravat's up there too (that Monday), the room is reserved.

1/5/04

1/5/04

**Paliani, Elisa M.**

| | |
|---|---|
| From: | Sheahan, Margaret M. |
| Sent: | Thursday, February 12, 2004 1:35 PM |
| To: | Paliani, Elisa M. |
| Subject: | FW: schiller & georgia v. city of bridgeport et all- deposition of City |

-----Original Message-----
| | |
|---|---|
| From: | Sheahan, Margaret M. |
| Sent: | Monday, February 02, 2004 4:08 PM |
| To: | Susan V. Wallace (E-mail) |
| Cc: | Mitchell, Robert B. |
| Subject: | schiller & georgia v. city of bridgeport et all- deposition of City |

We are prepared to bring to Hartford the following designees on Friday, 2/6/04 at 10 am:  John Mitola
Michael Maglione
Charlene Hosticka
John Colligan
Ned Winterbottom
David Dunn

One hour and 36 minutes of the 9 1/2 hours we stipulated for the length of the City's deposition remain.

Thomas Connor, whose questioning you have told us is complete, will not attend on Friday, 2/6/04.

We can arrange for Marilyn Flores to attend on Friday. Because she is no longer a City employee, however, and because you have indicated that you may decide not to take testimony from her, we will not have her attend on Friday, 2/6/04 unless you advise us that you want her to be there.

Wallace Thomas cannot attend the deposition in Hartford on Friday, 2/6/04. If you wish to reserve some of your remaining time to question Mr. Thomas, we will cooperate in identifying a date for this examination.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

1

**From:** Sheahan, Margaret M.
**Sent:** Friday, February 06, 2004 3:31 PM
**To:** 'law4us@rcn.com'
**Cc:** Mitchell, Robert B.; Paliani, Elisa M.
**Subject:** RE: FW: City's deposition

Susan,

You cancelled today's scheduled depostion due to the weather and suggested resuming on 2/12. We notified you that 2/12 was unavailable for us and we have worked diligently since to provide you with all the availability information we can gather about the City's designees. Since next Friday is the cutoff date for discovery in this case, I thought you might be interested in using other days next week. Whatever I know of other matters you wish to pursue on Monday morning, I certainly did not presume to rule out any possibility of your meeting your obligations in this case on Monday afternoon or by rearranging this or other appointments. Do you really mean to imply that I shoud have done so?

Is it truly your position that the unavailability of your preferred court reporter prevents you from completing the City's deposition in the time allotted by the Court? Surely there are other practitioners in this competitive business whom you could engage in a timely manner.

You are correct that Defendants object to any further extension of the discovery deadline.

I do not agree that your clients have separate rights to depose the defendants in these consolidated cases. Certainly, you have acted as if this were not the case in every communication on the matter, including court filings, until today. Regardless of the academic point of what your clients might claim under the rules in a vaccuum, you expressly stipulated in writing to a 9.5 hour limit on the City's deposition and it is the City's position that it has done all it is required to do by bringing nine or so public servants to Hartford to cool their heels for several days while you questioned only two of them and purport to have finished with only one. To be completely clear, Defendants do oppose any enlargement of the time to take the City's deposition.

Please refer me to the order of the court that Defendants would make Mr. Shevlin available for deposition. Please also refer me to the correspondence or other communications that constitute "several requests for his availability" referenced in your email. I am aware of no such order and no such requests. Patrick Shevlin is no longer employed by the City of Bridgeport and no longer a resident of the State of Connecticut. We will endeavor to make him available for completion of his deposition. I suspect telephone contact may be required. I will keep you apprised.

Although I realize it risks another rude reply, I still intend to apprise you of Mr. Thomas's availability for his participation in the City's deposition when I learn it, which I will not be able to do before Monday.


Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Friday, February 06, 2004 2:23 PM
To: Sheahan, Margaret M.
Subject: Re: FW: City's deposition

Query why you asking asking for confirmation of Monday the 9th, I never asked for that date, indeed, pls see the Atty Mitola has been copying you on regarding our discussions of another matter going forward Monday am

2/6/04

in Bpt Superior Ct. The court reporter is not available the 10th and 11th, and the Court does not have a room available on the 13th. I am movir　　or amendmt of discovery closing date　　 less you let me know otherwise. I will represent you still object. I am also asking for addt'l 7 hours with the City; in fact, my clients' right as two plaintiffs with distinct complaints and actions is a total of 14 hours. I am also moving for order that you produce Shevlin, who can testify to the matters that Connor professed almost complete lack of knowledge about. I need to complete his personal depo anyway. I have not has your response to my several requests for his availability, as per the court's order that you would make him available. Pls ley me know whether your clients will agrees to resolved these matters, or will object.
/svw

**"Sheahan, Margaret M."** <msheahan@pullcom.com> wrote:

> Susan,
>
> We have learned that Mr. Winterbottom's only availability next week is Tuesday, February 10 until 4:00 p.m.
>
> When we learn Mr. Dunn's availability we will inform you.
>
> I remind you that we cannot ascertain Mr. Thomas's schedule until Monday. Of course, as soon as we have that information, we will let you know.
>
> As you have told me that emails do not appear on your computer until hours after they are dispatched, I will fax this message to you as I did those I authored yesterday.
>
> If you intend to go forward on Monday, we will need to be notified by 2:30 this afternoon in order to arrange attendance by ourselves and the witness. If we do not hear from you by then, no one will appear.
>
> Thank you.
>
> -Peg
>
> -----Original Message-----
> **From:** Sheahan, Margaret M.
> **Sent:** Thursday, February 05, 2004 4:40 PM
> **To:** Susan V. Wallace (E-mail)
> **Subject:** City's deposition
>
>> The City's counsel cannot be available on Wednesday, February 11 or Thursday, February 12.
>>
>> The other dates available for the City deposition designees next week that we have been able to identify are as follows:
>>
>> Monday, February 9: Colligan
>>
>> Tuesday, February 10: Colligan until noon, Mitola after 11:00
>>
>> Friday, February 13: Maglione, Hosticka, Mitola
>>
>> We will be unable to ascertain Mr. Thomas's availability until Monday. We are hopeful that we can ascertain the availability of Mr. Dunn and Mr. Winterbottom tomorrow.
>>
>> Margaret M. Sheahan
>> Pullman & Comley, LLC
>> 850 Main Street
>> Bridgeport, CT 06601-7006
>> (203) 330-2138
>>
>> 300 Atlantic St.

2/6/04

5th Floor
Stamford, CT 06901-3522
(203) 674-7901

Case 3:01-cv-00452-AVC    Document 165-8    Filed 02/23/2004    Page 6 of 13

2/6/04

-----Original Message-----
From: Sheahan, Margaret M.
Sent: Thursday, February 12, 2004 4:31 PM
To: 'law4us@rcn.com'
Subject: RE: schiller & georgia

Susan,
Thank you for getting back to me.
We will be ready to proceed here at our Bridgeport office at 10:00 a.m. tomorrow morning. We will observe the time limits to which we stipulated on the City's deposition and under the rule regarding Chief Maglione's deposition as an individual witness. The City's opposition to your currently pending motion continues and will be conveyed to the Court. Under the circumstances, your other questions appear moot.
Please have the reporter come to our 8th floor reception area and we will have him or her directed to the correct place.
See you tomorrow.

                        -Peg Sheahan


-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Thursday, February 12, 2004 3:45 PM
To: Sheahan, Margaret M.
Subject: Re: schiller & georgia

Apologize for not getting back earlier, I have been out of office all day, just got back. Thank you for trying to resolve the deposition issue, but the problem with your offer of all day tomorrow is that only three of your designated reps are available. Can we do this when all remaining can be available? And are you replacing Ms. Flores, given that she is no longer a City employee, or reassigning her subject matter to one of the other 30(b)(6) reps? In any event, I am at least ready to proceed with the remainder of the 9 1/2 hrs and Maglione, 10 a.m., your BPT office.
/svw



*"Sheahan, Margaret M." <msheahan@pullcom.com>* wrote:

