8f




## Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date: MARCH 8TH 19 97

FROM: CAPTAIN BRUCE PORZELT    GROUP: E-3-C
TO: D/CHIEF VEARY EXECUTIVE OFFICER
SUBJECT: ..................

Chief,

At roughly 9:15 AM on March 7, 1997 Fri., Capt. D. Day while off duty came in to Qtr's at the watch desk + pointed to Lt. Shevlin + said he wanted to see him now in his office, I was present with a few other men.

A good 5 min's later Lt. Shevlin asked me to go to Eng. 4 room on the PA system which I did. I walked into a shouting match due to accusations made by Capt. Day to Lt. Shevlin that someone on my shift "C" thought they smelled liquor on Lt. Shevlins breath on an earlier work date.

I said to Capt. Day why did you not come to me 1st being Lt. Shevlin is on my shift, + the rumor supposedly came from my shift, + I am the House Captain. Also if we had talked, none of this would have happened, it would not have gone this far not on hear say with no proof to back it up.

About this time Batt-1 entered Qtr's with

RECEIVED BPT. FIRE DEPT. ADMINISTRATION
97 MAR 10 PM 5:02

................................ Group ..........
Date received headquarters          Signature, Company, Bureau, Division, Office, etc.
/ 9 /

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                            Form 2326




Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date...... PAGE 2 ............19........

FROM ................................ GROUP ..........

TO................................

SUBJECT................................

THE PAYCHECKS. CAPT. DAY TOLD ME HE DID NOT HAVE TO INFORM ME BECAUSE LT. SHEVLIN IS ON ENGINE 4 & HE IS HIS CAPTAIN.

I TOLD CAPT. DAY HE TOTALLY MISHANDLED THIS SITUATION FROM THE START & HE SHOULD HAVE INFORMED ME 1ST BECAUSE IT IS MY SHIFT & MY HOUSE & I AM RESPONSIBLE FOR ALL THE MEN AND APPARATUS IN IT. ALSO THIS IS A VERY SERIOUS CHARGE TO MAKE AND SHOULD NOT HAVE BEEN HANDLED LIKE THIS ESPECIALLY WITHOUT A WITNESS IF A MEETING WAS INDEED REQUIRED AT ALL. CAPT. DAY REPEATEDLY CLAIMED HE DOES NOT HAVE TO INFORM ME OF SITUATIONS LIKE THIS OVER MY OBJECTIONS.

ALSO AFTER BEING IN THE ROOM LT. SHEVLIN INFORMED ME THAT HE CLAIMS CAPT. DAY GRABBED HIM BY THE ARM & STOPPED HIM FROM LEAVING THE ROOM TO GET ME, CAPT. DAY DENIES THIS. CAPT. DAY ALSO SAID HE CAN STOP IN ANY TIME & CHECK ON LT. SHEVLIN WHEN EVER HE WANTS TO.

THIS IS ALSO WRONG BECAUSE TO DATE SINCE LT. SHEVLIN HAS BEEN ON ENG-4-C HE HAS NEVER FAILED TO PER-

.................................. Group ..........
Date received headquarters         Signature, Company, Bureau, Division, Office, etc.
    /    /

## INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                                                    Form 2326




## Bridgeport Fire Department
# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date...... PAGE 3 ......19........

FROM .................................................. GROUP ..........

TO......................................................................

SUBJECT..................................................................

FORM HIS DUTIES OR EVER FOUND TO BE IN ANY UNFIT CONDITION AND I HAVE NEVER SMELLED ANYTHING THAT SHOULD NOT BE, CONCERNING LT. SHEVLIN.

    I WASN'T GETTING ANYWHERE WITH CAPT. DAY SO I WENT OUT TO THE WATCH DESK & ASKED AC F. HASCHAK TO COME IN ENG. 4'S ROOM WHICH HE DID.

    AC HASCHAK TOLD ME TO GIVE CAPT. DAY AN ORDER IN FRONT OF HIM TO CAPT. DAY TELLING HIM THAT I MUST BE INFORMED OF IMPORTANT SITUATIONS AS THEY ARISE. NOW WE HAD A 4 WAY ARGUMENT.

    AC HASCHAK TOLD CAPT. DAY HE HANDLED THE SITUATION WRONG & THAT HE SHOULD NOT HAVE DONE WHAT HE DID.

    THIS IS MOST OF WHAT HAPPENED IN ENG-4'S ROOM ON MARCH 7, 1997.

