8j

## Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION
(See Instructions Below)

RECEIVED BPT. FIRE DEPT. 00 DEC 22 AM 11:42

85J

Date: 12/20/2000

FROM: Lt Craig Kelly   GROUP: A-E-5

TO: Capt. Grimes

SUBJECT: Broken Glass in Lt Kelly turn out gear pocket

On 12/20/2000 at 12:22 PM E-5 responded to a John 3 assignment as the RIT unit. I was dressed in full turn out gear, reached my left hand into my pants pocket to get my gloves and found broken glass from a juice bottle. The last time I reached my hand into my turn out gear pockets was on 12/19/2000 and there was no broken glass.

While at the fire ground I reported this incident to Capt. Grimes, Lt McLoad and Chief Grace

This incident was witness by Fire fighter Timothy Riordon

Signature: Lt. Craig Kelly   Group A-5

Date received headquarters: / /

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34   Form 2326

 

Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION

(See Instructions Below)

Date 12/28 ~~19~~ 2000

FROM Lt. Craig Kelly GROUP A-E-5

TO Executive Chief Pettway

SUBJECT Broken Glass in Lt. Kelly turnout gear pants pocket

On 12/20/2000 at approximately 5:30 pm. I call the Police Department regarding the above subject. The police came to the fire house, they interviewed me, examin the glass and looked at the area where my turn out gear is (apparatus floor) kept.

Please refer to other 2326 form.

Lt. Craig Kelly Group A-E-5

Date received headquarters / /

Signature, Company, Bureau, Division, Office, etc.

**INSTRUCTIONS**

1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

 

## Bridgeport Fire Department
# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date 12/20/00 19......

FROM PFF Timothy Riordan    GROUP D

TO Lt. Kelly

SUBJECT On the above date E-5 responded to a John "3" box as the RIT upon arrival I was with Lt Kelly when he Reached into his turnout gear pocket (Left pock) and found shareds of glass from a broken juice bottle

Date received headquarters
/    /

Signature, Company, Bureau, Division, Office, etc. ........ Group D

Timothy Riordan

Charles Kelly - A-E-5

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                                                Form 2328

9f

8H

## BRIDGEPORT FIRE DEPARTMENT

FIRE HEADQUARTERS - 30 CONGRESS STREET



CITY OF BRIDGEPORT, CT 06604

February 24, 2000

## SUSPENSION NOTICE

From: <u>D/C Earl Pettway Deputy Chief Executive Officer</u>

To:   <u>PA1 Lawrence Bussell</u>
      <u>Payroll clerk Betty Spain</u>

Firefighter Kathy Denton is hereby suspended <u>without pay</u>. This suspension shall begin on Thursday, February 24, 2000 and continue until you are so notified.

Earl C. Pettway
Deputy Chief Executive Officer
Bridgeport Fire Department




## OFFICE OF THE FIRE CHIEF
## BRIDGEPORT FIRE DEPARTMENT

MICHAEL A. MAGLIONE
Fire Chief

February 24, 2000

Kathleen Denton
850 Atlantic Street Apt.515
Bridgeport, CT 06604

You are suspended without pay effective February 24, 2000, 08:00hrs, pending the outcome of a Fire Department investigation to determine whether Departmental rules, regulations or policy were violated by your arrest on February 23, 2000, on the charges of two (2) counts of sale of marijuana and one (1) count of sale of narcotics.

The Department will attempt to schedule an administrative hearing within two (2) weeks. Please contact Deputy Chief Earl Pettway with a phone number in order for the Department to be able to contact you.

Michael A. Maglione, Fire Chief
Bridgeport Fire Department

Cc: Deputy Chief Earl Pettway
David Dunn, Labor Relations
Joseph Southard, President Local 834 IAFF

9h

## Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date: MARCH 4, 1996

FROM: A/AC Ronald Catalano    GROUP B-1-D

TO: A/DC Brian Rooney

SUBJECT: Department Bulletin Boards

As per your direction this P.M. I spoke with the officers of R-5 - Capt W. Haug - T-L-5 - Lt Connor E-1 - A/Lt B. Buchla - E-5 - A/Lt W. Wresilo. I also visited E-3 & E-4 P/Lt Mac Nicholl & A/Lt K. Shevlin L-11 & E-7 - A/Lt F. McNellis & Lt J. DeSarli.

All officers were reminded of Department Regulations as they pertain to members conduct, and the posting of materials on Fire House Bulletin Boards, Lockers, etc. All officers were instructed to inform the members of their company as to the above.

I also spoke to them about Chief's Order #16/95 - News Media

Date received headquarters
   /   /

Signature: A/AC Ronald Catalano    Group B-1-D

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34    Form 2326




Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION

(See Instructions Below)

Date 3/9 19 96

FROM (A/AC) JAMES GRACE   GROUP BATT-2D

TO (A/AC) B. ROONEY

SUBJECT Posting on Bulletin Boards

On this date 3/9/96 I went E-12, E-10, E-16, & E-15 to talk about Regulations as they pertain to each members conduct and the posting of materials on any Fire house Bulletin Board or anywhere in the Fire House that may be offensive to any groups or any members on the Bpt Fire Dept. These issues were addressed on "D" shift

Respectfully Submitted

(A/AC) James Grace   Group BATT-2D
Signature, Company, Bureau, Division, Office, etc.

