Page 181

1 in the oral exam?
2    A. For the 2002 exam?
3    Q. Yes.
4    A. They would have a separate
5 examination listing for people who pass the
6 written examination. Once again, it's a
7 qualifying examination, but we would have a
8 separate listing for that.
9         And then, of course, we would have a final
10 listing for the employment list, which was a result
11 of the oral examination for that exam.
12    Q. So your answer is yes?
13    A. That's correct.
14    Q. How would you go about determining
15 whether or not any claim that anyone made
16 that the oral examination was discriminatory
17 on the basis of race and gender, how would
18 go about determining that?
19        MR. MITCHELL: Objection as to
20 form.
21    A. The question is very confusing. I
22 don't understand what you mean.
23 BY MS. WALLACE:
24    Q. Is it your belief that there is no
25 way that the oral examination given by the

Page 182

1 City of Bridgeport in the 2002 fire fighter
2 exam could possibly be discriminatory on the
3 basis of race or gender?
4    A. I don't think that was the case.
5    Q. Do you think that's possible, it
6 could happen?
7    A. That particular examination?
8    Q. Right.
9    A. No.
10    Q. How about the 1997 oral
11 examination?
12    A. I don't think so.
13    Q. Again, you don't think it's
14 possible it could have been discriminatory?
15    A. Against minorities and women?
16    Q. As a result of the oral examination
17 in 1997.
18    A. We had more minorities and more
19 women actually getting in. I don't believe
20 so, no. It certainly wasn't discriminatory.
21    Q. Is it your opinion that the 1997
22 written examination could not have been
23 discriminatory against minorities and women?
24        MR. MITCHELL: Objection to
25 form.

Page 183

1    A. If that examination was used in
2 strict rank order, very likely could have
3 had a discriminatory impact.
4 BY MS. WALLACE:
5    Q. That, in your opinion, would be
6 only because blacks and women don't do as
7 well in the test?
8        MR. MITCHELL: Object as to
9 form.
10    A. On that particular test.
11    Q. But never looked into that it might
12 be correct?
13    A. We didn't look into it because
14 there was no reason to look into it. We
15 implemented an oral system and the oral
16 examination system worked very well. We
17 were able to get minorities and women fire
18 fighters.
19    Q. In your opinion, minorities and
20 women applicants scored low on the written
21 examination?
22    A. I didn't say that. I did not say
23 that. You said that.
24    Q. I'm asking you.
25    A. The answer is no.

Page 184

1    Q. Is it your opinion that in the 2002
2 written exam minorities and women scored so
3 low that they would not have been hired if
4 it weren't for the oral exam?
5        MR. MITCHELL: Object to the
6 form.
7    A. No. Repeat that again.
8        (Question read.)
9 BY MS. WALLACE:
10    Q. Let me restate it.
11        Is it your opinion that in the 2002 fire
12 fighter examination minorities and women scored so
13 low as classes, scored so low on the written
14 examination for Bridgeport fire fighter, your test,
15 that they simply would not be hired or be hired only
16 in very low numbers had there not been an oral
17 examination?
18        MR. MITCHELL: Objection to
19 form.
20    A. No.
21    Q. Were the written tests for the 1997
22 and 2002 identical?
23    A. No.
24    Q. I'm talking about, of course, the
25 fire fighter exam, correct?

Page 185

1    A. They are not identical, no.
2    Q. Were the oral questions identical?
3    A. No.
4    Q. Is it your testimony that in the
5 1997 written examination women and
6 minorities scored disproportionately lower
7 than white males; that had there not been an
8 oral examination, they simply would not have
9 been hired or hired in any acceptable
10 numbers?
11        MR. MITCHELL: Objection as to
12 form.
13        Go ahead and answer.
14    A. Yes.
15 BY MS. WALLACE:
16    Q. Is the same true for the 2002
17 examination, in other words, that the
18 written scores of the women and minorities,
19 Mexican and non white people, were so low
20 compared to the white males, the written
21 exam for 2002, that they simply would not
22 have been hired or not have been hired in
23 any appropriate numbers or acceptable
24 numbers had there not been an oral
25 examination?

