UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br> February 24, 2004 |

**MOTION FOR PROTECTIVE ORDER**

WHEREAS, Johanna Georgia and Elizabeth Schiller (hereinafter "Plaintiffs"), and the City of Bridgeport, Earl Pettway and Michael Maglione (hereinafter "Defendants"), are currently engaged in discovery; and

WHEREAS Plaintiffs' counsel has undertaken to conduct depositions of the Defendant, Michael Maglione, in a manner so as unreasonably to annoy and oppress him.

DEFENDANTS HEREBY MOVE the Court to enter a Protective Order in the form

attached hereto. Such motion is supported at law as is demonstrated by the supporting memorandum submitted along with this Motion.

By: _____
Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED) |

## PROTECTIVE ORDER

WHEREAS, Johanna Georgia and Elizabeth Schiller (hereinafter "Plaintiffs"), and the City of Bridgeport, Earl Pettway and Michael Maglione (hereinafter "Defendants"), are currently engaged in discovery;

WHEREAS, an Order is appropriate to limit the scope and manner of depositions in order to protect the parties, their employees, officials, agents or representatives from unreasonable annoyance, embarrassment and oppression during the taking of depositions;

IT IS HEREBY ORDERED as follows:

1. "Deponent" means any party to the above-captioned case or non-party being represented by counsel during the taking of a deposition.

2. The term "Document" is defined by L. Civ. R. 26(c)(2) and Fed. R. Civ. P. 34(a).

3. Any document presented to a deponent for questioning during the course of a deposition shall be entered into the record as an exhibit.

4. Any deponent and his/her counsel shall be permitted to review fully any document as described in paragraph 3 above prior to questioning by the deposing attorney.

5. If deposing counsel wishes to avoid any delay in the deposition proceeding, which may be caused by the deponent's and his/her counsel's review of documents as described in paragraph 4 above, deposing counsel shall have the option to provide said documents to the deponent's counsel no less than 24 hours in advance of the scheduled deposition.

6. Nothing in this Protective Order shall be construed to waive or prejudice the right of any Fed. R. Civ. P. 30(b)(6) deponent to object to questioning pertaining to any document, insofar as the questioning may not relate to the subject matter for which the deponent has been designated to testify.

7.  This Protective Order may be amended by a Stipulation submitted to and ordered by the Court, or if the parties are unable to agree, by the Court upon the application of a party.

8.  This Protective Order shall be binding on all counsel of record in the above-captioned case.

SO ORDERED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

BPRT/67551.1/EMP/508264v1

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on February 24, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

_____
Robert B. Mitchell

BPRT/67551.1/EMP/508299v1