FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

2004 FEB 23 A 11: 13

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>February 20, 2004 |

### DEFENDANTS' MOTION TO SET ASIDE
### FEBRUARY 19, 2004 COURT ORDER REGARDING DISCOVERY

Defendants, pursuant to L. Civ. R. 7(b)3, hereby move to set aside the Court's Order dated February 19, 2004, granting Plaintiffs' Motions for Amendment of Discovery Closing Date and Pretrial Orders and for Orders Re: Deposition [Docket #161], and extending the

01CV452 (AVC). March 1, 2004. Construed as a motion for reconsideration, the motion to set aside (document no. 164) is DENIED.
SO ORDERED.