UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>          Plaintiff,<br>  VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>          Plaintiff,<br>  VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>          Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>March 5, 2004 |

### DEFENDANTS' MOTION FOR ENLARGEMENT

Defendants City of Bridgeport, Earl Pettway and Michael Maglione move this Court to enlarge the time within which dispositive motions must be filed and the above-captioned cases will be exposed for trial. The current close of discovery is March 12, 2004, dispositive motions are due March 15, 2004, and exposure for trial is April 1, 2004. Defendants request a period of 30 days after the close of discovery within which to prepare and file their dispositive motion, up to and including April 12, 2004. Defendants further request a period

-2-

of 60 days from the Court's ruling on any dispositive motions within which to prepare and file a joint pretrial memorandum, and an additional 60 days from the filing of the joint pretrial memorandum until trial exposure.

This is Defendants' second request for enlargement of the time to file dispositive motions, and first request for enlargement of the joint trial memorandum and trial exposure dates. An attempt to ascertain the position of Counsel for Plaintiffs to the granting of this motion was unsuccessful.

        By:  /s/ Margaret M. Sheahan
              Margaret M. Sheahan, ct05862
              Robert B. Mitchell, ct02662
        For: Pullman & Comley, LLC
              850 Main Street, P.O. Box 7006
              Bridgeport, CT  06601-7006
              (203) 330-2000
              Facsimile (203) 576-8888

              ATTORNEYS FOR:
              CITY OF BRIDGEPORT,
              EARL PETTWAY and
              MICHAEL MAGLIONE

-3-

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on March 5, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
John P. Bohannon, Jr.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Richard L. Albrecht
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821


/s/ Margaret M. Sheahan
Margaret M. Sheahan

BPRT/67551.1/EMP/509391v1