UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**March 19, 2004**

**1:00 p.m.**

CASE NO. **3:01CV452 (AVC) Schiller v. Bridgeport (LEAD CASE)**
CASE NO. **3:01CV717 (AVC) Georgia v. Bridgeport (MEMBER CASE)**

| | |
|---|---|
| Richard L. Albrecht<br>Cohen & Wolf, P.C.<br>1115 Broad St., Po Box 1821<br>Bridgeport, CT 06604 | John Richard Mitola<br>City of Bridgeport<br>Office of the City Attorney<br>999 Broad St., 2nd Fl.<br>Bridgeport, CT 06604-4328 |
| John Patrick Bohannon Jr.<br>1261 Post Road<br>Fairfield, CT 06824 | Margaret M. Sheahan<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006 |
| Thomas F. Maxwell Jr.<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006 | Susan V. Wallace<br>11 Blue Orchard Drive<br>Middletown, CT 06457 |
| Robert Burdette Mitchell<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006 | Gwen P. Weisberg<br>Pullman & Comley<br>90 State House Square<br>Hartford, CT 06103-3702 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218