174

*held 1/2 hour*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**FILED**
2004 MAR 12 A 9:34
U.S. DISTRICT COURT
HARTFORD, CT.

March 19, 2004

1:00 p.m.

CASE NO. **3:01CV452** gw **(AVC) Schiller v. Bridgeport (LEAD CASE)**
CASE NO. **3:01CV717 (AVC) Georgia v. Bridgeport (MEMBER CASE)**

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604

John Patrick Bohannon Jr.
1261 Post Road
Fairfield, CT 06824

Thomas F. Maxwell Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

Robert Burdette Mitchell
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

John Richard Mitola
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328

Margaret M. Sheahan
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Gwen P. Weisberg
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

- Jury Selection 8/5/04 @ 10:00
   Evidence to commence no
- Sooner than 8/23/04
- MSJ can be filed @ any time.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218