

FILED

2004 JAN 21 P 1:29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER | : | NO: 3:01cv00452(AVC) |
| Plaintiff | | (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA | | |
| Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| CITY OF BRIDGEPORT; ET AL. | | |
| Defendants | : | JANUARY 20, 2004 |

### PLAINTIFFS' MODIFY PROTECTIVE ORDER
### RE: DEPOSITIONS AND MEDICAL INFORMATION

1.  On May 5, 2003, the Court issued an endorsement ruling granting Plaintiffs' Motion seeking a Protective Order (No. 46) pertaining to their medical and psychological treatment records and information, and depositions involving the same. However, the protective order proposed by the Plaintiffs was not granted, rather, the Court granted the proposed Order appended to the Defendants' Opposition to Plaintiffs' Motion for Protective Order dated March 31, 2003 (no. 51).

2.  After the Defendants placed some of Plaintiff Johanna Georgia's confidential and

3:01CV452(AVC). March 19, 2004. The plaintiffs' motion to amend the protective order (document no. 156) is GRANTED. The protective order, see document no. 63, is amended as follows: "In addition to the definition of confidential information presently provided in the protective order (document no. 63), confidential information also includes: (a) all medical and psychological records concerning the parties, including the records, notes and reports of all health care practitioners; and (b) correspondence and transcripts of the depositions of the plaintiffs, their counsel, agents, employees, and representatives which contain any party's medical and psychological evaluation, care and treatment information, which is produced or created solely for the purpose of this litigation. No attorney may circulate or otherwise use any such confidential information for any purpose, without further order of the Court."
SO ORDERED.