UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br> February 24, 2004 |

**MOTION FOR PROTECTIVE ORDER**

WHEREAS, Johanna Georgia and Elizabeth Schiller (hereinafter "Plaintiffs"), and the City of Bridgeport, Earl Pettway and Michael Maglione (hereinafter "Defendants"), are currently engaged in discovery; and

3:01CV452(AVC).  March 19, 2004.  Having resolved this matter by agreement at the status conference of March 19, 2004, the defendants' motion for a protective order (document no. 166) is DENIED as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.