172

FILED

2004 MAR -8 P 12: 09

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>       Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>       Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, In His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>       Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br><br>March 5, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT

Defendants City of Bridgeport, Earl Pettway and Michael Maglione move this Court to enlarge the time within which dispositive motions must be filed and the above-captioned cases will be exposed for trial. The current close of discovery is March 12, 2004, dispositive motions are due March 15, 2004 and exposure for trial is April 1, 2004. Defendants request

[handwritten/stamped order:] March 19, 2004. The defendants' motion for an extension of time is GRANTED as follows: (1) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on June 30, 2004; and (2) the case shall be ready for trial by August 5, 2004.
SO ORDERED.

Alfred V. Covello