# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
ELIZABETH SCHILLER,                    )
              Plaintiff                )
                                       )                    (CONSOLIDATED)
JOHANNA GEORGIA,                       )    CIVIL ACTION NO. 3:01CV00452 (AVC)
              Plaintiff                )                    (ALL CASES)
                                       )
VS.                                    )
                                       )
CITY OF BRIDGEPORT, ET AL,             )    MARCH 22, 2004
              Defendants.              )
-------------------------------------------------------x
```

## MOTION TO WITHDRAW APPEARANCE

The undersigned has filed an appearance on behalf of Roger Kergaravat in his capacity as President of Bridgeport Fire Fighters - IAFF Local 834, and subsequent to his failure to be re-elected as an officer of the Union, an appearance was filed on behalf of Bridgeport Fire Fighters - IAFF Local 834 ("Union"). Neither Mr. Kergaravat, nor the Union were parties to this litigation, but had been subpoenaed to provide certain

discovery materials. The issues relating to this discovery were litigated and resolved by the Court and the Union has complied with the orders heretofore entered.

The appearance of the Union and the undersigned is no longer required at this time and it is respectfully requested that their appearances herein for the limited purposes referred to above be withdrawn.

**WHEREFORE,** it is requested that this Court approve and order withdrawing the appearance of Richard L. Albrecht, Esq., Fed. Bar No. ct05751, on behalf of Bridgeport Fire Fighters - IAFF Local 834, and further remove the undersigned and the Union from any appearance list requirements.

It is hereby certified that Bridgeport Fire Fighters - IAFF Local 834 has notice of the within request and consents to this withdrawal.

BRIDGEPORT FIRE FIGHTERS – IAFF LOCAL 834
and RICHARD L. ALBRECHT, ESQ.


By_____
  Richard L. Albrecht, Esq.
   *Fed. Bar No. ct05751*
  COHEN AND WOLF, P.C.
  1115 Broad Street
  P.O. Box 1821
  Bridgeport, CT  06601-1821
  *Tel. No.  (203) 368-0211*
  *Fax No. (203) 576-8504*
  *Email:  ralbrecht@cohenandwolf.com*

## **CERTIFICATION**

This is to certify that on the date hereof a copy of the foregoing was mailed by U.S. mail, postage prepaid, this 22nd day of March, 2004, to the following:

Attorney Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Attorney Margaret M. Sheahan
Thomas F. Maxwell, Jr., Esq.
Robert B. Mitchell, Esq.
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John R. Mitola, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

John P. Bohannon, Jr., Esq.
1261 Post Road
Fairfield, CT 06824

James C. Ferguson, Esq.
Ferguson & Doyle, P.C.
35 Marshall Road
Rocky Hill, CT 06067

Robert Whitbred, President
Bridgeport Fire Fighters–IAFF Local 834
30 Congress Street
Bridgeport, CT 06604

_____
Richard L. Albrecht