FILED

2004 MAR 29 P 2: 51

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, | : | CIVIL ACTION 3:01CV00452 (AVC) |
| PLAINTFF | : | (CONSOLIDATED - ALL CASES) |
| JOHANNA GEORGIA, | : | |
| PLAINTIFF | : | |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL | : | MARCH 25, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney John P. Bohannon, Jr., respectfully moves to withdraw his appearance as counsel for the City of Bridgeport and its individually named agents, servants and/or employees (collectively referred to as "City defendants"). In support of this motion the undersigned makes the following representations:

1. The undersigned was employed as an Associate City Attorney by the City of Bridgeport from the commencement of this action through October 5, 2001.

2. Although the undersigned originally filed an appearance on behalf of the City defendants, all such defendants have long been represented by Pullman & Comly, LLC and Associate City Attorney, John R. Mitola.

3. The undersigned has never participated in any of the proceedings associated with this litigation.

**WHERFORE,** the undersigned counsel, John P. Bohannon, Jr., Connecticut Federal Bar Number 06192, respectfully moves that the Court approve and order the withdrawal of his appearance on behalf of all City defendants in the above referenced action.

The Defendants, City of Bridgeport and its Individually Named Agents, Servants and Employees

By _____
John P. Bohannon, Jr.
Attorney At Law
1261 Post Road
Fairfield, Connecticut 06824
Phone: 203.254.6633
Ct. Fed. Bar No.: 06192

## Certification

The undersigned hereby certifies that a copy of the foregoing motion to withdraw appearance was mailed, postage prepaid, via regular U.S. mail this 25th day of March, 2004, to all pro se parties and counsel of record at the following addresses:

Susan Wallace, Esq.
11 Blue Orchard Drive
Middletown, Connecticut 06457

Richard Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

Margaret M. Sheehan, Esq.
Thomas F. Maxwell, Esq.
Robert B. Mitchell, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006

John R. Mitola, Esq.
Associate City Attorney
Office Of The City Attorney
City Hall Annex
999 Broad Street
Bridgeport, Connecticut 06604

James C. Ferguson, Esq.
Ferguson & Doyle, P.C.
35 Marshal Road
Rocky Hill, Connecticut 06067

Robert Whitbread, President
Bridgeport Fire Fighters,
Local 834
30 Congress Street
Bridgeport, Connecticut 06604

By _____
John P. Bohannon, Jr., Esq.