FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------x
ELIZABETH SCHILLER,　　　　　)
　　　　　　　　Plaintiff　　　)
　　　　　　　　　　　　　　　)　　　　　　　　　(CONSOLIDATED)
JOHANNA GEORGIA,　　　　　　 )　CIVIL ACTION NO. 3:01CV00452 (AVC)
　　　　　　　　Plaintiff　　　)　　　　　　　　　(ALL CASES)
　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　)
CITY OF BRIDGEPORT, ET AL,　 )　MARCH 22, 2004
　　　　　　　　Defendants.　 )
---------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

The undersigned has filed an appearance on behalf of Roger Kergaravat in his capacity as President of Bridgeport Fire Fighters - IAFF Local 834, and subsequent to his failure to be re-elected as an officer of the Union, an appearance was filed on behalf of Bridgeport Fire Fighters - IAFF Local 834 ("Union"). Neither Mr. Kergaravat, nor the Union were parties to this litigation, but had been subpoenaed to provide certain

March 31, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.