



FILED

2004 MAR 29 P 2: 51

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, | : | CIVIL ACTION 3:01CV00452 (AVC) |
| PLAINTFF | : | (CONSOLIDATED - ALL CASES) |
| JOHANNA GEORGIA, | : | |
| PLAINTIFF | : | |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL | : | MARCH 25, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney John P. Bohannon, Jr., respectfully moves to withdraw his appearance as counsel for the City of Bridgeport and its individually named agents, servants and/or employees (collectively referred to as "City defendants"). In support of this motion the undersigned makes the following representations:

1. The undersigned was employed as an Associate City Attorney by the City of Bridgeport from the commencement of this action through October 5, 2001.

March 31, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2004 MAR 30 P 1:19
U.S. DISTRICT COURT