UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE ALFRED V. COVELLO, U.S.D.J.
450 MAIN STREET
HARTFORD
COURTROOM #1 - ANNEX

**August 5, 2004**

**10:00 a.m.**

CASE NO. **3:01cv452(AVC) Schiller, et al v. Bridgeport, et al (BOTH CASES)**

Thomas F. Maxwell Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

Robert Burdette Mitchell
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

John Richard Mitola
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328

Margaret M. Sheahan
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Gwen P. Weisberg
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

PER ORDER OF THE COURT,
KEVIN F. ROWE, CLERK