# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>                    Plaintiff,<br>     VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>                    Plaintiff,<br>     VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>                    Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>July 23, 2004 |

## MOTION FOR SUMMARY JUDGMENT
## AS TO FIRST AMENDED COMPLAINT OF JOHANNA S. GEORGIA

Pursuant to Fed. R. Civ. P. Rule 56, et seq, the Defendants, CITY OF BRIDGEPORT, EARL PETTWAY AND MICHAEL MAGLIONE hereby move for summary judgment on the claims made by the Plaintiff, JOHANNA S. GEORGIA, in her First Amended Complaint accepted by the Court on October 2, 2001.  The Defendants respectfully request that the court enter summary judgment on the First Amended Complaint in their favor for the reasons set forth in the memorandum of law filed herewith.

WHEREFORE, for the reasons set forth herein, and in the Memorandum of Law filed contemporaneously herewith, the defendant respectfully requests that the court enter

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

summary judgment in its favor on the Plaintiff's First Amended Complaint accepted by

the Court on October 2, 2001, pursuant to Fed. R. Civ. P. Rule 56, et seq., dismissing the

same with prejudice and granting an award of all costs to Defendants.

The following documents are referenced in support hereof:

1.    Memorandum of Law, dated July 23, 2004; and

2.    Local Rule 56(c)(1) statement, with attached affidavits and documentary

exhibits, dated July 23, 2004.

Done at Bridgeport, Connecticut, this 23rd day of July, 2004.

By:  /s/ Robert B. Mitchell
     Robert B. Mitchell, ct02662
     Margaret M. Sheahan, ct05862
For: Pullman & Comley, LLC
     850 Main Street, P.O. Box 7006
     Bridgeport, CT  06601-7006
     (203) 330-2000
     Facsimile (203) 576-8888

     ATTORNEYS FOR:
     CITY OF BRIDGEPORT,
     EARL PETTWAY and
     MICHAEL MAGLIONE

**CERTIFICATION**

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on July 23, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

/s/ Robert B. Mitchell
Robert B. Mitchell

STFD/1.1/RXM/313713v1