UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>          Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>          Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>          Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>July 23, 2004 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
BRIEFS IN EXCESS OF PAGE LIMITATION**

Defendants City of Bridgeport, Earl Pettway and Michael Maglione hereby move for leave of this Court to file memoranda of law in support of their Motions for Summary Judgement, dated July 23, 2004, in excess of the 40 page limitation imposed under L. Civ. R. 7(a)2. Defendants' memoranda have been filed this date under seal.

-2-

The grounds for Defendants' motion are that due to the volume of Plaintiffs' Amended Complaints, Defendants were unable to complete their memoranda with the page limitation.

By: /s/ Robert B. Mitchell
 Robert B. Mitchell, ct02662
 Margaret M. Sheahan, ct05862
For: Pullman & Comley, LLC
 850 Main Street, P.O. Box 7006
 Bridgeport, CT  06601-7006
 (203) 330-2000
 Facsimile (203) 576-8888

 ATTORNEYS FOR:
 CITY OF BRIDGEPORT,
 EARL PETTWAY and
 MICHAEL MAGLIONE

-3-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on July 23, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

/s/ Robert B. Mitchell
Robert B. Mitchell

BPRT/67551.1/EMP/525059v1