## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br>　　　　　Plaintiff,<br>　VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br>　　　　　Plaintiff,<br>　VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>July 23, 2004 |

### DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL

Pursuant to the Court's Order dated March 19, 2004 granting Plaintiffs' [Motion to] Modify Protective Order Re: Depositions and Medical Information, Defendants City of Bridgeport, Earl Pettway and Michael Maglione hereby give notice of the filing of the following documents under seal:

- Local Rule 56(c)(1) Statement Pertaining To Plaintiff Elizabeth Schiller, and Exhibits

-2-

- Memorandum In Support Of Defendants' Motion For Summary Judgment Dismissing Schiller's Complaint

- Local Rule 56(c)(1) Statement Pertaining To Plaintiff Johanna Georgia and Exhibits

- Memorandum In Support Of Defendants' Motion For Summary Judgment Dismissing Georgia's Complaint

By: /s/ Robert B. Mitchell
    Robert B. Mitchell, ct02662
    Margaret M. Sheahan, ct05862
For: Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    (203) 330-2000
    Facsimile (203) 576-8888

    ATTORNEYS FOR:
    CITY OF BRIDGEPORT,
    EARL PETTWAY and
    MICHAEL MAGLIONE

-3-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on July 23, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

/s/ Robert B. Mitchell
Robert B. Mitchell

BPRT/67551.1/EMP/525008v1