FILED

2004 JUL 26  A 9: 42

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHANNA S. GEORGIA,<br><br>　　　　　　Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| ELIZABETH SCHILLER,<br><br>　　　　　　Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) **LEAD** |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>　　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br><br>July 23, 2004 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMITATION

Defendants City of Bridgeport, Earl Pettway and Michael Maglione hereby move for leave of this Court to file memoranda of law in support of their Motions for Summary Judgement, dated July 23, 2004, in excess of the 40 page limitation imposed under L. Civ. R. 7(a)2. Defendants' memoranda have been filed this date under seal.

July 27, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

01CV717END186