#189

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER,<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA,<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : | JULY 30, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION TO
MOTION FOR SUMMARY JUDGMENT AND JOINT TRIAL BRIEF,
AND FOR CONTINUANCE OF JURY SELECTION**

1. These consolidated matters are presently scheduled for jury selection on August 5, 2004, with the joint Trial Brief due to be filed August 3, 2004.

2. On July 26, 2004, the defendants filed separate Motions for Summary Judgment in each case. The defendants obtained permission to file briefs in excess of the page limitation. The Motions, Facts, and Exhibits are voluminous. The Plaintiffs, represented by a solo practitioner, require an enlargement of time to October 8, 2004, to file their Objections.

3:01CV452(AVC). August 2, 2004. The plaintiffs' motion for an extension of time (document no. 189) is GRANTED as follows: (1) The plaintiffs shall have to and including September 30, 2004 to file their responses to the defendants' motions for summary judgment; (2) the parties shall have to and including October 29, 2004 to file their joint trial memorandum; and (3) jury selection in this matter shall be held on November 2, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.