UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** | : | **NO: 3:01cv00452(AVC)** |
| Plaintiff | | **(ALL CASES)** |
| | : | |
| **JOHANNA S. GEORGIA,** | | |
| Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| **CITY OF BRIDGEPORT, ET AL.,** | | |
| Defendants | : | **SEPTEMBER 22, 2004** |

**MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITIONS
TO MOTIONS FOR SUMMARY JUDGMENT**

The Plaintiffs in these consolidated cases seek an enlargement of time to October 8, 2004 to file their Oppositions to the defendants' Motions (2) for Summary Judgment, as follows:

1. On September 22, 2004, Plaintiff's counsel sent an email to defense counsel Robert Mitchell, Esq. and Margaret Sheahan, Esq., of Pullman & Comley, and City Attorney John Mitola, Esq. seeking their positions on the requested enlargement, but has not heard back in time to reflect an answer in this Motion. The undersigned Counsel will report their positions to the Court when ascertained.

2. The Plaintiffs are presently scheduled to file their Oppositions to the Motions (2) for Summary Judgment by September 30, 2004;

3. Plaintiff's solo counsel is making diligent efforts to get the Oppositions completed but will likely be unable to complete them by the present deadline;

2

4.  As Counsel previously informed the Court, she was called to military duty several times in the past two months;

5.  Counsel had a total loss car accident with injuries on August 29th, then another another serious medical problem requiring immediate attention;

6.  Other lawyers have filed and scheduled other matters, per orders of the federal court and Connecticut Appellate Courts, taking away several days work Counsel planned on after military leave for completing the summary judgment Oppositions. Although there was a prior enlargement of time granted, the Motions are very extensive, far exceeding page limitations, by consent of the Court, and Opposition involves review of tens of thousands of pages of documents and transcripts. There are actually two sizable civil rights cases involved here, with two plaintiffs to obtain review of pertinent documents with and prepare affidavits for the Oppositions. The time involved is far greater than estimated or usual.

WHEREFORE, the Plaintiffs seek an enlargement of time to October 8, 2004 to file their

Oppositions to the defendants' two Motions for Summary Judgment.

**FOR THE PLAINTIFFS,**

Dated_____                                      _____
                                                          Susan V. Wallace
                                                          *~ Attorney at Law ~*
                                                          11 Blue Orchard Drive
                                                          Middletown, CT 06457
                                                          Tel: (860) 704-0472  Fax: -0490
                                                          law4us@rcn.com
                                                          Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion for Enlargement of Time to File Opposition to Motion for Summary Judgment" has been served upon:

| | |
|---|---|
| Robert B. Mitchell, Esq. | John Mitola, Esq. |
| Margaret M. Sheahan, Esq. | Office of the City Attorney |
| Pullman & Comley, LLC | City Hall Annex |
| 850 Main Street | 999 Broad Street |
| P.O. Box 7006 | Bridgeport, CT 06604 |
| Bridgeport, CT 06601-7006 | |

on this 22nd day of September, 2004, via

   _X_   Regular U.S. Mail, first class, postage prepaid

   ____   U.S. Priority Mail

   ____   U.S. Express Mail or other overnight mail service

   ____   Facsimile

   ____   Hand-delivery

_____
Susan V. Wallace, Esq.