FILED

2004 SEP 23 A 11: 01

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, | : | NO: 3:01cv00452(AVC) |
| Plaintiff | | (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, | | |
| Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| CITY OF BRIDGEPORT, ET AL., | | |
| Defendants | : | SEPTEMBER 22, 2004 |

MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITIONS
TO MOTIONS FOR SUMMARY JUDGMENT

The Plaintiffs in these consolidated cases seek an enlargement of time to October 8, 2004 to file their Oppositions to the defendants' Motions (2) for Summary Judgment, as follows:

1. On September 22, 2004, Plaintiff's counsel sent an email to defense counsel Robert Mitchell, Esq. and Margaret Sheahan, Esq., of Pullman & Comley, and City Attorney John Mitola, Esq. seeking their positions on the requested enlargement, but has not heard back in time to reflect an answer in this Motion. The undersigned Counsel will report their positions to the Court when ascertained.

2. The Plaintiffs are presently scheduled to file their Oppositions to the Motions (2) for Summary Judgment by September 30, 2004;

3. Plaintiff's solo counsel is making diligent efforts to get the Oppositions

3:01CV00452(AVC). September 24, 2004. GRANTED. The plaintiffs shall file their oppositions to the defendants' motions for summary judgment by October 8, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.