## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER,   Plaintiff | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA,   Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT, ET AL.,   Defendants | : | JULY 30, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT AND JOINT TRIAL BRIEF, AND FOR CONTINUANCE OF JURY SELECTION

1. These consolidated matters are presently scheduled for jury selection on August 5, 2004, with the joint Trial Brief due to be filed August 3, 2004.

2. On July 26, 2004, the defendants filed separate Motions for Summary Judgment in each case. The defendants obtained permission to file briefs in excess of the page limitation. The Motions, Facts, and Exhibits are voluminous. The Plaintiff's who are represented by a solo practitioner will requires an enlargement of time to prepare and file their Objections.

3. On July 30, 2004, Plaintiff's counsel sent an email and then had a telephone conversation with lead defense counsel Robert Mitchell, Esq. of Pullman & Comley, who expressed his clients' agreement that the parties cannot complete the Trial Brief and prepare for Jury Selection within the present timeframe, and moreover, that the summary judgment process should allow the parties to narrow issues, evidence and jury instruction in this complex and voluminous matter.

4.  Defense counsel Robert Mitchell also expressed his clients' position that Plaintiffs may have until September 13, 2004 to file their Objections to the Motions for Summary Judgment; that, whatever the date the Plaintiffs are granted to file their Objections, there be a continuance of the Jury Selection date until 30 days after decision on the Motions for Summary Judgment and Objections thereto; that the date for the parties to file their Joint Trial Brief be ordered in conjunction with the future Jury Selection date.

5.  The Plaintiffs agree with this plan, except that they ask that the date for them to file their Objections to Summary Judgment be October for the following reasons:

   a)  September 13th will not work because Plaintiffs' counsel is a U.S. Army Reserve soldier and has been ordered to military training out of state commencing September 11, 2004 to September 19th (defense counsel Robert Mitchell and John R. Mitola were so informed), which will require travel to duty on September 10th and travel home on September 19-20th, and then a reasonable time of night of sleep before return to work on September 21. With this military duty, a deadline of September 13th is actually September 9th. With the intervening Labor Day holiday, that would leave only 31 days from the date of this Motion for Enlargement (approximately 35 days from the date of service of the Motions for Summary Judgment) which is not adequate to respond to the two huge Motions and Statements of Material Facts at hand; and

   b)  Plaintiff's counsel has more military duty out of state for two weekends in the month of August with travel time for each, trial in the Connecticut Superior Court in

2

late August, and some half dozen days of depositions scheduled in August in that and another matter pending in the District Court.

6.  Counsel for the parties agreed that the Plaintiffs shall submit this Motion by agreement.

**FOR THE PLAINTIFFS,**

Dated_____                    _____
                                                    Susan V. Wallace
                                                    ~ *Attorney at Law* ~
                                                    11 Blue Orchard Drive
                                                    Middletown, CT 06457
                                                    Tel: (860) 704-0472  Fax: -0490
                                                    law4us@rcn.com
                                                    Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion for Enlargement of Time to File Objection to Motion for Summary Judgment and Joint Trial Brief, and for Continuance of Jury Selection" has been served upon:

Robert B. Mitchell, Esq.  John Mitola, Esq.
Margaret M. Sheahan, Esq.  Office of the City Attorney
Pullman & Comley, LLC  City Hall Annex
850 Main Street  999 Broad Street
P.O. Box 7006  Bridgeport, CT 06604
Bridgeport, CT 06601-7006

on this 30th day of July, 2004, via

    ____ Regular U.S. Mail, first class, postage prepaid

    ____ U.S. Priority Mail

    ____ U.S. Express Mail or other overnight mail service

    ____ Facsimile

    ____ Hand-delivery

_____
Susan V. Wallace, Esq.