UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH SCHILLER,          :     NO: 3:01cv00452(AVC)
    Plaintiff                              (ALL CASES)
                                 :

JOHANNA S. GEORGIA,
    Plaintiff                         :

v.                                          :

CITY OF BRIDGEPORT, ET AL.,
    Defendants                  :     OCTOBER 6, 2004

MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITIONS
TO MOTIONS FOR SUMMARY JUDGMENT

The Plaintiffs in these consolidated cases seek an enlargement of time to October 8, 2004 to file their Oppositions to the two pending Motions for Summary Judgment, as follows:

1.      Plaintiff's counsel in these consolidated cases is a solo practitioner, and making diligent progress, being two-thirds to completion of the Oppositions and all parts thereof, but due to the complexity and length and volume of exhibits to the two Motions, and other conflicting court appearances and obligations in other matters, it does not appear likely that an adequate Opposition can be filed by the current deadline of October 8, 2004.

2.      Plaintiffs ask only leave to file the Oppositions after the upcoming holiday weekend, by October 12, 2004.

3.      The undersigned counsel has sent emails to opposing counsel Robert Mitchell, Esq., Margaret Sheahan, Esq., and John Mitola, Esq., but has not heard back in time to reflect their response to this request in time to expedite filing with it. The undersigned Counsel will report opposing counsels' positions to the Court when obtained.

October 7, 2004. GRANTED
Alfred V. Covello, U.S.D.J.

3:01CV00452
SO ORDERED.