FILED

2004 OCT 15 P 2: 57

DISTRICT COURT
BRIDGEPORT, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| JOHANNA S. GEORGIA, *Plaintiff* | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | OCTOBER 15, 2004 |

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF PAGE LIMITATION**

The Plaintiffs request leave to file one Joint Memorandum in Opposition to Summary Judgment in excess of the usual page limit of 40, as follows:

1. The Defendant's filed two Motions for Summary Judgment, one against each Plaintiff, both considerably in excess of the page limits;

2. Plaintiffs in these consolidated cases seek leave to file one Joint Memorandum in Opposition, with a page length of just over 43 pages, which is still considerably more brief than two Memorandum would be.

FOR THE PLAINTIFFS,

Dated 10-15-04

_____
Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

2

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing Plaintiffs' Request for Leave to file Memorandum in Excess of Page Limitations has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Thomas F. Maxwell, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John R. Mitola., Esq.
Office of the City Attorney
City Hall Annex
999 Broad Street
Bridgeport, CT 06604

on this 15th ~~day of October,~~ 2004 via:

____✓____  Regular U.S. Mail, first class, postage prepaid

_____  U.S. Priority Mail

_____  U.S. Express Mail or other overnight mail service

_____  Facsimile

_____  Hand-delivery

_/s/ Wallace_
Susan V. Wallace, Esq.

3