UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER,<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA,<br>Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : | OCTOBER 15, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO FILE AND MOTION FOR LATE FILING, NUNC PRO TUNC RE: PLAINTIFFS' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT

The Plaintiffs in these consolidated cases seek an enlargement of time to October 15, 2004, to file their Oppositions to the two pending Motions for Summary Judgment, for good cause, to wit,

1. Plaintiff's counsel in these consolidated cases is a solo practitioner and serving in the Armed Forces Reserve, and has had a significant amount of out of state military duty in the past two months, with changes in duty dates and an increase in responsibilities, making planning in this and other matter counsel is handling difficult (and counsel is a single parent);

2. Counsel also was injured in a serious motor vehicle accident (total loss to the vehicle) in late August, requiring transportation issue and medical treatment in the midst of a very busy litigation schedule, some 10 depositions in another matter in the month of August, several hearing and a trial;

3. Despite all diligent efforts, dozens of hours spent responding to the two Motions filed well in excess of the usual page limitation, the complexity and volume of exhibits, conflicting court appearances and obligations in other matters, counsel could not complete adequate Oppositions until October 14. Counsel tried to file that date only to discover her car battery dead (an ill-fated star in a constellation of events).

4. In all fairness, opposing counsel had an unlimited length of time to prepare their Motion; discovery has been ongoing for two years and closed some five months before the defendants filed their Motions;

4. However, it is over, the Oppositions are ready for filing with the Court's leave.

FOR THE PLAINTIFFS,

Dated 10-15-04

Susan V. Wallace
~ Attorney at Law ~
11 Blue Orchard Drive
Middletown, CT 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

2

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion for Enlargement of Time to File Opposition to Motion for Summary Judgment" has been served upon:

Robert B. Mitchell, Esq.  
Margaret M. Sheahan, Esq.  
Pullman & Comley, LLC  
850 Main Street  
P.O. Box 7006  
Bridgeport, CT 06601-7006  

John Mitola, Esq.  
Office of the City Attorney  
City Hall Annex  
999 Broad Street  
Bridgeport, CT 06604  

on this 15th day of October, 2004, via

__X__  Regular U.S. Mail, first class, postage prepaid

_____  U.S. Priority Mail

_____  U.S. Express Mail or other overnight mail service

_____  Facsimile

_____  Hand-delivery

_____  
Susan V. Wallace, Esq.

3