UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| **JOHANNA S. GEORGIA,** *Plaintiff* | : | |
| | : | |
| v. | : | |
| **CITY OF BRIDGEPORT; ET AL.** *Defendants* | : | OCTOBER 15, 2004 |

### PLAINTIFFS' REQUEST FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION

The Plaintiffs request leave to file one Joint Memorandum in Opposition to Summary Judgment in excess of the usual page limit of 40, as follows:

1. The Defendant's filed two Motions for Summary Judgment, one against each Plaintiff, both considerably in excess of the page limits;

2. Plaintiffs in these consolidated cases seek leave to file one Joint Memorandum in Opposition, with a page length of just over 43 pages, which is still considerably more brief than two Memorandum would be.

3:01CV00452(AVC) GRANTED. October 19, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.