UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** Plaintiff | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| **JOHANNA S. GEORGIA,** Plaintiff | : | |
| v. | : | |
| **CITY OF BRIDGEPORT, ET AL.,** Defendants | : | OCTOBER 15, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO FILE AND MOTION FOR LATE FILING, NUNC PRO TUNC RE: PLAINTIFFS' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT

The Plaintiffs in these consolidated cases seek an enlargement of time to <u>October 15, 2004</u>, to file their Oppositions to the two pending Motions for Summary Judgment, for good cause, to wit,

1. Plaintiff's counsel in these consolidated cases is a solo practitioner and serving in the Armed Forces Reserve, and has had a significant amount of out of state military duty in the past two months, with changes in duty dates and an increase in responsibilities, making planning in this and other matter counsel is handling difficult (and counsel is a single parent);

2. Counsel also was injured in a serious motor vehicle accident (total loss to the vehicle) in late August, requiring transportation issue and medical treatment in the midst of a very busy litigation schedule, some 10 depositions in another matter in the month of August, several hearing and a trial;

[Handwritten margin notation: 3:01CV00452(AVC) GRANTED nunc pro tunc. SO ORDERED. Alfred V. Covello, U.S.D.J. October __, 2004.]