UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br>    Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br>    Plaintiff,<br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>    Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>October 21, 2004 |

**DEFENDANTS' MOTION TO STRIKE EXHIBITS TO
PLAINTIFFS' JOINT OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**

  Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, hereby move to strike from the record Exhibits 8 and 36 to Plaintiffs' Joint Opposition to Motions for Summary Judgment filed on October 15, 2004. Defendants further move to strike any portion of Exhibit 21 that contains a complaint by Kathy Denton dated August 11, 1993.

  Plaintiffs have provided copies of most of the exhibits that were originally missing from the copy of Plaintiffs' Joint Opposition served on the undersigned. Despite diligent

efforts by defense counsel, however, Plaintiffs continue to refuse to provide copies of Exhibits 8 and 36. Copies of correspondence memorializing Defendants' attempts to collect these missing exhibits are attached. Plaintiffs have agreed to "try to verify" Exhibit 21 regarding exclusion of an August 11th complaint.

Defendants' time to file their reply to Plaintiffs' Joint Opposition is running, and Defendants are prejudiced by Plaintiffs refusal to provide Defendants with copies of documents they have filed with the Court.[1]

For all the foregoing reasons, Defendants request that their motion be granted and that Plaintiffs' Exhibits 8 and 36, and so much of Exhibit 21 as contains a complaint by Kathy Denton dated August 11, 1993, be stricken from the record and disregarded by this Court in its consideration of Defendants' Motions for Summary Judgment.

---

[1] As the Court may be aware, Plaintiffs' Joint Opposition and Exhibits were manually filed with the Court and are, therefore, not accessible through PACER. Furthermore, City Attorney John Mitola is out of work on a medical leave of absence, leaving his office understaffed. Plaintiffs' counsel's suggestion that the undersigned go locate another service copy of Plaintiffs' Joint Opposition, that might possibly have some of the exhibits missing from lead defense counsel's service copy, is an unreasonable request. It is Plaintiffs' responsibility to serve a complete set of documents on defense counsel, not defense counsel's responsibility to scramble to put together a complete set of Plaintiffs' documents, during their ten-day period of time to reply.

By: /s/ Margaret M. Sheahan
Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

**Paliani, Elisa M.**

---

**From:** Sheahan, Margaret M.
**Sent:** Thursday, October 21, 2004 10:29 AM
**To:** Mitchell, Robert B.
**Cc:** Paliani, Elisa M.
**Subject:** FW: FW: schiller & Georgia v. city of Bridgeport

-----Original Message-----
From: Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
Sent: Wednesday, October 20, 2004 7:43 PM
To: Sheahan, Margaret M.
Subject: Re: FW: schiller & Georgia v. city of Bridgeport

RE: "already explained regarding Exhibits 8 and 36"
-- See my prior email on it.

RE: "by the close of business today."
- I was out all day and did not get this email until night.

RE: Denton Exh 21
-- I believe you have all, I will try to verify date with filed copy.

svw


*"Sheahan, Margaret M."* <*msheahan@pullcom.com*> wrote:

> -----Original Message-----
> From: Paliani, Elisa M.
> Sent: Wednesday, October 20, 2004 12:29 PM
> To: Sheahan, Margaret M.
> Subject: RE: schiller & Georgia v. city of Bridgeport
>
> Dear Susan,
>
> I do not know what you mean by your statement that you already explained regarding Exhibits 8 and 36. We are still missing those two exhibits, and we have spent three of our ten days to reply attempting to collect a complete set of Plaintiffs' exhibits. Please make sure Exhibits 8 and 36 are delivered to our office by the close of business today.
>
> We now understand that Exhibit 25 is only one page and we have that exhibit.
>
> As for Exhibit 21, per your request to the City Attorney's office yesterday, we received that exhibit from them and they also do not have an internal complaint by Ms. Denton dated 8/11. Ms. Denton's complaint dated 8/12 does not contain a second date of 8/11; in fact, the incident complained of occurred on 8/4. Please check your copy of the exhibits and confirm whether or not you filed with the court, as part of Exhibit 21, an internal complaint by Ms. Denton dated 8/11/93, as Plaintiffs' Joint Exhibit list indicates.
>
> Thank you.
>
> Yours truly,

10/21/04

Margaret M. Sheahan
Pullman & Comley LLC.
850 Main Street
Bridgeport, CT 06604
(203)-330-2138

300 Atlantic Street
Stamford, CT 06901
(203)-674-7901

-----Original Message-----
**From:** Susan V. Wallace, Attorney at Law [mailto:law4us@rcn.com]
**Sent:** Tuesday, October 19, 2004 3:23 PM
**To:** Sheahan, Margaret M.
**Cc:** John R. Mitola, Esq.
**Subject:** Re: schiller & Georgia v. city of Bridgeport

Re Exhibits:

I already explained re Exh 8 - patch, No 25 - "documents that FF Cindy Mattera has filed" and No. 36 - photos of female quarters. You seem to misunderstand about No 25 -- the language you quote is to indicate that the EEOC letter furnished itself "documents" - as in "evidences" or "proves" - that she has filed a Charge, not to indicate that there are other documents missing from the exhibit.

