208

FILED

2004 OCT 22 A 10: 32

US DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| ELIZABETH SCHILLER, <br><br> Plaintiff, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
|---|---|
| JOHANNA S. GEORGIA, <br><br> Plaintiff, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br><br><br><br> October 21, 2004 |

### DEFENDANTS' MOTION TO STRIKE EXHIBITS TO PLAINTIFFS' JOINT OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, hereby move to

---

3:01CV452(AVC) October 27, 2004
The defendants' motion to strike exhibits (doc. no.208) is DENIED as moot. The plaintiffs' joint exhibits in opposition to summary judgment (doc. no. 8) do not include an exhibit 8 or an exhibit 36. Similarly, exhibit 21 does not contain a complaint by Kathy Denton dated August 11, 1993.
SO ORDERED.

Alfred V. Covello
United States District Judge