


# Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION

Date: February 2000

From: FF Elizabeth Schiller   Group: Engine Company 16

To: Chief Pettway, and Union Office, and Labor Relations

Subject: Sexual Harrassment Situation

I am formally reporting an episode of sexual harrassment. As the policy states, "any incident, witnessed or not, of sexual harrassment is to be reported".

I became aware of a conversation held by two officers and their company of firefighters. The topic of conversation was the new recruitment class that was due in the Spring 2000. Capt. Donald Day commented that the class was composed of "twenty-seven rookies and one **CUNT**". Then he proceded to ask Lt. Mike Caldaroni how he felt about his wife being a firefighter. Capt. Day's comments show he has little regard and no respect for female firefighters and that any female in the profession is also a cunt. That particular term is the most offensive anyone can use when degrading women.

As stated in the BFD sexual harrassment policy, no person should be subject to "intimidating, hostile or offensive working environments". Capt. Day has accomplished all of those. And this policy is applied to "all employees...of the City of Bridgeport" and the policy is to be reviewed with staff at least semi-annually. Capt. Day is aware of the policy and his comments have the "effect of unreasonably interfering with [female firefighters] work performance and creates an intimidating, hostile, and offensive working environment".

As Capt. Day is aware of the policy, he should be held responsible for his behavior, especially since he is an Officer and is setting an example for the rest of the department. I am insulted and threatened by his behavior and views of women. I will not want to work with him since he doesn't seem to value the women of this department and may not care about our safety and well-being as much as the men. This is not a profession where I should question whether my officer is looking out for me or not. Personally, his behavior makes me uncomfortable to be in his presence.

Firefighter Elizabeth Schiller

*[signature]*

Engine 16

Signature, Company, Bureau, Division, Office, etc.

**EXHIBIT 1**

Date received headquarters
/ /

### Instructions
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs, or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

## UNIFORMED PROFESSIONAL FIREFIGHTERS ASSOCIATION OF CONNECTICUT
## GRIEVANCE FORM

Use this form to file a grievance with your LOCAL. Please type or print. Use other side for additional information.

NAME: Elizabeth Schiller    RANK: Firefighter

Home Address: 1121 Stratfield Rd. Ffld. Ct.    Telephone: ___

WHEN DID IT OCCUR (date and time)
From Feb, 2000 to current

WHO WAS INVOLVED (give names with titles and witnesses)
D/c Earl Pettway — Bpt. Fire Dept.
Marilyn Flores — Labor Relations
David Dunne — Labor Relations
Witnesses: A. Caldaroni, T. O'Connell

WHAT HAPPENED (describe the incident(s) that created the grievance)?
The time delay, three (3) months, between the filing of my sexual harassment complaint and the first hearing. The insensitive, bullying manner David Dunne used. The lack of confidentiality guaranteed me by law & policy.

WHAT REMEDY ARE YOU SEEKING (what do you want to see happen)?
That henceforth, a professional, well-trained person shall handle any and all sexual harassment complaints. That said person will handle all complaints in a confidential and expeditious manner.

DO NOT WRITE BELOW THIS LINE - FOR LOCAL USE ONLY

WHAT IS BEING VIOLATED (what contract provision, rule or regulation, policy or state law)?
Federal Law
State Statute
City policy
Dept. policy

LOCAL ___    LOCAL GRIEVANCE # ___
Local hearing date(s): ___

Date filed with CT: ___    Date filed with UPFFA ___

LOCAL PRESIDENT SIGNITURE: ___

FOR UPFFA USE ONLY - DO NOT WRITE IN THIS BOX
CT Grievance: ___    CT hearing date: ___

Location: ___    Staff Rep. Assigned: ___

IF ADDITIONAL SPACE IS REQUIRED USE OTHER SIDE

UPFFA FORM: 1.0

*[signature: Schiller]*

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: 3/3/2000                              CASE NO.: 0020364

My name is Elizabeth Schiller and I reside at 1121 Stratfield Rd Fairfield CT 06432

