

DECEMBER 2000



January 2001 calendar — Compliments of: **GRANFIELD LIQOUR**, 326 GRANFIELD AVE., BRIDGEPORT, CT 06610. HRS: MON-SAT 8:00AM 8:00PM



COMPLIMENTS OF:
GRANFIELD LIQUOR





| | | | 2 0 0 1 | | | Spectrum Stock |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| APRIL 2001 / JUNE 2001 | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 Full Moon | 8 | 9 | 10 | 11 | 12 |
| 13 Mother's Day | 14 | 15 Last Quarter | 16 | 17 | 18 | 19 |
| 20 | 21 Victoria Day (Can.) | 22 | 23 New Moon | 24 | 25 | 26 |
| 27 | 28 Memorial Day (U.S.) | 29 First Quarter | 30 | 31 | | |

M A Y



|  | 2 o o 1 |  |  |  |  | Spectrum Stock |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| MAY 2001 | JULY 2001 |  |  |  | 1 | 2 |
| 3 | 4 | 5 | Full Moon 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | Last Quarter 14 | 15 | 16 |
| 17 Father's Day | 18 | 19 | 20 | New Moon 21 First Day of Summer | 22 | 23 Flag Day (U.S.) |
| 24 | 25 | 26 | 27 | First Quarter 28 | 29 | 30 |

J U N E

COMPLIMENTS OF:
GRANFIELD HOGUE



COMPLIMENTS OF:





| 2 0 0 1 | | | | | | Spectrum Stock |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| SEPTEMBER 2001 | 1 | Full Moon 2 | 3 | 4 | 5 | 6 |
| 7 | 8 Columbus Day (U.S.) Thanksgiving Day (Can.) | 9 Last Quarter 10 | 11 | 12 | 13 | |
| 14 | 15 | New Moon 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 First Quarter 24 | 25 | 26 | 27 | |
| 28 Daylight Saving Time Ends | 29 | 30 | 31 Halloween | | NOVEMBER 2001 | |

OCTOBER



