UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA, <br><br> VS. | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br>           Defendants. | (CONSOLIDATED) <br><br><br><br><br><br> October 26, 2004 |

### AFFIDAVIT OF THOMAS CONNOR

1. I, Thomas Connor, am over the age of eighteen years, believe in the obligation of an oath or affirmation, and make this statement upon my personal knowledge.

2. I am a Deputy Chief of the Bridgeport Fire Department.



3. On or about March 22, 2004, Chief Maglione asked me to investigate a patch, purportedly created by members of Bridgeport Firehouse 6, which had been identified as potentially offensive.

4. I immediately began an investigation, which is accurately described in the attached Exhibit 1, my record of the investigation.

5. My investigation never identified any display of the patch in any firehouse or wearing of the patch by any firefighter.

6. The policy of the Bridgeport Fire Department for patches and insignia is that any such item may be proposed to the Chief, and only if approved, may it be worn. The patch I investigated was never proposed to the Chief or approved.

7. Officers and firefighters were reminded of the policy in the course of my investigation.

8. No reports of use of the investigated patch have been made since my investigation to my knowledge.

Thomas Connor, Deputy Chief
Bridgeport Fire Department

Subscribed and sworn to before me
this 26th day of October, 2004

Notary Public/
Commissioner of the Superior Court
My Commission Expires July 31, 2005

BPRT/67551.1/EMP/535793v1

2



OFFICE OF THE FIRE CHIEF
## BRIDGEPORT FIRE DEPARTMENT

MICHAEL A. MAGLIONE
Fire Chief

March 22, 2004

To:          Deputy Chief/Executive Officer Thomas Connor

From:        Fire Chief Michael A. Maglione   *MAM*

Subject:     Investigation of Offensive Patch

It has come to the Fire Department's attention that members of Engine/Ladder 6 are wearing a patch that is of an offensive nature. Please contact Labor Relations and begin an investigation into this matter.

A picture of the patch is attached.

Please present the findings of your investigation to me by Friday, April 2, 2004.

MAM:njk

cc:          David Dunn

30 Congress Street, Bridgeport, Connecticut 06604 - Telephone (203) 576-7684 - Fax (203) 333-4940
E-Mail: Maglim0@ci.bridgeport.ct.us

34







Commercial building fire on Railroad Avenue, May 27th 2003. More pics by Keith click click click.



**"Is the canteen really opening ?"**, asks a member from Ladder Ten at this all hands fire on Gurdon Street Nov 10, 2002.
Check out all of Keith's pictures at Webshots or the story at Firehouse.com.



March 22
Investigation into patch found on the post road web site.

Contacted Capt of Eng 6 Robert Miller and Asst Chief John Currivan met with them to show the copy of the patch . Both stated they had not seen this before. I told the Capt to check all the firefighters gear to see if this patch was on any department issued equipment. We found none. I then told the Capt to have a roll call and inform the house that the Chief of Dept has not authorized any company patches to be displayed on Department gear. I also inquired as to who designed the patch

March 24 2004

Patch investigation

I went to eng 6 to meet with A/Lt O'Connell, Lt Reyes, and A/AC Farrell with them I toured the firehouse looking for the patch or anything that might be construed as inappropriate. Looked at turnout gear and hoods found nothing spoke with the officers told them to continue looking including coats that firefighters may wear into work.

Looked at the patch collection that is going to be placed in the commissioner's room found nothing that I felt was inappropriate.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>VS. | CIVIL ACTION<br><br>NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>            Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>October ___, 2004 |

### AFFIDAVIT OF JOHN R. MITOLA

1.  I, John R. Mitola, am over the age of eighteen years, believe in the obligation of an oath or affirmation, and make this statement upon my personal knowledge.

2.  I am an Assistant City Attorney for the City of Bridgeport.

EXHIBIT 3

2

3.  Exhibit 1 attached to this Affidavit is an accurate copy of a document received by the Bridgeport Fire Department to notify us of the dismissal of a sex discrimination complaint filed by Ina Anderson.

