UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br><br><br><br> October 29, 2004 |

**DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL**

Pursuant to the Court's Order dated March 19, 2004 granting Plaintiffs' [Motion to] Modify Protective Order Re: Depositions and Medical Information, Defendants City of Bridgeport, Earl Pettway and Michael Maglione hereby give notice of the filing of the following document under seal:

- Joint Trial Memorandum

-2-

    By:  /s/ Margaret M. Sheahan
         Margaret M. Sheahan, ct05862
         Robert B. Mitchell, ct02662
    For: Pullman & Comley, LLC
         850 Main Street, P.O. Box 7006
         Bridgeport, CT  06601-7006
         (203) 330-2000
         Facsimile (203) 576-8888

    ATTORNEYS FOR:
    CITY OF BRIDGEPORT,
    EARL PETTWAY and
    MICHAEL MAGLIONE

-3-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was served on October 29, 2004 to all counsel and pro se parties of record.

via courier to:

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

via mail to:

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

/s/ Margaret M. Sheahan
Margaret M. Sheahan

BPRT/67551.1/EMP/536220v1