FILED

2004 NOV -1 A 9: 06

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : <br> : | NO.: 3:01cv00452(AVC)<br>(All Cases) |
| JOHANNA S. GEORGIA<br>Plaintiff | : <br> : | |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL<br>Defendants. | : <br> : | OCTOBER 29, 2004 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 7(e), the undersigned hereby moves for leave of the Court to withdraw his appearance as counsel for the Defendants in the above referenced action, and in support thereof represents the following:

1. The undersigned, Attorney John R. Mitola, has an appearance in this matter indicating that he is representing the Defendants.

2. For several years now, the Defendants have also been represented by Attorney Robert B. Mitchell and Attorney Margaret M. Sheahan of Pullman & Comley, LLC, in the above referenced action and will continue to be represented by counsel in the foreseeable future.

WHEREFORE, the undersigned respectfully moves for the issuance of an order withdrawing the appearance of Attorney John R. Mitola as counsel for the Defendants.

_____
John R. Mitola
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## CERTIFICATION

This is to certify that a copy of the foregoing Motion To Withdraw Appearance of Counsel has been mailed, postage prepaid, this 29th day of October, 2004, to: **Susan V. Wallace, Esq.**, 11 Blue Orchard Drive, Middletown, CT 06457; **Robert B. Mitchell, Esq., Margaret M. Sheahan, Esq., Thomas F. Maxwell, Esq., Pullman & Comley, LLC**, 850 Main Street, P.O. Box 7006, Bridgeport, CT 06601-7006; and **Richard Albrecht, Esq., Cohen & Wolf, P.C.**, 1115 Broad Street, Bridgeport, CT 06604 and to the **Defendants, Chief Michael Maglione**, Bridgeport Fire Department, 30 Congress Street, Bridgeport, CT 06604; **Deputy Fire Chief, Earl Pettway**, Bridgeport Fire Department, 30 Congress Street, Bridgeport, CT 06604 and **City of Bridgeport**, 45 Lyon Terrace, Bridgeport, CT 06604.

John R. Mitola
Commissioner of the Superior Court

FILED

2004 NOV -1  A 9: 05

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER<br>Plaintiff | : <br> : | NO.: 3:01cv00452(AVC)<br>(All Cases) |
| JOHANNA S. GEORGIA<br>Plaintiff | : <br> : | |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL<br>Defendants. | : <br> : | OCTOBER 29, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document: "**Motion To Withdraw Appearance Of Counsel**"

This document has not been filed electronically because:

☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

John R. Mitola
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel.#203/576-7647/Fed. Bar #04017

## CERTIFICATION

This is to certify that a copy of the foregoing **Notice Of Manual Filing** has been mailed, postage prepaid, this 29th day of October, 2004, to: **Susan V. Wallace, Esq.**, 11 Blue Orchard Drive, Middletown, CT 06457; **Robert B. Mitchell, Esq., Margaret M. Sheahan, Esq., Thomas F. Maxwell, Esq., Pullman & Comley, LLC**, 850 Main Street, P.O. Box 7006, Bridgeport, CT 06601-7006; and **Richard Albrecht, Esq., Cohen & Wolf, P.C.**, 1115 Broad Street, Bridgeport, CT 06604 and to the **Defendants, Chief Michael Maglione**, Bridgeport Fire Department, 30 Congress Street, Bridgeport, CT 06604; **Deputy Fire Chief, Earl Pettway**, Bridgeport Fire Department, 30 Congress Street, Bridgeport, CT 06604 and **City of Bridgeport**, 45 Lyon Terrace, Bridgeport, CT 06604.

/s/ John R. Mitola
John R. Mitola
Commissioner of the Superior Court