UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>VS. | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>              Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>October 27, 2004 |

### AFFIDAVIT OF JOHN R. MITOLA

1. I, John R. Mitola, am over the age of eighteen years, believe in the obligation of an oath or affirmation, and make this statement upon my personal knowledge.

2. I am an Associate City Attorney for the City of Bridgeport.

EXHIBIT 3

3. Exhibit 1 attached to this Affidavit is an accurate copy of a document received by the Bridgeport Fire Department to notify us of the dismissal of a sex discrimination complaint filed by Ina Anderson.

_____
John R. Mitola

Subscribed and sworn to before me
this 27th day of October, 2004

_____
Notary Public/
Commissioner of the Superior Court
My Commission Expires July 31, 2005

BPRT/67551.1/EMP/535810v1



**State of Connecticut**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
1057 Broad Street, Bridgeport, CT 06604   (203) 579-6246
www.state.ct.us/chro
TDD (203) 579-6246

JLM

Certified Mail No. 70011940000794070597

April 22, 2002

Ina Anderson
68 Valley Avenue
Bridgeport, CT  06606

**EXHIBIT 1**

RE: NOTICE OF FINAL AGENCY ACTION
    CHRO CASE NO.: 0220159  Ina Anderson v. City of Bridgeport,
                            Fire Department
    EEOC CASE NO.: 16AA200212

Dear Ms. Anderson:

Notice is hereby given that pursuant to Section 46a-83(b) of C.G.S., the Commission has processed your complaint through its Merit Assessment processes.

Further, you are hereby notified that as a result of these activities, your complaint has been dismissed for the reason that there is no reasonable possibility that further investigation will result in a finding of reasonable cause inasmuch as it was determined that:

- the record did not support your claim that respondent took action against you based upon the protected class you identified.

- the Bridgeport City Charter, which apparently governs provisional appointments, specifies that only employees who possess the minimum required qualifications for the position in question will be considered. Regardless of your overall seniority within the Administrative Division, you had not been a Fire Lieutenant for at least three years at the time the appointment was made, an apparent requirement for the Fire Administrative Assistant II position.

The complainant may apply for reconsideration, requesting that the Commission reconsider its decision dismissing the complaint, as provided in subsection (b) of Section 46a-83 of the C.G.S. (formerly Public Act 94-238). The reconsideration request must be in writing and <u>filed</u> at the Commission's administrative office stated on the letterhead <u>within fifteen (15) calendar days from the date of this letter</u>. It is the complainant's responsibility to file a timely request. No additional information after this fifteen (15) day period <u>will be considered</u>. <u>Untimely requests will not be considered</u>. The

FL407(1)

1

Issued 12/94
Revised

**CHRO**   Safeguarding Civil Rights in Connecticut

Affirmative Action/ Equal Opportunity Employer

request should state specifically the grounds upon which the application is based. Generally, no new documentation or evidence can be considered as only documentation in the case file at the time of dismissal will be reviewed. Any request for reconsideration must be submitted to:

Commission on Human Rights & Opportunities
1057 Broad Street
Bridgeport, CT 06604

A copy of your request for reconsideration must be mailed to the respondent and respondent's attorney, if any, <u>at the address listed at the bottom of this letter</u>. You should certify that you have done so in your request for reconsideration filed with the Commission.

Instead of filing a <u>timely</u> request for reconsideration, the complainant may appeal this disposition to the Superior Court of the State of Connecticut. Any appeal must strictly comply with all of the applicable statutory procedures, requirements, and time frames. You may wish to consult an attorney regarding the proper filing of an administrative appeal.

Sincerely,

Tanya A. Hughes
Regional Manager

AF

cc: Complainant's Attorney:     NA
    Respondent's Contact  : Michael Maglione, Fire Chief
                            Bridgeport Fire Department
                            30 Congress Street
                            Bridgeport, CT 06604
    Respondent's Attorney :    John R. Mitola, Esq.
                               Office of the City Attorney
                               City of Bridgeport
                               999 Broad Street
                               Bridgeport, CT 06605


Certified Mail No. <u>70011940000794070603</u>
Enclosures: Complainant(s)'/Respondent(s)' Certification of Mailing, HRO's Form #004

FL407(1)

2

Issued 12/94
Revised 1/1/96

# CERTIFICATION OF MAILING FORM

Case No:

I hereby certify that I served a copy of the enclosed document(s) by ( ) hand delivery, ( ) U.S. Mail  ( ) Other _____ to the ( ) complainant  ( ) respondent named below:

( ) Respondent's/Attorney's Name & Address:
( ) Complainant's/Attorney's Name & Address:

Name: _____

Address: _____

City, State, Zip _____

_____
Signature

_____
Date

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on October 27, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
Margaret M. Sheahan

BPRT/67551.1/EMP/455751v1