UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED)<br><br><br><br>NOVEMBER 1, 2004 |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE REGARDING COUNSEL'S ALLEGEDLY IMPROPER CONDUCT

The Defendants, City of Bridgeport ("the City"), Earl Pettway ("Pettway"), and Michael Maglione ("Maglione") (collectively, "Defendants"), file this motion *in limine* to preclude the Plaintiffs, Elizabeth Schiller ("Schiller") and Johanna S. Georgia ("Georgia") (collectively, "Plaintiffs"), from offering any evidence or argument (including during opening statements) regarding any allegedly improper conduct by Defendants' counsel, on

-2-

the grounds that such evidence and/or arguments are both irrelevant and unfairly prejudicial. Defendants' points and authorities are set forth more fully in the accompanying memorandum of law.

WHEREFORE, Defendants request that the Court grant this motion *in limine*, and preclude Plaintiffs from offering evidence or argument (including during opening statements) regarding the allegedly improper conduct of Defendants' counsel. In the alternative, even if the Court defers ruling on the admissibility of testimony and/or evidence until the time of trial, Defendants request that the Court admonish Plaintiffs' counsel that she is not to refer such evidence during her opening statements to the jury.

By: /s/ Margaret M. Sheahan
    Margaret M. Sheahan, ct05862
    Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    (203) 330-2000
    Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on November 1, 2004, to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

John R. Mitola
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

/s/ Margaret M. Sheahan
Margaret M. Sheahan

BPRT/67551.1/GPIA/536293v1