212

FILED
2004 NOV -1 A 9: 0
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER | : | NO.: 3:01cv00452(AVC) |
| Plaintiff | : | (All Cases) |
| JOHANNA S. GEORGIA | : | |
| Plaintiff | : | |
| VS. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants. | : | OCTOBER 29, 2004 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 7(e), the undersigned hereby moves for leave of the Court to withdraw his appearance as counsel for the Defendants in the above referenced action, and in support thereof represents the following:

1. The undersigned, Attorney John R. Mitola, has an appearance in this matter indicating that he is representing the Defendants.

2. For several years now, the Defendants have also been represented by Attorney Robert B. Mitchell and Attorney Margaret M. Sheahan of Pullman & Comley, LLC, in the above referenced action and will continue to be represented by counsel in the foreseeable future.

3:01CV0452 November __, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.