FILED
2004 NOV -2 A 9: 22
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER,<br>Plaintiff | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA,<br>Plaintiff | : | |
| | : | |
| v. | : | |
| | | |
| CITY OF BRIDGEPORT, ET AL.,<br>Defendants | : | NOVEMBER 1, 2004 |

### PLAINTIFFS' MOTION FOR JURY INSPECTION OF PREMISES

As part of the trial of the above-captioned cases scheduled to start November 8, 2004, Plaintiffs in these consolidated cases seek to have the jury inspect the premises of the Bridgeport Fire Department, all women's and all men's living quarters in all firehouses, and the apparatus floor of Firehouse 15, for the following reasons:

1. The relative conditions of the quarters are a claim and material issue to Plaintiffs' disparate treatment claims under Title VII and the state FEPA, and to their civil rights claims (Equal Protection and Due Process) under 42 U.S.C. § 1983, et seq., and to their state common law claims;

2. The parties intend to introduce photographs of women's quarters but all are selective and not comprehensive and cannot capture all aspect of the conditions such as relative location within the firehouses, proximity to alarms, size, air conditioning, heat, windows, etc.

3. The defendants deny Plaintiffs' claims under all counts that a sexual calendar was photographed in and that it depicts the apparatus floor of Bridgeport Engine 15. The calendar

[Margin annotations: "217"; "3:01CV00452 Alfred/v. Covello, U.S.D.J. November 1, 2004. DENIED. SO ORDERED."]