# PULLMAN & COMLEY, LLC
*Attorneys At Law*

RECEIVED
Nov 8   1 09 PM '04
CHAMBERS OF COVELLO
DISTRICT JUDGE

| | | | |
|---|---|---|---|
| ELIZABETH J. AUSTIN | STEPHEN MARCOVICH | GROVE W. STODDARD | PETER S. OLSON |
| MORRIS W. BANKS | THOMAS F. MAXWELL, JR. | MARSHALL J. TOUPONSE | CASSANDRA M. PELAS |
| COLLIN P. BARON | EDWARD P. McCREERY, III | JAMES W. VENMAN | JACLYN C. PETROZELLI |
| DEBORAH S. BRECK | ANDREW J. McDONALD | WILLIAM J. WENZEL | NEIL P. PHILLIPS |
| CHARLES K. CAMPBELL, JR. | ROBERT B. MITCHELL | BARRIE K. WETSTONE | GERALD C. PIA, JR. |
| FRANK B. CLEARY | HERBERT H. MOORIN | JAMES P. WHITE, JR. | MARY BETH KASPER RAPICE |
| JAMES G. DOWLING, JR. | D. ROBERT MORRIS | DIANE W. WHITNEY | BRIAN C. ROCHE |
| GEOFFREY F. FAY | ALAN S. PARKER | MARJORIE WILDER | LORILYN M. ROSALES |
| ANDREW C. GLASSMAN | MARIE V. PHELAN | | AMANDA BALOG SANDERS |
| LAWRENCE J. GOLDEN | ELLIOTT B. POLLACK | DEBRA E. ALTSCHULER | KATHERINE A. SCANLON |
| IRVE J. GOLDMAN | MICHAEL G. PROCTOR | MICHAEL J. ANDREANA | JESSICA A. SLIPPEN |
| BARRY D. GREENE | LEWIS RABINOVITZ | LAURA A. BELLOTTI | LORI L. UNDERBERGER |
| NANCY A. D. HANCOCK | RICHARD C. ROBINSON | KATHERINE E. CAULFIELD | PETER J. VODOLA |
| WILLIAM O'C. HARNISCH* | TIMOTHY G. RONAN | ADAM J. COHEN | GWEN P. WEISBERG |
| JOSHUA A. HAWKS-LADDS | THOMAS A. ROUSE | AMY A. D'ADDETTA | MICHAEL L. WOLF |
| GEORGE J. KASPER | GREGORY F. SERVODIDIO | JARON C. DAVIS | AIMEE J. WOOD |
| JOHN J. KINDL | RONALD CASE SHARP | JOSHUA A. DOLGER | |
| MICHAEL A. KURS | MARGARET M. SHEAHAN | ERIC J. GEORGE | |
| NANCY DeFONCE LAPERA | JAMES T. SHEARIN | JESSICA GROSSARTH | |
| MICHAEL N. LAVELLE | H. WILLIAM SHURE | MATTHEW M. HAUSMAN | *Admitted to practice in |
| JOSEPH M. LODATO | JOHN F. STAFSTROM, JR. | LEE D. HOFFMAN | New York State and the |
| MATTHEW P. LUNDY | JAMES B. STEWART | NORMA R. MANDULAK | District of Columbia only |

Reply to:      Bridgeport
Telephone:   (203) 330-2138
E-Mail:        msheahan@pullcom.com

November 5, 2004

The Honorable Alfred V. Covello
United States District Court Judge
450 Main Street
Hartford, CT 06106

Re:   **Elizabeth Schiller v. City of Bridgeport, et al**
       Docket No. 3:01 CV-00452 (AVC)

       **Johanna S. Georgia v. City of Bridgeport, et al**
       Docket No. 3:01 CV-00717 (AVC)

Dear Judge Covello:

We write to draw the Court's attention to the probability that the six days of trial time now reserved for the trial of these matters will be insufficient to complete the entry of evidence in these consolidated cases.

In the Joint Trial Memorandum, Defendants estimated the trial would consume 20 to 25 days and Plaintiffs estimated 12 days.

The entry of this Court's decision on the Defendants' Motions For Summary Judgment indicates two significant expansions of the scope of the subject matter to be addressed at trial. First, the Court vacated so much of the decision on Defendants' Motion To Dismiss Plaintiff Schiller's case as had declined to rely on the continuing violation theory to permit evidence of discrimination in the fitting of gear occurring during the Plaintiffs' 1999 training. Second,

FILED 2004 NOV 12 A 11:51 U.S. DISTRICT COURT HARTFORD, CT.

(3:01CV452(AVC)) November 12, 2004.
The defendants' letter (document no.   ) is construed as a motion to extend the length of trial. The motion is GRANTED in part and DENIED in part. After reviewing the joint trial memorandum, the court will allow 9 days for trial. Trial will commence on Monday, December 6, 2004, at 10:00am and will continue through Thursday, December 16, 2004. No further extensions will be granted.
SO ORDERED.

Alfred V. Covello
United States District Judge