**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ELIZABETH SCHILLER, | : | NO: 3:01cv00452(AVC) |
|    Plaintiff | | (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, | | |
|    Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| CITY OF BRIDGEPORT, ET AL., | | |
|    Defendants | : | NOVEMBER 19, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO**
**MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE**
**REGARDING DEFENSE COUNSEL'S ALLEGEDLY IMPROPER CONDUCT**

The Plaintiffs in these consolidated cases seek an enlargement of time to November 24, 2004, to file their Opposition to the abovesaid Motion in Limine, for good cause, as follows:

1. The undersigned is a solo practitioner and is in the midst of a heavy litigation schedule, and the movement of trial dates in this matter has rescheduling other matters and priorities, and counsel has military duty out of state this weekend, a "show cause" injunctive hearing Monday, and an agency fact-finding Tuesday;

2. Counsel is half way through the Opposition but cannot complete it by the current date of November 22 due to the military duty this weekend, and a late-scheduled "show cause" hearing expected to require most of Monday.

3. Counsel Margaret Sheahan and Robert Mitchell were contacted via email about the requested extension but could not be reached for response before this Opposition needed to be filed.

**FOR THE PLAINTIFFS,**

Dated_____                    _____

                                                      Susan V. Wallace
                                                      *~ Attorney at Law ~*
                                                      11 Blue Orchard Drive
                                                      Middletown, CT 06457
                                                      Tel: (860) 704-0472  Fax: -0490
                                                      law4us@rcn.com
                                                      Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion for Enlargement of Time" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 19th day of November, 2004, via

    _X_    Regular U.S. Mail, first class, postage prepaid

    ____    U.S. Priority Mail

    ____    U.S. Express Mail or other overnight mail service

    ____    Facsimile

    ____    Hand-delivery


_____
 Susan V. Wallace, Esq.