UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br><br><br> November 19, 2004 |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF RACE-BASED EVENTS AND BRIDGEPORT FIREFIGHTERS FOR MERIT EMPLOYMENT

Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, hereby move for an order, in limine, precluding the introduction of any evidence of race discrimination and racial harassment by Defendants and the Bridgeport Firefighters for Merit Employment ("BFME") on the grounds that race discrimination by any actor is not relevant to this case and any probative value such evidence might have is significantly outweighed by the danger of unfair prejudice and

confusion. The grounds for this motion are more fully set forth in Defendants' supporting Memorandum of Law.

Done at Bridgeport, Connecticut, this 19th day of November, 2004.

        THE DEFENDANTS
        City of Bridgeport, Michael Maglione and Earl Pettway

By: *Margaret M. Sheahan*
        Margaret M. Sheahan, Esq.
        Federal Bar No. ct05862
        Robert B. Mitchell, Esq.
        Federal Bar No. ct02662

Their Attorneys

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
Juris No. 47892 (203) 330-2000
Facsimile (203) 576-8888

### CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on November 19, 2004 to all counsel and pro se parties of record.

For the plaintiffs:

    Susan V. Wallace, Esq.
    11 Blue Orchard Drive
    Middletown, CT 06457
    (860) 704-0472
    (860) 704-0490 (Fax)

*/s/ Margaret M. Sheahan*
Margaret M. Sheahan

BPRT/67551.1/EMP/538718v1