FILED

2004 NOV 22 P 1:49

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, | : | NO: 3:01cv00452(AVC) |
| Plaintiff | : | (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRIDGEPORT, ET AL., | : | |
| Defendants | : | NOVEMBER 19, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE REGARDING DEFENSE COUNSEL'S ALLEGEDLY IMPROPER CONDUCT

The Plaintiffs in these consolidated cases seek an enlargement of time to November 24, 2004, to file their Opposition to the abovesaid Motion in Limine, for good cause, as follows:

1. The undersigned is a solo practitioner and is in the midst of a heavy litigation schedule, and the movement of trial dates in this matter has rescheduling other matters and priorities, and counsel has military duty out of state this weekend, a "show cause" injunctive hearing Monday, and an agency fact-finding Tuesday.

2. Counsel is half way through the Opposition but cannot complete it by the current date of November 22 due to the military duty this weekend, and a late-scheduled "show cause" hearing expected to require most of Monday.

3:01CV452(AVC)
SO ORDERED.

Alfred V. Covello, U.S.D.J.
November 23, 2004 GRANTED.

FILED
2004 NOV 23 A 9:50
U.S. DISTRICT COURT
HARTFORD, CT.