**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ELIZABETH SCHILLER, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br><br><br><br><br> November 22, 2004 |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF CERTAIN ALLEGATIONS, COMPLAINTS, LAWSUITS
AND SETTLEMENTS BROUGHT BY NON-PARTIES**

Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, hereby move for an order, in limine, precluding the introduction of any evidence of complaints made by persons other than the Plaintiffs against the Defendant City, on the grounds that they are irrelevant and highly prejudicial. Plaintiffs have identified documents concerning such complaints as their Exhibits 9, 19, 20, 21, 22, 23, 24, 28, 29, 30 (in part), 32, 33 and 38. The

grounds for this motion are more fully set forth in Defendants' supporting Memorandum of Law.

Done at Bridgeport, Connecticut, this 22nd day of November, 2004.

THE DEFENDANTS
City of Bridgeport, Michael Maglione and Earl Pettway

By:   /s/ Margaret M. Sheahan
      Margaret M. Sheahan, Esq.
      Federal Bar No. ct05862
      Robert B. Mitchell, Esq.
      Federal Bar No. ct02662

      Their Attorneys

      Pullman & Comley, LLC
      850 Main Street
      Bridgeport, CT  06601-7006
      Juris No. 47892  (203) 330-2000
      Facsimile (203) 576-8888

CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on November 22, 2004 to all counsel and pro se parties of record.

For the plaintiffs:

Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT 06457
(860) 704-0472
(860) 704-0490 (Fax)


/s/ Margaret M. Sheahan
Margaret M. Sheahan


BPRT/67551.1/EMP/538870v1