## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** | : | NO: 3:01cv00452(AVC) |
| *Plaintiff* | | (ALL CASES) |
| | : | |
| **JOHANNA S. GEORGIA,** | | |
| *Plaintiff* | | |
| | : | |
| **v.** | | |
| | : | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
| *Defendants* | : | NOVEMBER 27, 2004 |

### PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBIT RE MOTION IN LIMINE TO EXCLUDE DEFENSE EXPERT TESTIMONY, OPINIONS AND REPORT

The Plaintiffs must file manually Exhibit A to their "Motion in Limine to Exclude Defense Expert Testimony, Opinions, and Report" because Exhibit A is a deposition transcript and too lengthy to reproduce and attach as an electronic .pdf document. This Motion and the Motion in Limine are filed in .pdf format on disk.

**FOR THE PLAINTIFFS,**

Dated _____                    _____
                                  Susan V. Wallace
                                   ~ *Attorney at Law* ~
                                  11 Blue Orchard Drive
                                  Middletown, Connecticut 06457
                                  Tel: (860) 704-0472  Fax: -0490
                                  law4us@rcn.com
                                  Fed Bar No. CT08134

2

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing Plaintiffs' Notice of Manual Filing has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 27th day of November, 2004 via:

    ____    Regular U.S. Mail, first class, postage prepaid

    ____    U.S. Priority Mail

    ____    U.S. Express Mail or other overnight mail service

    ____    Facsimile

    ____    Hand-delivery


_____
Susan V. Wallace, Esq.