UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>       Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>       Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
|   VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, In His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>       Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>NOVEMBER 23, 2004 |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
### PLAINTIFFS' EXHIBITS 7, 45 AND 46

    Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, hereby move for an order, in limine, precluding the introduction of Plaintiffs Exhibits 7, 45 and 46 on the grounds that the exhibits are irrelevant and unfairly prejudicial. The grounds for this motion are more fully set forth in Defendants' supporting Memorandum of Law.

-2-

        By: /s/ Margaret M. Sheahan
            Margaret M. Sheahan, ct05862
            Robert B. Mitchell, ct02662
       For: Pullman & Comley, LLC
            850 Main Street, P.O. Box 7006
            Bridgeport, CT  06601-7006
            (203) 330-2000
            Facsimile (203) 576-8888

            ATTORNEYS FOR:
            CITY OF BRIDGEPORT,
            EARL PETTWAY and
            MICHAEL MAGLIONE

## CERTIFICATION

  Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on November 23, 2004, to all counsel and <u>pro</u> <u>se</u> parties of record.

  Susan V. Wallace
  11 Blue Orchard Drive
  Middletown, CT 06457


                /s/ Margaret M. Sheahan
                Margaret M. Sheahan

BPRT/67551.1/EMP/539020v1