### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, In His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED)<br><br><br><br>NOVEMBER 30, 2004 |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
### CERTAIN WEB-BASED EVIDENCE

Defendants, City of Bridgeport, Michael Maglione and Earl Pettway, hereby move for an order, in limine, precluding the introduction of evidence of various Internet postings, appearing primarily in Plaintiffs' Exhibits 3, 4, 7, 46 and 50. The grounds for this motion are that this evidence is largely irrelevant, incapable of authentication, and it is comprised of excerpts of larger documents or series of documents which no longer exist in their entirety

-2-

and therefore cannot be placed in proper context.  The grounds for this motion are more fully set forth in Defendants' supporting Memorandum of Law.

          By:  /s/ Margaret M. Sheahan
               Margaret M. Sheahan, ct05862
               Robert B. Mitchell, ct02662
         For:  Pullman & Comley, LLC
               850 Main Street, P.O. Box 7006
               Bridgeport, CT  06601-7006
               (203) 330-2000
               Facsimile (203) 576-8888

               ATTORNEYS FOR:
               CITY OF BRIDGEPORT,
               EARL PETTWAY and
               MICHAEL MAGLIONE

## **CERTIFICATION**

  Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on November 30, 2004, to all counsel and <u>pro se</u> parties of record.

  Susan V. Wallace
  11 Blue Orchard Drive
  Middletown, CT 06457

                /s/ Margaret M. Sheahan
                Margaret M. Sheahan

BPRT/67551.1/EMP/539555v1