UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, | : | NO: 3:01cv00452(AVC) |
|    Plaintiff | | (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, | | |
|    Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| CITY OF BRIDGEPORT; ET AL. | | |
|    Defendants | : | DECEMBER 2, 2004 |

### PLAINTIFFS' AMENDED WITNESS AND EXHIBIT LISTS

The Plaintiffs submit this amended list of their trial witnesses and exhibits for their case-in-chief, for the reason that since the Parties' Joint Trial Memorandum was filed, the issues have been narrowed, certain events have occurred, and certain conduct has been committed by the defendants City of Bridgeport and Michael Maglione and defense concerning regarding Johanna Georgia's return to work viz. her claim of unlawful retaliation for the exercise of civil rights.

### PLAINTIFF'S TRIAL WITNESSES:

**Witness:**
Plaintiff Elizabeth Schiller
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
All facts in her Amended Complaint and regarding her experiences and hostile environment set forth in co-plaintiff's Amended Complaint; her damages.

**Witness:**
Plaintiff Johanna Georgia
**Number of hours to testify, including cross-examination:**
2
**Summary of anticipated testimony:**

All facts in her Amended Complaint and regarding her experiences and hostile environment set forth in co-plaintiff's Amended Complaint; her damages.

**Witness:**
Terrence O'Connell
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
Disparate treatment of women BFD firefighters; Plaintiff Elizabeth Schiller's emotional distress and damages.

**Witness:**
Roger Kergaravat
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
2
**Summary of anticipated testimony:**
History of discrimination and harassment of female BFD firefighters; in BFD in quartering, assignments, advancement, performance, accommodation of their injuries/disabilities; availability of light duty and other reasonable accommodations for Johanna Georgia; discriminatory and conspiratorial conduct in BFD against women in preference of males; Defendants' responses to his complaints of discrimination, harassment and retaliation against him for his attempts to assist the plaintiffs in their civil rights claims.

**Witness:**
Robert Whitbread
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
History of discrimination and harassment of female BFD firefighters; availability of light duty and other reasonable accommodations for Johanna Georgia; Johanna Georgia's attempts and demands to return to work; fire watch assignments; Defendants' refusal to allow Johanna Georgia to work, or to accommodate her, and attempts to terminate her employment; Defendants' infringements of Johanna Georgia's rights under the CBA, grievances filed, City and Chief Maglione's responses.

**Witness:**
Carlos Reyes
30 Congress Street

Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
Engine 6's male genitalia patch; his complaints about it to senior officers including Dep. Chief Thomas Connor; his attempts to ban its wearing; the continued open wearing of it on uniforms with officers' knowledge.

**Witness:**
Cindy Mattera
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
Her experiences with disparate treatment in her employment in BFD based on her sex; disparate treatment in quartering, assignments and advancement; incidents of harassment of women viz. quarters tampering, gear; preferential treatment of males in BFD; retaliation, lack of policies, procedures, enforcement and responses regarding discrimination/ harassment/retaliation in BFD; conduct of defense counsel Robert Mitchell toward her regarding her trial testimony and regarding her pending EEOC Charge of sex discrimination.

**Witness:**
Debbie Ramos
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
2
**Summary of anticipated testimony:**
Her experiences with disparate treatment in her employment in BFD based on her sex; disparate treatment in quartering, assignments and advancement; incidents of harassment of women viz. quarters tampering, gear; preferential treatment of males in BFD in quartering, assignments, advancement, performance, accommodation of their injuries/disabilities; retaliation, lack of policies, procedures, enforcement and responses regarding discrimination/ harassment/retaliation in BFD; sexual harassment and retaliation against BFD FF Kathy Denton.

**Witness:**
Ina Anderson
1311 Kossuth Street
Bridgeport, CT 06608
**Number of hours to testify, including cross-examination:**

2
**Summary of anticipated testimony:**
Her experiences with disparate treatment in her employment in BFD based on her sex; disparate treatment in quartering, assignments and advancement; incidents of harassment of women and minorities viz. quarters tampering, gear; sexual harassment and retaliation against BFD FF Kathy Denton; preferential treatment of White males in BFD in quartering, assignments, advancement, performance, accommodation of their injuries/disabilities; retaliation, lack of policies, procedures, enforcement and responses regarding discrimination/ harassment/retaliation in BFD; her CHRO/EEOC Charge of sex discrimination; sex discrimination as a reason for her resignation from BFD.

