FILED

2004 NOV -2 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>　　　　　　　Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>　　　　　　　Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>　　　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>NOVEMBER 1, 2004 |

3:01CV452(AVC). December 3, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 DEC -3 P 12: 44 U.S. DISTRICT COURT HARTFORD, CT.

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ARGUMENT AND EVIDENCE REGARDING COUNSEL'S ALLEGEDLY IMPROPER CONDUCT

The Defendants, City of Bridgeport ("the City"), Earl Pettway ("Pettway"), and Michael Maglione ("Maglione") (collectively, "Defendants"), file this motion *in limine* to preclude the Plaintiffs, Elizabeth Schiller ("Schiller") and Johanna S. Georgia ("Georgia") (collectively, "Plaintiffs"), from offering any evidence or argument (including during opening statements) regarding any allegedly improper conduct by Defendants' counsel, on