FILED
2004 NOV 22 P 1: 38
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| ELIZABETH SCHILLER, | CIVIL ACTION |
| --- | --- |
| Plaintiff, | NO. 3:01 CV-00452 (AVC) |

| JOHANNA S. GEORGIA | |

3:01CV452(AVC) December 3, 2004. The defendants' motion in limine (doc. no.226) argues that the court should exclude "evidence or argument (including during opening statements) regarding race discrimination or the existence or any actions of the BFME (Bridgeport Firefighters for Merit Employment)." Specifically, the defendants argue that both evidence of "[r]ace discrimination and harassment" and evidence of "BFME conduct" is "irrelevant and of no probative value." In the context of racial discrimination, the Second Circuit has held that "[r]emarks targeting members of other minorities . . . may contribute to the overall hostility of the working environment for a minority employee." Cruz v. Coach Stores, Inc., 202 F.3d 560, 570 (2d Cir. 2000)." Furthermore, the court held that in cases alleging "both race-based and sex-based hostility, a jury could find that . . . racial harassment exacerbated the effect of . . . sexually threatening behavior and vice versa." Id. at 572. See also Hicks v. Gates Rubber Co., 833 F.2d 1406 (10th Cir. 1406)(African-American female alleging both racial and sexual discrimination may introduce evidence of both to establish a hostile work environment). However, here the plaintiffs do not allege racial discrimination, nor do they allege a combination of racial and sexual discrimination. Rather, their claims are based solely on sexual discrimination. The court is unable to find any authority supporting the proposition that a white female alleging sexual discrimination may rely on incidents of racial discrimination in support of a sexual discrimination claim. Accordingly, the motion is GRANTED and evidence of racial discrimination and harassment shall be excluded at trial. The court also grants the motion to exclude evidence regarding the BFME only to the extent that such evidence relates to alleged racial discrimination or harassment by the BFME.
SO ORDERED.

Alfred V. Covello
United States District Judge