FILED

2004 NOV 29 A 9 03

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>                        Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>                        Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>                        Defendants. | (CONSOLIDATED)<br><br><br><br><br><br><br>November 22, 2004 |

FILED DEC -3 P 12:46 DISTRICT COURT HARTFORD, DT.

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CERTAIN ALLEGATIONS, COMPLAINTS, LAWSUITS AND SETTLEMENTS BROUGHT BY NON-PARTIES

3:01CV00452(AVC) December 3, 2004. The defendants' motion in limine (doc. no.230) argues that the court should exclude "certain allegations, complaints, lawsuits and settlements brought by non-parties." Specifically, the exhibits at issue are plaintiffs' exhibits "9, 19, 20, 21, 22, 23, 24, 28, 29, 30 (in part), 32, 33, and 38." As to exhibit 9, the motion is DENIED as moot because the court has ruled exhibit 9 in connection with the defendants' motion (doc. no.226) to exclude evidence of "race-based events." As to the other exhibits, the motion is DENIED without prejudice to its reargument during trial. See Fed. R. Evid. 901, 804(b)(1). SO ORDERED.

                                              Alfred V. Covello
                                              United States District Judge