UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER, <br>     Plaintiff | :    NO: 3:01cv00452(AVC) <br>    (ALL CASES) |
| JOHANNA S. GEORGIA, <br>     Plaintiff | : |
| v. | : |
| CITY OF BRIDGEPORT, ET AL., <br>     Defendants | :    NOVEMBER 27, 2004 |

### PLAINTIFFS' MOTION IN LIMINE
### TO EXCLUDE DEFENSE EXPERT TESTIMONY, OPINIONS AND REPORT

Defendants have offered as an expert Arnold Levine, Ph.D., of Columbia, South Carolina, pertaining to Plaintiffs' former claims of disparate impact in hiring. Plaintiffs seek an order barring the

01CV00452(AVC)   December 3rd, 2004. The plaintiffs' motion (doc. no. 232) to exclude the "expert testimony, opinions and report" of Dr. Arnold Levine is GRANTED. The defendants' pretrial memorandum lists Dr. Arnold Levine as a proposed witness and states that he "will testify regarding his statistical analysis of hiring by the Bridgeport Fire Department with respect to gender." The court previously ruled on summary judgment (doc. no.221) that the plaintiffs' "claims based on failure to hire are time barred." Furthermore, the court ruled that the plaintiff had failed to raise a genuine issue of fact as to the Title VII claims of disparate impact discrimination. Because the subject matter about which Dr. Levine was to testify is no longer at issue in this case, the court grants the motion to exclude his testimony. See Fed. R. Evid. 402 (stating "[e]vidence which is not relevant is not admissible"); Fed. R. Evid. 401 (defining relevant evidence as evidence "having any tendency to make the existence of any fact *that is of consequence to the determination of the action* more probable or less probable than it would be without the evidence"(emphasis added)).
SO ORDERED.

                                              Alfred V. Covello
                                              United States District Judge