FILED

2004 NOV 29 A 9 30

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS. | |
| CITY OF BRIDGEPORT; DONALD DAY, In His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief | (CONSOLIDATED) |

01CV452(AVC) December 3rd, 2004. The defendants' motion (doc. no. 223) is GRANTED in part and DENIED in part. The defendants argue the court should exclude three of the plaintiffs' proposed trial exhibits. Specifically, defendants argue that the court should exclude: 1) "a <u>Fairfield County Weekly</u> newspaper article about a BFD reference in, and a BFD employee connection to, two different internet items with 'adult content (Exhibit 7)," 2) "photos and text from 'Katie's World' website (Exhibit 46)," and 3) a videotape "recorded by Plaintiff Schiller of televisions in BFD firehouses playing Playboy and Spice Channel broadcasts" (Exhibit 45). First, as to the article, the motion is GRANTED and the evidence is excluded to the extent that the plaintiffs offer the article for the truth of the matter asserted therein. Fed. R. Evid. 802. <u>See also</u> Am. Jur. <u>Evidence</u> § 1424(2004). Second, as to the photos and text from "Katie's World" website, the motion is GRANTED without prejudice. The plaintiffs may move to admit the evidence upon compliance with Fed. R. Civ. P. 901. Third, as to the videotape the motion is DENIED. The videotape is admissible, pending the plaintiff's authentication of the videotape in accordance with Fed. R. Civ. P. 901, to the extent that the tape shows that the television was capable of receiving the channels and there is testimony that the Playboy and Spice channels were regularly displayed in the firehouse.
SO ORDERED.

Alfred V. Covello
United States District Court