# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>                  Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>                  Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS. | |
| CITY OF BRIDGEPORT; DONALD DAY, In His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire | (CONSOLIDATED) |

3:01CV452(AVC) December 3⃝, 2004. The defendants motion in limine (doc. no. 236) argues that the court should exclude "certain web-based evidence." Specifically, the defendants argue that the court should exclude "Plaintiffs' Exhibits 3, 4, 7, 46 and 50." As to exhibits 7 (<u>Fairfield County Weekly</u> article) and exhibit 46 (photographs on "Katies World" website) the motion is DENIED as moot because the court ruled on these exhibits in connection with the defendants' motion <u>in limine</u> (doc. No. 233) issued this day. As to the remaining exhibits, plaintiffs' proposed exhibit 3 is a "composite of Signal 29 website board postings," exhibit 4 is a "composite of BFD Website pages, 3engine.com, Engine 10's, city website, internet chat posting by BFD male personnel re: BFD female firefighters," and exhibit 50 is a "all exhibits from [the] deposition of James Sanquelduce." The court GRANTS the motion as to exhibit 3 and 4 without prejudice. The plaintiff may move for admission of exhibits 3 and 4 upon compliance with Fed. R. Civ. P. 901. As to exhibit 50, the motion is DENIED without prejudice. The defendants may move to exclude the exhibit during trial and the court reserves its ruling until that time.
SO ORDERED.

                                            Alfred V. Covello
                                            United States District Judge