**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** | : | **NO: 3:01cv00452(AVC)** |
| *Plaintiff* | | **(ALL CASES)** |
| | : | |
| **JOHANNA S. GEORGIA,** | | |
| *Plaintiff* | | |
| | : | |
| **v.** | | |
| | : | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
| *Defendants* | : | **DECEMBER 3, 2004** |

**PLAINTIFF JOHANNA GEORGIA'S MOTION TO SEAL**
**PETITION FOR INJUNCTION AND WRIT OF MANDAMUS**

Plaintiff Johanna Georgia filed a Motion to Seal Petition for Injunction and Writ of Mandamus dated December 1, 2004, which indicated thereon that it is to be filed under seal.

Plaintiff hereby moves that said Petition be filed under seal pursuant to the Protective Order by the Court (Covello, J.) dated March 19, 2004.

**FOR THE PLAINTIFF JOHANNA GEORGIA,**

Dated _____          _____
                        Susan V. Wallace
                         ~ *Attorney at Law* ~
                        11 Blue Orchard Drive
                        Middletown, Connecticut 06457
                        Tel: (860) 704-0472  Fax: -0490
                        law4us@rcn.com
                        Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Plaintiff Johanna Georgia's Motion to Seal Petition for Injunction and Writ of Mandamus" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 3rd day of December 2004 via:

    _X_    Regular U.S. Mail, first class, postage prepaid

    ____    U.S. Priority Mail

    ____    U.S. Express Mail or other overnight mail service

    ____    Facsimile

    ____    Hand-delivery

_____
Susan V. Wallace, Esq.