United States District Court
District of Connecticut
FILED AT HARTFORD
12|6|04
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** | : | **NO: 3:01cv00452(AVC)** |
| *Plaintiff* | | **(ALL CASES)** |
| | : | |
| **JOHANNA S. GEORGIA,** | | |
| *Plaintiff* | | |
| | : | |
| **v.** | | |
| | : | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
| *Defendants* | : | **DECEMBER 5, 2004** |

### PLAINTIFFS' MOTION TO FILE MANUALLY UNDER SEAL RE: OBJECTIONS TO DEFENDANTS' SUPPLEMENT TO TRIAL WITNESS AND EXHIBITS LISTS AND PLAINTIFFS' PROPOSED STIPULATIONS FOR JOINT EXHIBITS

Plaintiffs must file the accompanying Objections to Defendants' Supplement to Trial Witness and Exhibits Lists And Plaintiffs' Proposed Stipulations For Joint Exhibits Second Amended Exhibit List" manually under seal pursuant to the Protective Order by the Court (Covello, J.) dated March 19, 2004.

FOR THE PLAINTIFFS,

Dated 12-5-04

Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing Plaintiffs' Motion to File Manually Under Seal has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 5th day of December 2004 via:

    \_\_\_    Regular U.S. Mail, first class, postage prepaid

    \_\_\_    U.S. Priority Mail

    \_\_\_    U.S. Express Mail or other overnight mail service

    X    Facsimile

    \_\_\_    Hand-delivery

_____
Susan V. Wallace, Esq.