United States District Court
District of Connecticut
FILED AT HARTFORD
12/6/04
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| JOHANNA S. GEORGIA, *Plaintiff* | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | DECEMBER 4, 2004 |

## PLAINTIFFS' MOTION TO FILE
## SECOND AMENDED EXHIBIT LIST MANUALLY UNDER SEAL

Plaintiffs must file their Second Amended Exhibit List dated December 4, 2004, manually under seal pursuant to the Protective Order by the Court (Covello, J.) dated March 19, 2004.

FOR THE PLAINTIFFS,

Dated 12-4-04

Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Plaintiffs' Motion to File Second Amended Exhibit List Manually Under Seal" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 4th day of December 2004 via:

    ___ Regular U.S. Mail, first class, postage prepaid

    ___ U.S. Priority Mail

    ___ U.S. Express Mail or other overnight mail service

    _X_ Facsimile

    ___ Hand-delivery

Susan V. Wallace, Esq.

2