FILED
2004 DEC -3 P 4: 32
U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| JOHANNA S. GEORGIA, *Plaintiff* | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | DECEMBER 3, 2004 |

### PLAINTIFF JOHANNA GEORGIA'S MOTION TO SEAL PETITION FOR INJUNCTION AND WRIT OF MANDAMUS

Plaintiff Johanna Georgia filed a Motion to Seal Petition for Injunction and Writ of Mandamus dated December 1, 2004, which indicated thereon that it is to be filed under seal.

Plaintiff hereby moves that said Petition be filed under seal pursuant to the Protective Order by the Court (Covello, J.) dated March 19, 2004.

FOR THE PLAINTIFF JOHANNA GEORGIA,

Dated 12-3-04

Susan V. Wallace
~Attorney at Law~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

*[Margin annotations: "GRANTED. Alfred V. Covello, U.S.D.J. December 6, 2004  3:01CV452 (AVC) SO ORDERED."]*

*[Stamp: FILED 2004 DEC 7 P 5:28 U.S. DISTRICT COURT HARTFORD, CT]*