FILED

2004 DEC -1 P 12: 34

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER,<br>*Plaintiff* | : | NO: 3:01cv00452(AVC)<br>(ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA,<br>*Plaintiff* | : | |
| | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL.<br>*Defendants* | : | DECEMBER 1, 2004 |

### PLAINTIFF JOHANNA GEORGIA'S PETITION FOR INJUNCTION AND WRIT OF MANDAMUS

Plaintiff Johanna Georgia petitions the Court for an Injunction pursuant to Fed. R. Civ. Pro. 65, to prohibit the Defendants CITY OF BRIDGEPORT and FIRE CHIEF MICHAEL MAGLIONE from interfering with or refusing to allow Georgia to return to work, and for a writ of mandamus pursuant to 28 U.S.C. § 1651 directing said Defendants to comply with defense counsel's express representations to the Court (Smith, U.S.M.J.) on November 29, 2004, that they would immediately return Georgia to full duty in her position as a Bridgeport Firefighter as soon as her treating physician issues a return-to-work note with no restrictions upon her functioning, which note has been obtained, as follows:

[Handwritten margin annotation:]
3:01CV452(AVC) December 6, 2004. DENIED. This court does not have authority to issue a writ of mandamus. See Fed. R. Civ. P. 81(b). SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 DEC 13 P [...] U.S. DISTRICT COURT HARTFORD, CT.