FILED

2004 DEC -3 P 4: 32

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER** | : | NO: 3:01cv00452(AVC) |
| Plaintiff | | (ALL CASES) |
| | : | |
| **JOHANNA S. GEORGIA** | | |
| Plaintiff | : | |
| | | |
| v. | : | |
| | | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
| Defendants | : | DECEMBER 3, 2004 |

### PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENA DUCES TECUM TO NON-PARTY ALBERTUS MAGNUS COLLEGE, AND MOTION IN LIMINE

The Plaintiffs move to quash a certain subpoena duces tecum that the defense has served upon a non-party, Albertus Magnus College of New Haven, and for an order excluding from evidence and testimony Plaintiff's college records, as follows:

1. Defense counsel have served a subpoena duces tecum upon a non-party, Albertus Magnus College of New Haven, which Plaintiff attended prior to her hire by City of Bridgeport;

2. Defense counsel did not serve a copy or notice of their subpoena upon Plaintiffs' counsel, or inform the court and counsel of this subpoena for additional discovery during the Pretrial Conferences and in record discussions with the Court of outstanding evidentiary issues on December 2nd following juror selection;

3. Discovery in this matter closed many months ago;

*[Margin annotations: "3:01CV452(AVC). SO ORDERED. December 7, 2004. GRANTED. Alfred V. Covello, U.S.D.J."]*

*[Stamp: FILED 2004 DEC 13 P 1:16 U.S. DISTRICT COURT HARTFORD, CT]*