United States District Court
District of Connecticut
FILED AT HARTFORD
12/6/04
Kevin F. Rowe, Clerk
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | DECEMBER 4, 2004 |

### PLAINTIFFS' MOTION TO FILE SECOND AMENDED EXHIBIT LIST MANUALLY UNDER SEAL

Plaintiffs must file their Second Amended Exhibit List dated December 4, 2004, manually under seal pursuant to the Protective Order by the Court (Covello, J.) dated March 19, 2004.

FOR THE PLAINTIFFS,

Dated 12-7-04

Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

---

*[Sideways margin annotation, left side:]* The plaintiffs' motion "to file second amended exhibit list manually under seal" is GRANTED.

*[Sideways margin annotation, bottom:]* 3:01CV452(AVC) December 7, 2004. SO ORDERED. Alfred V. Covello, U.S.D.J.

*[Stamp:]* FILED 2004 DEC 13 P 2:16 U.S. DISTRICT COURT HARTFORD CT