United States District Court
District of Connecticut
FILED AT HARTFORD
12/6/04
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| JOHANNA S. GEORGIA, *Plaintiff* | : | |
| v. | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | DECEMBER 5, 2004 |

**PLAINTIFFS' MOTION TO FILE MANUALLY UNDER SEAL RE: OBJECTIONS TO DEFENDANTS' SUPPLEMENT TO TRIAL WITNESS AND EXHIBITS LISTS AND PLAINTIFFS' PROPOSED STIPULATIONS FOR JOINT EXHIBITS**

Plaintiffs must file the accompanying Objections to Defendants' Supplement to Trial Witness and Exhibits Lists And Plaintiffs' Proposed Stipulations For Joint Exhibits Second Amended Exhibit List" manually under seal pursuant to the Protective Order by the Court (Covello, J.) dated March 19, 2004.

FOR THE PLAINTIFFS,

Dated 12-5-04

Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

---

[Margin annotation, left side, rotated:]
3:01CV452(AVC) December 7, 2004. The plaintiffs' "motion to file manually under seal re: objections to defendants' supplement to trial witness and exhibits lists" is GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

[Stamp:] FILED 2004 DEC 13 P 2: [?]  U.S. DISTRICT COURT HARTFORD, CT