## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** | : | **NO: 3:01cv00452(AVC)** |
| *Plaintiff* | | **(ALL CASES)** |
| | : | |
| **JOHANNA S. GEORGIA,** | | |
| *Plaintiff* | | |
| | : | |
| v. | | |
| | : | |
| **CITY OF BRIDGEPORT; ET AL.** | | |
| *Defendants* | : | **DECEMBER 13, 2004** |

### STIPULATION OF DISMISSAL

The parties and their counsel stipulate to dismissal with prejudice of all claims in the two actions consolidated under the above-entitled docket number, including number 3:01cv00717(AVC), by both named Plaintiffs Elizabeth Schiller, a/k/a Elizabeth O'Connell, and Johanna Georgia, as to the following named defendant only: **Earl Pettway**, without costs or attorney's fees taxable to or by any party.


**FOR THE PLAINTIFFS
and as their counsel,**


Dated _____          _____
                                                Susan V. Wallace
                                               *~ Attorney at Law ~*
                                               11 Blue Orchard Drive
                                               Middletown, Connecticut 06457
                                               Tel: (860) 704-0472  Fax: -0490
                                               law4us@rcn.com
                                               Fed Bar No. CT08134

**FOR THE DEFENDANTS,**
**and as their counsel and for Pullman & Comley, LLC,**

Dated _____                    _____
                                                           Robert B. Mitchell, Esq.
                                                           Pullman & Comley, LLC
                                                           850 Main Street
                                                           P.O. Box 7006
                                                           Bridgeport, CT 06601-7006
                                                           Tel (203) 330-2238
                                                           Fax (203) 576-8888
                                                           rbmitchell@pullcom.com
                                                           Fed Bar No. CT_____

Dated _____                    _____
                                                           Margaret M. Sheahan, Esq.
                                                           Pullman & Comley, LLC
                                                           850 Main Street
                                                           P.O. Box 7006
                                                           Bridgeport, CT 06601-7006
                                                           Tel (203) 330-2238
                                                           Fax (203) 576-8888
                                                           msheahan@pullcom.com
                                                           Fed Bar No. CT_____