266

**FILED**

2004 DEC 13 P 2: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| **JOHANNA S. GEORGIA,** *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF BRIDGEPORT; ET AL.** *Defendants* | : | **DECEMBER 13, 2004** |

### STIPULATION OF DISMISSAL

The parties and their counsel stipulate to dismissal with prejudice of all claims in the two actions consolidated under the above-entitled docket number, including number 3:01cv00717(AVC), by both named Plaintiffs Elizabeth Schiller, a/k/a Elizabeth O'Connell, and Johanna Georgia, as to the following named defendant only: **Earl Pettway**, without costs or attorney's fees taxable to or by any party.

3:01CV452(AVC) December 14, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 DEC 14 A 5:58
U.S. DISTRICT COURT
HARTFORD, CT.

Dated 12-13

FOR THE PLAINTIFFS
and as their counsel,

/s/ Wallace
Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134