United States District Court
District of Connecticut
FILED AT HARTFORD
12/6/04
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA, <br><br> Plaintiff, | CIVIL ACTION <br> NO. 3:01 CV-00717 (AVC) |
| VS. <br><br> CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity, <br><br> Defendants. | (CONSOLIDATED) <br><br><br><br> December 4, 2004 |

### DEFENDANTS' SUPPLEMENT TO TRIAL WITNESS AND EXHIBIT LISTS

In addition to the witness listed in the parties Joint Trial Memorandum, the Defendants add the following witnesses and exhibits as follows:

DEFENSE WITNESSES

>Glenn Duda – .5 hours
>Bridgeport Fire Department
>30 Congress Street
>Bridgeport, CT 06604
>
>>This witness will testify regarding his design of the patch identified as Plaintiffs' Exhibit 6.
>
>Edward Voccola – .5 hours
>Bridgeport Fire Department
>30 Congress Street
>Bridgeport, CT 06604
>
>>This witness will testify regarding Plaintiff Georgia's allegations that he was allowed to work on the line with medical restrictions.
>
>Susan Sullivan, RN – 2 hours
>Berkley Administrators of Connecticut, Inc.
>P.O. Box 4012
>Farmington, CT 06034
>
>>This witness will testify regarding Plaintiff Georgia's medical leave for the injury she received on August 9, 2001, and reports made to Berkley Administrators of Connecticut respecting her condition and availability for work as a firefighter.

DEFENDANTS' EXHIBITS:

159.  Job Description of a Firefighter

160.  Composite of Berkley Administrators of Connecticut Worker's Compensation records regarding Georgia

161.  Composite of BFD specifications for turnout gear for 1996, 2001 and 2004 and OSHA Standard 1910.156

162.  Health Department posting regarding hazardous waste

By: *Margaret M. Sheahan* (signature)
Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

**CERTIFICATION**

    Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed and faxed on December 4, 2004 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

*[signature]*
Margaret M. Sheahan

BPRT/67551.1/EMP/540186v1