United States D...
District of Con...
FILED AT H...
12/15/04
Kevin F. Rowe, Clerk
By: Walker
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, *Plaintiff* | | |
| | : | FILED UNDER SEAL |
| v. | | |
| | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | DECEMBER 15, 2004 |

## PLAINTIFFS' MOTION TO PRESERVE

Plaintiffs move for an order that certain tangible items used as a jury demonstration at trial be ordered preserved in the custody of Johanna Georgia or her counsel pending further proceedings or any appeal in the above captioned consolidated actions, as follows:

1. At trial of these actions, Plaintiff Johanna Georgia demonstrated her firefighting turnout gear jacket and pants with suspenders to the jury;

2. The turnout gear was demonstrated in support of both Plaintiffs' claims of disparate treatment, a sexually hostile work environment, retaliation, and deprivations of Equal Protection of the Law;

3. The turnout gear was purchased by the City of Bridgeport and given to Johanna Georgia for her work. She has retained possession of it for some 5 years now;

4. Because Johanna Georgia needs to use the gear at work until such time as the City provides new replacement items, it was not entered into evidence;

5. The City has indicated that it may be issuing Georgia replacement gear any day now. The usual operating procedure in the Fire Department is that it confiscates and presumably destroys the old gear from the firefighter when it issues the new;

6. Given that the gear that was demonstrated at trial is supposed to be replaced shortly, there is no reason that Plaintiff Johanna Georgia or her counsel cannot retain custody of it;

7. Plaintiffs have the greatest interest in retaining the items the present condition for admission as material evidence (after it is retired from use) should there be a new trial in this case.

**FOR THE PLAINTIFFS,**

Dated 12/15-04

_____
Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Plaintiffs' Motion to Preserve" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 15th day of December 2004 via:

  ____ Regular U.S. Mail, first class, postage prepaid

  ____ U.S. Priority Mail

  ____ U.S. Express Mail or other overnight mail service

  ____ Facsimile

  _X_ Hand-delivery

_____
Susan V. Wallace, Esq.