AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 15 P 12: 05
U.S. DISTRICT COURT
HARTFORD, CT.

Elizabeth Schiller, et al

V.

City of Bridgeport, et al

Plaintiffs
EXHIBIT AND WITNESS LIST

Case Number: 3:01cv452 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Wallace | Mitchell, Sheahan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/6/04 - 12/15/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/6/04 | | ✓ | Elizabeth (Schiller) O'Connell - sworn |
| ✓ 44 | | | ✓ | ✓ | Liquor Store Calendar |
| ✓ 43 | | | ✓ | ✓ | Engine 15 Pin Up Calendar |
| ✓ 6 | | | ✓ | ✓ | Firehouse 6's Patch |
| ✓ 17 | | | ✓ | ✓ | 5/7/01 order from Chief re: Engine 6 |
| | | 12/6/04 | | ✓ | Manuel Firpi, Bridgeport, CT |
| ✓ 36 | | | ✓ | ✓ | Composite of memos (Firpi) re: female ff's |
| | | 12/7/04 | | ✓ | Elizabeth O'Connell - already sworn |
| | | 12/7/04 | | ✓ | Ina Anderson, Bridgeport, CT - sworn |
| ✓ 22 | | 12/7/04 | ✓ | ✓ | 4. Ina Anderson's CHRO claim |
| | | 12/7/04 | | ✓ | Cindy Mattera, Bridgeport, CT. sworn |
| ✓ 52 | | 12/7/04 | ✓ | ✓ | Form 2326 - Mattera complaint 12/1/04 |
| ✓ 52a | | 12/7/04 | ✓ | ✓ | Xtreme magazine founde firehouse re: 62 above |
| | | 12/7/04 | | ✓ | Michael Calderoni, Bridgeport, CT - sworn |
| ✓ 28 | | 12/7/04 | ✓ | ✓ | Michael Calderoni CHRO/EEOC complaint |
| ✓ 30 | | 12/7/04 | ✓ | ✓ | Firehouse log notes re: Michael Calderoni complaint |
| | | 12/7/04 | | ✓ | Roger Kergaravat, Bridgeport, CT - sworn |
| | | 12/7/04 | | ✓ | Terance O'Connell, sworn reading Patrick Sheulin depo |
| | | 12/7/04 | | ✓ | Johanna Georgia, Bridgeport, CT, sworn |
| | | 12/8/04 | | ✓ | Johanna Georgia, Bridgeport, CT - previously sworn |
| ✓ 2 | | 12/8/04 | ✓ | ✓ | Resignation revocation notice re: FF Georgia |
| ✓ 1 | | 12/8/04 | ✓ | ✓ | FF Georgia correspondence re: work / City HR. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST — CONTINUATION

Elizabeth Schuller vs. City of Bridgeport

CASE NO. 3:01CV452 (AVC)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ 48 | | 12/8/04 | ✓ | ✓ | Collective Bargaining Agreement |
| ✓ 5 | | 12/8/04 | ✓ | ✓ | Composite of BFD educational benefits paid |
| | | 12/9/04 | | ✓ | Reading of transcript of Shevlin deposition |
| | | 12/9/04 | | ✓ | Frederick Haschak, Bridgeport, CT. Sworn |
| | | 12/9/04 | | ✓ | Terrence O'Connell, Bridgeport - previously sworn |
| ✓ 37 | | 12/10/04 | ✓ | ✓ | Composite re: female turnout gear - Obj by Δ withdrawn |
| ✓ 40 | | 12/10/04 | ✓ | ✓ | City's agreement w/ union re: forced medical retirement |
| ✓ 16 | | 12/10/04 | ✓ | ✓ | 9/25/00 Donald Day Investigation Report |
| → R | | 12/13/04 | | ✓ | Kevin Congdon, Atty - Rebuttal Witness - sworn |
| | | 12/13/04 | | ✓ | Sandy Bailee, sworn - rebuttal |
| | | 12/13/04 | | ✓ | Terrence O'Connell - previously sworn |
| ✓ 3 | ? | 12/13/04 | ✓ | ✓ | Signal 29 Website - only one page as redacted. |
| | | 12/13/04 | | ✓ | Elizabeth Schuller O'Connell - previously sworn |
| 27 | | 12/14/04 | ✓ | ✓ | Transcript of Nancy Petrucelli re: Donald Day incident |
| 25 | | 12/14/04 | ✓ | ✓ | Nancy Petrucelli / Johanna Georgia statement |
| 24 | | 12/14/04 | ✓ | ✓ | Nancy Petrucelli internal complaint re: Donald Day |
| 26 | | 12/14/04 | ✓ | ✓ | Nancy Petrucelli letter to Johanna Georgia |
| | | 12/14/04 | | ✓ | Johanna Georgia, previously sworn |

Page___ ___ of_____Pages