≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

**FILED** 2004 DEC 15 PM 12: 05
US DISTRICT COURT
HARTFORD, CT

Elizabeth Schiller, et al

V.

City of Bridgeport, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:01cv452 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Wallace | Mitchell, Sheahan |
| TRIAL DATE (S) 12/6/04 - 12/15/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 5 | 12/6/04 | ✓ | ✓ | Bpt FD Sexual harassment directive |
| ✓ | 6 |  | ✓ | ✓ | City of Bpt Sexual harassment policy |
| ✓ | 16 |  | ✓ | ✓ | Acknowledgement of receipt of policies 8/26/99 ES |
| ✓ | 41 |  | ✓ | ✓ | Form 2326 by ff Schiller dated Feb 2000 |
| ✓ | 87 |  | ✓ | ✓ | Form 2326 by ff Schiller 3/5/00 re: Day/male stripper |
| ✓ | 89 |  | ✓ | ✓ | Form 2326 by ff Schiller 3/16/00 re: BB material |
| ✓ | 91 | 12/6/04 | ✓ | ✓ | Form 2326 by ff Schiller 3/29/00 re: female toilet |
| ✓ | 58 | 12/7/04 | ✓ | ✓ | Tape of 5/7/01 meeting |
| ✓ | 59 | " " | ✓ | ✓ | Transcript of tape in Exhibit 58 |
| ✓ | 92 | " " | ✓ | ✓ | Form 2326 by ff Schiller re: 5/24/01 Chief's Order |
| ✓ | 163 | 12/8/04 | ✓ | ✓ | Letter from Wallace/Condon re: Georgia dr. termination |
| ✓ | 30 | " " | ✓ | ✓ | Assignment of Probationary Firefighters 8/15/99 |
| ✓ | 52 | " " | ✓ | ✓ | Pettaway notice to Georgia to appear 5/8/00 |
| ✓ | 51 | " " | ✓ | ✓ | Pettaway letter → Georgia 3/16/00 |
| ✓ | 55 | " " | ✓ | ✓ | Letter Georgia → Maglione 5/30/00 |
| ✓ | 54 | " " | ✓ | ✓ | Letter Maglione → Georgia 5/25/00 |
| ✓ | 40 | 12/9/04 | ✓ | ✓ | 2326 from Georgia re: Day 2/28/00 |
| ✓ | 130 | " " | ✓ | ✓ | 2326 by Georgia re 7/23/01 re: air conditioning 7/11 |
| ✓ | 137 | 12/9/04 | ✓ | ✓ | 2326 by Georgia → Shevlin 7/23/01 re 5/10 exp. |
| ✓ | 138 |  | ✓ | ✓ | 2326 Georgia → Maglione 7/23/01 re: 5/10/01 exposure |
| ✓ | 139 |  | ✓ | ✓ | JHPC Infection Control Incident Report 5/16/01 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

Elizabeth Schiller et al vs. City of Bridgeport, et al    CASE NO. 3:01CV452 (AVC)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 140 | 12/9/04 | ✓ | ✓ | EMS Incident report 5/10/01 |
| ✓ | 141 | | ✓ | ✓ | Supervisor's Report of Acc/Inj by Georgia 5/15/01 |
| ✓ | 142 | | ✓ | ✓ | Firefighter's Exposure Report 5/10/01 by Marrero |
| ✓ | 143 | | ✓ | ✓ | 2326 by Marrero 5/15/01 |
| ✓ | 144 | | ✓ | ✓ | Report of Sickness/Injury by for Georgia 5/10/01 |
| ✓ | 147 | | ✓ | ✓ | 2326 by Georgia 7/23/01 re 6/2/01 exposure |
| ✓ | 148 | | ✓ | ✓ | Memo Sheulin → Georgia 8/22/01 |
| ✓ | 146 | ↓ | ✓ | ✓ | Infection Control Reporting Guideline Directive #8 |
| ✓ | 145 | 12/9/04 | ✓ | ✓ | List for Guideline Dir #8 w/ Georgia's signature |
| | | 12/9/04 | | ✓ | Elizabeth Schiller O'Connell – previously sworn |
| | | 12/9/04 | | ✓ | Ronald Lindgren, sworn, Kensington, CT |
| | | 12/9/04 | | ✓ | Wallace Thomas, Sr. sworn |
| | | 12/10/04 | | ✓ | Patricia Davenport, Burlington, CT - sworn |
| ✓ | 160 | 12/10/04 | ✓ | ✓ | Berkley Admin documents re: Georgia – overruled - over objection |
| | | 12/10/04 | | ✓ | Susan Sullivan, Avon, CT - sworn |
| | | 12/10/04 | | ✓ | Patrick Sheulin, Jupiter, FL - sworn |
| | | 12/10/04 | | ✓ | Earl Pettway - sworn |
| ✓ | 31 | 12/10/04 | ✓ | ✓ | 2326 Kyle Gardiner 2/18/00 |
| ✓ | 32 | | ✓ | ✓ | 2326 Stanley Sabitsky 2/21/00 |
| ✓ | 33 | | ✓ | ✓ | 2326 Michael Caldaroni 2/23/00 |
| ✓ | 34 | | ✓ | ✓ | 2326 Michael Di Natale 2/23/00 |
| ✓ | 35 | | ✓ | ✓ | 2326 Matthew Deysenroth 2/23/00 |
| ✓ | 36 | | ✓ | ✓ | 2326 Fran Fossesigurani 2/23/00 |
| ✓ | 37 | | ✓ | ✓ | 2326 Richard Nash 2/24/00 |
| ✓ | 38 | | ✓ | ✓ | Memo Flores → Pettway 2/24/00 |
| ✓ | 42 | | ✓ | ✓ | 2326 by Robert Petrucelli 2/29/00 |
| ✓ | 43 | ↓ | ✓ | ✓ | 2326 Lt. Sheulin 2/29/00 |

