AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Elizabeth Schiller, et al

v.

City of Bridgeport, et al

EXHIBIT ~~AND WITNESS~~ Court LIST

Case Number: 3:01cv452 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Wallace | Mitchell, Sheahan |
| TRIAL DATE (S) 12/6/04 - 12/16/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/8/04 | | | Note from juror |
| 2 | | 12/9/04 | | | Note from juror |
| 3 | | 12/10/04 | | | Note from juror |
| 4 | | 12/10/04 | | | Transcript Shevlin - first reading |
| 5 | | 12/10/04 | | | "         "         2nd   " |
| 6 | | 12/10/04 | | | "         "         3rd   " |
| 7 | | 12/15/04 | | | Charge to the Jury |
| 8 | | 12/15/04 | | | Note from juror |
| 9 | | 12/15/04 | | | Note from juror |
| 10 | | 12/15/04 | | | Note from juror |
| 11 | | 12/15/04 | | | Supplemental Charge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages