UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER AND<br>JOHANNA S. GEORGIA,<br>  Plaintiffs,<br><br>v.<br><br>CITY OF BRIDGEPORT AND<br>MICHAEL MAGLIONE<br>  Defendants. | 2004 DEC 16  P 4: 30<br><br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br>Civil No. 3:01CV452(AVC) |

## RULING ON REQUESTS FOR EQUITABLE RELIEF

This is a consolidated action for damages and equitable
relief brought pursuant to Title VII of the Civil Rights Act of
1964, 42 U.S.C. § 2000e, 42 U.S.C. § 1983, and the Connecticut
Fair Employment Practices Act (CFEPA), Conn. Gen. Stat. § 46a-60.
In addition, the plaintiffs bring claims under the Connecticut
Constitution.  Specifically, the plaintiffs, Johanna S. Georgia
and Elizabeth Schiller, allege that they suffered "sexual
harassment, sex discrimination, retaliation, violations of civil
rights, and tortious conduct during their employment" as female
firefighters for the city of Bridgeport, CT.  On December 15,
2004, a jury found for the defendants on all counts and
consequently did not award the plaintiffs damages.

In addition to damages, the plaintiffs seek equitable
relief.  Specifically, the plaintiffs' complaints (document
nos.25 and 27) request

> declarative relief, declaring that the patterns,
> policies, practices, and customs [that] the City of
> Bridgeport maintains in its Fire Department with regard
> to sex discrimination and harassment violate 42 U.S.C.

§ 2000e, et seq. and the Constitutions of the United
States and Connecticut . . . .[and] an order . . . .
mandating compliance . . . . of the City of Bridgeport
with all provisions of 42 U.S.C. § 2000e, et seq. and
the laws and Constitutions of the United States and
Connecticut . . . .

Title VIII states that if "the court finds that the
respondent has intentionally engaged in or is intentionally
engaging in an unlawful employment practice," then "the court may
enjoin the respondent from engaging in such unlawful employment
practice, and order . . . any other equitable relief as the court
deems appropriate." 42 U.S.C. § 2000e-5(g)(1).

Because the jury found that the defendants had not violated
Title VII, the Connecticut Fair Employment Practices Act, or
deprived the plaintiffs of their rights under the United States
Constitution or Connecticut constitution, the court concludes
that it would not be appropriate to grant the plaintiffs the
equitable relief that they have requested. Accordingly, the
plaintiffs' requests for equitable relief are DENIED.

It is so ordered this _16TH_ day of December, 2004 at Hartford,
CT.

_____
Alfred V. Covello
United States District Court Judge