UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER | |
| V. | CASE NO. 3:01CV00452(AVC)<br>Lead Case |
| CITY OF BRIDGEPORT, DONALD DAY, I/O, EARL PETTWAY, I/O, and MICHAEL MAGLIONE, I/O | |
| JOHANNA GEORGIA | |
| V. | CASE NO. 3:01CV00717(AVC)<br>Member Case |
| CITY OF BRIDGEPORT, DONALD DAY, I/O, EARL PETTWAY, I/O, and MICHAEL MAGLIONE, I/O | |

## JUDGMENT

These actions having been commenced by complaints and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court, on February 12, 2004 having issued its order dismissing the plaintiffs' complaints as to the defendant, Donald Day; and

The plaintiffs and the defendant, Earl Pettway, having filed a stipulation of dismissal and the Court, on December 14, 2004 having granted the stipulation; and

The matter having been tried to a jury, and the jury on December 15, 2004 having reached a verdict in favor of the defendants City of Bridgeport and Michael Maglione and against the plaintiffs; and further

The Court, on December 16, 2004 having issued its ruling denying the plaintiffs' requests for equitable relief; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing plaintiffs' complaints with prejudice as to the defendants Donald Day and Earl Pettway; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants City of Bridgeport and Michael Maglione and against the plaintiffs.

Dated at Hartford, Connecticut, this 20th day of December, 2004.

KEVIN F. ROWE, Clerk

By____/s/ JW_____
Jo-Ann Walker
EOD: _____    Deputy Clerk