UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>                   Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>                   Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
|       VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>                 Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>January 3, 2005 |

### DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES

Pursuant to Title 42 USC §§ 1988 and 2000e-5(k); Fed. R. Civ. P. Rules, 11 and 54(d)2(B); the Court's inherent power to regulate the conduct of those who appear before it and Title 28 USC § 1927. Defendant City of Bridgeport moves for an award of attorney's fees and expenses in the amount of $1,060,130.62.

-2-

The legal grounds for Defendant's motion are set forth in the accompanying memorandum of law. The amount of Defendant's fee and expense request is detailed by the affidavit of Robert B. Mitchell.

        By:    /s/Robert B. Mitchell
                Robert B. Mitchell, ct02662
                Margaret M. Sheahan, ct05862
        For:   Pullman & Comley, LLC
                850 Main Street, P.O. Box 7006
                Bridgeport, CT  06601-7006
                (203) 330-2000
                Facsimile (203) 576-8888

                **ATTORNEYS FOR**
                **DEFENDANTS**

-3-

## **CERTIFICATION**

      Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on January 3, 2005 to all counsel and <u>pro</u> <u>se</u> parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

                                      /s/Robert B. Mitchell
                                        Robert B. Mitchell

BPRT/67551.1/EMP/542889v1