# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>　　　　　　　　Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>　　　　　　　　Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| 　　　VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>　　　　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>January 3, 2005 |

### DEFENDANTS' NOTICE OF MANUAL FILING

　　Please take notice that the Defendants, City of Bridgeport and Michael Maglione, have manually filed the following document or thing:

- Affidavit of Thomas Connor in Support of Defendants' Application for Attorneys' Fees.

-2-

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[ ]    the electronic size of the document exceeds 1.5 megabytes
[X]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by court order.

The document or thing has been manually served on all parties.

By:    /s/Robert B. Mitchell
       Margaret M. Sheahan, ct05862
       Robert B. Mitchell, ct02662
For:   Pullman & Comley, LLC
       850 Main Street, P.O. Box 7006
       Bridgeport, CT  06601-7006
       (203) 330-2000
       Facsimile (203) 576-8888

       ATTORNEYS FOR:
       CITY OF BRIDGEPORT,
       EARL PETTWAY and
       MICHAEL MAGLIONE

-3-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that a copy of the above was mailed on January 3, 2005 to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

/s/Robert B. Mitchell
Robert B. Mitchell

BPRT/67551.1/EMP/542941v1