UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER,        Plaintiff | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA,        Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT, ET AL.,        Defendants | : | JANUARY 13, 2005 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
OPPOSITION TO DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES AWARD**

The Plaintiffs in these consolidated cases are filing a separate Motion to Dismiss Defendants' Application for Attorneys' Fees Award, but in the event that dismissal is not sooner granted, seek an enlargement of the time from the current to deadline of, to **March 7, 2005, or 60 days after the Defendants serve their supplemental fee claim, whichever is later**, to file a substantive response to the Defendant's fee Application, for good cause, as follows:

1. The undersigned is a solo practitioner and is in the midst of a heavy litigation schedule, imminent deadline for filing an appeal of the above-captioned matter if the Plaintiffs' Motion for new trial is not granted;

2. Defense counsel Margaret Sheahan and Robert Mitchell were contacted via email on January 5, 2005, about the requested extension of time and immediately emailed back that they do not agree to it;

3. Grounds for the requested <u>extension of time</u> are that:

    a. The panoply of facts, procedural and legal issues, and the fundamental legal rights implicated here will require substantially more time than the current deadline allows to adequately address;

    b. The Defendants state (at page 6 of their Application) that they "make this submission not because the Plaintiffs lost" the cases, but rather, is based upon what the a claim of "vexatious litigation" throughout the three and a half years these two cases have been pending in the U.S. District Court. As such, the defense attached hundreds of pages of billings covering the entire case, which will require substantial time to review and cross-reference to the hundreds of actions -- pleadings, discovery, appearances, conferences, communications over the past 3 ½ years;

    c. <u>The *Defendants* are already asking for additional time, to January 18, 2005, to file a complete and proper time and costs statement.</u> <u>See</u> footnote 2 of Df Memorandum. Plaintiffs cannot respond to the itemized billings until after the complete information is received, examined and verified;

    d. Because of the complexity of the facts and issues raised by the Defendants' Application and the amount of money they seek (over one million dollars), and the huge undertaking of time to now defend the legal sufficiency and ethical propriety of every decision, action or inaction in these two consolidated (but distinct and separate, with some separate facts and claims and litigation activities) cases over the past 3 ½ years of litigation, <u>the Plaintiffs and their solo counsel are compelled to seek the assistance of counsel.</u>

    e. With the complexity of this situation and the barrier of potential high retainer costs,

and the fact that this Application is really akin to a separate lawsuit, securing counsel is anticipated to require a month or more. Certainly, if the Defendants had filed their Application as a new action, the Plaintiff and their counsel would have the protection of several months to secure counsel, to notify insurance carriers, and to make appearances before they would have to file responses. Unless the Application is dismissed, adequate time will be needed to secure counsel. The undersigned counsel avers to having diligently already begun a search for representation. Any notion of justice and fairness compels giving the Plaintiffs and their counsel a reasonable chance to secure representation and make an adequate response.

                                      **FOR THE PLAINTIFFS AND THEIR COUNSEL,**

Dated_____                            _____

                                                  Susan V. Wallace
                                                  ~ *Attorney at Law* ~
                                                 11 Blue Orchard Drive
                                                  Middletown, CT 06457
                                                  Tel: (860) 704-0472  Fax: -0490
                                                  law4us@rcn.com
                                                  Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion for Enlargement of Time" has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 13th day of January, 2005, via

    __X__    Regular U.S. Mail, first class, postage prepaid

    ____    U.S. Priority Mail

    ____    U.S. Express Mail or other overnight mail service

    ____    Facsimile

    ____    Hand-delivery

_____
  Susan V. Wallace, Esq.