FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN 13 P 4: 09

DISTRICT COURT
HARTFORD CT

Elizabeth Schiller
~~Johanna Georgia~~

v.

City of Bridgeport, et al.

CIVIL CASE NO.
(consolidated)
3:01cv00452(AVC)
(and 3:01cv00717(AVC))

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Elizabeth Schiller O'Connell and Johanna Georgia and ~~The (appealing party)~~ their Counsel, Susan V. Wallace, Esq. hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

Judgment for Defendants City of Bridgeport and Michael Maglione

2. The Judgment /Order in this action was entered on __12/20/04__.
   (date)

_____Wallace_____
Signature

Susan V. Wallace, Esq.
**Print Name**

11 Blue Orchard Drive

Middletown, CT 06457
**Address**

860-704-0472, fax -0490   law4us@rcn.com
**Telephone Number**

Date: 1/13/05

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH SCHILLER

V.

CASE NO. 3:01CV00452(AVC)
Lead Case

CITY OF BRIDGEPORT, DONALD
DAY, I/O, EARL PETTWAY, I/O, and
MICHAEL MAGLIONE, I/O

JOHANNA GEORGIA

V.

CASE NO. 3:01CV00717(AVC)
Member Case

CITY OF BRIDGEPORT, DONALD
DAY, I/O, EARL PETTWAY, I/O, and
MICHAEL MAGLIONE, I/O

## JUDGMENT

These actions having been commenced by complaints and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court, on February 12, 2004 having issued its order dismissing the plaintiffs' complaints as to the defendant, Donald Day; and

The plaintiffs and the defendant, Earl Pettway, having filed a stipulation of dismissal and the Court, on December 14, 2004 having granted the stipulation; and

The matter having been tried to a jury, and the jury on December 15, 2004 having reached a verdict in favor of the defendants City of Bridgeport and Michael Maglione and against the plaintiffs; and further

The Court, on December 16, 2004 having issued its ruling denying the plaintiffs' requests for equitable relief; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing plaintiffs' complaints with prejudice as to the defendants Donald Day and Earl Pettway; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants City of Bridgeport and Michael Maglione and against the plaintiffs.

Dated at Hartford, Connecticut, this 20th day of December, 2004.

KEVIN F. ROWE, Clerk

By  /s/ JW
Jo-Ann Walker
Deputy Clerk

EOD: _____

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing Notice of Appeal has been served upon:

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

on this 13th day of January, 2005 via:

    ✓    Regular U.S. Mail, first class, postage prepaid

    ____    U.S. Priority Mail

    ____    U.S. Express Mail or other overnight mail service

    ____    Facsimile

    ____    Hand-delivery

_/s/ Susan V. Wallace_
Susan V. Wallace, Esq.