UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br><br>                  Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br><br>                  Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
|       VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>                  Defendants. | (CONSOLIDATED)<br><br><br><br><br><br>January 18, 2005 |

**DEFENDANTS' MOTION FOR ENLARGEMENT**

       In its January 3, 2005 Memorandum in Support of Application for Attorneys' Fees Award (fn. 2), Defendants requested that the Court afford them until January 18, 2005 within which to file a supplemental memorandum that would provide the Court with a one-to-one correlation of the fee billings with particular pleadings, motions, etc.  Defendants underestimated the amount of time

-1-

-2-

required to break down the billings.  There are over six thousand hours worth of time entries to be read and separated by content.  Defendants request an additional two weeks to complete this task.

Counsel for Plaintiffs has been contacted and opposes the granting of this request.

By: _____
Gwen P. Weisberg, ct08740
Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
For:    Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
EARL PETTWAY and
MICHAEL MAGLIONE

-3-

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that, on the 18th day of January, 2005, a copy of the foregoing was forwarded by first class mail, postage pre-paid, to all counsel and <u>pro se</u> parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

                                            Gwen P. Weisberg

BPRT/67551.1/EMP/545466v1