UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ELIZABETH SCHILLER AND        :
JOHANNA S. GEORGIA,           :
   Plaintiffs,                :
                              :
v.                            :        Civil No. 3:01CV452(AVC)
                              :
CITY OF BRIDGEPORT AND        :
MICHAEL MAGLIONE,             :
   Defendants.                :
```

**RULING ON PLAINTIFFS' MOTION FOR NEW TRIAL**

This is a consolidated action for damages and equitable relief brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, 42 U.S.C. § 1983, and the Connecticut Fair Employment Practices Act (CFEPA), Conn. Gen. Stat. § 46a-60. Specifically, the plaintiffs allege, that the defendants discriminated against them on the basis of their sex, subjected them to a sexually hostile work environment, and retaliated against them after they reported the alleged discrimination.

On December 15, 2004, a jury found for the defendants on all counts. On December 16, 2004, the court denied the plaintiffs' requests for equitable relief. The plaintiffs have filed the within motion "to set aside judgment and for new trial" (doc. no. 286). Specifically, the plaintiffs argue, inter alia, that "[t]here was harmful and plain error in the jury selection and composition," "in numerous evidentiary rulings," and "in the jury interrogatories;" "[t]here were harmful abuses of discretion in the conduct of the trial" and "it was harmful and plain error for the Court not to grant a mistrial."

Federal Rule of Civil Procedure 59 provides, in relevant part, that a court may grant a new trial after a jury trial "for any of the reasons for which new trial have heretofore been granted in actions at law in the courts of the United States." Fed. R. Civ. P. 59(a).

Having reviewed the plaintiffs' thirty-one arguments, the applicable law, and the trial transcript, the court concludes that the arguments are without merit. Accordingly, the motion for a new trial and to set aside the judgment (doc. no. 286) is DENIED.

It is so ordered, this 26th day of January, 2005 in Hartford, Connecticut.

```
        _____/s/_____
        Alfred V. Covello, U.S.D.J.
```