*[Handwritten margin note, left side, vertical:]* 3:01CV452(AVC) January 26, 2005. The court has denied the defendants' motion for attorneys' fees. Accordingly, the motion for extension of time (document no. 288) is DENIED as moot. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.

FILED
2005 JAN 13 P 4:09
DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, Plaintiff | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, Plaintiff | : | |
| v. | : | |
| CITY OF BRIDGEPORT, ET AL., Defendants | : | JANUARY 13, 2005 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES AWARD

The Plaintiffs in these consolidated cases are filing a separate Motion to Dismiss Defendants' Application for Attorneys' Fees Award, but in the event that dismissal is not sooner granted, seek an enlargement of the time from the current to deadline of, to **March 7, 2005, or 60 days after the Defendants serve their supplemental fee claim, whichever is later**, to file a substantive response to the Defendant's fee Application, for good cause, as follows:

1. The undersigned is a solo practitioner and is in the midst of a heavy litigation schedule, imminent deadline for filing an appeal of the above-captioned matter if the Plaintiffs' Motion for new trial is not granted;

2. Defense counsel Margaret Sheahan and Robert Mitchell were contacted via email on January 5, 2005, about the requested extension of time and immediately emailed back that they do not agree to it;