3:01CV452(AVC). January 26, 2005. The court has denied the defendants' motion for attorneys' fees. Accordingly, the motion for enlargement of time (document no. 291) is DENIED as moot. SO ORDERED.

Alfred V. Covello U.S.D.J.

FILED

2005 JAN 18 P 3: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| ELIZABETH SCHILLER,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
|---|---|
| JOHANNA S. GEORGIA,<br><br>Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br><br>Defendants. | (CONSOLIDATED)<br><br><br>January 18, 2005 |

### DEFENDANTS' MOTION FOR ENLARGEMENT

In its January 3, 2005 Memorandum in Support of Application for Attorneys' Fees Award (fn. 2), Defendants requested that the Court afford them until January 18, 2005 within which to file a supplemental memorandum that would provide the Court with a one-to-one correlation of the fee billings with particular pleadings, motions, etc. Defendants underestimated the amount of time

-1-