## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH SCHILLER,<br>　　　　　　Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00452 (AVC) |
| JOHANNA S. GEORGIA,<br>　　　　　　Plaintiff, | CIVIL ACTION<br>NO. 3:01 CV-00717 (AVC) |
| VS.<br><br>CITY OF BRIDGEPORT; DONALD DAY, IN His Official Capacity As Fire Captain And In His Personal Capacity; EARL PETTWAY, In His Official Capacity As Deputy Fire Chief And In His Personal Capacity; MICHAEL MAGLIONE, In His Official Capacity As Fire Chief And In His Personal Capacity,<br>　　　　　　Defendants. | (CONSOLIDATED)<br><br><br><br><br>February 15, 2005 |

### DEFENDANTS' DESIGNATION OF EXHIBITS

Pursuant to Fed. R. App. P. 11, Local Fed. R. App. P. 11, and L. Civ. R. 83.6(d), Defendants designate the following exhibits for inclusion in the record on appeal.

<u>Defendants' Exhibits:</u>　　1, 5, 6, 16, 26, 29-38, 40-49, 51, 52, 54, 55, 58, 59, 79-83, 87, 89-91, 93, 130-132, 137-148, 160-164 (list attached)

<u>Plaintiffs' Exhibits:</u>　　2　　Resignation revocation notice re: FF Georgia
　　　　　　　　　　　　　48　　Collective Bargaining Agreement

By: *[signature]*

For: Margaret M. Sheahan, ct05862
Robert B. Mitchell, ct02662
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888

ATTORNEYS FOR:
CITY OF BRIDGEPORT,
and MICHAEL MAGLIONE

## CERTIFICATION

Pursuant to Fed. R. Civ. P.5 (b), I hereby certify that, on the 15th day of February, 2005, a copy of the foregoing was served by first class mail, postage pre-paid, to all counsel and pro se parties of record.

Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457

_____
Robert B. Mitchell

BPRT/67551.1/EMP/548598v1

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 15 PM 12: 05
DISTRICT COURT

Elizabeth Schiller, et al

v.

City of Bridgeport, et al

EXHIBIT AND WITNESS LIST

Case Number: 3:01cv452 (AVC)

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Wallace | DEFENDANT'S ATTORNEY Mitchell, Sheahan |
|---|---|---|
| TRIAL DATE(S) 12/6/04 - 12/15/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 5 | 12/6/04 | ✓ | ✓ | Bpt FD Sexual harassment directive |
| ✓ | 6 |  | ✓ | ✓ | City of Bpt Sexual harassment policy |
| ✓ | 16 |  | ✓ | ✓ | Acknowledgement of receipt of policies 8/26/99 - ES |
| ✓ | 41 |  | ✓ | ✓ | Form 2326 by TT Schiller dated Feb 2000 |
| ✓ | 87 |  | ✓ | ✓ | Form 2326 by TT Schiller 3/5/00 re: Day/male stripper |
| ✓ | 89 |  | ✓ | ✓ | Form 2326 by TT Schiller 3/16/00 re: BB mailing |
| ✓ | 91 | 12/6/04 | ✓ | ✓ | Form 2326 by TT Schiller 3/29/00 re: female toilet |
| ✓ | 58 | 12/7/04 | ✓ | ✓ | Tape of 5/7/01 meeting |
| ✓ | 59 | " " | ✓ | ✓ | Transcript of tape in Exhibit 58 |
| ✓ | 93 | " " | ✓ | ✓ | Form 2326 by TT Schiller re: 5/24/01 Chief's Order |
| ✓ | 163 | 12/8/04 | ✓ | ✓ | Letter from Wallace/Condon re. Georgia dr. termination |
| ✓ | 30 | " " | ✓ | ✓ | Assignment of Probationary Firefighters 8/15/99 |
| ✓ | 52 | " " | ✓ | ✓ | Pettaway notice to Georgia to appear 5/8/00 |
| ✓ | 51 | " " | ✓ | ✓ | Pettaway letter → Georgia 3/16/00 |
| ✓ | 55 | " " | ✓ | ✓ | Letter Georgia → Maglione 5/30/00 |
| ✓ | 54 | " " | ✓ | ✓ | Letter Maglione → Georgia 5/25/00 |
| ✓ | 40 | 12/9/04 | ✓ | ✓ | 2326 from Georgia re: Day 2/28/00 |
| ✓ | 136 | " " | ✓ | ✓ | 2326 by Georgia re 7/23/01 re: air conditioning 7/11 |
| ✓ | 137 | 12/9/04 | ✓ | ✓ | 2326 by Georgia → Sherlin 7/23/01 re 5/10 exp. |
| ✓ | 138 |  | ✓ | ✓ | 2326 Georgia → Maglione 7/23/01 re: 5/10/01 exposure |
| ✓ | 139 |  | ✓ | ✓ | JHPC Infection Control Incident Report 5/10/01 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

