# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

FILED
2005 APR 12 P 2: 30
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ELIZABETH SCHILLER, Plaintiff, vs. | CIVIL ACTION NO. 301:CV-00452 (AVC) |
| JOHANNA S. GEORGIA, Plaintiff, vs. | CIVIL ACTION NO. 301:CV-00717 (AVC) |
| CITY OF BRIDGEPORT, ET AL Defendants. | CONSOLIDATED APRIL 12, 2005 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**Defendants: City of Bridgeport, Michael Maglione and Earl Pettway**

April 12, 2005
Date

04017
Connecticut Federal Bar Number

203/576-7647
Telephone Number

203/576-8252
Fax Number

MitolaJO@CI.BRIDGEPORT.CT.US
E-mail address

_____
Signature

John R. Mitola
Print Clearly or Type Name

Office of the City Attorney
Address

999 Broad Street, 2nd Floor

Bridgeport, CT 06604

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 12th day of April, 2005 to the following:

Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT 06457

Norman Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

John R. Mitola

(Use additional pages, if necessary, to list the names and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24