

FILED

2005 APR 12 P 2:30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, Plaintiff | : | D.N. 301 CV00717(AVC) |
| JOHANNA GEORGIA Plaintiff | | |
| v. | : | D.N. 301CV452(AVC) |
| CITY OF BRIDGEPORT, et al, Defendants | : | (CONSOLIDATED) |

APRIL 12, 2005

### DEFENDANTS BILL OF COSTS

Pursuant to Federal Rule Civil Procedure 54 (d) and Local Civil Rule 54 the defendants move that costs be awarded in the total amount of $18,358.05. Although the plaintiffs filed an appeal to the Second Circuit, the plaintiffs filed a motion to withdraw that appeal which was granted on March 29, 2005 by the Second Circuit. In support of this Bill of Costs the Defendants have attached an affidavit from Kimberle Laue legal secretary from the Office of the City Attorney confirming that the identified bills/expenses have been paid by the City of Bridgeport, as well as backup documentation to support this Bill of Costs. (SEE Exhibit A and B attached hereto)

1

### Schiller/Georgia Bill of Costs

54(c)1.     *Fees of the Clerk and Marshal*: *Service fees for . . . subpoenas for nonparty witnesses testifying at trial.*

- $45.00    Ron Lindgren
- $45.00    Susan Sullivan, RN
- $45.00    William Seward
- $45.00    Rodney Vining
- $45.00    Richard Skoog
- $45.00    Paul Neugabauer
- $45.00    Autumn Dennerlein
- $45.00    Carlos Reyes
- $45.00    James Lawler
- $45.00    Nancy Petrucelli
- $45.00    Glenn Duda
- $45.00    Edward Voccola
- $45.00    Mike Donovan
- $45.00    Venus Scudder

   $630.00

54(c)1.     *Fees of the Clerk and Marshal*: *Service fees for . . . subpoenas for depositions.*

- $45.00    Donald Day, 12/17/03
- $45.00    Roger Kergaravat, 11/28/03

   $90.00

54(c)2(i).  *Fees of the Court Reporter*: *The cost of . . . transcripts of pre-trial proceedings . . . are taxable if . . . necessarily obtained for use in the case.*

2

- $55.97    Transcript of exceptions to jury charge, needed for objection to Motion to Set Aside Judgment and For New Trial.

    $55.97

54(c)2(ii).    *The cost of an original and one copy of deposition transcripts are recoverable as costs, if used at trial in lieu of live testimony, for cross-examination or impeachment, if used in support of a successful motion for summary judgment, or if they are necessarily obtained for the preparation of the case and not for the convenience of counsel. . . . Fees for nonparty deponents, including mileage . . . are taxable at the same rate as for attendance at trial, where the deposition is a taxable cost under this subsection. (See 54(c)4)* (NOTE THAT THE CITY OF BRIDGEPORT IS EXEMPT FROM SALES TAX REFLECTED IN THE ATTACHED BILLS AND THEY HAVE NOT BEEN INCLUDED)

- $702.90    Elizabeth O'Connell Schiller, 8/30/02 – necessary party deposition
- $570.90    Elizabeth O'Connell Schiller, 3/5/03 – necessary party deposition
- $585.90    Johanna Georgia, 4/22/03 – necessary party deposition
- $393.40    Johanna Georgia, 5/8/03 – necessary party deposition
- $456.48    Johanna Georgia, 1/13/04 – necessary party deposition
- $193.10    Donald Day, 12/23/03 – necessary party deposition
- $772.90    Donald Day, 1/14/04 – necessary party deposition
- $611.10    Earl Pettway, 4/25/03 – necessary, client deposition taken by opposing party
- $262.26    Michael Maglione, 4/2/03 – necessary, client deposition taken by opposing party
- $247.95    Michael Maglione, 4/14/03 – necessary, client deposition taken by opposing party
- $288.58    Michael Maglione, 2/13/04 – necessary, client deposition taken by opposing party
- $215.87    City of Bridgeport Rule 30(b)(6) (by Michael Maglione), 3/10/04 – necessary, client deposition taken by opposing party
- $330.88    City of Bridgeport Rule 30(b)(6) (by Wallace Thomas), 3/10/04 – necessary, client deposition taken by opposing party
- $64.60    City of Bridgeport Rule 30(b)(6) (by John Mitola), 5/29/03 – necessary, client deposition taken by opposing party

