FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2005 APR 12 P 2: 30

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, <br>     Plaintiff, <br> vs. | : <br> : <br> : | CIVIL ACTION <br> NO. 301:CV-00452 (AVC) |
| JOHANNA S. GEORGIA, <br>     Plaintiff, <br> vs. | : <br> : <br> : <br> : | CIVIL ACTION <br> NO. 301:CV-00717 (AVC) |
| CITY OF BRIDGEPORT, ET AL <br>     Defendants. | : <br> : <br> : | CONSOLIDATED <br><br> APRIL 12, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents:

 1. **APPEARANCE BY JOHN R. MITOLA**
 2. **DEFENDANTS' BILL OF COTS**

 These documents have not been filed electronically because:

☒  the documents cannot be converted to an electronic format
☐  the electronic file size of the document exceeds 1.5 megabytes
☐  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐  Defendant is excused from filing this document y Court order

 The document has been manually served on all parties.

THE DEFENDANTS

BY: _____
John R. Mitola
Russell Liskov
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of April, 2005:

Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT 06457

Norman Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

_____
John R. Mitola
Commissioner of the Superior Court