**ORIGINAL**

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
MOTION INFORMATION STATEMENT**

Conn (New Haven)
01-cv 452
Covello   01cv452mand

Docket Number(s): 05-0405

Caption [use short title]: Schiller vs City of Bridgeport

Motion for: Withdrawal of Appeal

Set forth below precise, complete statement of relief sought:

*MANDATE*

*FILED MAR 2 3 2005 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT — Roseann B. MacKechnie, Clerk*

MOVING PARTY: Elizabeth Schiller, et al
[X] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

OPPOSING PARTY: City of Bridgeport, et al

MOVING ATTORNEY:
[name of attorney, with firm, address, phone number, and email]
Norman A. Pattis, Esquire
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524

OPPOSING ATTORNEY:
[name of attorney, with firm, address, phone number, and email]
Robert B. Mitchell, Esquire
Pullman & Comley, LLC
300 Atlantic Street
Stamford, CT 06901-3522

Court-Judge/Agency appealed from: Hon. Alfred V. Covello

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought? [X] Yes [ ] No
B. been obtained? [X] Yes [ ] No

Is oral argument requested? [ ] Yes [X] No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS
AND INJUNCTIONS PENDING APPEAL:

Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in
In this Court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

*A TRUE COPY — Roseann B. MacKechnie, CLERK by [signature] DEPUTY CLERK*

Signature of Moving Attorney: [signature]   Date: 3.17.05

Has service been effected? [X] Yes [ ] No
[Attach proof of service]

---

**ORDER**

Leave this space blank.
IT IS HEREBY ORDERED that the motion is granted ~~denied~~ on consent.

Date: 3/29/05

*FILED MAR 2 9 2005*

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signature]
Arthur M. Heller, Motions Staff Attorney

CERTIFIED: 3/29/05

Form T-1080 (Revised 12/12/01)