UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 APR 18 A 11: 47
DISTRICT COURT
HARTFORD, CT.

ELIZABETH SCHILLER and
JOHANNA S. GORGIA          :

VS.                        :        3:01CV00452
                                    3:01CV00717

CITY OF BRIDGEPORT, ET AL  :        APRIL 15, 2005

## APPEARANCE

The undersigned herewith Appears on behalf of ELIZABETH SCHILLER and JOHANNA GORGIA

THE PLAINTIFFS

BY: _____
NORMAN A. PATTIS, Fed Bar #ct13120
Law Office of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524-0280
Tel: 203-393-3017
Fax: 203-393-9745

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 15 day of April, 2005 to:

Robert B. Mitchell
Pullman & Comley
350 Bedford Street
Stamford, CT 06901-1743

Susan Wallace
11 Blue Orchard Drive
Middletown, CT 06457

_____
NORMAN A. PATTIS