FILED

2005 APR 27  A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH SCHILLER,** *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| **JOHANNA S. GEORGIA,** *Plaintiff* | : | |
| v. | : | |
| **CITY OF BRIDGEPORT; ET AL.** *Defendants* | : | APRIL 26, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel for the Plaintiffs moves to withdraw her appearance for both Plaintiffs in these consolidated cases as they have retained new counsel Norman A. Pattis, Esq.

By letter dated April 15, 2005, Attorney Pattis indicated on behalf of the Plaintiffs that the undersigned should withdraw her appearance for the reason that his has been filed.

As certified, a copy of this Motion is served on each Plaintiff via U.S. Certified Mail.

SIGNED,

Dated 4/26/05

_____
Susan V. Wallace
~ Attorney at Law ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing Motion to Withdraw Appearance has been served upon on this 26th day of April 2005:

via U.S. Certified Mail upon:

Mrs. Elizabeth Schiller O'Connell
P.O. Box 2431
Newtown, CT 06470

Ms. Johanna Georgia
P.O. Box 807
Shelton CT 06484

And via U.S. Mail, first class, postage prepaid, upon:

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524-0280

John Mitola, Esq.
Office of the City Attorney
City Hall Annex
999 Broad Street
Bridgeport, CT 06604

Robert B. Mitchell, Esq.
Margaret M. Sheahan, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Susan V. Wallace, Esq.