FILED

2005 APR 27 A 11: 14

DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, *Plaintiff* | : | NO: 3:01cv00452(AVC) (ALL CASES) |
| | : | |
| JOHANNA S. GEORGIA, *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRIDGEPORT; ET AL. *Defendants* | : | APRIL 26, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel for the Plaintiffs moves to withdraw her appearance for both Plaintiffs in these consolidated cases as they have retained new counsel Norman A. Pattis, Esq.

By letter dated April 15, 2005, Attorney Pattis indicated on behalf of the Plaintiffs that the undersigned should withdraw her appearance for the reason that his has been filed.

As certified, a copy of this Motion is served on each Plaintiff via U.S. Certified Mail.

SIGNED,

Dated 4/26/05

/s/ Susan V. Wallace
Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, Connecticut 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

FILED 2005 MAY -3 P [?]  US DISTRICT COURT HARTFORD CT

3:01CV452 (AVC) April 30, 2005. The motion to withdraw appearance (document no. 316) is GRANTED. SO ORDERED.  Alfred V. Covello, U.S.D.J.