FILED

2005 APR 12 P 2:50

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH SCHILLER, Plaintiff | : | D.N. 301 CV00717(AVC) |
| JOHANNA GEORGIA Plaintiff | | |
| v. | : | D.N. 301CV452(AVC) |
| CITY OF BRIDGEPORT, et al, Defendants | : | (CONSOLIDATED) |

APRIL 12, 2005

### DEFENDANTS BILL OF COSTS

Pursuant to Federal Rule Civil Procedure 54 (d) and Local Civil Rule 54 the defendants move that costs be awarded in the total amount of $18,358.05. Although

301cv 452 (AVC). November 22, 2005. GRANTED in part and DENIED in part. The bill of costs is authorized to the extent it seeks costs for: (1) fees of the clerk and marshal in the amount of $720; (2) cost of a transcript of exceptions to the jury charge in the amount of $55.97; (3) necessary party deposition transcripts and transcripts of depositions noticed by the plaintiffs in the amount of $11,647.23; (4) fees for copies in the amount of $13.20; (5) fees for trial witnesses in the amount of $1,887.56; (6) deposition fees for each witness except Roger Kergaravat for a total of $215; and (7) photograph costs in the amount of $480.54. The bill is not allowed to the extent it seeks transcript costs for depositions of health care professionals and the deposition costs of Roger Kergaravat. An application for these costs may be resubmitted with argument showing why these costs were necessarily incurred. The grand total of costs allowable at this juncture is $15,019.50.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2005 NOV 23 P 3