> I have succeeded in contacting my client and have received approval of the alternative ways of going forward set forth in the memo I emailed and faxed you a short time ago. Please advise as to your decision so we can tell those involved what time they need to be at our offices tomorrow and how much of the day is likely to be consumed with the depositions. Thank you.
>
> Margaret M. Sheahan
> Pullman & Comley, LLC
> 850 Main Street
> Bridgeport, CT 06601-7006
> (203) 330-2138
>
> 300 Atlantic St.
> 5th Floor

2/13/04

Stamford, CT 06901-3522
(203) 674-7901

2/13/04

**Paliani, Elisa M.**

| | |
|---|---|
| **From:** | Sheahan, Margaret M. |
| **Sent:** | Thursday, February 12, 2004 2:09 PM |
| **To:** | Susan V. Wallace (E-mail) |
| **Cc:** | Paliani, Elisa M. |
| **Subject:** | tomorrow |
| **Importance:** | High |

memo wallace.DOC

Lisa, please print out this document and fax it to Ms. Wallace right away.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

300 Atlantic St.
5th Floor
Stamford, CT 06901-3522
(203) 674-7901

1

Dear Susan,

We have received your motion for enlargement. As you know, the City intends to oppose it. We understood from you enlargement papers that you were unable to take any depositions tomorrow, for lack of a suitable location, but we are more than willing to do our best to set something up. We can certainly agree to your taking the City's Rule 30(b)(6) and Chief Maglione's individual depositions tomorrow in our Bridgeport Office

I believe that we can still produce the three City designees I told you via my e-mail last Friday would be available for tomorrow (Hosticka, Mitola and Maglione). We are trying to confirm that they can be here. We already know that the Chief can attend to give testimony on behalf of the City and, of course, he can also testify as an individual witness.

We understand from you e-mail of earlier today that you believe that you can complete the City's deposition by the end of tomorrow. If this is correct we are prepared to recommend that our client agree to modify our original 9.5 hour time stipulation for taking the City's testimony. In line with that stipulation, you have one hour and 36 minutes left within which to finish with the City. We are willing to ask that the City agree to allow you the full business day (9-5) within which to complete the City and Chief Maglione, with one hour for lunch at 12:00 p.m. In return. of course, you would agree to withdraw that portion of your pending motion which seeks additional time for the City's deposition. In other words, if you agree to the withdrawal described, to the extent the City's deposition tomorrow exceeds the One hour and 36 minutes remaining of the 9.5 hours stipulated to, we will not object.

If you do not agree to the withdrawal described, we will recommend going forward tomorrow with the remainder of the City's deposition (one hour and 36 minutes) as well as the Chief's individual testimony.

Please respond to this note as soon as possible, so that we have time to confer with our client as to what we can put together for tomorrow. I will continue to attempt to contact my client about this proposal even prior to receiving your response.

> Yours truly,
> Peg Sheahan

BPRT/67551.1/MMS/507194v1

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LaPERA

MICHAEL N. LA\
JOSEPH M. LODA\\
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD B. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES F. WHITE, JR.
MARJORIE WILDER
———
SAMUEL A. GILLILAND
(1930-1994)
———
LAURA A. DELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA

JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:      Bridgeport
Telephone:   (203) 330-2138
E-Mail:        msheahan@pullcom.com

May 21, 2003

**By email, fax and regular mail**

Susan V. Wallace
11 Blue orchard Drive
Middletown, CT 06457

      **Re: Schiller & Georgia v. City of Bridgeport**

Dear Ms. Wallace:

    This responds to your May 20, 2003, 5:30 p.m. email to me.

<u>First paragraph of email</u>

    Thank you for responding so quickly.

<u>Second paragraph of email</u>

    I have nothing to add to, or to alter in, the statements in my May 20 letter on the subject of communications you had with employees of this firm concerning the availability of the logs for examination.

<u>Third paragraph of email</u>

    Please refer to my May 20 letter for the answer to your question as to the available times for examination of the remaining log books. You need to contact us with your availability from the dates described in that letter. I choose not to respond to your accusation that there is some nefarious motive behind the innocuous observation that there would be little practicality in providing you access to more material when your review of the material now accessible is obviously still ongoing.