Respectfully Submitted,
Capt. Bm. [signature]
E-3-C

AC [signature] Haschak
Bat 1 "C" WS 3/9/97

Date received headquarters          .................................................. Group ..........
   /  /                      Signature, Company, Bureau, Division, Office, etc.

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                                                                            Form 2326




# Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION

(See Instructions Below)

Date MARCH 8TH 19 97

FROM CAPTAIN BRUCE PORZELT GROUP E-3-C

TO D/CHIEF VEARY EXC. OFFICER

SUBJECT MY RECOMMENDATION ON THIS MATTER

NOTHING WHAT SO EVER SHOULD HAPPEN TO LT. SHEVLIN, HE DID NOTHING WRONG + DID NOT CAUSE THIS SITUATION, HE IS TOTALLY INNOCENT.

LT. SHEVLIN PERFORMS HIS DUTIES VERY WELL AND DOES NOT TRY AND AVOID HIS RESPONSIBILITES, I DO NOT WANT HIM TRANSFERRED DUE TO CAPT. DAY'S POOR LACK OF JUDGEMENT, IN THE WAY HE HANDLED THIS SITUATION + IN NOT COMING TO ME FIRST SO NONE OF THIS WOULD HAVE HAPPENED, + HIS TOTAL DISREGARD FOR MY AUTHORITY AS THE HOUSE CAPTAIN OF ENGINES 3 AND 4.

I KNOW WHAT I HAVE IN LT. SHEVLIN + I DON'T WANT SOMEONE WITH LESS, THANK YOU.

Respectfully Submitted,
Capt. Bruce N. Porzelt
E-3-C

AC [signature]
Det 1 "C" W/S 3/9/97

Date received headquarters
 /  /

................................................ Group ..........
Signature, Company, Bureau, Division, Office, etc.

## INSTRUCTIONS

1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34

Form 2326

 

# Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date March 7, 1997

FROM Lt. Michael Sheehan   GROUP E4

TO O/C James Veany

SUBJECT Abusive Actions of Capt. Donald Day

On this day March 7, 1997 at approx. 0940 hrs. Capt. Donald Day came to Engine house and called me into the office. Capt. Day closed the door took the Rules & Regulations manuel threw it on the desk and told me I had better read it. He accused me of coming to work drinking Alcohol. I requested that Capt. Ponzelt be called to the room to witness what was being said. He refused. While trying to open the door and get Capt. Ponzelt myself he physically pulled my hand off the knob and pushed me ordering me to sit in the chair. I sat in the chair only to listen to him make it very clear he was the captain and I was only a Lieutenant. After being grabbed and pushed I had no idea what Capt. Day would do next. I finaly was able to get Capt. Ponzelt involved. He also had problems communicating Capt. Day due to the yelling and disrespect

RECEIVED
BPT. FIRE DEPT.
ADMINISTRATION
'9 MAR 10 PM 5:29

................................................. Group ...........
Date received headquarters       Signature, Company, Bureau, Division, Office, etc.
3/9/

---

**INSTRUCTIONS**
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                                                    Form 2326




# Bridgeport Fire Department
# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date March 7, 19 97

FROM Lt. Michael Sherlin   GROUP E-4-C

TO O/C James Veaw

SUBJECT

Capt Day showed Capt Powell who is the house Captain. Capt Powell then went and brought A/C Fred Haschak who was delivering checks at the time into the room. Capt. Day said the problem he has with me is he is a Black officer which I can't work with he said it is a "Black & White Thing". I took this as him calling me a "Racist". Capt. Day also made it clear to everyone in the room that he was in charge of Engine 4 and no one else was not even the Assistant Chiefs Deputy Chiefs or even Chief Shiller could tell him what to do with Engine 4 It is his "puppy". I would appreciate the Department look into this matter and want to know how the Department is going to handle how one of its Captains is physicaly and verbaly abusing one of (The way Captain Day puts it) "Only a Lieutenant".

AC Fred Haschak But I "C" WS
3/9/97
Capt. Bm H. Syatt E-3-C

Respectfully,
Lt. Michael S. Sherlin
Lt. [signature] Group E-4-C

Date received headquarters       Signature, Company, Bureau, Division, Office, etc.
  /  /

---

## INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                                                   Form 2326

89

*86*

# BRIDGEPORT FIRE DEPARTMENT

FIRE HEADQUARTERS - 30 CONGRESS STREET



CITY OF BRIDGEPORT, CT 06604

 34

Friday, January 15, 1999

To: <u>Fire Chief Michael Maglione</u>

From: <u>D/C Earl Pettway</u>

Re: <u>Incident between A/C. Haschak and Capt. Day</u>

*Chief:*

I received a complaint from A/C Frederick Haschak concerning an incident at Engine House 3&4 on November 21, 1998. The incident involved a confrontation between A/C Frederick and Capt. Donald Day.
　After receiving a Communicate (2326) from each Officer I conducted a face to face interview with each of them. Capt. Day also gave me an addendum to the original Communicate (2326) that he sent to A/C Haschak.
　After investigating this incident, my conclusion is that Capt. Donald Day has violated the Rules and Regulations Sec. 18.4 & 18.30.