Date received headquarters
__ / __ / __

## INSTRUCTIONS

1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34                                                              Form 2326

## Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date MARCH 4, 19 96

FROM A/C Robert Petrucelli    GROUP A

TO A/DC Brian Rooney

SUBJECT Department Bulletin Boards

Chief,

As per your directions this A.M., I visited Stations 1/5, 3/4, and 7/11. I spoke to LT. S. McSpirrin, Capt. D. DeCarlo, Lt. L. Rivera, and A/LT R. Pratt of Station 1/5, LT. R. Nash and A/Lt. W. Hathaway of 3/4's and LT. R. Deer and LT. J. Medina of 7/11's. All officers were reminded of department regulations pertaining to member's conduct and the posting of materials on firehouse bulletin boards or elsewhere in the houses.

A/C Robert W. Petrucelli    Group B-1-A

Date received headquarters    Signature, Company, Bureau, Division, Office, etc.
/ /

---

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34    Form 2326

# BRIDGEPORT FIRE DEPARTMENT
FIRE HEADQUARTERS - 30 CONGRESS STREET



CITY OF BRIDGEPORT, CT 06604



1 March 1996

AC Michael A. Maglione B-1-B

DC Brian Rooney
Bulletin Boards

Per your direction this PM, I visited Engine 1/5, Engine 7/11, and Engine 3/4. I spoke to Capt. B. Porzelt, Lt. M. Shevlin, Lt. C. Martin, Lt. E. McCann ( Eng. 1/5 ), PLt. D. Smith, ALt. P. Kochiss ( Eng. 3/4 ), and Lt. C. Young, ALt. W. Medina ( Eng. 7/11 ). All officers were re-aquainted with department regulations as they pertain to member's conduct and the posting of materials on any fire house bulletin board or any surface within the firehouse. All officers were to inform the firefighters on their companies of the required restrictions.

AC Michael A. Maglione B-1-B

# BRIDGEPORT FIRE DEPARTMENT
FIRE HEADQUARTERS - 30 CONGRESS STREET



CITY OF BRIDGEPORT, CT 06604



**James F. Veary**
**Battalion 1 "C"**
March 1, 1996

To: A/DC B. Rooney, Executive Officer
Subject: Bulletin Boards

Sir:

As per your direction this AM, I visited Engine 1/5, Engine 7/11, and Engine 3/4. I spoke to Capt R. Phillips ( Eng 1/5), Capt. I Pomales ( Eng. 7/11), and Capt. M. Donovan ( Eng. 3/4 ). All officers were re-aquatinted with department regulations as they pertain to member's conduct and the posting of materials on any Fire house bulletin Board, or, indeed, any surface within the firehouse. All Captains were to further inform their junior officers and firefighters on their platoon of the required restrictions.

James F. Veary
Battalion 1 Group "C"

# BRIDGEPORT FIRE DEPARTMENT
## OFFICE OF THE EAST SIDE ASSISTANT CHIEF
1035 CENTRAL AVENUE

JOSEPH RYAN
*ASSISTANT CHIEF*

CITY OF BRIDGEPORT, CT 06607
TELEPHONE: 576-7681

MARCH 1, 1996

A/DC BRIAN ROONEY

I VISITED ENGINE AND LADDER #6, ENGINE AND LADDER #10, ENGINE #12, ENGINE #15, AND ENGINE #16 TO INFORM ALL OFFICER'S AND FIREFIGHTING PERSONNEL OF CHIEF'S ORDER #16/95 . I ALSO INFORMED THEM OF DEPARTMENT REGULATIONS AS THEY PERTAIN TO CONDUCT AND POSTING OF ANY MATERIALS IN ANY FIREHOUSE OR, FIRE DEPARTMENT PROPERTY.

Sincerely,

A/C Joseph Ryan
JOSEPH RYAN, Asst. Chief
BRIDGEPORT FIRE DEPARTMENT

 

## Bridgeport Fire Department
# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date: MARCH 3, 1986

FROM: A/C PETTWAY    GROUP: A

TO: D/C ROONEY

SUBJECT: BULLETIN BOARDS.

SIR;

On a visit to all East Side Fire Houses I spoke to the following officers concerning their bulletin boards:
Engine & Ladder-6 P/LT DEMONTE & A/LT MITCHELL.
Engine & Ladder-10 LTS. FOSSESIGURANI & WALLACE.
Engine 12 CAPT. DENNIS.
Engine 15 P/LT POLITE.
Engine 16 LT FAZEKAS.

I checked all bulletin boards in these houses and today they are in compliance with the rules & regulations.

Signature: A/C Earl Pettway    Group: A

Date received headquarters: / /

Signature, Company, Bureau, Division, Office, etc.

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34    Form 2326

 

# Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION

Date: MARCH 1, 1996

From: A/AC FRED HASCHAK BAT 2    Group: 'C'

To: A/DC ROONEY EXEC OFFICER

SUBJECT: CONDUCT & POSTING

    Following our meeting on Friday March 1, 1996 at 0900 hrs, I spoke to "C" shift officers on the East Side in person advising them of the content of our meeting.

    Capt Currivan Ladder 6 "C", LT. Morton Eng. 10 "C", P/LT Reilly Eng.15 "C", P/LT Wright Eng. 12 "C", A/LT Kochiss Eng 16 "C", Sup. Maint Lombard, and detailed Chief's aide LT Pyatak Eng 16 "C", all were made aware of the Department's position as per Section 18.11 and on posting literature anywhere in the Engine Houses. Conduct which may criticize the Department, their superiors or fellow FIREFIGHTERS, whether it was bias or not, will not be tolerated by the Department. House Captains will be responsible to see this dose not happen . If incidents do occur, they will be investigated and the proper action will be taken.

Respectfully submitted,

*[signature]*

A/AC Fred Haschak Bat 2 "C"