Page 186

1        MR. MITCHELL: Object to the
2 form.
3        Go ahead and answer the
4 question.
5    A. Does not make sense. The
6 examination was announced as being an oral
7 examination and being a final selection.
8        Their performance on the written
9 examination would not have any bearing on whether
10 they would be hired or not.
11 BY MS. WALLACE:
12    Q. They would have to get a minimum
13 passing on the written to get an oral?
14    A. That's correct.
15    Q. That's different from 1997, where
16 everyone that took the written, regardless
17 of what the score was on the written, also
18 took the oral and then came up with the
19 final grade?
20    A. Not sure that's the case.
21    Q. In 1997 did you aggregate the
22 grades between the written and the oral?
23    A. The written examination, everyone
24 who passed the written in 1997 did not take
25 the oral.

Page 187

1  Q. Everyone who passed the written did
2  not take the oral?
3  A. That's correct.
4  Q. Was there a cutoff level of written
5  score?
6  A. It was around candidate No. 506,
7  something like that.
8  Q. You went by not the percentage
9  score, but by the top ranked people?
10 A. Correct.
11 Q. And this time going on the written
12 exam, not by the top ranked people, by 75
13 percent of what the highest score would be
14 as a minimum score to get an oral?
15 A. Yes. That was the announced
16 methodology.
17 Q. Just asking what it is. That's
18 correct?
19 A. Right.
20 Q. The 2002 examination, are you
21 aggregating the score, combining the oral
22 and written score?
23 A. I already testified no.
24 Q. But you did aggregate them in the
25 1997 exam; there was a combination of the

Page 188

1  score on the written and score on the oral?
2  A. No, that's not true.
3  Q. How did they do it in 1997?
4  A. It was selected based on their
5  performance in the oral examination.
6  Q. Again, the oral examination was
7  really the final criteria to be hired?
8  A. Correct.
9  Q. Even if you scored in 1997, you
10 might have scored, say, comparatively low on
11 the written exam, but you might have done
12 very will on the oral exam and got hired
13 ahead of someone who scored better than you
14 on the written exam, but lower than you did
15 on the oral?
16 A. Yes.
17 Q. Is that an identical scenario for
18 2002; is that possible?
19 A. Similar, not identical.
20 Q. How is it different in 2002?
21 A. It's different in 2002 in that
22 individuals had to attain a preset passing
23 point of 75 percent after the highest score
24 in the written examination to use as
25 qualifying.

Page 189

1      Previous to that, the 1997 examination, one
2  who passed the written was considered passing, but
3  we selected only those top 506 candidates.
4  Q. So now which form of selecting the
5  top ranked candidate on the written, going
6  down the numerical list versus selecting
7  only people who attain 75 percent of highest
8  scorer, has the better or worse impact upon
9  the placement of women to be able to take
10 the oral exam?
11     MR. MITCHELL: Objection as to
12 form.
13     Go ahead and answer if you can
14 answer.
15 A. Not sure I can answer that
16 question.
17 BY MS. WALLACE:
18 Q. Well, you said that you instituted
19 the changes in 2002 in part to ameliorate
20 possible disparate impact against women?
21 A. No, I didn't say that at all.
22 Q. Were women a consideration in those
23 changes?
24 A. The changes were set prior to the
25 examination. The examination was announced

Page 190

1  as a written examination being qualifying
2  and the oral examination being the final
3  selection device.
4  Q. I'm suggesting you have testified
5  there are differences in the methodology of
6  using the test in the 1997 fire fighter exam
7  and the 2002 fight fighter exam; is that
8  correct?
9      Did you make those changes in part or in
10 whole based upon the goal of alleviating the
11 possible negative disparate impact upon women in the
12 process?
13 A. Women and minorities, yes.
14 Q. Has that, in fact, been borne out?
15 Has the 2002 examination, in fact, improved
16 the relative position of women and
17 minorities versus white males or lessened it
18 or not changed it --
19     MR. MITCHELL: Objection as to
20 form.
21 BY MS. WALLACE:
22 Q. -- as compared to the 1997
23 methodology?
24 A. I think there's been a slight
25 improvement.