Yes I seem to be missing No 24 - Ina Anderson notice of resignation. I have already faxed it to you, but certainly, City and Chief have it, it was issued by the Chief/City. Thank you for calling this to my attention.
As to Exh 21, "Denton internal complaint dated 8/11/93" if not in John Mitola's copy then I may have made a transcription error in that one date, or maybe you are looking at a document containing two or more dates -- suggest you count pages). Mitola's packet should have all that I included as Exh 21 to court (and I really think you may have gotten some of yours stuck together (each set of exhibits is stapled separately, but with smaller packets, the staples sometimes stick to the next set).
/svw

*"Sheahan, Margaret M." <msheahan@pullcom.com> wrote:*

> Dear Susan,
> We received your fax this morning attaching the missing page to Ms. Schiller's Affidavit, Exhibit 14 and Exhibit 15. We also received by fax from the City Attorney's Office a copy of Exhibit 21. We understand by the corrected Exhibit List that Mr. Day's transcript was not meant to be included, and so it is not missing.
>
> The following exhibits are still missing:
>
> 8 - patch
> 21 - Denton internal complaint dated 8/11/93 (not included in John Mitola's copy)
> 24 - Ina Anderson notice of resignation

10/21/04

25 - "documents that Ev-Cundy-Tavera has filed"
36 - photos of female quarters

Please arrange to have these delivered to our office by tomorrow by whatever means necessary. Your fax cover sheet seems to indicate an intent to deliver some missing material to us via John Mitola, whom you expect to see in court tomorrow. We point out that we believe this option may not be viable in light of our understanding of Mr. Mitola's schedule and urge you to employ some other, more reliable method.

Thank you.

                                Yours truly,

                                Margaret M. Sheahan

Margaret M. Sheahan
Pullman & Comley LLC.
850 Main Street
Bridgeport, CT 06604
(203)-330-2138

300 Atlantic Street
Stamford, CT 06901
(203)-674-7901

# Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, CT 06457
tel (860) 704-0472, fax -0490

10/21/04

# Susan V. Wallace
~ *Attorney at Law* ~

11 Blue Orchard Drive
Middletown, Connecticut 06457

tel: (860) 704-0472, fax -0490
email: law4us@rcn.com

## FACSIMILE TRANSMITTAL SHEET

**TO:** Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Thomas F. Maxwell, Jr., Esq.
Pullman & Comley, LLC
#203-576-8888

John Mitola, Esq.
John Bohannon, Jr., Esq.
Office of the City Attorney
#203-576-8252

~~Richard Albrecht, Esq.~~
~~Cohen & Wolf P.C.~~
~~#203-___-____~~

**Date:** 19 Oct 04

**RE:** <u>SCHILLER AND GEORGIA V. CITY OF BPT, ET AL.</u>

No. of pages (including cover sheet): 3   RE: SJ Exhs.
If less than all pages are received, please call the above number.

**Message:** Have you checked yr co-counsel's ccs? I assume-
[counsel] & checked these extra several times b/f
sending out, don't see how all'd have missed
any, much less all ones you indicate.
Albeit, here are cc of:
1) Schiller Aff p.17 (1p)
2) Exh 14 (1p)
3) Exh 15 (22 pp)
4) re Exh 21 - I'd sent [that] for all 4 cc, [I]
had ptns of the above around still), so will
get you a copy [marked] b/ Mitola's office or Court
as we have business together tomorrow afternoon & I
am going to court anyway.

Note: This message is intended only for the use of the individual or entity to which it is addressed, and contains information which is confidential, privileged and exempt from disclosure under applicable law. Gentle Reader, if you are not the person this message is addressed to, or that person's employee or agent responsible for delivering this message to the person to whom it is addressed, then you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you for your consideration and honesty!

## Paliani, Elisa M.

| | |
|---|---|
| From: | Mitchell, Robert B. |
| Sent: | Monday, October 18, 2004 6:48 PM |
| To: | Paliani, Elisa M. |
| Subject: | FW: Schiller and Georgia v. City of Bridgeport |

-----Original Message-----
| | |
|---|---|
| From: | Mitchell, Robert B. |
| Sent: | Monday, October 18, 2004 6:48 PM |
| To: | 'Law4us@rcn.com' |
| Subject: | Schiller and Georgia v. City of Bridgeport |

Dear Susan,

I have had a chance to review Plaintiffs' list of exhibits and find the following are missing from the set served on defense counsel:

1 - Schiller Affidavit is missing page 17
8 - patch
14 - e-mail
15 - e-mail
21 - Denton internal complaints (5)
36 - photos of female quarters

In addition, Exhibits 45 is listed as Buck's transcript, but the marked exhibit is Schiller's transcript;
Exhibit 46 is listed as Connor's transcript, but the marked exhibit is Buck's transcript;
and Exhibit 47 is listed as Day's transcript, but the marked exhibit is Connor's transcript.

It would seem the only transcript portions we are missing are Day's.

Finally, we received only one page to Exhibit 25 regarding Mattera's EEOC charge, however Plaintiffs' list states "documents that FF Cindy Mattera has filed." Apparently we are missing the remainder of Exhibit 25.

With less than three weeks until jury selection, we must receive the missing exhibits by tomorrow, October 19th, or we will be forced to move to strike those exhibits from consideration.

Thank you.

Bob Mitchell

1

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on October 21, 2004, to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
Margaret M. Sheahan

BPRT/67551.1/EMP/534247v1