The respondent is City of Bridgeport CT - Fire Dept whose business address is 30 Congress St Bridgeport CT 06604

I was
( ) terminated
( ) suspended
( ) demoted
( ) warned
( ) placed on probation
( ) given a poor evaluation
( ) denied a raise
( ) less trained
(X) discriminated against in terms and conditions of employment
on Feb. 18, 2000 and ongoing    and believe that my

( ) not hired
( ) not promoted
( ) harassed (X) sexually harassed
(✓) retaliated against
( ) earing a different rate of pay
( ) constructively discharged
( ) delegated difficult assignments
( ) other _____

( ) race -
( ) color -
(X) sex [ ] male [X] female
( ) age DOB:
(✓) previously opposed, filed or assisted
( ) sexual orientation

( ) national origin -
( ) ancestry -
( ) religious creed -
( ) marital status -
( ) physical disability -
( ) mental disorder -
( ) mental retardation -
( ) learning disability -

RECEIVED APR 19 2000
COMM. ON HUMAN RTS. & OPP
SOUTHWEST REGIONAL OFFICE

was in part a factor in this action. I believe that the respondent violated the following Connecticut General Statutes and other acts listed below; (X) enforced through C.G.S. § 46a-58(a) (if applicable):

(X) 46a-60(a)(1)
( ) 46a-60(a)( )
( ) 46a-60(a)( )
( ) 46a-60(a)(7) ( )( )( ) ( )
(X) 46a-60(a)(8) (C)( )( )
( ) 46a-
( ) 46a-
( ) 46a-80( )
( ) 46a-81( )( )( )
( ) 46a-81( )( )( )

(X) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e and the Civil Rights Act of 1991 {cite for 15+ employees}
    Age Discrimination in Employment Act of 1967, 29 U.S.C. 621-634 {cite for 20+ Employees}
( ) Americans with Disabilities Act, 42 U.S.C. 12101 et seq {cite for 15+ employees}
( ) Equal Pay Act of 1964
( ) Section 504 of the Rehabilitation Act of 1973, as amended

00018

(PLEASE TYPE OR PRINT THE INFORMATION IN INK)

(Use numbered short paragraphs for each specific allegation)

I provide the following particulars:

1. My name is Elizabeth H. Schiller; I reside at 1121 Stratfield Rd Fairfield CT 06432

2. The respondent is City of Bridgeport - Fire Department whose business address is 30 Congress St Bridgeport CT 06

3. The respondent employs 15+ employees.

4. I am a female who has previously opposed by filing a complaint of sexual harassment with the respondent around Feb 29 - Mar 3rd 2000 because I have been discriminated against in terms and conditions of employ due to my gender.

5. I have been exposed to comments & events that have had the "effect of unreasonably interfering with [female firefighters] work performance and creates an intimidating, hostile & offensive working environment. 6. On or before Feb 18 2000, I was told Capt. Day has referred to female firefighters as "cunts" in the presence of other fire department personnel. 7. This Captn. is aware of the existing Bpt Fire Dept Sexual Harassment policy & is setting an example. 8. I am insulted & threatened by his views & behaviors. There are other events to me personally & to other women that make me feel upset & unsafe in my workplace.

000189

(PLEASE TYPE OR PRINT THE INFORMATION IN INK)

(Use numbered short paragraphs for each specific allegation)

I provide the following particulars:

#9. The comment made by the capt. has created a hostile environment that has set a tone that women in the fire department are worth less than men. I am worried that my safety is in jeopardy because of his views & because others in the department will feel that way too. The environment will effect my working conditions. I am hurt and angry by what he said & by all the other events that have taken place. I feel that I am worthless ... they have treated me as worthless than the men. Due to this situation I have felt pain, humiliation & distress. I feel betrayed by the people who are supposed to watch over my as an employee especially a probationa one.

10. There have been further incidents of retaliati my confidentiality has been compromised & threats have been made since I have made formal written complaints (after Feb 29 2000) to the Administrative Chief Pettway of the Bpt Fire Dept.

00019(

IMPORTANT: YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE YOU RETURN THIS FORM.