_____
John R. Mitola

Subscribed and sworn to before me
this ___ day of October, 2004

_____
Notary Public/
Commissioner of the Superior Court

BPRT/67551.1/EMP/535810v1

2

State of Connecticut
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
1057 Broad Street, Bridgeport, CT 06604  (203) 579-6246
www.state.ct.us/chro
TDD (203) 579-6246

JLM

Certified Mail No. 70011940000794070597

April 22, 2002

Ina Anderson
68 Valley Avenue
Bridgeport, CT  06606

**EXHIBIT 1**

RE: NOTICE OF FINAL AGENCY ACTION
    CHRO CASE NO.: 0220159 Ina Anderson v. City of Bridgeport,
                                    Fire Department
    EEOC CASE NO.: 16AA200212

Dear Ms. Anderson:

Notice is hereby given that pursuant to Section 46a-83(b) of C.G.S., the Commission has processed your complaint through its Merit Assessment processes.

Further, you are hereby notified that as a result of these activities, your complaint has been dismissed for the reason that there is no reasonable possibility that further investigation will result in a finding of reasonable cause inasmuch as it was determined that:

▪ the record did not support your claim that respondent took action against you based upon the protected class you identified.

▪ the Bridgeport City Charter, which apparently governs provisional appointments, specifies that only employees who possess the minimum required qualifications for the position in question will be considered. Regardless of your overall seniority within the Administrative Division, you had not been a Fire Lieutenant for at least three years at the time the appointment was made, an apparent requirement for the Fire Administrative Assistant II position.

The complainant may apply for reconsideration, requesting that the Commission reconsider its decision dismissing the complaint, as provided in subsection (b) of Section 46a-83 of the C.G.S. (formerly Public Act 94-238). The reconsideration request must be in writing and <u>filed</u> at the Commission's administrative office stated on the letterhead <u>within fifteen (15) calendar days from the date of this letter</u>. It is the complainant's responsibility to file a timely request. No additional information after this fifteen (15) day period <u>will be considered</u>. <u>Untimely requests will not be considered</u>. The

FL407(1)

1

Issued 12/94
Revised 12/



# CHRO

*Safeguarding Civil Rights in Connecticut*

Affirmative Action/ Equal Opportunity Employer

request should state specifically the grounds upon which the application is based. Generally, no new documentation or evidence can be considered as only documentation in the case file at the time of dismissal will be reviewed. Any request for reconsideration must be submitted to:

Commission on Human Rights & Opportunities
1057 Broad Street
Bridgeport, CT 06604

A copy of your request for reconsideration must be mailed to the respondent and respondent's attorney, if any, at the address listed at the bottom of this letter. You should certify that you have done so in your request for reconsideration filed with the Commission.

Instead of filing a timely request for reconsideration, the complainant may appeal this disposition to the Superior Court of the State of Connecticut. Any appeal must strictly comply with all of the applicable statutory procedures, requirements, and time frames. You may wish to consult an attorney regarding the proper filing of an administrative appeal.

Sincerely,

Tanya A. Hughes
Regional Manager

AF

cc: Complainant's Attorney:      NA
    Respondent's Contact   :  Michael Maglione, Fire Chief
                              Bridgeport Fire Department
                              30 Congress Street
                              Bridgeport, CT  06604
    Respondent's Attorney  :     John R. Mitola, Esq.
                                 Office of the City Attorney
                                 City of Bridgeport
                                 999 Broad Street
                                 Bridgeport, CT  06605


Certified Mail No. 70011940000794070603
Enclosures: Complainant(s)'/Respondent(s)' Certification of
Mailing, HRO's Form #004

FL407(1)

2

Issued 12/94
Revised 1/1/96

# CERTIFICATION OF MAILING FORM

Case No:

I hereby certify that I served a copy of the enclosed document(s) by ( ) hand delivery, ( )U.S. Mail  ( )Other _____ to the ( )complainant  ( )respondent named below:

( )Respondent's/Attorney's Name & Address:
( )Complainant's/Attorney's Name & Address:

Name: _____

Address: _____

City,State,Zip _____

_____
Signature

_____
Date