**Witness:**
Manuel Firpi
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
Condition of women's quarters; no air conditioning installed in women's quarters of Firehouse 7/11's; his role in investigating air conditioning and report to senior officers; need to avoid heat stress on firefighters; senior officers' orders regarding quartering and traveling of women firefighters due to lack of air conditioning; BFD history of sexual harassment and retaliation of female BFD firefighters; complaints of Kathy Denton against him; BFD policies, procedures, practices re enforcement and responses regarding discrimination/ harassment/retaliation, treatment of female firefighters viz. quarters and assignments in BFD; Plaintiff Georgia's attempted "resignation" in early training.

**Witness:**
Frederick Haschak
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
Condition of women's quarters; no air conditioning installed in women's quarters of Firehouse 7/11's; notice of that fact to him and other senior officers; need to avoid heat stress on firefighters; his and senior officers' orders regarding quartering and traveling of women firefighters due to lack of air conditioning; policies and practices re treatment of female firefighters viz. quarters and assignments in BFD; his response to complaints by Elizabeth Schiller of offensive sexual materials in workplace; Patrick Shevlin's directions to him to bar union president Roger Kergaravat from depositions in this action in retaliation to Kergaravat for assisting the Plaintiffs.

**Witness:**
Michael Calderoni
30 Congress Street
Bridgeport, CT 06604
**Number of hours to testify, including cross-examination:**
1
**Summary of anticipated testimony:**
Donald Day sexual slur incident; his CHRO/EEOC Charge of sex discrimination, sexual harassment; incidents of sex discrimination, harassment of women in BFD; his internal complaint of child pornography on BFD computer system; City's response to his complaints, retaliation against him; City's settlement with him.

**Witness:**
Patrick Shevlin
16050 Northwest 10th Circle
Citra, FL
**Number of hours to testify, including cross-examination:**
Will be submitted by deposition pursuant to Fed. R. Civ. Pro. 32 (a)(2), as an officer, director, or managing agent, or a person designated under Rule 30(b)(6) to testify on behalf of the City of Bridgeport, and per Rule 32(a)(3)(B), as the witness lives at a greater distance than 100 miles from the place of trial.
**Summary of anticipated testimony:**
Condition of women's quarters; no air conditioning installed in women's quarters of Firehouse 7/11's; notice of that fact to him and other senior officers; his and senior officers' orders regarding quartering and traveling of women firefighters due to lack of air conditioning; his threats and retaliation against Roger Kergaravat for assisting the Plaintiffs with their discrimination/harassment/retaliation claims; his attempts to remove Johanna Georgia from the job; his refusal to accommodate Georgia's injury; his accommodation of male employees' injuries and illnesses; his attempt to discourage Nancy Petrucelli from complaining about harassment; his interference with Plaintiffs' union providing documents them records and information about discrimination and harassment n BFD; accommodation of him and other White males relative to lack of accommodation provided to Johanna Georgia; his harassment/retaliation of Plaintiff regarding leave time.

**Witness:**
Kim Estes
2900 Main Street
Stratford, CT
**Number of hours to testify, including cross-examination:**
l
**Summary of anticipated testimony:**

5

She is Johanna Georgia's Workers' Comp-approved Physical Therapist administering a work-hardening program to return Georgia to work. Subjects of testimony are Georgia's fitness for duty as a Firefighter, performance of firefighting functions in work-hardening program, and effect of fit of Georgia's firefighting turnout gear upon her performance.

**PLAINTIFFS' EXHIBITS:**

In addition to previously listed exhibits that may be offered, the following will be demonstrated to the jury: fit of each Plaintiffs' uniforms and turnout gear.

                                **FOR THE PLAINTIFFS,**

Dated_____      _____
                                                Susan V. Wallace
                                                *~ Attorney at Law ~*
                                                11 Blue Orchard Drive
                                                Middletown, CT 06457
                                                Tel: (860) 704-0472  Fax: -0490
                                                law4us@rcn.com
                                                Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Plaintiffs' Amended Witness and Exhibit Lists" has been served upon: Robert B. Mitchell, Esq., Margaret M. Sheahan, Esq., Pullman & Comley, LLC, 850 Main Street, P.O. Box 7006, Bridgeport, CT 06601-7006,

on this 2nd day of December, 2004, via:

    _X_   Regular U.S. Mail, first class, postage prepaid

    ____   U.S. Priority Mail

    ____   U.S. Express Mail or other overnight mail service

    ____   Facsimile

    _X_   Hand-delivery


_____
Susan V. Wallace, Esq.