Elizabeth Scheller et al vs. City of Bridgeport, et al    CASE NO. 3:01CV452 (AVC)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 44 | 12/10/04 | ✓ | ✓ | 2326 Autumn Caldaroni 3/13/00 |
| ✓ | 45 | ↓ | ✓ | ✓ | 2326 Carlos Reyes 4/7/00 |
| ✓ | 46 | ↓ | ✓ | ✓ | 2326 Carlos Reyes 6/9/00 |
| ✓ | 81 | 12/10/04 | ✓ | ✓ | Day Summation of charges re: 2/13/00 incident |
| ✓ | 29 | 12/10/04 | ✓ | ✓ | J. Georgia acknowledgement of receipt of Sex Harass Policy |
| ✓ | 47 | ↓ | ✓ | ✓ | 2326 Pettway 8/4/00 |
| ✓ | 79 | ↓ | ✓ | ✓ | 11/21/00 Day Investigative report |
| ✓ | 80 | ↓ | ✓ | ✓ | Supplemental Day investigation report 1/23/01 |
|  |  | 12/10/04 |  | ✓ | Autumn Demmerlin, Bethel, sworn |
| ✓ | 49 | 12/10/04 | ✓ | ✓ | Letter Ina Anderson re: Donald Day 12/10/04 |
|  |  | 12/10/04 |  | ✓ | Venus Scudder, Bridgeport, CT sworn |
| ✓ | 48 | 12/10/04 | ✓ | ✓ | Letter from Venus Scudder 7/24/00 re: Donald Day |
|  |  | 12/10/04 |  | ✓ | William Seward, N. Haven FD, sworn |
| ✓ | 164 | 12/10/04 | ✓ | ✓ | Chart drawn by Seward re: fire academy |
|  |  | 12/13/04 |  | ✓ | Rodney Vining, sworn |
|  |  | 12/13/04 |  | ✓ | Paul Neugebauer, sworn |
|  |  | 12/13/04 |  | ✓ | Edward Vaccola, Shelton, sworn |
|  |  | 12/13/04 |  | ✓ | Richard Skoog, Monroe, sworn |
|  |  | 12/13/04 |  | ✓ | James Lawlor, Woodbridge, CT - sworn |
|  |  | 12/13/04 |  | ✓ | Carlos Reyes, Bridgeport, CT - sworn |
|  |  | 12/13/04 |  | ✓ | Michael Donovan, sworn |
|  |  | 12/13/04 |  | ✓ | Glenn Duda, sworn |
| ✓ | 162 | 12/13/04 | ✓ | ✓ | Health Dept. Haz Waste Poster |
|  |  | 12/13/04 |  | ✓ | Thomas Connor, Shelton, CT - sworn |
|  |  | 12/13/04 |  | ✓ | John Mitola, Bridgeport, CT - sworn |
|  |  | 12/13/04 |  | ✓ | Michael Maglione, Chief, Bridgeport, CT. sworn |
| ✓ | 1 | 12/13/04 |  | ✓ | Photographs of Bridgeport Firehouse |

Page 3 of 4 Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Elizabeth Schuller, et al | | | vs. City of Bridgeport, et al | | CASE NO. 3:01CV452 (AVC) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 82 | 12/13/04 | ✓ | ✓ | Letter from Maglione → Donald Day 2/14/01 |
| ✓ | 83 | 12/13/04 | ✓ | ✓ | Day Arbitration Award 8/7/02 |
| | | 12/14/04 | | ✓ | Nancy Petrucelli, sworn |
| | 26 | 12/9/04 | ✓ | ✓ | 2326 Pettway re: recruit resignation |
| | 90 | 12/9/04 | ✓ | ✓ | 3/26/00 Log Book Entry |
| | 131 | | ✓ | ✓ | 2326 Rob Petrucelli 7/24/01 re JG AirCond. |
| | 132 | | ✓ | ✓ | Memo Boros → Rooney 7/25/01 Air Cond w/att. |
| | 161 | ↓ | ✓ | ✓ | Turnout gear + OSHA specs |

Page 4 of 4 Pages