| | | | | | |
|---|---|---|---|---|---|
| Elizabeth Schuller et al vs. City of Bridgeport, et al    CASE NO. 3:01CV452 (AVC) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 140 | 12/9/04 | ✓ | ✓ | EMS Incident report 5/10/01 |
| ✓ | 141 | | ✓ | ✓ | Supervisor's Report of Acc/Inj by Georgia 5/15/01 |
| ✓ | 142 | | ✓ | ✓ | Firefighter's Exposure Report 5/10/01 by Marrero |
| ✓ | 143 | | ✓ | ✓ | 2326 by Marrero 5/15/01 |
| ✓ | 144 | | ✓ | ✓ | Report of Sickness/Injury by/for Georgia 5/10/01 |
| ✓ | 147 | | ✓ | ✓ | 2326 by Georgia 7/23/01 re 6/2/01 exposure |
| ✓ | 148 | | ✓ | ✓ | Memo Shevlin → Georgia 8/22/01 |
| ✓ | 146 | | ✓ | ✓ | Infection Control Reporting Guideline Directive #8 |
| ✓ | 145 | 12/9/04 | ✓ | ✓ | List for Guideline Dir #8 w/ Georgia's signature |
| | | 12/9/04 | | ✓ | Elizabeth Schuller O'Connell - previously sworn |
| | | 12/9/04 | | ✓ | Ronald Lindgren, sworn, Kensington, CT |
| | | 12/9/04 | | ✓ | Wallace Thomas, Sr. sworn |
| | | 12/10/04 | | ✓ | Patricia Davenport, Burlington, CT- sworn |
| ✓ | 160 | 12/10/04 | ✓ | ✓ | Berkley Admin documents re: Georgia - overruled over objection |
| | | 12/10/04 | | ✓ | Susan Sullivan, Avon, CT- sworn |
| | | 12/10/04 | | ✓ | Patrick Shevlin, Jupiter, FL- sworn |
| | | 12/10/04 | | ✓ | Earl Pettway - sworn |
| ✓ | 31 | 12/10/04 | ✓ | ✓ | 2326 Kyle Gardner 2/18/00 |
| ✓ | 32 | | ✓ | ✓ | 2326 Stanley Subitsky 2/21/00 |
| ✓ | 33 | | ✓ | ✓ | 2326 Michael Caldarari 2/23/00 |
| ✓ | 34 | | ✓ | ✓ | 2326 Michael DiNatale 2/23/00 |
| ✓ | 35 | | ✓ | ✓ | 2326 Matthew Deysenroth 2/23/00 |
| ✓ | 36 | | ✓ | ✓ | 2326 Fran Fossesigurani 2/23/00 |
| ✓ | 37 | | ✓ | ✓ | 2326 Richard Nash 2/24/00 |
| ✓ | 38 | | ✓ | ✓ | Memo Flores → Pettway 2/24/00 |
| ✓ | 42 | | ✓ | ✓ | 2326 by Robert Petrucelli 2/29/00 |
| ✓ | 43 | ✓ | ✓ | ✓ | 2326 Lt. Shevlin 2/29/00 |