- $1,089.00  City of Bridgeport Rule 30(b)(6) (by John Colligan), 1/16/04 – necessary, client deposition taken by opposing party
- $235.38   City of Bridgeport Rule 30(b)(6) (by John Colligan), 1/30/04 – necessary, client deposition taken by opposing party
- $193.88   City of Bridgeport Rule 30(b)(6) (by Charlene Hosticka), 2/13/04 – necessary, client deposition taken by opposing party
- $325.37   City of Bridgeport Rule 30(b)(6) (by Thomas Connor), 1/30/04 – necessary, client deposition taken by opposing party
- $148.10   City of Bridgeport Rule 30(b)(6) (by Edmund Winterbottom), 3/11/04 – necessary, client deposition taken by opposing party
- $591.05   Gerald Fette, M.D., 5/21/03 – necessary, identified by Plaintiff Georgia as one of her treating health care professionals
- $413.33   Lorraine Coakley, 4/24/03 – necessary, identified by Plaintiff Georgia as one of her treating health care professionals
- $683.45   Lorraine Coakley, 5/16/03 – necessary, identified by Plaintiff Georgia as one of her treating health care professionals
- $523.05   Bethany Bryant, 2/28/03 – necessary, identified by Plaintiff Schiller as one of her treating health care professionals
- $254.90   Carl Rotenberg, 3/4/03 – necessary, identified by Plaintiff Schiller as one of her treating health care professionals
- $376.62   Paul Antonecchia, 4/14/03 – necessary, identified by Plaintiff Schiller as one of her treating health care professionals
- $134.67   James Buck, 4/2/03 – necessary, taken by opposing party
- $163.10   Manuel Firpi, 3/11/04 – necessary, taken by opposing party, used at trial by opposing counsel
- $612.45   Frederick Haschak, 4/17/03 – necessary, taken by opposing party, used at trial by opposing counsel
- $220.95   William Haug, 4/23/03 – necessary, taken by opposing party
- $119.38   George Lopez, 4/3/03 – necessary, taken by opposing party
- $428.40   Nancy Petrucelli, 4/11/03 – necessary, taken by opposing party, used at trial by opposing counsel
- $701.75   Brian Rooney, 3/18/04 – necessary, taken by opposing party
- $353.98   James Sanquedolce, 5/29/03 – necessary, taken by opposing party
- $302.22   Joseph Southard, 5/29/03 – necessary, taken by opposing party
- $391.63   Wallace Thomas, 4/3/03 – necessary, taken by opposing party

- $279.90   Patrick Shevlin, 4/11/03 – necessary, taken by opposing party, used at trial by opposing party in lieu of live testimony
- $250.25   Patrick Shevlin, 3/11/04 – necessary, taken by opposing party
- $441.23   Roger Kergaravat, 1/12/04

   $14,930.78

54(c)3(i).   *Fees for Exemplification and Copies: Costs for one copy of documents admitted into evidence in lieu of the originals, shall be permitted as costs. . . . additional copies are not taxable.*

- $13.20   264 copies of trial exhibits admitted into evidence at 5 cents per page

   $13.20


54(c)4(i).   *Fees for Witnesses: Witness fees are taxable when the witness has actually testified or was necessarily in attendance at trial.*

- $52.00   Ron Lindgren
- $50.00   Susan Sullivan, RN
- $70.00   William Seward
- $ 1,715.56 Patrick Shevlin (Florida resident- fees include airfare, mileage, hotel accommodations)

   $1,887.56

54(c)4(i).   *Fees for Witnesses: Witness fees for attendance at a deposition are recoverable if the deposition is a taxable cost. . . . Fees for expert witnesses are taxable at the same rates as any other witness. Any amounts in excess of the statutory limits are not taxable.*

- $55.00   Donald Day, 12/23/03 & 1/14/04 depositions
- $55.00   Roger Kergaravat, 1/12/04 deposition
- $40.00   Arnold Levine, Ph.D., 3/18/04 deposition

- $40.00    Lorraine Coakley, 4/24/03 deposition
- $40.00    Lorraine Coakley, 5/16/03 deposition
- $40.00    Gerald Fette, M.D., 5/21/03 deposition (I think he was paid – John M. spoke to Dr. Fette directly about this)

    $270.00

54 (c)5.    *Maps, Charts, Models, Photographs, etc.:    Costs for enlargements greater than 8 1/2 x 11 . . . are not taxable.*

- $480.54    107 photographs (Exhibit 1) @ $4.491 ea.

    $480.54

**TOTAL COSTS:    $18,358.05**

                                THE DEFENDANTS

                                BY: _____

                                John R. Mitola
                                Associate City Attorney
                                Office Of The City Attorney
                                999 Broad Street
                                Bridgeport, Connecticut 06604
                                Telephone No.: (203) 576-7647
                                CT Fed Bar No.: 04017

6

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12TH day of April to: Norman Pattis, Esq., 649 Amity Rd.; P.O. Box 280 Bethany, CT 06524, and Susan Wallace, Esq. 11 Blue Orchard Drive Middletown, CT 06457

_____
John R. Mitola
Commissioner of the Superior Court

BPRT/67551.1/EMP/549643v1