<u>Fourth paragraph of email</u>                                                                ATTACHMENT 9

    I have nothing to alter in my May 20 letter's statements concerning your false statement that this Firm has copied all the log books.

850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000   FAX (203) 576-8888
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300   FAX (860) 424-4370
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-3006   FAX (203) 787-7075
720 HOPMEADOW STREET   SIMSBURY, CT 06070-2225   (860) 651-9348   FAX (860) 651-1431
200 PEQUOT AVENUE   P.O. BOX 510   SOUTHPORT, CT 06890-0510   (203) 254-5000   FAX (203) 254-5070
300 ATLANTIC STREET   STAMFORD, CT 06901-3522   (203) 324-5000   FAX (203) 363-8659
*www.pullcom.com*

PULLMAN & COMLEY, LLC

Page 2

<u>Fifth paragraph of email</u>

I regret that my pointing out to you my correct email address caused you to think that I was attempting to make an issue of anything or to create a distraction. I had no such intent.

<u>Sixth paragraph of email</u>

I regret that my describing to you the process by which I came into possession of your response to our request for dates for the City's deposition caused you to think that I was attempting to make an issue of anything or accusing you of failing to comply with some obligation. I had no such intent.

As to your implication that the City is obliged to identify which individuals it designates to respond to the various aspects of your Rule 30(b)(6) deposition, I refer you to my May 20 letter's discussion of the options provided to the City under the Federal Rules of Civil Procedure and the City's election not to make these identifications in advance. Here are the people who are being designated to testify for the City: Thomas Connor, Ned Winterbottom, John Colligan, Charlene Hosticka, Patrick Shevlin, John Mitola, Marilyn Flores, David Dunn, Wallace Thomas, and Michael Maglione. We have scheduled deposition time for five of these individuals as follows: Thomas Connor, May 22, 2003, 10:00 a.m.; Charlene Hosticka, May 27, 2003; John Colligan, May 29, 2003, following Ms. Georgia's deposition; David Dunn, May 30, 2003; and John Mitola, June 20, 2003. We need you to identify other available dates in order to schedule the rest. Please give us this information at your earliest opportunity.

<u>Seventh paragraph of email</u>

What I have suggested regarding the documents that you have selected for copying from the City's production is that you give us the opportunity to copy those copies at our expense. We will make the process as convenient for you as possible and do not believe it should cause any expense whatsoever to your clients. I cannot see how this is unreasonable. If you explain the problem to me, I will work with you to solve it.

The City's production was available for your examination and copying. Your request that the City provide you free of charge with a copy of every responsive document was declined. You were provided many options on how to accomplish the copying. We offered the services of our staff for documents provided in small enough batches, for which we would charge you only our cost. We referred you to a copy service company, IKON, which we have used in the past. We were not apprised that any time restraint impeded your ability to avail yourself of IKON's services. We would have accommodated your needs had we been made aware of the problem.

PULLMAN & COMLEY, LLC

Page 3

Eighth paragraph of email

I regret that I am unable to comprehend what you are attempting to convey or request in this paragraph of your email.

Ninth paragraph of email

I refer you to my May 20 letter and to an earlier part of this letter to reiterate that the City does not choose to identify for you in advance the witnesses it designates to testify to various aspects of your Rule 30(b)(6) deposition notice.

Your email states that commencing the City's deposition tomorrow MAY be acceptable. If you do not intend to go forward tomorrow, please notify us immediately so we can cancel the appointment for the witness and defense attorney. If a witness and a defense attorney attend and you fail to go forward, we will be seeking reimbursement from the Plaintiffs.

Tenth paragraph of email

My May 20 letter does state when the remaining logs will be available and asks you to identify your preferred dates. I apologize that my May 20 letter does not clearly convey that the complaint material now collected will be available at the same time. My May 20 letter also points out to you the need for you to provide us a list of CHRO filings before we can identify the other materials we have agreed to produce.

Eleventh paragraph of email

I note that you will attend Dr. Fette's deposition.

Yours truly,

Margaret M. Sheahan

BPRT/67551.1/MMS/478864v1