Sec. 18.4  All members of the Department shall respect the authority of their Superior officers and any member who resists such lawful authority or whose conduct is unruly, rebellious, impertinent or prejudicial to good order and discipline shall be considered insubordinate.

Sec. 18.30  All members shall reflect cleanliness about their persons, keep their uniforms clean and pressed, be clean shaven and well groomed, and exemplary in all matters affecting their personal appearance.

　I recommend a one (1) day suspension without pay for each violation for a total of two (2) days.

Earl Pettway
Deputy Chief Executive Officer

# BRIDGEPORT FIRE DEPARTMENT

FIRE HEADQUARTERS - 30 CONGRESS STREET



CITY OF BRIDGEPORT, CT 06604



December 10, 1998

From: <u>AC Fred Haschak</u>    Group: <u>Bat 1 C</u>

To:   P/DC Rooney Operations

Subject:   Refusal to obey a direct order

Chief,

    On Saturday November 21,1998 at approximately 1515 hrs. Battalion 1 AC Fred Haschak and Lt. Paul Kochiss went to Engine 3&4.
    Upon are arrival at Engine 3&4 the man on watch, FF Zack Herman made an announcement over the PA " Chief in quarters". We waited a brief time approximately 1 ½ minutes. FF Herman made a 2nd announcement Chief in quarters. We again waited a brief time. FF Herman then opened the door to the apparatus floor and asked Capt. Day, who was washing his car, if he had heard the announcement ? Capt. Day said he had heard it. Again after a brief time FF Herman made another announcement at which time I went out the door to the apparatus floor to see why Capt. Day did not come to the watch desk as was customary to do. I then asked Capt. Day why he did not come to the watch desk ? He offered no answer and just looked at me.
    I then asked Capt. Day to come with me to his office. Once in the office I said I realized he was on vacation on Sunday November 22 and I would like him to be clean shaven on Monday as beards or not being clean shaven were not allowed. His response was all right, no problem. During this whole time, Capt. Day was wearing his nomex hood. I asked him to remove it. He refused and said his head was cold. We were in the office and the temperature was approximately 70 degrees. I again asked him to remove it and he refused. I then gave him a direct order to remove the hood. He again refused.
    I then went to the watch desk to get Lt. Paul Kochiss to come into Capt. Day's office to witness my giving a direct order to Capt. Day. I again gave Capt. Day a

direct order to remove the hood. He again refused saying his head was still cold. I asked Lt. Kochiss to verify the approximate temperature as being warm enough to remove the hood.

I then went to Battalion 1 vehicle to get the camera. I went back into Engine 3&4. Capt. Day had returned to washing his car. I ordered him to remove his hood so I could take a picture of his appearance as it was as of this time. He refused and said he would do it when I also took pictures of all members.

No further discussion took place. I left Engine 3&4 and returned to my office to record the incident.

Respectfully submitted,

AC _____




# Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date **11 December** 19**98**

FROM **Lt. Paul Kochiss** GROUP **B-1-B**

TO **A/C Haschak**

SUBJECT **Incident of Nov. 21, 1998**

Sir,

On the above stated date at approx 15:15 hrs., Batt. 1 went to the quarters of Engine 3. On arrival at their quarters, the Chief asked the man on watch to call Capt. Day to the watch and announce the Chief was there. After three such announcements and no response from the Captain, the Chief went to the apparatus floor in search of him. After several minutes had passed, the Chief returned to the watch desk and asked me to accompany him to the Captain's room. With Capt. Day present, the Chief ordered the Captain to remove from his head the Nomex hood he was wearing. At this point, Capt. Day refused the order. When asked by the Chief why he would not remove the Nomex hood from his head and face, the Captain stated his head was cold. I then left the room followed by the Chief and returned to quarters.

A/C *[signature]*
Bat 1 "C" 12/11/98

Date received headquarters
/ /

*Lt. Paul Kochiss* Group **B-1-B**
Signature, Company, Bureau, Division, Office, etc.

## INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.