Page 191

1  Q. Do you have statistics that would
2  show that?
3  A. I have to look at that myself. Let
4  me say this, that your hypothetical
5  question, while it makes sense to you, does
6  not make any sense when the exam has already
7  been preannounced as being a total selection
8  based on the performances in the oral
9  examination.
10 Q. Why does it make a difference
11 whether it is preannounced?
12 A. Because if it's preannounced, we're
13 going to select solely as a result of the
14 oral examination. We can't go back now and
15 say we might have made a mistake, maybe we
16 should select them in the written order from
17 the written examination.
18 Q. What does that have to do with how
19 they're coming out in the scoring process?
20 A. Not sure I understand what you're
21 saying.
22 Q. The announcement of the form of the
23 exam, how does that make a difference how
24 they are actually performing in test scoring
25 on the tests?

Page 192

1  A. Well, quite probably does not make
2  any difference in that respect, but it
3  becomes a factor because if the selection is
4  based on the oral, that's how they're going
5  to be selected if it's announced.
6  Q. Now if the written examination is
7  something that the women and minorities do
8  worse in the written than white males,
9  that's your contention?
10 A. That's our contention that the
11 state says that historically in the
12 Bridgeport fire fighter examination women
13 and minorities have done less well, scored
14 lower overall in the written examinations
15 than the white males.
16 Q. I did not say that. I said in the
17 examination in question in 1997, that was
18 the --
19 A. I certainly made no representation
20 historically that has been the case.
21 Q. Has that been the case in 2002, has
22 that occurred that women and minorities
23 scored disproportionately lower?
24 A. I have to look at it.
25 Q. Who is the top scorer in the

Page 193

1  written examination in 2002, men or women?
2    A. I have no idea.
3    Q. You have no idea?
4    A. That's right. Show me a list and
5  I'll give it to you, I'll tell you who it
6  was. I can't tell you who the person was.
7  Can't tell you what the gender was.
8    Q. You said you've been making up
9  lists and you have reports made to you or
10 you obtained data from your data base
11 periodically in the process to monitor for
12 the numbers of women and minorities who are
13 making their way through the process?
14   A. Correct.
15   Q. Then you would note today or in the
16 relative past, given there is an open
17 examination process going on, where women
18 and minorities are placing in the process,
19 correct?
20       MR. MITCHELL: Objection to the
21 form.
22       Go ahead.
23   A. Your question to me originally was:
24 Who is the No. 1 person on the list, was it
25 male or female?

Page 194

1        My response was, without looking at the
2  list and reviewing it, I don't know.
3  BY MS. WALLACE:
4    Q. Do any of the candidates at this
5  point know what their written scores are?
6    A. Yes.
7    Q. So that's public information now --
8    A. Oh, yes.
9    Q. -- who scored what on the written
10 examination?
11   A. Yes.
12   Q. Has anybody asked you for the list
13 of who scored what on the written
14 examination for the 2002 exam?
15   A. I don't recall.
16   Q. But you have that in your FOI log,
17 Freedom of Information log?
18   A. If someone requested that, yes.
19   Q. Have you told anyone who has scored
20 what on the written examination aside from
21 the person themselves who took the exam?
22   A. The list is public information.
23 When the candidates come in to review their
24 scores, you put a copy of the list on the
25 review table, so they can see who is and who

Page 195

1  isn't on the list.
2    Q. So someone could be the top scorer
3  or No. 1 scorer in the written exam and pass
4  the agility test and still not get hired
5  because of the oral exam, correct?
6    A. That's right.
7    Q. What process do you have in place
8  to ensure the oral exam is not
9  discriminatory against women and minorities?
10   A. We contract with Dr. Aoutz to make
11 sure the examination is a valid selection
12 device and does not have discriminatory
13 aspects to it.
14   Q. Have you ever had another expert or
15 consultant review Dr. Aoutz's results?
16   A. No.
17   Q. Have you ever had Dr. Aoutz's
18 methodology examined by any other experts in
19 the field?
20   A. No.
21   Q. Why is that?
22   A. There has been no need to.
23   Q. Has Dr. Aoutz, in fact, given you
24 the results every time you hired him?
25       MR. MITCHELL: Objection as to