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to mu under the above cited laws and secure for me any remedy to which I may be entitled.

_Elizabeth Schiller_ being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except at to the matter herein stated on information and belief and that as to these matters s/he believe the same to be true.

Dated at _Fairfield_, Connecticut this _6_ day of _March_ ~~19 2000~~

_[signature]_
(Complainant's Signature)

Subscribed and sworn to before me this _6th_ day of _March_, ~~19 2000~~.

_[signature]_
Notary Public/Commissioner of The Superior Court

000191

My commission expires: _____

My Commission Expires
March 31, 2004

Case 3:01-cv-00452-AVC    Document 210-2    Filed 10/27/2004    Page 7 of 13

 

# Bridgeport Fire Department

## DEPARTMENTAL COMMUNICATION
(See Instructions Below)

DATE:   March 5th, 2000

FROM:   FF Elizabeth Schiller

GROUP:  Rescue-5

TO:     Chief Pettway

SUBJECT: Offensive Material; Work Location Request

First, as stated in my last 2326, I am aware of Capt. Donald Day's views on female firefighters and his behavior has made me uncomfortable with the thought that he will be my officer [either from traveling or through my final rotation (house 3-4) of probation. I am formally requesting that I not be under Capt. Day's command until this situation is resolved. I will gladly work in 3-4 for other officers.

Second, on March 4th 2000 I was traveled to house 15 on the day shift. My housework entailed cleaning the women's quarters. On the wall is a poster advertising the services of a male stripper. There are multiple poses of him naked with just his genitalia covered by a black square. The poster advertises all the services he can provide, for example, that he is perfect for bachelorette parties. Also, there are references to the proportions of his genitalia. I find it offensive and would appreciate it being removed from the women's quarters.

Thank you for your consideration.
FF Elizabeth Schiller

Date received headquarters
/ /

Signature/Company, Bureau, Division, Office, etc.

### Instructions
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs, or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

Form 2326

## Bridgeport Fire Department
## DEPARTMENTAL COMMUNICATION
(See Instructions Below)



Date March 16th, 2001

FROM Elizabeth Schiller GROUP R-5

TO D/C Petrucci

SUBJECT Inappropriate Bulletin Board Material

On March 15th — I saw material unfit to be pinned to the Headquarters bulletin board in the kitchen. I am asking for it to be removed. The material is:

#1 a xerox picture of a man sitting on the toilet

#2 a newspaper clipping of the newspaper picture of the Mens Gay Chorus with names of B shift written on it

#3 A picture cut from a gay mens magazine (nude men in a group) with a note taped to it about B shift.

Thank you — please keep this confidential as I don't want retribution from firefighters at Headquarters.

Signature, Company, Bureau, Division, Office

Date received headquarters  / /

**INSTRUCTIONS**
1. Use for all official communications or reports to Chief Engineer, Assistant Chief
2. Do not use for any other purpose. Write legibly, be specific and brief.

34     Form 2326

7/16

## Bridgeport Fire Department

# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date: 3/29/ 2000

FROM: FF Elizabeth Schiller    GROUP: 5-C

TO: ...........

SUBJECT: Female Quarters used by men

On 3/29/2000 I am stationed at 15s. I entered female quarters to find that the toilet had been used by a man (seat up, no toilet paper used, urine in bowl & on rim) and the toilet had not been flushed.

The policy states that no males should be using the women's quarters for any reason.

Signature: [signed]    Group 5-C

Date received headquarters: / /

---

### INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34    Form 2326

# Bridgeport Fire Department
# DEPARTMENTAL COMMUNICATION
(See Instructions Below)

Date 5/24 19 01

FROM Elizabeth Schiller  GROUP E-6-C

TO Chief Haschak

SUBJECT Additional Events

See attached memo (printed on back)
Re: ① Chiefs Order #10/2001
② Calendar in 65 Officer Rm.
③ response to our meeting 5/23

attachments:
Chiefs order #10/2001 (E-6)
Grahfield Liquor Calendar

Signature: [signed] Group E-6-C

Date received headquarters  /  /

## INSTRUCTIONS
1. Use for all official communications or reports to Chief Engineer, Assistant Chiefs or Clerk.
2. Do not use for any other purpose. Write legibly, be specific and brief.