✎AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

Elizabeth Schiller et al vs. City of Bridgeport, et al    CASE NO. 3:01CV452 (AVC)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 44 | 12/10/04 | ✓ | ✓ | 2326 Autumn Caldarani 3/13/00 |
| ✓ | 45 | ↓ | ✓ | ✓ | 2326 Carlos Reyes 4/7/00 |
| ✓ | 46 | ↓ | ✓ | ✓ | 2326 Carlos Reyes 6/9/00 |
| ✓ | 81 | 12/10/04 | ✓ | ✓ | Day Summation of charges re. 2/13/00 incident |
| ✓ | 24 | 12/10/04 | ✓ | ✓ | J. Georgia acknowledgement of receipt (: Sex Harass Policy |
| ✓ | 47 | ↓ | ✓ | ✓ | 2326 Pettway 8/4/00 |
| ✓ | 79 | ↓ | ✓ | ✓ | 11/21/00 Day Investigative report |
| ✓ | 80 | ↓ | ✓ | ✓ | Supplemental Day investigation report 1/23/01 |
|  |  | 12/10/04 |  | ✓ | Autumn Demmerlin, Bethel, sworn |
| ✓ | 49 | 12/10/04 | ✓ | ✓ | Letter Ina Anderson re: Donald Day 12/10/04 |
|  |  | 12/10/04 |  | ✓ | Venus Scudder, Bridgeport, CT sworn |
| ✓ | 48 | 12/10/04 | ✓ | ✓ | Letter from Venus Scudder 7/24/00 re: Donald Day |
|  |  | 12/10/04 |  | ✓ | William Seward, N. Haven FD, sworn |
| ✓ | 164 | 12/10/04 | ✓ | ✓ | Chart drawn by Seward re: fire academy |
|  |  | 12/13/04 |  | ✓ | Rodney Vining, sworn |
|  |  | 12/13/04 |  | ✓ | Paul Neugebauer, sworn |
|  |  | 12/13/04 |  | ✓ | Edward Vaccola, Shelton, sworn |
|  |  | 12/13/04 |  | ✓ | Richard Skoog, Monroe, sworn |
|  |  | 12/13/04 |  | ✓ | James Lawlor, Woodbridge, CT - sworn |
|  |  | 12/13/04 |  | ✓ | Carlos Reyes, Bridgeport, CT - sworn |
|  |  | 12/13/04 |  | ✓ | Michael Donovan, sworn |
|  |  | 12/13/04 |  | ✓ | Glenn Duda, sworn |
| ✓ | 162 | 12/13/04 | ✓ | ✓ | Health Dept. Haz Waste Poster |
|  |  | 12/13/04 |  | ✓ | Thomas Connor, Shelton, CT - sworn |
|  |  | 12/13/04 |  | ✓ | John Mitchey, Bridgeport, CT - sworn |
|  |  | 12/13/04 |  | ✓ | Michael Maglione, Chief, Bridgeport, CT. sworn |
| ✓ | 1 | 12/13/04 |  | ✓ | Photographs of Bridgeport Firehouse |

Page 3 of 8A Pages

≈AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Elizabeth Schiller, et al vs. City of Bridgeport, et al | | | | | CASE NO. 3:01CV452(AVC) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 82 | 12/13/04 | ✓ | ✓ | Letter from Maglione → Donata Day 2/14/01 |
| ✓ | 83 | 12/13/04 | ✓ | ✓ | Day Arbitration Award 8/7/02 |
|  |  | 12/14/04 |  | ✓ | Nancy Petrucelli, sworn |
|  | 26 | 12/9/04 | ✓ | ✓ | 2326 Pettway re. recruit resignation |
|  | 90 | 12/9/04 | ✓ | ✓ | 3/26/00 Log Book entry |
|  | 131 |  | ✓ | ✓ | 2326 Rob Petrucelli 7/24/01 re JG Arlend. |
|  | 132 |  | ✓ | ✓ | Memo Beres → Rooney 7/25/01 Air Cond w/GH |
|  | 161 |  | ✓ | ✓ | Turnout gear + OSHA specs |

Page __4__ of __4__ Pages