Page 196

1  form.
2    A. There are no preconceived results
3  that we want. He's given us an examination
4  list for people for fire fighter who are
5  deemed by his selection device to be the
6  most qualified for the position.
7  BY MS. WALLACE:
8    Q. But how do you know that what he
9  does is not discriminatory?
10       MR. MITCHELL: Objection as to
11 form.
12   A. If anyone wants to challenge it,
13 they can. They have in the past and Dr.
14 Aoutz has been upheld it the courts.
15   Q. When?
16   A. Oh, gosh! The most recent time --
17 I'd have to look at my records.
18   Q. In a court in the State of
19 Connecticut?
20   A. Yes.
21   Q. Challenge to the fire fighter entry
22 exam in Bridgeport?
23   A. No.
24   Q. Does Dr. Aoutz have an opinion on
25 the other promotional exams, lieutenant

Page 197

1  captain or any other higher ranks?
2    A. Yes.
3    Q. Is he involved in any way in the
4  announced exam for captain, assistant chief?
5    A. No.
6    Q. Operating engineer?
7    A. No.
8    Q. Are you giving oral examinations
9  for those rank exams?
10   A. For the captain and for the
11 assistant chief there will be oral
12 components, the methodology being used in
13 the assessment center, and there is an oral
14 component to that, yes.
15       MS. WALLACE: I, obviously,
16 have a number of other documents to go
17 through. We need to be coming back and
18 reconvening. We have a lot of information
19 here. I can have him identify some
20 remaining marked documents which we may save
21 for later.
22       MR. MITCHELL: Okay.
23       (Plaintiff's exhibit for
24 identification marked City No. 22:
25 Applicants for 2185 Examination.)

Page 198

1  BY MS. WALLACE:
2    Q. I'm going to show you what's marked
3  as City Exhibit 22, Bates stamped 002214 to
4  02265. If you can tell me if you know what
5  that is?
6    A. I do.
7    Q. What is it?
8    A. This is for examination 2185
9  listing of all applicants who appeared for
10 the examination with their race and sex
11 notated.
12   Q. For which year now?
13   A. The current exam, 2002.
14   Q. Fire fighter?
15   A. Correct.
16   Q. Why is their race and sex noted on
17 there?
18   A. For identification purposes.
19   Q. Identification for what?
20   A. As to what the candidate pool was.
21   Q. This is a list of the original
22 candidate pool of people eligible to take
23 the test?
24   A. Those are persons who filed, I
25 believe, for written examination.

Page 199

1  Q. And this is dated May 19th, 2003;
2  is that correct?
3  A. The date simply refers to the time
4  the examination was run. That's not the
5  examination that the report was run.
6  Q. Is this the running list that you
7  keep on the data base you're talking about,
8  that you keep adding names to?
9  A. No. That's the original applicant
10 pool. Those individuals are no longer in
11 the applicant pool because they either
12 failed to appear for various examinations or
13 may have failed to appear for the oral.
14 May have failed to appear for the agility
15 test. May have failed the agility test. May have
16 just moved and left no forwarding address. But that
17 is everybody that was in the pot to start with.
18 Q. This is everybody who submitted a
19 valid application you mean?
20 A. Correct.
21 Q. That made it to the point of being
22 on the applicant list?
23 A. That's right.
24 (Plaintiff's exhibit for
25 identification marked City 23: Listing of

Page 200

1  Groups by Deciles for Fire Fighter
2  Examination.)
3  BY MS. WALLACE:
4  Q. Exhibit 23, Bates stamped 001226 to
5  001255, can you identify that?
6  A. I can.
7  Q. What is it?
8  A. This is the listing of groups by
9  deciles for fire fighter examination. I
10 believe this was 2114.
11 Q. Which was for what year?
12 A. 1997.
13 Q. And you say by deciles, what is
14 that? Are those the groups you banded?
15 A. Those are the groups that were
16 going to ultimately be hired. Group one was
17 the top decile. Group 2 was the second and
18 so forth.
19 Q. And that's not banding?
20 A. It's a form of banding.
21 Q. Did you actually ultimately hire
22 off of that list --
23 A. Correct.
24 Q. -- using that method?
25 A. Correct.