34  Form 2326

Chief's Order ~~10/2001~~  *Lets cover our ass !!*

May 7, 2001

To All Companies, Battalions, and Divisions:

Fire Department members have the right to file claims and/or grievances with the appropriate administrative or judicial body against the Department and City to remedy perceived injustices. When a member files such an action they are exercising their rights under the law. Department members shall not allow these actions to change their professional association or treatment towards such members. Changes of attitude can only serve to undermine the team concept needed to maintain the professional level of safety and service we provide.

THE FIRE DEPARTMENT WILL NOT TOLERATE ANY RETALIATION AGAINST A FIRE DEPARTMENT MEMBER BY ANOTHER MEMBER.

Any member who witnesses an act of retaliation will:

1. Report the act to their supervisor.
2. Prepare a written report (2326) in detail (who, what, when, where, why, what action taken at the time) to be given to the Deputy Chief/Executive Officer within 24 hours.

Any supervisor witnessing or receiving an act of retaliation will:

1. IMMEDIATELY STOP THE ACT.
2. Report what has happened to the on-duty Battalion Chief
3. Prepare a written report (2326) in detail (who, what, when, where, why, what action taken at the time) to be given to the Deputy Chief/Executive Officer within 24 hours.

The on-duty Battalion Chief, upon receiving a report of retaliation, will:

1. Respond to the location of the incident.
2. Determine if any action should be taken at that time.
3. Make a verbal report to the on-call Deputy Chief.
4. Prepare a written report (2326) in detail (who, what, when, where, why, what action taken at the time) to be given to the Deputy Chief/Executive Officer within 24 hours.

At any time a member may report any retaliation, bypassing the command structure, immediately to the Deputy Chief/Executive Officer. A written report (2326) in detail (who, what, when, where, why, what action taken at the time) will be given to the Deputy Chief/Executive Officer within 24 hours.

ANY MEMBER OF THE BRIDGEPORT FIRE DEPARTMENT WHO HAS BEEN FOUND TO HAVE RETALIATED AGAINST ANOTHER MEMBER WILL BE SUBJECT TO DISCIPLINE UP TO AND INCLUDING TERMINATION.


Michael A. Maglione
Fire Chief

To: Chief Haschak, Bridgeport Fire Department

From: Elizabeth Schiller, E-6-C

Date: 5/24/01

Re: Form 2326 - additional events

On 3/29/01 day shift I was assigned to clean the officer's bunk area as housework. While cleaning I noticed a pin-up calendar on the bulletin board in the officer's room. I immediately took it down and placed it on the desk. That evening I met with Capt Haug to discuss the lack of cooperation from which ever officer posted the calendar. I told him that I was dismayed by the behavior. And I told him I had left the calendar there so it could be dealt with. On 4/11/01, Chief Haschak came to 6s to investigate for questionable material and to deal with it. On 4/27/01 while doing my housework I discovered that the particular calendar had been thrown away. It was on top of the garbage in the officer's hallway. It's disturbing to discover exactly how these things are handled. It's distressing to see that this situation was literally "discarded" instead of being fixed.

On 5/7/01, Chief's Order #10/2001 was distributed to the firehouses. I discovered it on the watchdesk bulletin board on 5/21/01 with an employee's handwritten addition of "Lets cover our ass!!" Harrassment comes in many ways. To me that's a subtle warning...the firefighters don't take the order seriously and they will take extra efforts to avoid being caught retaliating.

As instructed by Chief Pettway in the past, I have removed the items to be forwarded to you with a 2326. You will see that I have shipped you the originals of the calendar and the chief's order.

In reference to our meeting on 5/23/01, I told you that nothing could be done to fix the fact that my co-workers know the details of this case and nothing could fix that. But I do expect the department to correct the outstanding problems and to act quickly as new situations arise.