Page 201

1  Q. There are notations on there as to
2  race and gender in some instances?
3  A. Correct.
4  Q. They're handwritten in?
5  A. Yes.
6  Q. Who wrote them in?
7  A. Me.
8  Q. Why did you put them on that list?
9  A. To identify, to see who was where,
10 what category and who was being hired. Just
11 a simple identification.
12 If someone asked to see, such as yourself,
13 how many whites are hired, I would be able to
14 respond how many minorities were hired.
15 Q. You did not use it at all in making
16 a decision as to who would be hired?
17 A. Absolutely not.
18 Q. No one in the process used it for a
19 decision as to who would be hired?
20 A. Absolutely not. Those handwritten
21 notations were made after that list was
22 generated.
23 Q. At what point in the process was
24 that list generated?
25 A. That was after the administration

Page 202

1  of the oral examination and results had been
2  submitted to the Civil Service office.
3  (Plaintiff's exhibit for
4  identification marked City 24: List for
5  Fire Fighter Examination No. 2070.)
6  BY MS. WALLACE:
7  Q. Showing you what's mark as Exhibit
8  24, Bates stamped 001274 to 001335. What is
9  it?
10 MR. MITCHELL: In your
11 questioning you commented that this showed
12 race and gender. I don't see any gender at
13 all.
14 MS. WALLACE: I'm asking him
15 referring back to exhibit No. 23.
16 Q. You were testifying there was some
17 marks for race and gender. Do you see, in
18 fact, marks for race and gender?
19 A. Race, not gender.
20 Q. But you can tell who is a women or
21 not because the names are in there, correct?
22 MR. MITCHELL: Objection as to
23 form.
24 A. Yes.
25 Q. Unless a women has a traditional

Page 203

1  man's name?
2  MR. MITCHELL: I just want the
3  record clear, there's no gender references.
4  BY MS. WALLACE:
5  Q. But you would not need to have any
6  mark for female or male because you could
7  tell by the names?
8  MR. MITCHELL: Objection as to
9  form.
10 A. Yes.
11 Q. Back to Exhibit 24, you identified
12 that as what?
13 A. This is a list for fire examination
14 number 2070 and it is a list of the
15 candidates scores on their written
16 examination and it has their names, their
17 addresses and race and gender.
18 Q. Which year examination is this?
19 A. 2070 would have been the earlier
20 one. I believe that was '93.
21 Q. What is the date of the document on
22 top of the document?
23 A. The date is when the report was
24 run. That's 6/26/03. That's when it was
25 run.

Page 204

1  Q. You believe that is from --
2  A. I know it's from examination 2070,
3  but the computer will print the date that
4  the person is printing out the report. That
5  report doesn't indicate that's when that
6  list began.
7  Q. There is a list of the whole
8  candidate pool when you start?
9  A. These are everyone who passed the
10 written examination for that particular
11 exam.
12 Q. Why were you keeping track of race
13 and gender?
14 A. We weren't. That was in the
15 machine and, I believe, you requested that.
16 Q. You're saying that they put race
17 and gender on this document in response to
18 my request?
19 A. Customarily, as I said, on these
20 lists we do not indicate race and gender.
21 As a result of your request, I believe they
22 generated a report that included race and
23 gender.
24 Q. This was produced in June?
25 A. This particular report was run in

Page 205

1 June.
2   Q. Do you have an idea why this wasn't
3 given to me until November and December of
4 2003?
5       MR. MITCHELL: Object to form.
6   A. I have no idea. I don't know when
7 you requested it.
8 BY MS. WALLACE:
9   Q. When did someone request you to
10 produce it?
11       MR. MITCHELL: Objection.
12   A. I have no idea.
13   Q. You have no idea?
14   A. No.
15   Q. You see, it's kind of important,
16 because if you were indicating race and
17 gender simply because of my request versus
18 you had it on there already when you do
19 these reports, that was in the report
20 already, I would like to know that
21 difference.
22       MR. MITCHELL: He's already
23 testified to that, that he did it in
24 response to your request.
25 BY MS. WALLACE:

Page 206

1   Q. Are you sure about that?
2   A. Fairly sure. I mean someone else
3 might have requested it as a result of that.
4 But my testimony is that customarily these
5 lists are generated without race and gender.
6       But if someone specifically requested that,
7 we can certainly just press the right keys and have
8 the program come out with race and gender.
9   Q. If you want to look at it as you
10 are going through the process and
11 supervising the process, you can certainly
12 look at the race and gender all along?
13   A. That's right.
14       (Plaintiff's exhibit for
15 identification marked City 25: Fire Fighter
16 Examination 2070.)
17 BY MS. WALLACE:
18   Q. Let me show you what's marked
19 Exhibit No. 25, 001256 to 001273.
20   A. Yes.
21   Q. What is it?
22   A. This is for examination 2070 fire
23 fighter, and it is the failed written
24 examination, contains the scores, the names,
25 the addresses and the race and gender of the

Page 207

1 candidates.
2   Q. For what year?
3   A. Examination 2070. I believe that
4 was the examination administered in 1993.
5   Q. Now why did you keep track of the
6 race and gender in that report?
7   A. Once again, customarily we do not.
8 When someone asks for a report, we have the
9 capability of generating one with race and
10 gender.
11   Q. And it is your testimony that you
12 put race and gender in this particular
13 document why?
14   A. Someone requested that.
15   Q. You don't know who though?
16   A. Not sure. It was you or someone
17 else. I don't know.
18   Q. When you produce this document with
19 race and gender in there, are you making a
20 new document or altering a prior existing
21 document?
22   A. I think what you're doing is giving
23 a more comprehensive document with
24 information that was not in the public
25 record.

Page 208

1   As I said, this is the list that people
2 would come in and review to see who was in the fire
3 fighter list. They wouldn't necessarily review the
4 fail/pass list. We very seldom have someone coming
5 in to look at the fail/pass list.
6       People want to see where ever they stand.
7 If there has been movement in the list. If they're
8 getting closer to the point where their name is
9 being reached. That list is customarily reproduced
10 without race and gender.
11       MS. WALLACE: Can you read the
12 question back.
13       (QUESTION READ: When you
14 produce this document with race and gender
15 in there, are you making a new document or
16 altering a prior existing document?)
17 BY MS. WALLACE:
18   Q. Can you answer that question?
19   A. It would probably be considered a
20 new document with additional information.
21   Q. Okay. And your testimony is that
22 the only reason that race and gender is on
23 this document is that someone asked for it
24 to be on the document?
25   A. That's right.

Page 209

1   Q. But you still had the ability all
2 along to go back to the data base at any
3 time you wanted to run the race and gender
4 applicants?
5   A. That's right.
6       (Plaintiff's exhibit for
7 identification marked City No. 27: List for
8 2114 Fire Fighter Exam.)
9 BY MS. WALLACE:
10   Q. Let me show you what's marked
11 Exhibit 27, Bates stamped 001344 to 001374.
12 Can you identify that?
13   A. Yes, I can.
14   Q. What is it?
15   A. This is a list for 2114 fire
16 fighter, a listing by final rank with final
17 score on the written examination.
18       It lists the candidate's name, lists the
19 candidate's race and the candidate's sex.
20   Q. What year exam would that be?
21   A. 2014, that would have been the '97
22 exam.
23   Q. Why does that have race and gender
24 listed on it?
25   A. To indicate what the race and

Page 210

1 gender of the applicant was.
2   Q. Is that the initial applicant pool,
3 the first list that you had of people who
4 were eligible to become applicants?
5   A. No.
6   Q. At what point in the process does
7 this reflect?
8   A. As I said, this was the examination
9 for the written examination, the final
10 listing of people who participated in the
11 written exam.
12   Q. Just people who participated?
13   A. People who passed.
14   Q. People who passed?
15   A. Yes.
16   Q. Does it list them by rank or
17 anything like that?
18   A. It does.
19   Q. The gender and race listed there?
20   A. Well, first of all, to indicate to
21 us what the relative performance of the
22 candidate was in this particular
23 examination.
24   Q. Okay. What the relative
25 performance was?

Page 211

1  A. In the written examination.
2  Q. Would you need to know that in
3  1997?
4  A. You need to know things like that
5  to see if that particular examination had a
6  disparate impact on protected classes.
7  Q. In 1997 your testimony is that the
8  city altered the remainder of its
9  examination process based on what it
10 determined from the race and gender
11 vis-a-vis the scoring as reflected in the
12 document before you?
13 A. That's correct.
14      (Plaintiff's exhibit for
15 identification marked City No. 26: Results
16 of Oral Examination 2114.)
17 BY MS. WALLACE:
18 Q. Showing you what's been marked
19 Exhibit No. 26, 001336 ending 001343. Can
20 you identify it, please.
21 A. Yes. This is the results of the
22 oral examination for examination 2114 and
23 this was the report that was generated by
24 Mr. Davey on that particular examination.
25 Q. This is for the 1997 exam?

Page 212

1  A. This is for 1997, yes.
2  Q. And this is reflecting the final
3  scores after all components of the test were
4  taken?
5  A. This is the oral examination scores
6  for that test, yes.
7  Q. It says deciles and does that
8  correspond to what you talked about earlier,
9  the groups of candidates?
10 A. That's right.
11 Q. Who made those groups up?
12 A. Mr. Davey.
13 Q. Did you have input into it?
14 A. No.
15 Q. Did the fire chief have input into
16 it --
17 A. No.
18 Q. -- in giving the identification
19 number for each candidate?
20 A. That's right.
21 Q. I thought you said they were given
22 different ID numbers for the oral and
23 written?
24 A. That's right.
25 Q. Which number is that?

Page 213

1  A. This is the oral examination.
2  Q. Just the oral examination?
3  A. Correct.
4  Q. Do you have anything to do with
5  retirement of fire fighters?
6  A. No.
7  Q. Aside from certifying their record
8  to pension plan?
9  A. We don't even do that.
10 Q. And this indicates raters one, two
11 and three. Do those indicate the people who
12 conducted the oral exam?
13 A. That's correct.
14 Q. Panels of three at a time?
15 A. That's correct.
16 Q. The same panel did everybody?
17 A. No.
18 Q. But it appears in that list that
19 each candidate, running down the list, each
20 identification number -- one, two and three
21 -- or am I misinterpreting that?
22 A. I think you're misinterpreting
23 that.
24 Q. How many people are on the panel
25 for each session?

Page 214

1  A. Three.
2  Q. At that time in '97?
3  A. Yes.
4  Q. But this says one, two and three in
5  the columns, correct?
6  A. Correct.
7  Q. And you read across from the left
8  side you've got a listing going down on the
9  left side with a candidate number which
10 corresponds each one to one person?
11 A. Right.
12 Q. Across the way it has three scores
13 one under each one of the raters?
14 A. That's correct.
15 Q. Doesn't that indicate each person
16 saw the same three raters?
17 A. This was just one package. There
18 were eight panels in this examination.
19 Q. In the right-hand corner, that's
20 deciles, has different groups of people.
21 You're saying there are more of these
22 documents?
23 A. Your question to me was did the
24 same panel see every candidate in the oral.
25 My response was no.

Page 215

1       This is panel No. 1. There were eight
2  panels that participated in that rating process.
3  What you have in front of you on this page that you
4  showed me, the first page is simply all of the
5  candidates that panel No. 1 saw and rated.
6       MS. WALLACE: I think I need
7  the rest of them, Counsel.
8  A. No. The second sheet is panel 2.
9  Those are all the candidates that were
10 interviewed by panel 2.
11 BY MS. WALLACE:
12 Q. Okay.
13 A. Panel 3 and it is correspondingly
14 through panel 8. Everyone who participated
15 in the oral examination has a rating here,
16 but they weren't seen by the same panel.
17 There were eight separate and distinct
18 panelists.
19 Q. In the 1997 exam you started with
20 approximately how many candidates?
21 A. Gosh, I don't know, 2000 or
22 something to start with.
23 Q. You ended up with how many people
24 going through the oral?
25 A. Approximately 500.

Page 216

1  Q. Okay. So this list should reflect
2  approximately 500 people on it?
3  A. It should, yes.
4  Q. Now there is another number right
5  next to the deciles, it says BM, WM?
6  A. That is a race and gender
7  indication.
8  Q. BM is black male?
9  A. Correct.
10 Q. WM is white male.
11 A. Yes.
12 Q. WF is white female?
13 A. Yes.
14 Q. And so forth?
15 A. Yes.
16 Q. Why is that on that document?
17 A. To see if this particular
18 examination, the oral aspect of it, had any
19 disparate impact on minorities and protected
20 classes.
21 Q. Did anyone conduct such an
22 examination or inquire of this?
23 A. Mr. Davey.
24 Q. Did he certify results in terms of
25 examination or disparity, disparate impact

Page 217

1  on the city in any way?
2    A. No.
3    Q. How do you know Mr. Davey reviewed
4  to make sure there was no disparate impact?
5    A. Because he told me he did.
6    Q. Did you ever see anything written
7  from him that said he conducted such a
8  review and how he conducted such a review?
9    A. Not sure if he did that particular
10 review. What he did was give us this report
11 and he said that there was no statistical or
12 disparate impact on minorities.
13   Q. He said that orally?
14   A. Yes.
15   Q. He never put it in writing?
16   A. Not sure. I have to review my
17 records.
18   Q. Do you know what methodology Mr.
19 Davis was using when he made that
20 determination that there was no statistical
21 difference or disparate impact?
22   A. I don't.
23        MS. WALLACE: We'll take a
24 break for today and we'll come back shortly.
25        Counsel, if you can indicate to

Page 218

1  me what dates.
2        MR. MITCHELL: We gave you a
3  couple of dates.
4        (Discussion off the record.)
5        (Whereupon, the deposition was
6  adjourned at 4:00 p.m.)

Page 219

UNITED STATES DISTRICT COURT.
DISTRICT OF CONNECTICUT

JOHN COLLIGAN

JOHN COLLIGAN, personally appeared before me

at              , Connecticut, this         day

of        2004, made oath and acknowledged this

deposition to be a true and accurate transcription

of her testimony.

My Commission Expires:

        NOTARY PUBLIC

Page 220

CERTIFICATE
STATE OF CONNECTICUT
JUDICIAL DISTRICT OF NEW HAVEN

I, LORRAINE CALEGARI, Licensed Shorthand Reporter and Notary Public within and for the State of Connecticut, duly commissioned and qualified, do hereby certify that pursuant to Notice, JOHN COLLIGAN, the deponent herein, was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this case; that he was thereupon carefully examined upon his oath and his testimony reduced to writing by me; and that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal January 21, 2004, at Cheshire, Connecticut.

        Lorraine Calegari, LSR
My Commission Expires:     License No. SHR.172
April 30, 2004              Notary Public
                            State of CT

Page 221

EXHIBIT INDEX

No.    DESCRIPTION              PAGE

10:
11:
12:
13:
14:
15:
16:
17:
18:
19:
20:
21:
22:
23:
24:
25:
26:
27:
        (Exhibits retained by Ms. Wallace)

Page 222

INDEX

JOHN COLLIGAN                          PAGE

DIRECT EXAMINATION BY MS. WALLACE:       3